AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
|---|---|---|

RAMADA FRANCHISE SYSTEMS, INC.,

    Plaintiff,

v.

SHRI OHM CORPORATION,

    Defendants.

**APPEARANCE**

Case Number: 04-3248

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAMADA FRANCHISE SYSTEMS, INC.

**FILED**
NOV 1 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this court.

11/10/2004
Date

*signature: Fiona A. Burke*
Signature

| Fiona A. Burke | 6273779 |
|---|---|
| Print Name | Bar Number |

Schiff Hardin LLP, 6600 Sears Tower
Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | Zip Code |

| (312) 258-5500 | (312) 258-5700 |
|---|---|
| Phone Number | Fax Number |