AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central  DISTRICT OF  Illinois

RAMADA FRANCHISE SYSTEMS, INC.,

    Plaintiff,

v.

SHRI OHM CORPORATION,

    Defendants.

**APPEARANCE**

Case Number: 04-3248

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAMADA FRANCHISE SYSTEMS, INC.

**FILED**

NOV 1 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this court.

Date: 11/11/04

Signature

Robin M. Spencer     6256706
Print Name     Bar Number

Schiff Hardin LLP, 6600 Sears Tower
Address

Chicago     IL     60606
City     State     Zip Code

(312) 258-5500     (312) 258-5700
Phone Number     Fax Number