E-FILED
Friday, 12 November, 2004  02:42:53 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

## UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

RAMADA FRANCHISE SYSTEMS, INC.,

    Plaintiff,

v.

SHRI OHM CORPORATION,

    Defendants.

**APPEARANCE**

Case Number: 04-3248

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAMADA FRANCHISE SYSTEMS, INC.

**FILED**

NOV 1 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this court.

November 11, 2004
Date

_[Signature: Paula J. Morency]_
Signature

Paula J. Morency      3127506
Print Name      Bar Number

Schiff Hardin LLP, 6600 Sears Tower
Address

Chicago      IL    60606
City      State      Zip Code

(312) 258-5500      (312) 258-5700
Phone Number      Fax Number