IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-3248 ) |
| SHRI OHM CORPORATION., d/b/a SHREE OHM, INC., an Illinois corporation, JAY VIDYALANKAR, SHARAD DESAI, PAUL FEMMER, and RAJEN JHALA, individuals, | ) ) ) ) ) ) |
| Defendants. | ) |

FILED
NOV 12 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Ramada Franchise Systems, Inc., plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of every party or amicus the attorney represents in the case.

   **Answer:** Ramada Franchise Systems, Inc.

2. If such party or amicus is a corporation:

   a. Its parent corporation, if any; and

   **Answer:** Ramada Franchise Systems, Inc. is a wholly-owned subsidiary of Cendant Finance Holding Corporation, which is a wholly-owned subsidiary of Cendant Corporation.

   b. A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

**Answer**: Not applicable.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

**Answer**: Schiff Hardin LLP and Paula J. Morency, Robin M. Spencer, and Fiona A. Burke.

Dated: November 12, 2004

Respectfully submitted,

_____
Counsel for Plaintiff
RAMADA FRANCHISE SYSTEMS, INC.

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

## CERTIFICATE OF SERVICE

I, Robin M. Spencer, an attorney, hereby certify that the foregoing Certificate of Interest will be placed for service with the process server, along with Summons and Complaint upon the following:

Jay Vidyalankar
4139 E. Busch Blvd., #400
Tampa, Florida 33617

Paul Femmer
1616 Wildhorse Pkwy.
Chesterfield, Missouri 63005

Sharad Desai
8 Dunbridge Ct.
Glen Carbon, Illinois 62304

Rajen Jhala (individually and as registered agent for Shri Ohm Corporation, d/b/a Shree Ohm, Inc.
16347 Champion Dr.
Chesterfield, Missouri 63005

_____
Robin M. Spencer