AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

RAMADA FRANCHISE SYSTEMS, INC.
a Delaware corporation,

V.

SHRI OHM CORPORATION, d/b/a SHREE
OHM, INC., an Illinois corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3248

TO: (Name and address of Defendant)

Rajen Jhala (individually and as registered agent for
Shri Ohm Corporation, d/b/a Shree Ohm, Inc.)
16347 Champion Dr.
Chesterfield, Missouri 63005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

REDACTED

CLERK

DATE  11-12-04

(By) DEPUTY CLERK

AFFIDAVIT OF RETURN OF SERVICE

STATE OF MISSOURI      )       RAMADA FRANCHISE SYSTEMS, INC. v.
                               SHRI OHM CORP., d/b/a SHREE OHM INC.
                               **United States District Court**
                               **Central District of Illinois**
                               **Case No. 04-3248**

      John J. Roth, of Markell & Associates, Inc., being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action, and that he served a copy of the attached Summons; Appearances for Paula J. Morency, Robin M. Spencer, and Fiona A. Burke; Civil Cover Sheet; Certificate of Interest and Complaint, by personal service on defendant RAJEN JHALA, individually and as registered agent for SHRI OHM CORPORATION, at 16347 Champion Drive, Chesterfield, Missouri 63005 on November 22, 2004, 8:04 p.m.

                                                  MARKELL & ASSOCIATES, INC.

                                                  John J. Roth

      Subscribed and sworn to before me, a Notary Public, this 26th day of November, 2004.

                                                    Notary Public

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 5, 2006