E-FILED
Tuesday, 07 December, 2004 02:34:55 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

RAMADA FRANCHISE SYSTEMS, INC.
a Delaware corporation,

V.

SHRI OHM CORPORATION, d/b/a SHREE
OHM, INC., an Illinois corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3248

TO: (Name and address of Defendant)

Paul Femmer
1616 Wildhorse Pkwy.
Chesterfield, Missouri 63005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

REDACTED

11-12-04

CLERK

(By) DEPUTY CLERK

## AFFIDAVIT OF RETURN OF SERVICE

STATE OF MISSOURI    )    RAMADA FRANCHISE SYSTEMS, INC. v.
SHRI OHM CORP., d/b/a SHREE OHM INC.
United States District Court
Central District of Illinois
Case No. 04-3248

Donna L. Smith, of Markell & Associates, Inc., being first duly sworn upon her oath, states that she is over the age of 18 years; that she is a disinterested party to this action, and that she served a copy of the attached Summons; Appearances for Paula J. Morency, Robin M. Spencer, and Fiona A. Burke; Civil Cover Sheet; Certificate of Interest and Complaint on defendant PAUL FEMMER, by personal service on JESSIE FEMMER, Daughter, whom is over the age of 15 years, at defendant's usual place of abode, 1616 Wildhorse Parkway, Chesterfield, Missouri 63005 on November 20, 2004, 10:27 a.m.

MARKELL & ASSOCIATES, INC.

_____
**Donna L. Smith**

Subscribed and sworn to before me, a Notary Public, this 26th day of November, 2004.

_____
Notary Public

JOHN J. ROTH
St. Louis County
My Commission Expires
April 28, 2005