AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central **District of** Illinois

RAMADA FRANCHISE SYSTEMS, INC.
a Delaware corporation,

V.

SHRI OHM CORPORATION, d/b/a SHREE
OHM, INC., an Illinois corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3248

TO: (Name and address of Defendant)

Sharad Desai
8 Dunbridge Ct.
Glen Carbon, Illinois 62304

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK [REDACTED]

11-12-04

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**04-3248, CENTRAL DISTRICT OF ILLINOIS**

STATE: ILLINOIS    *NOTARIZED COUNTY:* MADISON    Job No. 2852
*UNITED STATES OF AMERICA*

---

I, **Gregory K. Kellerman – 115-001758**, being duly sworn on oath, state that I am a licensed private detective and/or an employee of the agency, Kellerman Investigations, LTD., Illinios Lic.: 115-001758, Illinois Agency Lic.: 117-001201, and pursuant to 735 ILCS 5/2-202(a), I affected service as follows:

CLIENT: **IT'S YOUR SERVE, CHICAGO'S PREMIER PROCESS SERVICE, 04-07391**
TYPE OF DOCUMENT: **SUMMONS AND COMPLAINT; CERTIFICATE OF INTEREST; CIVIL COVER SHEET**
TYPE OF SERVICE: **PERSONAL**

1. NAME OF PERSON SERVED: **SHARAD DESAI**
2. DOCUMENT GIVEN TO IF DIFFERENT:
3. DESCRIPTION: **Sex: MALE – Age: 56 – Skin: INDIAN – Hair: GRAY – Ht: 5' 6" – Wt: 160**
4. ADDRESS: **8 DUNBRIDGE COURT, GLEN CARBON, IL 62034**
5. DATE: **Sunday, November 21, 2004**    TIME OF SERVICE: **9:52 AM**
6. COMMENTS:

7. NON-SERVICE: For the observations(s) detailed in the comments below:

CASE NUMBER: **04-3248**

| CASE NAME: | **RAMADA FRANCHISE SYSTEMS, INC.  VS** | **SHRI OHM CORPORATION, D/B/A SHREE OHM, INC., AN ILLINOIS CORPORATION** |
|---|---|---|

*Notary Stamp*

OFFICIAL SEAL
CATHY C STRAUB
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/17/05

_____
Gregory K. Kellerman – 115-001758

_____
*Signature of Notary*

*Subscribed and sworn to before me this November 23, 2004*

**KELLERMAN INVESTIGATIONS, LTD.**
IL. License: 115-001758    Agency: 117-001201    FEIN: 35-2222438
21 Kingsley Way, Glen Carbon, IL 62034
OFFICE: (888) 402-6662    CELL: 618-410-3943    FAX: 618-288-6668
EMAIL: klaxon@plantnet.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 21, 2004 @ 9:52 A.M |
| NAME OF SERVER (PRINT) Gregory K. Kellerman | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/21/04__
         Date

Signature of Server

__21 Kingley Way, Glen Carbon, IL 62034__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.