AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

RAMADA FRANCHISE SYSTEMS, INC.
a Delaware corporation,

V.

SHRI OHM CORPORATION, d/b/a SHREE
OHM, INC., an Illinois corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-3248

TO: (Name and address of Defendant)

Jay Vidyalankar
4139 E. Busch Boulevard, #400
Tampa, Florida 33617

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____REDACTED_____    11-12-04
CLERK                 DATE

(By) DEPUTY CLERK

PROOF OF SERVICE

1016

IN THE DISTRICT COURT, COUNTY, ILLINOIS

CASE #  CENTRAL DISTRICT
CASE #  04-3248

RAMADA FRANCHISE SYSTEMS          PLAINTIFF
INC

VS

SHRI OHM CORPORATION              DEFENDANT

1. I am over the age of 18, not a party to nor interested in the outcome of the above entitled suit.

2. Received the attached  SUMMONS, APPEARANCE FORS PAULA J MORENCY, ROBIN M SPENCER AND FIONA A BURKE, CIVIL COVER SHEET**

on 11/20/04 directed to JAY VIDYALANKAR

3. I personally served same upon  JAY VIDYALANKAR

who was then at  4139 E BUSCH BOULEVARD #400, TAMPA, FLORIDA

on 12/02/04 at 01:05 P.M.

4. I am a Certified Process Server appointed by the Chief Judge in the 13th Judicial Circuit in accordance with Florida Statute 48.27.

INDIVIDUAL SERVICE:

By delivering to the within named person a true copy of this process, with the date and hour of service endorsed thereon by me. At the same time I delivered to the within named person a copy of the complaint, petition or other initial pleading or paper and informing the person of their contents.

**CERTIFICATE OF INTEREST, COMPLAINT AND EXHIBITS A-F

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on  12/03/04

*signature*

CLAUDE E. LAVARON III
CPS60-8527266

P. O Box 22124
St. Petersburg, Florida 33742-2124

(727) 527-5440

63228