# United States District Court
## Central District of Illinois

RAMADA FRANCHISE SYSTEMS, INC.
a Delaware corporation
                  Plaintiff

V.

SHRI OHM CORPORATION,
d/b/a SHREE OHM, INC.,
an Illinois corporation, and Paul Femmer, pro se
                  Defendants

Case Number 04-3248

## Answer

I, Paul Femmer, pro se, hereby answer the above-named complaint. I deny each and every claim made by the plaintiff.

*[signature]*
Paul Femmer

Date: December 4, 2004

cc:    Paul M. Morendcy
        Robin M. Spencer
        Fiona A. Burke
        Schiff hrdin LLP
        6600 Sears Tower
        Chicago, Illinois  60606
        312-258-5500

cc:    **SPRINGFIELD DIVISION**
        151 U.S. Courthouse
        600 E. Monroe Street
        Springfield IL 62701
        217-492-4020