E-FILED
Wednesday, 15 December, 2004  12:58:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

RAMADA FRANCHISE SYSTEMS, INC.
a Delaware corporation
        Plaintiff

V.

SHRI OHM CORPORATION,
d/b/a SHREE OHM, INC.,
an Illinois corporation, and Sharad M Desai, pro se
        Defendants

Case Number 04-3248

## Answer

I, Sharad M Desai, pro se, hereby answer the above-named complaint. I deny each and every claim made by the plaintiff.

_____
Sharad M Desai

Date: December 4, 2004

cc:    Paul M. Morendcy
       Robin M. Spencer
       Fiona A. Burke
       Schiff hrdin LLP
       6600 Sears Tower
       Chicago, Illinois 60606
       312-258-5500

cc:    **SPRINGFIELD DIVISION**
       151 U.S. Courthouse
       600 E. Monroe Street
       Springfield IL 62701
       217-492-4020