IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 3:04-cv-3248 |
| SHRI OHM CORPORATION., d/b/a SHREE OHM, INC., an Illinois corporation, JAY VIDYALANKAR, SHARAD DESAI, PAUL FEMMER, and RAJEN JHALA, individuals, | ) ) Hon. Jeanne E. Scott ) ) Mag. Byron G. Cudmore ) ) ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS RAJEN JHALA, SHRI OHM CORPORATION D/B/A SHREE OHM, INC. AND JAY VIDYALANKAR**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Ramada Franchise Systems ("RFS"), hereby moves the Clerk of this Court to enter a default against defendants Rajen Jhala ("Jhala"), Shri Ohm Corporation d/b/a Shree Ohm, Inc. ("Shri Ohm"), and Jay Vidyalankar ("Vidyalankar") for their failure to answer or file a responsive pleading to RFS' Complaint within the time required by law. In support of its motion, RFS states as follows:

1. This case arises from Defendants' breaches of a license agreement, assignment and assumption agreement and personal guaranty agreements with RFS for the operation of a Ramada® guest lodging facility located at 625 E. St. Joseph Street, Springfield, Illinois 62701, Site No. 7963 (the "Facility"). Following repeated quality assurance and monetary breaches, on or about October 1, 2002, Defendants further breached their contractual obligations to RFS by ceasing to operate the Facility as a Ramada® guest lodging facility and losing possession of the Facility to its lender, resulting in the premature termination of the License Agreement.

2. On November 12, 2004, RFS filed its Complaint in this action, seeking damages from Defendants for their breaches of the License Agreement, Assignment and Assumption Agreement and Guaranties, and properly served each of the defendants. Defendants Sharad Desai and Paul Femmer have filed pro se answers to the Complaint. (Docket Nos. 14-15.) Defendants Jhala, Vidyalankar and Shri Ohm have not.

3. On November 22, 2004, defendants Rajen Jhala and Shri Ohm were served with summonses and the Complaint by process server John J. Roth at 16347 Champion Dr., Chesterfield, Missouri 63005, where Mr. Jhala was served both in his individual capacity and as the registered agent for Shri Ohm. A true and correct copy of Mr. Roth's Affidavit of Service upon Rajen Jhala and Shri Ohm is on file with this Court as Docket No. 10 and attached hereto as Exhibit A.

4. On December 2, 2004, defendant Jay Vidyalankar was personally served at 4139 East Busch Blvd., #400, Tampa, Florida 33617, with a copy of a summons and the Complaint by Claude E. Laveron III, a process server. A true and correct copy of Mr. Laude's Affidavit of Service upon Jay Vidyalankar is on file with this Court as Docket No. 13 and is attached hereto as Exhibit B.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), defendants Rajen Jhala, Shri Ohm, and Jay Vidyalankar were required to file their answers to the Complaint within 20 days of service of the summonses and Complaint. More than 20 days have expired since Jhala, Shri Ohm, and Vidyalankar were served with notice of RFS' claims and, as of January 3, 2005, none has not filed an appearance, answer or other responsive pleading in this matter.

**WHEREFORE**, plaintiff Ramada Franchise Systems, Inc. respectfully requests that the Clerk of this Court enter a default against defendants Rajen Jhala, Shri Ohm Corporation, and Jay Vidyalankar for failing to answer Plaintiff's Complaint within the time proscribed by law.

Dated: January 4, 2005

Respectfully submitted,

RAMADA FRANCHISE SYSTEMS, INC.

By:   s/Fiona A. Burke
       Counsel for Plaintiff

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600
pmorency@schiffhardin.com
rspencer@schiffhardin.com
fburke@schiffhardin.com

## CERTIFICATE OF SERVICE

I, Fiona A. Burke, an attorney, hereby certify that I caused a copy of the foregoing **Motion for Entry of Default Against Rajen Jhala and Shri Ohm Corporation d/b/a Shree Ohm, Inc. and Jay Vidyalankar** to be served upon the following on January 4, 2005:

<u>By U.S. Mail:</u>

Sharad Desai
8 Dunbridge Ct
Glen Carbon, Illinois 62304

Paul Femmer
1616 Wildhorse Pkwy
Chesterfield, Missouri 63005


                                                               s/Fiona A. Burke
                                                                 Fiona A. Burke

CH1\ 4206668.1