AFFIDAVIT OF RETURN OF SERVICE

STATE OF MISSOURI     )     RAMADA FRANCHISE SYSTEMS, INC. v.
SHRI OHM CORP., d/b/a SHREE OHM INC.
United States District Court
Central District of Illinois
Case No. 04-3248

John J. Roth, of Markell & Associates, Inc., being first duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action, and that he served a copy of the attached Summons; Appearances for Paula J. Morency, Robin M. Spencer, and Fiona A. Burke; Civil Cover Sheet; Certificate of Interest and Complaint, by personal service on defendant RAJEN JHALA, individually and as registered agent for SHRI OHM CORPORATION, at 16347 Champion Drive, Chesterfield, Missouri 63005 on November 22, 2004, 8:04 p.m.

MARKELL & ASSOCIATES, INC.

_____
John J. Roth

Subscribed and sworn to before me, a Notary Public, this 26th day of November, 2004.

_____
Notary Public

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 5, 2006