E-FILED
Tuesday, 04 January, 2005  03:31:26 PM
Clerk, U.S. District Court, ILCD

PROOF OF SERVICE

IN THE DISTRICT COURT, COUNTY, ILLINOIS
CASE #  CENTRAL DISTRICT
CASE #  04-3248

RAMADA FRANCHISE SYSTEMS INC          PLAINTIFF

VS

SHRI OHM CORPORATION                  DEFENDANT

1. I am over the age of 18, not a party to nor interested in the outcome of the above entitled suit.

2. Received the attached   SUMMONS, APPEARANCE FORS PAULA J MORENCY, ROBIN M SPENCER AND FIONA A BURKE, CIVIL COVER SHEET** on 11/20/04 directed to JAY VIDYALANKAR

3. I personally served same upon   JAY VIDYALANKAR who was then at  4139 E BUSCH BOULEVARD #400, TAMPA, FLORIDA on 12/02/04 at 01:05 P.M.

4. I am a Certified Process Server appointed by the Chief Judge in the 13th Judicial Circuit in accordance with Florida Statute 48.27 .

INDIVIDUAL SERVICE:

By delivering to the within named person a true copy of this process, with the date and hour of service endorsed thereon by me. At the same time I delivered to the within named person a copy of the complaint, petition or other initial pleading or paper and informing the person of their contents.

**CERTIFICATE OF INTEREST, COMPLAINT AND EXHIBITS A-F

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on :12/03/04

CLAUDE E. LAVARON III
CPS60-8527266

P. O Box 22124
St. Petersburg, Florida 33742-2124

(727) 527-5440

63228