IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| -vs- | ) No. 04-CV-3248 |
| SHRI OHM CORPORATION, et al., | ) |
| Defendants. | ) |

## ORDER OF DEFAULT

**BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:**

This cause coming on to be heard before the Court upon Plaintiff's Motion for Entry of Default [16] pertaining to Defendants Shri Ohm Corporation d/b/a Shree Ohm, Inc., Jay Vidyalankar, and Rajen Jhala. The Court, being fully advised in the premises, finds that Defendants Shri Ohm Corporation d/b/a Shree Ohm, Inc., Jay Vidyalankar, and Rajen Jhala. have failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendants Shri Ohm Corporation d/b/a Shree Ohm, Inc., Jay Vidyalankar, and Rajen Jhala. for their failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff makes application to the District Court for the entry of a default judgment against Defendants Shri Ohm Corporation d/b/a Shree Ohm, Inc., Jay Vidyalankar, and Rajen Jhala.

ENTERED this 5th day of January, 2005.

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE