IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHRI OHM CORPORATION., d/b/a SHREE OHM, INC., an Illinois corporation, JAY VIDYALANKAR, SHARAD DESAI, PAUL FEMMER, and RAJEN JHALA, individuals,<br><br>Defendants. | Case No. 3:04-cv-3248<br><br>Hon. Jeanne E. Scott<br><br>Mag. Byron G. Cudmore |

## DEFAULT JUDGMENT ORDER

This matter having come before the Court pursuant to Rule 55 of the Federal Rules of Civil Procedure and upon plaintiff Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc.'s ("RWI") Motion for Default Judgment, and the Court having been fully advised,

**IT IS HEREBY ORDERED THAT:**

Judgment is entered in favor of plaintiff Ramada Worldwide Inc. and against the Defaulted Defendants Rajen Jhala, Jay Vidyalankar and Shri Ohm Corporation, as follows:

(a)   $130,140.95 in Recurring Fees and interest against defendants Rajen Jhala, Jay Vidyalankar, jointly and severally;

(b)   $62,297.01 in Recurring Fees and interest against defendant Shri Ohm Corporation;

(c)   $120,000.00 in Liquidated Damages for premature termination of the License Agreement, plus interest in the amount of $46,800.00, against



        defendants Rajen Jhala, Jay Vidyalankar and Shri Ohm Corporation, jointly and severally; and

    (c)    $6,755.08 in attorneys' fees, costs and expenses, against defendants Rajen Jhala, Jay Vidyalankar and Shri Ohm Corporation, jointly and severally;

for a total award of (1) $303,696.03 against defendants Rajen Jhala and Jay Vidyalankar, plus post-judgment interest; and (2) $235,852.09 against defendant Shri Ohm Corporation, plus post-judgment interest.

Dated: _____

ENTERED:

_____
The Honorable Byron Cudmore,
United States District Court Magistrate Judge