

**SCHIFF HARDIN** LLP
A Limited Liability Partnership Including Professional Corporations

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Fiona A. Burke
(312) 258-5752
Email: fburke@schiffhardin.com

October 27, 2004

**VIA FEDERAL EXPRESS AND U.S. MAIL**

Jay Vidyalankar
4139 E. Busch Boulevard, Unit #400
Tampa, Florida 33617

Sharad Desai ("Desai")
8 Dunbridge Ct.
Glen Carbon, Illinois 62304

Paul Femmer
1616 Wildhorse Pkwy.
Chesterfield, Missouri 63005

Rajen Jhala (individually and as registered agent for
Shri Ohm Corporation d/b/a Shree Ohm, Inc.)
16347 Champion Dr.
Chesterfield, Missouri 63005

Re:  **Former Ramada Site 7963, Springfield, IL**

Dear Sirs:

We are counsel for Ramada Franchise Systems, Inc. ("RFS").

As you are aware, the License Agreement and Assignment and Assumption Agreement between Shri Ohm Corporation d/b/a/ Shree Ohm, Inc. ("Shree Ohm") and RFS dated January 12, 1996 and February 9, 2000 respectively (collectively referred to herein as the "License Agreement") terminated effective October 1, 2002 when Shree Ohm, after failing to cure persistent quality assurance, monetary and reporting defaults, unilaterally ceased operating the facility as a Ramada and lost possession of the facility to its lender. Shree Ohm owes RFS $126,896.70 in outstanding royalties and other fees and $120,000.00 in liquidated damages in accordance with the License Agreement. Each of you is personally responsible for the payment of these amounts because you guaranteed Shree Ohm's obligations under the License Agreement.

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | DUBLIN

**EXHIBIT A**



October 27, 2004
Page 2

To date, RFS has not received payment for the outstanding royalties and fees, and liquidated damages owed under the License Agreement.

I write on behalf of RFS to give you an opportunity to resolve these outstanding issues before litigation commences. If you wish to avoid the expense and hardship associated with litigation, you must pay all amounts owed under the License Agreement by no later than November 5, 2004.

Please contact me, or have your attorney contact me, at (312) 258-5752 if you have any questions concerning the foregoing.

Very truly yours,

Fiona A. Burke

FAB/flm
cc:   Robin M. Spencer, Esq.