**E-FILED**
Wednesday, 19 January, 2005  04:21:00 PM
Clerk, U.S. District Court, ILCD

ATTENTION:

ITEMIZED STATEMENT                                    PAGE 1
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 10 | TA2625089-01 | 1999-10-30 | T/A COMMISSIONS | 213.60 |
| | TA2625089-01 | 1999-10-30 | T/A COMMISSIONS | 213.60 |
| | TA2625089-01 | 2001-07-25 | T/A COMMISSIONS | -213.60 |
| | TA2625089-01 | 2001-08-17 | 10/99 TA COMM | -30.80 |
| | | | | 182.80 |
| 12 | IN0561269-01 | 2000-12-27 | G/S Dave Emerson | 25.00 |
| | IN0561269-02 | 2000-12-27 | TRANS CHG Dave Emers | 25.00 |
| | IN0562333-01 | 2000-12-29 | DEC-MSI MAINT. | 258.33 |
| | TA2709951-01 | 2000-12-29 | T/A COMM SERVICE CHG | 1.05 |
| | TA2709951-01 | 2000-12-29 | T/A COMMISSIONS | 16.20 |
| | TP3709951-01 | 2000-12-29 | AIRLINE RESV FEE | 25.75 |
| | MV0565105-01 | 2000-12-31 | ROYALTY FEE | 629.00 |
| | MV0565105-01 | 2000-12-31 | ROYALTY FEE | -386.56 |
| | | | | 593.77 |
| 2 | IN0580263-01 | 2001-02-12 | G/S Barbara Awalt | 40.00 |
| | IN0580263-02 | 2001-02-12 | TRANS CHG Barbara Aw | 25.00 |
| | TA2721034-01 | 2001-02-24 | T/A COMM SERVICE CHG | 2.45 |
| | TA2721034-01 | 2001-02-24 | T/A COMMISSIONS | 52.62 |
| | TP3721034-01 | 2001-02-24 | AIRLINE RESV FEE | 28.75 |
| | IN0588609-01 | 2001-02-28 | FEB-MSI MAINT. | 258.33 |
| | MV0565107-01 | 2001-02-28 | ROYALTY FEE | 999.00 |
| | MV0565107-02 | 2001-02-28 | RINA FEE | 1,124.00 |
| | MV0565107-02 | 2001-08-17 | RINA FEE | -694.35 |
| | | | | 1,835.80 |
| 3 | FC0175603-01 | 2001-03-31 | FINANCE CHARGE | 396.64 |
| | IN0603598-01 | 2001-03-31 | MAR-MSI MAINT. | 258.33 |
| | MV0565108-01 | 2001-03-31 | ROYALTY FEE | 1,753.00 |
| | MV0565108-02 | 2001-03-31 | RINA FEE | 1,972.00 |
| | TP3726908-01 | 2001-03-31 | AIRLINE RESV FEE | 10.00 |
| | | | | 4,389.97 |
| 4 | FC0178511-01 | 2001-04-30 | FINANCE CHARGE | 559.83 |
| | MV0571128-01 | 2001-04-30 | ROYALTY FEE | 1,922.00 |
| | MV0571128-02 | 2001-04-30 | RINA FEE | 2,162.00 |
| | | | | 4,643.83 |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                    RETURN FAX:(973)496-7030


EXHIBIT

ATTENTION:                                                      FAX:

