E-FILED
Wednesday, 19 January, 2005 04:21:24 PM
Clerk, U.S. District Court, ILCD

ITEMIZED STATEMENT
FOR RAM   #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
|   | IN0810200-01 | 5/27/2002 | MAY-PPU HARDWARE MAI | 88 |
|   | IN0811483-01 | 5/28/2002 | TRANS CHG David Piep | 25 |
|   | IN0811483-02 | 5/28/2002 | PROCS CHG Sharon Gil | 10 |
|   | FC0214913-01 | 5/31/2002 | FINANCE CHARGE | 702.34 |
|   | IN0813836-01 | 5/31/2002 | MAY-MSI SOFTWR MAINT | 274.09 |
|   | IN0816080-01 | 5/31/2002 | G/S David Pieplow | 53 |
|   | MV0669112-01 | 5/31/2002 | ROYALTY FEE | 1,847.00 |
|   | MV0669112-02 | 5/31/2002 | RINA FEE | 2,078.00 |
|   |   |   |   | 5,132.43 |
| 6 | IN0824755-01 | 6/24/2002 | PROCS CHG Twila Cart | 10 |
|   | IN0824755-02 | 6/24/2002 | PROCS CHG Don Spinde | 10 |
|   | IN0824755-03 | 6/24/2002 | PROCS CHG Debra Hend | 10 |
|   | 79630206A-01 | 6/30/2002 | ROYALTY ACCRUAL | 2,100.00 |
|   | 79630206A-10 | 6/30/2002 | RINA FEE ACCRUAL | 2,400.00 |
|   | FC0217626-01 | 6/30/2002 | FINANCE CHARGE | 893.68 |
|   | IN0829113-01 | 6/30/2002 | PROCS CHG Belinda Ba | 10 |
|   | IN0829113-02 | 6/30/2002 | PROCS CHG Tracy Rees | 10 |
|   | IN0829113-03 | 6/30/2002 | PROCS CHG Gary Berra | 10 |
|   | IN0829113-04 | 6/30/2002 | PROCS CHG Beth Burnh | 10 |
|   | IN0830749-01 | 6/30/2002 | JUN-MSI SOFTWR MAINT | 274.09 |
|   |   |   |   | 5,737.77 |
| 7 | IN0833480-01 | 7/9/2002 | G/S Twila Carter | 25 |
|   | IN0833480-02 | 7/9/2002 | TRANS CHG Twila Cart | 25 |
|   | IN0833480-03 | 7/9/2002 | G/S Don Spindel | 30 |
|   | IN0833480-04 | 7/9/2002 | TRANS CHG Don Spinde | 25 |
|   | IN0833480-05 | 7/9/2002 | TRANS CHG Ed Melling | 25 |
|   | IN0833480-06 | 7/9/2002 | PROCS CHG Pat Crowle | 10 |
|   | IN0833480-07 | 7/9/2002 | PROCS CHG Gail Dasti | 10 |
|   | IN0833480-08 | 7/9/2002 | PROCS CHG Laurie Gra | 10 |
|   | IN0833480-09 | 7/9/2002 | PROCS CHG Joan Hofri | 10 |
|   | IN0833480-10 | 7/9/2002 | PROCS CHG Kenneth Be | 10 |
|   | IN0833480-11 | 7/9/2002 | PROCS CHG John Germa | 10 |
|   | IN0833480-12 | 7/9/2002 | PROCS CHG Regina Men | 10 |
|   | IN0833480-13 | 7/9/2002 | PROCS CHG Marshawn S | 10 |
|   | IN0833480-14 | 7/9/2002 | PROCS CHG Susan Hoff | 10 |