ITEMIZED STATEMENT                                              PAGE 2
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|-------|--------------|-----------|------|------------|
| 5 | FC0181386-01 | 2001-05-31 | FINANCE CHARGE | 633.63 |
|   | IN0625069-01 | 2001-05-31 | JUN-MSI SOFTWR MAINT | 274.09 |
|   |              |            |                      | 907.72 |
| 6 | IN0628587-01 | 2001-06-11 | JUN-MSI SOFTWR MAINT | 274.09 |
|   | IN0633887-01 | 2001-06-25 | JUN-PPU HARDWARE MAI | 88.00 |
|   | TA2744915-01 | 2001-06-29 | T/A COMM SERVICE CHG | 7.70 |
|   | TA2744915-01 | 2001-06-29 | T/A COMMISSIONS | 141.00 |
|   | TP3744915-01 | 2001-06-29 | AIRLINE RESV FEE | 46.25 |
|   | FC0184151-01 | 2001-06-30 | FINANCE CHARGE | 472.30 |
|   |              |            |                  | 1,029.34 |
| 7 | IN0639989-01 | 2001-07-09 | G/S Nancy Cardinale | 20.00 |
|   | IN0639989-02 | 2001-07-09 | TRANS CHG Nancy Card | 25.00 |
|   | IN0640479-01 | 2001-07-09 | JLY-MSI SOFTWR MAINT | 274.09 |
|   | IN0647076-01 | 2001-07-23 | PROCS CHG Lisa Cowgi | 10.00 |
|   | IN0647076-02 | 2001-07-23 | PROCS CHG Laurie Nov | 10.00 |
|   | IN0649149-01 | 2001-07-25 | JLY-PPU HARDWARE MAI | 88.00 |
|   | TA2751046-01 | 2001-07-28 | T/A COMM SERVICE CHG | 1.75 |
|   | TA2751046-01 | 2001-07-28 | T/A COMMISSIONS | 80.08 |
|   | TP3751046-01 | 2001-07-28 | AIRLINE RESV FEE | 13.75 |
|   | IN0652236-01 | 2001-07-30 | G/S Susane Rio | 44.40 |
|   | IN0652236-02 | 2001-07-30 | TRANS CHG Susane Rio | 25.00 |
|   | IN0652236-03 | 2001-07-30 | PROCS CHG Susan Pogu | 10.00 |
|   | FC0186880-01 | 2001-07-31 | FINANCE CHARGE | 382.13 |
|   |              |            |                | 984.20 |
| 8 | IN0657729-01 | 2001-08-06 | PROCS CHG Peg Hasset | 10.00 |
|   | IN0657729-02 | 2001-08-06 | G/S Laurie Noveteney | 40.00 |
|   | IN0657729-03 | 2001-08-06 | TRANS CHG Laurie Nov | 25.00 |
|   | IN0657729-04 | 2001-08-06 | PROCS CHG Joel Stoke | 10.00 |
|   | IN0659556-01 | 2001-08-09 | AUG-MSI SOFTWR MAINT | 274.09 |
|   | IN0660460-01 | 2001-08-13 | G/S Peg Hassett | 25.00 |
|   | IN0660460-02 | 2001-08-13 | TRANS CHG Peg Hasset | 25.00 |
|   | IN0669101-01 | 2001-08-27 | AUG-PPU HARDWARE MAI | 88.00 |
|   | IN0670381-01 | 2001-08-28 | PROCS CHG Denham | -10.00 |
|   | FC0189470-01 | 2001-08-31 | FINANCE CHARGE | 176.13 |
|   | IN0674311-01 | 2001-08-31 | PROCS CHG Diane Putn | 10.00 |
|   | MV0614578-01 | 2001-08-31 | ROYALTY FEE | 2,576.20 |
|   | MV0614578-02 | 2001-08-31 | RINA FEE | 2,898.22 |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                          RETURN FAX:(973)496-7030

ATTENTION:                                                          FAX:

ITEMIZED STATEMENT                                                  PAGE 3
FOR RAM #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 8 | TA2757261-01 | 2001-08-31 | T/A COMM SERVICE CHG | 35.70 |
| | TA2757261-01 | 2001-08-31 | T/A COMMISSIONS | 776.90 |
| | TP3757261-01 | 2001-08-31 | AIRLINE RESV FEE | 363.00 |
| | | | | 7,323.24 |
| 9 | IN0676276-01 | 2001-09-10 | PROCS CHG David Camp | 10.00 |
| | IN0677058-01 | 2001-09-10 | SEP-MSI SOFTWR MAINT | 274.09 |
| | IN0685383-01 | 2001-09-25 | SEP-PPU HARDWARE MAI | 88.00 |
| | TA2763380-01 | 2001-09-28 | T/A COMM SERVICE CHG | 9.80 |
| | TA2763380-01 | 2001-09-28 | T/A COMMISSIONS | 184.17 |
| | TP3763380-01 | 2001-09-28 | AIRLINE RESV FEE | 118.00 |
| | FC0192172-01 | 2001-09-30 | FINANCE CHARGE | 179.39 |
| | MV0614579-01 | 2001-09-30 | ROYALTY FEE | 1,688.36 |
| | MV0614579-02 | 2001-09-30 | RINA FEE | 1,899.40 |
| | | | | 4,451.21 |
| 10 | IN0694450-01 | 2001-10-09 | OCT-MSI SOFTWR MAINT | 274.09 |
| | IN0696737-01 | 2001-10-15 | OCT-PROMISSORY NOTE | 15,000.00 |
| | IN0701223-01 | 2001-10-25 | OCT-PPU HARDWARE MAI | 88.00 |
| | TA2771358-01 | 2001-10-27 | T/A COMM SERVICE CHG | 1.75 |
| | TA2771358-01 | 2001-10-27 | T/A COMMISSIONS | 32.52 |
| | TP3771358-01 | 2001-10-27 | AIRLINE RESV FEE | 29.00 |
| | FC0194970-01 | 2001-10-31 | FINANCE CHARGE | 211.04 |
| | MV0614580-01 | 2001-10-31 | ROYALTY FEE | 2,260.02 |
| | MV0614580-02 | 2001-10-31 | RINA FEE | 2,542.52 |
| | | | | 20,438.94 |
| 11 | IN0710898-01 | 2001-11-09 | NOV-MSI SOFTWR MAINT | 274.09 |
| | IN0717438-01 | 2001-11-26 | NOV-PPU HARDWARE MAI | 88.00 |
| | FC0197781-01 | 2001-11-30 | FINANCE CHARGE | 336.84 |
| | MV0669106-01 | 2001-11-30 | ROYALTY FEE | 1,399.00 |
| | MV0669106-02 | 2001-11-30 | RINA FEE | 1,574.00 |
| | TA2777632-01 | 2001-11-30 | T/A COMM SERVICE CHG | 1.40 |
| | TA2777632-01 | 2001-11-30 | T/A COMMISSIONS | 34.98 |
| | TP3777632-01 | 2001-11-30 | AIRLINE RESV FEE | 12.00 |
| | | | | 3,720.31 |
| 12 | IN0727602-01 | 2001-12-10 | DEC-MSI SOFTWR MAINT | 274.09 |
| | IN0731018-01 | 2001-12-20 | Q/A REINSPECTION | 300.00 |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030

```
ATTENTION:                                        FAX:

ITEMIZED STATEMENT                                PAGE 4
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 12 | IN0732409-01 | 2001-12-25 | DEC-PPU HARDWARE MAI | 88.00 |
|  | FC0200752-01 | 2001-12-31 | FINANCE CHARGE | 652.59 |
|  | MV0669107-01 | 2001-12-31 | ROYALTY FEE | 683.00 |
|  | MV0669107-02 | 2001-12-31 | RINA FEE | 769.00 |
|  |  |  |  | 2,766.68 |
| 1 | IN0742166-01 | 2002-01-09 | JAN-MSI SOFTWR MAINT | 274.09 |
|  | IN0747725-01 | 2002-01-25 | JAN-PPU HARDWARE MAI | 88.00 |
|  | FC0203725-01 | 2002-01-31 | FINANCE CHARGE | 675.59 |
|  | MV0669108-01 | 2002-01-31 | ROYALTY FEE | 698.00 |
|  | MV0669108-02 | 2002-01-31 | RINA FEE | 785.00 |
|  |  |  |  | 2,520.68 |
| 2 | IN0757650-01 | 2002-02-11 | FEB-MSI SOFTWR MAINT | 274.09 |
|  | IN0762876-01 | 2002-02-25 | FEB-PPU HARDWARE MAI | 88.00 |
|  | FC0206621-01 | 2002-02-28 | FINANCE CHARGE | 619.52 |
|  | MV0669109-01 | 2002-02-28 | ROYALTY FEE | 1,166.00 |
|  | MV0669109-02 | 2002-02-28 | RINA FEE | 1,312.00 |
|  |  |  |  | 3,459.61 |
| 3 | IN0772522-01 | 2002-03-11 | MAR-MSI SOFTWR MAINT | 274.09 |
|  | IN0778209-01 | 2002-03-25 | MAR-PPU HARDWARE MAI | 88.00 |
|  | FC0209343-01 | 2002-03-31 | FINANCE CHARGE | 691.26 |
|  | MV0669110-01 | 2002-03-31 | ROYALTY FEE | 1,332.00 |
|  | MV0669110-02 | 2002-03-31 | RINA FEE | 1,499.00 |
|  |  |  |  | 3,884.35 |
| 4 | IN0787741-01 | 2002-04-09 | APR-MSI SOFTWR MAINT | 274.09 |
|  | IN0789393-01 | 2002-04-15 | G/S Tim Schroll | 25.00 |
|  | IN0789393-02 | 2002-04-15 | TRANS CHG Tim Schrol | 25.00 |
|  | IN0794246-01 | 2002-04-25 | APR-PPU HARDWARE MAI | 88.00 |
|  | FC0212123-01 | 2002-04-30 | FINANCE CHARGE | 674.40 |
|  | MV0669111-01 | 2002-04-30 | ROYALTY FEE | 1,706.00 |
|  | MV0669111-02 | 2002-04-30 | RINA FEE | 1,919.00 |
|  |  |  |  | 4,711.49 |
| 5 | IN0807584-01 | 2002-05-20 | G/S William Collins | 30.00 |
|  | IN0807584-02 | 2002-05-20 | TRANS CHG William Co | 25.00 |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                        RETURN FAX:(973)496-7030
```