EXHIBIT C

ITEMIZED STATEMENT
FOR RAM #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
|  | IN0835738-01 | 7/15/2002 | PROCS CHG Barbara J. | 10 |
|  | IN0835738-02 | 7/15/2002 | PROCS CHG Barry Manh | 10 |
|  | IN0835738-03 | 7/15/2002 | PROCS CHG Roger Imle | 10 |
|  | IN0835738-04 | 7/15/2002 | PROCS CHG Steven Sto | 10 |
|  | IN0839406-01 | 7/22/2002 | G/S Beth Burnham | 50 |
|  | IN0839406-02 | 7/22/2002 | G/S Belinda Baker | 30 |
|  | IN0839406-03 | 7/22/2002 | TRANS CHG Belinda Ba | 25 |
|  | IN0839406-04 | 7/22/2002 | TRANS CHG Beth Burnh | 25 |
|  | IN0839406-05 | 7/22/2002 | G/S Marshawn Stevens | 25 |
|  | IN0839406-06 | 7/22/2002 | G/S Pat Crowley | 25 |
|  | IN0839406-07 | 7/22/2002 | G/S Gail Dastice | 45 |
|  | IN0839406-08 | 7/22/2002 | G/S Regina Mendicino | 25 |
|  | IN0839406-09 | 7/22/2002 | TRANS CHG Regina Men | 25 |
|  | IN0839406-10 | 7/22/2002 | TRANS CHG Pat Crowle | 25 |
|  | IN0839406-11 | 7/22/2002 | TRANS CHG Gail Dasti | 25 |
|  | IN0839406-12 | 7/22/2002 | TRANS CHG Marshawn S | 25 |
|  | IN0839406-13 | 7/22/2002 | PROCS CHG Susan Newm | 10 |
|  | IN0839406-14 | 7/22/2002 | PROCS CHG Jennifer B | 10 |
|  | IN0842861-01 | 7/29/2002 | AUDIT ROYALTY | 174.36 |
|  | IN0842861-02 | 7/29/2002 | AUDIT RINA FEE | 196.16 |
|  | IN0842861-03 | 7/29/2002 | AUDIT INTEREST FEE | 105.25 |
|  | IN0842862-01 | 7/29/2002 | G/S Susan Neuman | 30 |
|  | IN0842862-02 | 7/29/2002 | TRANS CHG Susan Neum | 25 |
|  | IN0842862-03 | 7/29/2002 | PROCS CHG Deb Johnst | 10 |
|  | 79630207A-01 | 7/31/2002 | ROYALTY ACCRUAL | 2,300.00 |
|  | 79630207A-10 | 7/31/2002 | RINA FEE ACCRUAL | 2,500.00 |
|  | FC0220464-01 | 7/31/2002 | FINANCE CHARGE | 989.64 |
|  | IN0847028-01 | 7/31/2002 | JLY-MSI SOFTWR MAINT | 274.09 |
|  |  |  |  | 7,234.50 |
| 8 | IN0849810-01 | 8/6/2002 | G/S Debra Hendrickso | 30 |
|  | IN0849810-02 | 8/6/2002 | TRANS CHG Debra Hend | 25 |
|  | IN0849810-03 | 8/6/2002 | G/S Steven Stout | 25 |
|  | IN0849810-04 | 8/6/2002 | TRANS CHG Steven Sto | 25 |
|  | IN0849810-05 | 8/6/2002 | PROCS CHG Ronald G. | 10 |
|  | IN0851457-01 | 8/12/2002 | PROCS CHG Richard Du | 10 |
|  | IN0851457-02 | 8/12/2002 | PROCS CHG Ron Gilpin | 10 |
|  | IN0851457-03 | 8/12/2002 | PROCS CHG Bryce Bach | 10 |