ATTENTION:                                                          FAX:

ITEMIZED STATEMENT                                                  PAGE 5
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---|---|
| 5 | IN0810200-01 | 2002-05-27 | MAY-PPU HARDWARE MAI | 88.00 | |
| | IN0811483-01 | 2002-05-28 | TRANS CHG David Piep | 25.00 | |
| | IN0811483-02 | 2002-05-28 | PROCS CHG Sharon Gil | 10.00 | |
| | FC0214913-01 | 2002-05-31 | FINANCE CHARGE | 702.34 | |
| | IN0813836-01 | 2002-05-31 | MAY-MSI SOFTWR MAINT | 274.09 | |
| | IN0816080-01 | 2002-05-31 | G/S David Pieplow | 53.00 | |
| | MV0669112-01 | 2002-05-31 | ROYALTY FEE | 1,847.00 | |
| | MV0669112-02 | 2002-05-31 | RINA FEE | 2,078.00 | |
| | | | | 5,132.43 | |
| 6 | IN0824755-01 | 2002-06-24 | PROCS CHG Twila Cart | 10.00 | |
| | IN0824755-02 | 2002-06-24 | PROCS CHG Don Spinde | 10.00 | |
| | IN0824755-03 | 2002-06-24 | PROCS CHG Debra Hend | 10.00 | |
| | 79630206A-01 | 2002-06-30 | ROYALTY ACCRUAL | 2,100.00 | ACR |
| | 79630206A-10 | 2002-06-30 | RINA FEE ACCRUAL | 2,400.00 | ACR |
| | FC0217626-01 | 2002-06-30 | FINANCE CHARGE | 893.68 | |
| | IN0829113-01 | 2002-06-30 | PROCS CHG Belinda Ba | 10.00 | |
| | IN0829113-02 | 2002-06-30 | PROCS CHG Tracy Rees | 10.00 | |
| | IN0829113-03 | 2002-06-30 | PROCS CHG Gary Berra | 10.00 | |
| | IN0829113-04 | 2002-06-30 | PROCS CHG Beth Burnh | 10.00 | |
| | IN0830749-01 | 2002-06-30 | JUN-MSI SOFTWR MAINT | 274.09 | |
| | | | | 5,737.77 | |
| 7 | IN0833480-01 | 2002-07-09 | G/S Twila Carter | 25.00 | |
| | IN0833480-02 | 2002-07-09 | TRANS CHG Twila Cart | 25.00 | |
| | IN0833480-03 | 2002-07-09 | G/S Don Spindel | 30.00 | |
| | IN0833480-04 | 2002-07-09 | TRANS CHG Don Spinde | 25.00 | |
| | IN0833480-05 | 2002-07-09 | TRANS CHG Ed Melling | 25.00 | |
| | IN0833480-06 | 2002-07-09 | PROCS CHG Pat Crowle | 10.00 | |
| | IN0833480-07 | 2002-07-09 | PROCS CHG Gail Dasti | 10.00 | |
| | IN0833480-08 | 2002-07-09 | PROCS CHG Laurie Gra | 10.00 | |
| | IN0833480-09 | 2002-07-09 | PROCS CHG Joan Hofri | 10.00 | |
| | IN0833480-10 | 2002-07-09 | PROCS CHG Kenneth Be | 10.00 | |
| | IN0833480-11 | 2002-07-09 | PROCS CHG John Germa | 10.00 | |
| | IN0833480-12 | 2002-07-09 | PROCS CHG Regina Men | 10.00 | |
| | IN0833480-13 | 2002-07-09 | PROCS CHG Marshawn S | 10.00 | |
| | IN0833480-14 | 2002-07-09 | PROCS CHG Susan Hoff | 10.00 | |
| | IN0835738-01 | 2002-07-15 | PROCS CHG Barbara J. | 10.00 | |
| | IN0835738-02 | 2002-07-15 | PROCS CHG Barry Manh | 10.00 | |
| | IN0835738-03 | 2002-07-15 | PROCS CHG Roger Imle | 10.00 | |
| | IN0835738-04 | 2002-07-15 | PROCS CHG Steven Sto | 10.00 | |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                          RETURN FAX:(973)496-7030