ITEMIZED STATEMENT                                                                                                3 of 12
FOR RAM  #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| | IN0851457-04 | 8/12/2002 | PROCS CHG Angie Toll | 10 |
| | IN0851457-05 | 8/12/2002 | PROCS CHG Michelle M | 10 |
| | IN0855043-01 | 8/16/2002 | Q/A REINSPECTION | 300 |
| | IN0855999-01 | 8/19/2002 | PROCS CHG Donna Davi | 10 |
| | IN0855999-02 | 8/19/2002 | PROCS CHG Rich Anzal | 10 |
| | IN0855999-03 | 8/19/2002 | PROCS CHG Mike Dough | 10 |
| | IN0855999-04 | 8/19/2002 | PROCS CHG John Zurli | 10 |
| | IN0855999-05 | 8/19/2002 | PROCS CHG Robert McC | 10 |
| | IN0855999-06 | 8/19/2002 | PROCS CHG Kelly Myat | 10 |
| | IN0855999-07 | 8/19/2002 | PROCS CHG Judith Wey | 10 |
| | IN0855999-08 | 8/19/2002 | PROCS CHG Nadine Kan | 10 |
| | IN0855999-09 | 8/19/2002 | PROCS CHG Peggy Cumb | 10 |
| | IN0855999-10 | 8/19/2002 | PROCS CHG Eileen Con | 10 |
| | IN0855999-11 | 8/19/2002 | PROCS CHG Herman Han | 10 |
| | IN0855999-12 | 8/19/2002 | PROCS CHG Jim Sutton | 10 |
| | IN0855999-13 | 8/19/2002 | PROCS CHG Stacy Boou | 10 |
| | IN0855999-14 | 8/19/2002 | PROCS CHG Larry Case | 10 |
| | IN0855999-15 | 8/19/2002 | PROCS CHG Ted Golebi | 10 |
| | IN0855999-16 | 8/19/2002 | PROCS CHG Terry Dill | 10 |
| | IN0855999-17 | 8/19/2002 | PROCS CHG Sue Daly | 10 |
| | IN0855999-18 | 8/19/2002 | PROCS CHG Alice Rags | 10 |
| | IN0855999-19 | 8/19/2002 | PROCS CHG Bob Ericks | 10 |
| | IN0858496-01 | 8/26/2002 | G/S Erin Williamson | 200 |
| | IN0858496-02 | 8/26/2002 | G/S James McCoy | 27.56 |
| | IN0858496-03 | 8/26/2002 | TRANS CHG James McCo | 25 |
| | IN0858496-04 | 8/26/2002 | PROCS CHG Sara Riche | 10 |
| | IN0858496-05 | 8/26/2002 | PROCS CHG Anthony Ma | 10 |
| | IN0858496-06 | 8/26/2002 | G/S Joann Zeka | 65 |
| | IN0858496-07 | 8/26/2002 | G/S Robert McCreary | 25.8 |
| | IN0858496-08 | 8/26/2002 | G/S Nadine Kanack | 45.34 |
| | IN0858496-09 | 8/26/2002 | G/S Judith Weyburg | 68 |
| | IN0858496-10 | 8/26/2002 | TRANS CHG Nadine Kan | 25 |
| | IN0858496-11 | 8/26/2002 | PROCS CHG Mike Groar | 10 |
| | IN0858496-12 | 8/26/2002 | G/S Jim Sutton | 73.9 |
| | IN0858496-13 | 8/26/2002 | G/S Herman Hansen | 20 |
| | IN0858496-14 | 8/26/2002 | PROCS CHG Ron Maltes | 10 |
| | IN0858496-15 | 8/26/2002 | G/S Stacy Boouccelli | 108 |
| | IN0858496-16 | 8/26/2002 | G/S Larry Casey | 62 |
| | IN0858496-17 | 8/26/2002 | G/S Ted Golebiowski | 100 |