ATTENTION:                                                        FAX:

ITEMIZED STATEMENT                                                PAGE 6
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---|---|
| 7 | IN0839406-01 | 2002-07-22 | G/S Beth Burnham | 50.00 | |
| | IN0839406-02 | 2002-07-22 | G/S Belinda Baker | 30.00 | |
| | IN0839406-03 | 2002-07-22 | TRANS CHG Belinda Ba | 25.00 | |
| | IN0839406-04 | 2002-07-22 | TRANS CHG Beth Burnh | 25.00 | |
| | IN0839406-05 | 2002-07-22 | G/S Marshawn Stevens | 25.00 | |
| | IN0839406-06 | 2002-07-22 | G/S Pat Crowley | 25.00 | |
| | IN0839406-07 | 2002-07-22 | G/S Gail Dastice | 45.00 | |
| | IN0839406-08 | 2002-07-22 | G/S Regina Mendicino | 25.00 | |
| | IN0839406-09 | 2002-07-22 | TRANS CHG Regina Men | 25.00 | |
| | IN0839406-10 | 2002-07-22 | TRANS CHG Pat Crowle | 25.00 | |
| | IN0839406-11 | 2002-07-22 | TRANS CHG Gail Dasti | 25.00 | |
| | IN0839406-12 | 2002-07-22 | TRANS CHG Marshawn S | 25.00 | |
| | IN0839406-13 | 2002-07-22 | PROCS CHG Susan Newm | 10.00 | |
| | IN0839406-14 | 2002-07-22 | PROCS CHG Jennifer B | 10.00 | |
| | IN0842861-01 | 2002-07-29 | AUDIT ROYALTY | 174.36 | |
| | IN0842861-02 | 2002-07-29 | AUDIT RINA FEE | 196.16 | |
| | IN0842861-03 | 2002-07-29 | AUDIT INTEREST FEE | 105.25 | |
| | IN0842862-01 | 2002-07-29 | G/S Susan Neuman | 30.00 | |
| | IN0842862-02 | 2002-07-29 | TRANS CHG Susan Neum | 25.00 | |
| | IN0842862-03 | 2002-07-29 | PROCS CHG Deb Johnst | 10.00 | |
| | 79630207A-01 | 2002-07-31 | ROYALTY ACCRUAL | 2,300.00 | ACR |
| | 79630207A-10 | 2002-07-31 | RINA FEE ACCRUAL | 2,500.00 | ACR |
| | FC0220464-01 | 2002-07-31 | FINANCE CHARGE | 989.64 | |
| | IN0847028-01 | 2002-07-31 | JLY-MSI SOFTWR MAINT | 274.09 | |
| | | | | 7,234.50 | |
| 8 | IN0849810-01 | 2002-08-06 | G/S Debra Hendrickso | 30.00 | |
| | IN0849810-02 | 2002-08-06 | TRANS CHG Debra Hend | 25.00 | |
| | IN0849810-03 | 2002-08-06 | G/S Steven Stout | 25.00 | |
| | IN0849810-04 | 2002-08-06 | TRANS CHG Steven Sto | 25.00 | |
| | IN0849810-05 | 2002-08-06 | PROCS CHG Ronald G. | 10.00 | |
| | IN0851457-01 | 2002-08-12 | PROCS CHG Richard Du | 10.00 | |
| | IN0851457-02 | 2002-08-12 | PROCS CHG Ron Gilpin | 10.00 | |
| | IN0851457-03 | 2002-08-12 | PROCS CHG Bryce Bach | 10.00 | |
| | IN0851457-04 | 2002-08-12 | PROCS CHG Angie Toll | 10.00 | |
| | IN0851457-05 | 2002-08-12 | PROCS CHG Michelle M | 10.00 | |
| | IN0855043-01 | 2002-08-16 | Q/A REINSPECTION | 300.00 | |
| | IN0855999-01 | 2002-08-19 | PROCS CHG Donna Davi | 10.00 | |
| | IN0855999-02 | 2002-08-19 | PROCS CHG Rich Anzal | 10.00 | |
| | IN0855999-03 | 2002-08-19 | PROCS CHG Mike Dough | 10.00 | |
| | IN0855999-04 | 2002-08-19 | PROCS CHG John Zurli | 10.00 | |
| | IN0855999-05 | 2002-08-19 | PROCS CHG Robert McC | 10.00 | |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030