ITEMIZED STATEMENT                                                                 4 of 12
FOR RAM  #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
|  | IN0858496-18 | 8/26/2002 | G/S Terry Dill | 35.6 |
|  | IN0858496-19 | 8/26/2002 | G/S Alice Ragsdale | 128.18 |
|  | IN0858496-20 | 8/26/2002 | G/S Sue Daly | 10 |
|  | IN0858496-21 | 8/26/2002 | PROCS CHG Dan Kruege | 10 |
|  | IN0858496-22 | 8/26/2002 | PROCS CHG Jennifer K | 10 |
|  | IN0858496-23 | 8/26/2002 | PROCS CHG Roop Agarw | 10 |
|  | IN0858496-24 | 8/26/2002 | PROCS CHG Claire Rob | 10 |
|  | 79630208A-01 | 8/31/2002 | ROYALTY ACCRUAL | 2,600.00 |
|  | 79630208A-10 | 8/31/2002 | RINA FEE ACCRUAL | 2,900.00 |
|  | FC0223281-01 | 8/31/2002 | FINANCE CHARGE | 1,008.54 |
|  | IN0863193-01 | 8/31/2002 | G/S Richard Dutton | 30 |
|  | IN0863193-02 | 8/31/2002 | TRANS CHG Richard Du | 25 |
|  | IN0863193-03 | 8/31/2002 | G/S Anthony Maurer | 15 |
|  | IN0863193-04 | 8/31/2002 | G/S Mike Groark | 20 |
|  | IN0863193-05 | 8/31/2002 | TRANS CHG Mike Groar | 25 |
|  | IN0863193-06 | 8/31/2002 | G/S Victor Vasquez | 119.9 |
|  | IN0863193-07 | 8/31/2002 | PROCS CHG Victor Vas | 10 |
|  | IN0863193-08 | 8/31/2002 | G/S Stacy Boouccelli | 108 |
|  | IN0863193-09 | 8/31/2002 | G/S Dan Krueger | 55 |
|  | IN0863193-10 | 8/31/2002 | TRANS CHG Dan Kruege | 25 |
|  | IN0863193-11 | 8/31/2002 | G/S Warren Lawson | 90.2 |
|  | IN0863193-12 | 8/31/2002 | TRANS CHG Warren Law | 25 |
|  | IN0863193-13 | 8/31/2002 | G/S Teresa Scovel | 92.95 |
|  | IN0863193-14 | 8/31/2002 | PROCS CHG Teresa Sco | 10 |
|  | IN0864783-01 | 8/31/2002 | AUG-MSI SOFTWR MAINT | 274.09 |
|  |  |  |  | 9,188.06 |
| 9 | IN0867835-01 | 9/9/2002 | PROCS CHG Dulene Cip | 10 |
|  | IN0867835-02 | 9/9/2002 | G/S Claire Robinson | 232.66 |
|  | IN0867835-03 | 9/9/2002 | G/S Linda O'Neal | 100 |
|  | IN0867835-04 | 9/9/2002 | PROCS CHG Linda O'Ne | 10 |
|  | IN0877378-01 | 9/23/2002 | PROCS CHG Loraine Cu | 10 |
|  | IN0877378-02 | 9/23/2002 | G/S Rich Anzalone | 35 |
|  | IN0877378-03 | 9/23/2002 | TRANS CHG Rich Anzal | 25 |
|  | IN0881145-01 | 9/27/2002 | SEP-PPU HARDWARE MAI | 88 |
|  | 79630209A-01 | 9/30/2002 | ROYALTY ACCRUAL | 1,700.00 |
|  | 79630209A-10 | 9/30/2002 | RINA FEE ACCRUAL | 1,900.00 |
|  | FC0226047-01 | 9/30/2002 | FINANCE CHARGE | 997.53 |