ATTENTION:                                                    FAX:

ITEMIZED STATEMENT                                            PAGE 7
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---|---|
| 8 | IN0855999-06 | 2002-08-19 | PROCS CHG Kelly Myat | 10.00 | |
| | IN0855999-07 | 2002-08-19 | PROCS CHG Judith Wey | 10.00 | |
| | IN0855999-08 | 2002-08-19 | PROCS CHG Nadine Kan | 10.00 | |
| | IN0855999-09 | 2002-08-19 | PROCS CHG Peggy Cumb | 10.00 | |
| | IN0855999-10 | 2002-08-19 | PROCS CHG Eileen Con | 10.00 | |
| | IN0855999-11 | 2002-08-19 | PROCS CHG Herman Han | 10.00 | |
| | IN0855999-12 | 2002-08-19 | PROCS CHG Jim Sutton | 10.00 | |
| | IN0855999-13 | 2002-08-19 | PROCS CHG Stacy Boou | 10.00 | |
| | IN0855999-14 | 2002-08-19 | PROCS CHG Larry Case | 10.00 | |
| | IN0855999-15 | 2002-08-19 | PROCS CHG Ted Golebi | 10.00 | |
| | IN0855999-16 | 2002-08-19 | PROCS CHG Terry Dill | 10.00 | |
| | IN0855999-17 | 2002-08-19 | PROCS CHG Sue Daly | 10.00 | |
| | IN0855999-18 | 2002-08-19 | PROCS CHG Alice Rags | 10.00 | |
| | IN0855999-19 | 2002-08-19 | PROCS CHG Bob Ericks | 10.00 | |
| | IN0858496-01 | 2002-08-26 | G/S Erin Williamson | 200.00 | |
| | IN0858496-02 | 2002-08-26 | G/S James McCoy | 27.56 | |
| | IN0858496-03 | 2002-08-26 | TRANS CHG James McCo | 25.00 | |
| | IN0858496-04 | 2002-08-26 | PROCS CHG Sara Riche | 10.00 | |
| | IN0858496-05 | 2002-08-26 | PROCS CHG Anthony Ma | 10.00 | |
| | IN0858496-06 | 2002-08-26 | G/S Joann Zeka | 65.00 | |
| | IN0858496-07 | 2002-08-26 | G/S Robert McCreary | 25.80 | |
| | IN0858496-08 | 2002-08-26 | G/S Nadine Kanack | 45.34 | |
| | IN0858496-09 | 2002-08-26 | G/S Judith Weyburg | 68.00 | |
| | IN0858496-10 | 2002-08-26 | TRANS CHG Nadine Kan | 25.00 | |
| | IN0858496-11 | 2002-08-26 | PROCS CHG Mike Groar | 10.00 | |
| | IN0858496-12 | 2002-08-26 | G/S Jim Sutton | 73.90 | |
| | IN0858496-13 | 2002-08-26 | G/S Herman Hansen | 20.00 | |
| | IN0858496-14 | 2002-08-26 | PROCS CHG Ron Maltes | 10.00 | |
| | IN0858496-15 | 2002-08-26 | G/S Stacy Boouccelli | 108.00 | |
| | IN0858496-16 | 2002-08-26 | G/S Larry Casey | 62.00 | |
| | IN0858496-17 | 2002-08-26 | G/S Ted Golebiowski | 100.00 | |
| | IN0858496-18 | 2002-08-26 | G/S Terry Dill | 35.60 | |
| | IN0858496-19 | 2002-08-26 | G/S Alice Ragsdale | 128.18 | |
| | IN0858496-20 | 2002-08-26 | G/S Sue Daly | 10.00 | |
| | IN0858496-21 | 2002-08-26 | PROCS CHG Dan Kruege | 10.00 | |
| | IN0858496-22 | 2002-08-26 | PROCS CHG Jennifer K | 10.00 | |
| | IN0858496-23 | 2002-08-26 | PROCS CHG Roop Agarw | 10.00 | |
| | IN0858496-24 | 2002-08-26 | PROCS CHG Claire Rob | 10.00 | |
| | 79630208A-01 | 2002-08-31 | ROYALTY ACCRUAL | 2,600.00 | ACR |
| | 79630208A-10 | 2002-08-31 | RINA FEE ACCRUAL | 2,900.00 | ACR |
| | FC0223281-01 | 2002-08-31 | FINANCE CHARGE | 1,008.54 | |
| | IN0863193-01 | 2002-08-31 | G/S Richard Dutton | 30.00 | |
| | IN0863193-02 | 2002-08-31 | TRANS CHG Richard Du | 25.00 | |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457
                                          RETURN FAX:(973)496-7030