ITEMIZED STATEMENT
FOR RAM  #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| | IN0882679-01 | 9/30/2002 | PROCS CHG Eric Murra | 10 |
| | IN0884514-01 | 9/30/2002 | SEP-MSI SOFTWR MAINT | 274.09 |
| | | | | 5,392.28 |
| 10 | IN0888214-01 | 10/7/2002 | G/S Editha Ray | 350 |
| | IN0891167-01 | 10/14/2002 | G/S Eric Murray | 195 |
| | IN0891167-02 | 10/14/2002 | TRANS CHG Eric Murra | 25 |
| | IN0899351-01 | 10/28/2002 | G/S Sharon Gilbert | 25 |
| | IN0899351-02 | 10/28/2002 | TRANS CHG Sharon Gil | 25 |
| | FC0228830-01 | 10/31/2002 | FINANCE CHARGE | 1,071.40 |
| | | | | 1,691.40 |
| 11 | FC0231664-01 | 11/30/2002 | FINANCE CHARGE | 1,049.03 |
| | | | | 1,049.03 |
| 12 | FC0234582-01 | 12/31/2002 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 1 | FC0237474-01 | 1/31/2003 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 2 | FC0240566-01 | 2/28/2003 | FINANCE CHARGE | 987.92 |
| | | | | 987.92 |
| 3 | FC0243557-01 | 3/31/2003 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 4 | FC0246471-01 | 4/30/2003 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 5 | FC0249351-01 | 5/31/2003 | FINANCE CHARGE | 1,093.02 |

ITEMIZED STATEMENT
FOR RAM   #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

6 of 12

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
|  |  |  |  | 1,093.02 |
| 6 | FC0252200-01 | 6/30/2003 | FINANCE CHARGE | 1,058.21 |
|  |  |  |  | 1,058.21 |
| 7 | FC0254856-01 | 7/31/2003 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 8 | FC0257443-01 | 8/31/2003 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 9 | FC0259998-01 | 9/30/2003 | FINANCE CHARGE | 1,058.21 |
|  |  |  |  | 1,058.21 |
| 10 | FC0262540-01 | 10/31/2003 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 11 | FC0265123-01 | 11/30/2003 | FINANCE CHARGE | 1,058.21 |
|  |  |  |  | 1,058.21 |
| 12 | FC0267783-01 | 12/31/2003 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 1 | FC0270426-01 | 1/31/2004 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 2 | FC0273289-01 | 2/29/2004 | FINANCE CHARGE | 1,022.64 |
|  |  |  |  | 1,022.64 |

ITEMIZED STATEMENT                                                                                                               7 of 12
FOR RAM   #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 3 | FC0276108-01 | 3/31/2004 | FINANCE CHARGE | 1,093.02 |
|   |   |   |   | 1,093.02 |
| 4 | FC0278720-01 | 4/30/2004 | FINANCE CHARGE | 1,058.21 |
|   |   |   |   | 1,058.21 |
| 5 | FC0281300-01 | 5/31/2004 | FINANCE CHARGE | 1,093.02 |
|   |   |   |   | 1,093.02 |
| 6 | FC0283833-01 | 6/30/2004 | FINANCE CHARGE | 1,058.21 |
|   |   |   |   | 1,058.21 |
| 7 | FC0286246-01 | 7/31/2004 | FINANCE CHARGE | 1,093.02 |
|   |   |   |   | 1,093.02 |
| 8 | FC0288527-01 | 8/31/2004 | FINANCE CHARGE | 1,093.02 |
|   |   |   |   | 1,093.02 |
| 9 | FC0290859-01 | 9/30/2004 | FINANCE CHARGE | 1,058.21 |
|   |   |   |   | 1,058.21 |
| 10 | FC0293966-01 | 10/31/2004 | FINANCE CHARGE | 1,093.02 |
|   |   |   |   | 1,093.02 |
| 11 | FC0297059-01 | 11/30/2004 | FINANCE CHARGE | 1,058.21 |
|   |   |   |   | 1,058.21 |
| 12 | FC0300296-01 | 12/31/2004 | FINANCE CHARGE | 1,093.02 |
|   |   |   |   | 1,093.02 |

ITEMIZED STATEMENT                                                                                                8 of 12
FOR RAM   #7963-89888 - SPRINGFIELD - SOUTH, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | TOTAL | 62,297.01 |