ATTENTION:                                                    FAX:

ITEMIZED STATEMENT                                           PAGE 8
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---|---|
| 8 | IN0863193-03 | 2002-08-31 | G/S Anthony Maurer | 15.00 | |
| | IN0863193-04 | 2002-08-31 | G/S Mike Groark | 20.00 | |
| | IN0863193-05 | 2002-08-31 | TRANS CHG Mike Groar | 25.00 | |
| | IN0863193-06 | 2002-08-31 | G/S Victor Vasquez | 119.90 | |
| | IN0863193-07 | 2002-08-31 | PROCS CHG Victor Vas | 10.00 | |
| | IN0863193-08 | 2002-08-31 | G/S Stacy Boouccelli | 108.00 | |
| | IN0863193-09 | 2002-08-31 | G/S Dan Krueger | 55.00 | |
| | IN0863193-10 | 2002-08-31 | TRANS CHG Dan Kruege | 25.00 | |
| | IN0863193-11 | 2002-08-31 | G/S Warren Lawson | 90.20 | |
| | IN0863193-12 | 2002-08-31 | TRANS CHG Warren Law | 25.00 | |
| | IN0863193-13 | 2002-08-31 | G/S Teresa Scovel | 92.95 | |
| | IN0863193-14 | 2002-08-31 | PROCS CHG Teresa Sco | 10.00 | |
| | IN0864783-01 | 2002-08-31 | AUG-MSI SOFTWR MAINT | 274.09 | |
| | | | | 9,188.06 | |
| 9 | IN0867835-01 | 2002-09-09 | PROCS CHG Dulene Cip | 10.00 | |
| | IN0867835-02 | 2002-09-09 | G/S Claire Robinson | 232.66 | |
| | IN0867835-03 | 2002-09-09 | G/S Linda O'Neal | 100.00 | |
| | IN0867835-04 | 2002-09-09 | PROCS CHG Linda O'Ne | 10.00 | |
| | IN0877378-01 | 2002-09-23 | PROCS CHG Loraine Cu | 10.00 | |
| | IN0877378-02 | 2002-09-23 | G/S Rich Anzalone | 35.00 | |
| | IN0877378-03 | 2002-09-23 | TRANS CHG Rich Anzal | 25.00 | |
| | IN0881145-01 | 2002-09-27 | SEP-PPU HARDWARE MAI | 88.00 | |
| | 79630209A-01 | 2002-09-30 | ROYALTY ACCRUAL | 1,700.00 | ACR |
| | 79630209A-10 | 2002-09-30 | RINA FEE ACCRUAL | 1,900.00 | ACR |
| | FC0226047-01 | 2002-09-30 | FINANCE CHARGE | 997.53 | |
| | IN0882679-01 | 2002-09-30 | PROCS CHG Eric Murra | 10.00 | |
| | IN0884514-01 | 2002-09-30 | SEP-MSI SOFTWR MAINT | 274.09 | |
| | | | | 5,392.28 | |
| 10 | IN0888214-01 | 2002-10-07 | G/S Editha Ray | 350.00 | |
| | IN0891167-01 | 2002-10-14 | G/S Eric Murray | 195.00 | |
| | IN0891167-02 | 2002-10-14 | TRANS CHG Eric Murra | 25.00 | |
| | IN0899351-01 | 2002-10-28 | G/S Sharon Gilbert | 25.00 | |
| | IN0899351-02 | 2002-10-28 | TRANS CHG Sharon Gil | 25.00 | |
| | FC0228830-01 | 2002-10-31 | FINANCE CHARGE | 1,071.40 | |
| | | | | 1,691.40 | |
| 11 | FC0231664-01 | 2002-11-30 | FINANCE CHARGE | 1,049.03 | |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                          RETURN FAX:(973)496-7030

ATTENTION:                                                      FAX:

ITEMIZED STATEMENT                                              PAGE 9
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| | | | | 1,049.03 |
| 12 | FC0234582-01 | 2002-12-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 1 | FC0237474-01 | 2003-01-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 2 | FC0240566-01 | 2003-02-28 | FINANCE CHARGE | 987.92 |
| | | | | 987.92 |
| 3 | FC0243557-01 | 2003-03-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 4 | FC0246471-01 | 2003-04-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 5 | FC0249351-01 | 2003-05-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 6 | FC0252200-01 | 2003-06-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 7 | FC0254856-01 | 2003-07-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 8 | FC0257443-01 | 2003-08-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 9 | FC0259998-01 | 2003-09-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 10 | FC0262540-01 | 2003-10-31 | FINANCE CHARGE | 1,093.02 |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457
                                        RETURN FAX:(973)496-7030

ATTENTION:                                                        FAX:

ITEMIZED STATEMENT                                                PAGE 10
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|-------|--------------|-----------|------|------------|
| | | | | 1,093.02 |
| 11 | FC0265123-01 | 2003-11-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 12 | FC0267783-01 | 2003-12-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 1 | FC0270426-01 | 2004-01-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 2 | FC0273289-01 | 2004-02-29 | FINANCE CHARGE | 1,022.64 |
| | | | | 1,022.64 |
| 3 | FC0276108-01 | 2004-03-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 4 | FC0278720-01 | 2004-04-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 5 | FC0281300-01 | 2004-05-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 6 | FC0283833-01 | 2004-06-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 7 | FC0286246-01 | 2004-07-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 8 | FC0288527-01 | 2004-08-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                          RETURN FAX:(973)496-7030

```
ATTENTION:                                                FAX:

ITEMIZED STATEMENT                                        PAGE 11
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

|  | MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |  |
|---|---|---|---|---|---|---|
|  | 9 | FC0290859-01 | 2004-09-30 | FINANCE CHARGE | 1,058.21 |  |
|  |  |  |  |  | 1,058.21 |  |
|  | 10 | FC0293966-01 | 2004-10-31 | FINANCE CHARGE | 1,093.02 |  |
|  |  |  |  |  | 1,093.02 |  |
|  | 11 | FC0297059-01 | 2004-11-30 | FINANCE CHARGE | 1,058.21 |  |
|  |  |  |  |  | 1,058.21 |  |
|  | 12 | FC0300296-01 | 2004-12-31 | FINANCE CHARGE | 1,093.02 |  |
|  |  |  |  |  | 1,093.02 |  |
|  |  |  |  |  | ================= |  |
|  |  |  |  |  | 130,140.95 |  |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                        RETURN FAX:(973)496-7030
```