E-FILED
Wednesday, 19 January, 2005  04:22:53 PM
Clerk, U.S. District Court, ILCD

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.
Cendant Corporation                        JANUARY 11, 2005
1 Sylvan
Parsippany, New Jersey 07054

RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 01/01/00 to 01/11/05

| Name | Date | Hours | Description of Services | Task Act | Amount |
|---|---|---|---|---|---|
| * * * REDACTED | | | | | |
| FAB | 09/26/03 | .20 | Communications with R. Spencer and P. Morency re new file. | L210 A105 | 40.00 |
| FAB | 09/29/03 | 5.50 | Review green file and FIS notes, draft summary of issues and complaint; left voicemail for Stefani Williams re [REDACTED re additional information needed] | L210 A104 | 1100.00 |
| * * * REDACTED | | | | | |
| RMS | 11/07/03 | .90 | Review and analyze factual records and documents in connection with reviewing FAB's draft and responding to her questions. | L190 A104 | 297.00 |
| * * * REDACTED | | | | | |
| RMS | 11/10/03 | 1.00 | Review and revise FAB's draft complaint, in consultation with fact/legal issues summary from FAB. | L210 A103 | 330.00 |
| * * * REDACTED | | | | | |
| FAB | 11/10/03 | 2.10 | Revise draft complaint to incorporate R. Spencer's comments; additional review of client documents re [REDACTED] | L210 A103 | 420.00 |


EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| *** REDACTED | | | | | |
| RMS | 12/22/03 | .10 | CLIP from M. Banks re [REDACTED - re matter] | L190 A106 | 33.00 |
| *** REDACTED | | | | | |
| RMS | 08/17/04 | .10 | Communications with FAB re pleadings. | L210 A105 | 36.00 |
| FAB | 08/17/04 | .10 | Communications with R. Spencer re draft complaint. | L210 A105 | 23.00 |
| *** REDACTED | | | | | |
| RMS | 09/13/04 | .40 | Review and revise FAB's draft complaint. | L210 A103 | 144.00 |
| RMS | 09/13/04 | .10 | Email communication to FAB re pleading. | L210 A105 | 36.00 |
| RMS | 09/16/04 | .50 | Series of email communications and direction to FAB re revisions to pleadings; review draft paragraph [REDACTED]; review email re [REDACTED] | L210 A105 | 180.00 |
| FAB | 09/16/04 | .20 | Revise complaint. | L210 A103 | 46.00 |
| *** REDACTED | | | | | |
| FAB | 09/16/04 | .10 | Communications with M. Banks and S. Williams re complaint and demand letters. | L210 A106 | 23.00 |
| FAB | 09/27/04 | .10 | Communications with S. Williams re draft complaint. | L210 A106 | 23.00 |
| FAB | 10/11/04 | .10 | Communications with S. Williams re edits to complaint. | L210 A106 | 23.00 |
| RMS | 10/14/04 | .30 | Review client comments on draft complaint and email from FAB re same; email direction to FAB re points to cover with M. Banks re [REDACTED] | L210 A104 | 108.00 |
| *** REDACTED | | | | | |
| FAB | 10/14/04 | .40 | Revise complaint per client comments. | L210 A103 | 92.00 |
| *** REDACTED | | | | | |
| FAB | 10/19/04 | .10 | Review email from S. Williams re edits to complaint. | L210 A106 | 23.00 |

| | | | | | |
|---|---|---|---|---|---|
| * * * REDACTED | | | | | |
| FAB | 10/27/04 | .10 | Directions re preparing complaint, summons, etc. for filing. | L210 A105 | 23.00 |
| FAB | 11/05/04 | .10 | Communications with F. McCormick re preparing complaint for filing. | L210 A105 | 23.00 |
| * * * REDACTED | | | | | |
| FAB | 11/10/04 | .80 | Draft Certificate of Interest; review/revise complaint and exhibits, civil cover sheet, appearances, summonses. | L210 A103 | 184.00 |
| RMS | 11/11/04 | .40 | Review notes from FAB re pleadings; direct final changes to summonses, initial case documents. | L210 A104 | 144.00 |
| * * * REDACTED | | | | | |
| FAB | 12/06/04 | .20 | Update CLIP with complaint and service of summons information. | L210 A106 | 46.00 |
| FAB | 12/06/04 | .20 | Review returns of service for Raj Jhala, individually and as registered agent, Paul Femmer, Sharad Desai and Jay Vidyalankar. | L210 A104 | 46.00 |
| FAB | 12/06/04 | .20 | Prepare notice of e-filing and certificate of service for returns of service. | L210 A103 | 46.00 |
| * * * REDACTED | | | | | |
| FAB | 12/06/04 | .10 | Communications with S. Williams re defendants' defaults. | L210 A106 | 23.00 |
| RMS | 12/07/04 | .30 | Series of telephone and email communications with FAB re motion to be filed with Central District; direction to FAB re same. | L250 A105 | 108.00 |
| FAB | 12/07/04 | .30 | E-file returns of service on all 5 defendants. | L210 A110 | 69.00 |
| FAB | 12/08/04 | .20 | Review/respond to CLIPs re status of complaint/service of process. | L210 A106 | 46.00 |

\* \* \* REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 12/09/04 | .10 | Check PACER and update CLIP with judge/magistrate judge information. | L210 A106 | 23.00 |
| FAB | 12/09/04 | .10 | Communications with R. Spencer re responding to CLIP. | L110 A105 | 23.00 |
| RMS | 12/10/04 | .20 | Check docket; email to FAB re defaults. | L210 A104 | 72.00 |
| FAB | 12/13/04 | .50 | Draft motion for default against Raj Jhala and Shri Ohm. | L240 A103 | 115.00 |
| FAB | 12/13/04 | .10 | Communications with R. Spencer re motion for default against Raj Jhala and Shri Ohm. | L240 A105 | 23.00 |

\* \* \* REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 12/30/04 | .50 | Email communications with FAB; review and revise FAB's motion for default; email to FAB re same. | L250 A103 | 180.00 |

\* \* \* REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 12/30/04 | .60 | Revise Motion for Default to include Vidyalankar; revise per R. Spencer's comments. | L240 A103 | 138.00 |

\* \* \* REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 01/04/05 | .30 | Efile Motion for Entry of Default against Jhala, Vidyalankar and Shri Ohm and Exhibits. | L240 A110 | 81.00 |

\* \* \* REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 01/05/05 | 1.00 | Drafting Motion for Default Judgment. | L240 A103 | 270.00 |
| FAB | 01/05/05 | .10 | CLIP comment re entry of default and preparing motion for default judgment. | L240 A106 | 27.00 |
| TOTALS | | | | | $4,687.00 |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                                    Jan 11, 2005
FILE NUMBER: 26384-0089


                    CLIENT DISBURSEMENTS/CHARGES
                 JANUARY 1, 1900 to  JANUARY 11, 2005
              Ramada Franchise Systems, Inc. 7963 Springfield


    DATE       DESCRIPTION                                     AMOUNT


09/02/03 Duplicating  Butts Ke USER DEFINED 1:  Butts Ke          5.00
         50 pages
09/02/03 Duplicating  Morency USER DEFINED 1: Morency 7           0.70
         pages
10/21/03 Duplicating Burke Fi USER DEFINED 1:  Burke Fi           0.20
         2 pages
03/24/04 Duplicating  Burke Fi USER DEFINED 1:  Burke Fi         47.70
03/24/04 Duplicating Morency USER DEFINED 1:  Morency             0.10
11/08/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi           3.70
11/08/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi           5.90
11/11/04 Duplicating Spencer USER DEFINED 1: Spencer             47.00
11/15/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi          21.90
11/15/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi           0.30
01/04/05 Duplicating and Binding Spencer USER DEFINED 1:          2.10
         Spencer 21 pages @ .10 a page
11/19/03 Outside Duplicating - INV.# 44810 - PJM -              180.88
         VENDOR:ADVANTAGE DOCUMENT SERVICES, INC.
09/17/03 Courier Services                                        26.00
         Air Bill: 619750228143
         Sender: MAILROOM
         Recipient: STEPHANIE WILLIAMS
         Address: LEGAL DEPARTMENT
         City: PARSIPPANY
         State: NJ
         Zip code: 07054
03/24/04 Courier Services                                        17.90
         Air Bill: 652115267748
         Sender: MAILROOM
         Recipient: STEFANI WILLIAMS
         Address: 1 SYLVAN WAY
         City: PARSIPPANY
         State: NJ
         Zip code: 07054

10/27/04 Courier Services                                        11.00
         Air Bill: 652115349958

```
            Sender: MAILROOM
            Recipient: RAJEN JHALA
            Address: 16347 CHAMPION DRIVE
            City: CHESTERFIELD
            State: MO
            Zip code: 63005
10/27/04 Courier Services                                      11.00
            Air Bill: 652115349969
            Sender: MAILROOM
            Recipient: PAUL FREMMER
            Address: 1616 WILDHORSE PKWY
            City: CHESTERFIELD
            State: MO
            Zip code: 63005
10/27/04 Courier Services                                      11.00
            Air Bill: 652115349970
            Sender: MAILROOM
            Recipient: JAY VIDYALANDAR
            Address: 4139 E. BUSCH BOULEVARD
            City: TAMPA
            State: FL
            Zip code: 33617
10/27/04 Courier Services                                      11.00
            Air Bill: 652115350160
            Sender: MAILROOM
            Recipient: SHARAD DESAI
            Address: 8 DUNBRIDGE COURT
            City: GLEN CARBON
            State: IL
            Zip code: 62034
11/11/04 Courier Services                                      16.10
            Air Bill: 652115355839
            Sender: MAILROOM
            Recipient: U.S. DISTRICT  CLERK
            Address: 600 E. MONROE STREET
            City: SPRINGFIELD
            State: IL
            Zip code: 62701
11/12/04 Courier Services                                      14.60
            Air Bill: 846751633973
            Sender: FRANCINE MCCORMICK
            Recipient: FRANCINE MCCORMICK
            Address: 6600 SEARS TOWER
            City: CHICAGO
            State: IL
            Zip code: 60606

11/10/04 Filing Fees - VENDOR:CLERK OF THE U.S. DISTRICT       150.00
            CT- FEE FOR FILING COMPAINT IN THE CENTRAL
            DISTRICT OF ILLINOIS- F. BURKE
11/15/04 Service of Process -PROCESS SERVER'S FEE - FAB        130.00
         -   VENDOR:MARKELL & ASSOCIATES, INC.
11/17/04 Service of Process - PROCESS SERVER FEE - FAB -        49.00
            VENDOR:EX-CEL INVESTIGATIONS
01/06/05 Service of Process -SHARAD DESAI-SUMMONS &            100.00
            COMPLAINTS-JL- VENDOR:IT'S YOUR SERVE
10/25/03 [REDACTED]

TOTAL                                                         $863.08
```

-6-

```
*----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
*----DISBURSEMENTS/CHARGES CODE-----*     AMOUNT
E101    Copying                               134.60
E102    Outside Printing                      180.88
E107    Delivery services/messenger           118.60
E112    Court fees                            150.00
E113    Subpoena Fees                         279.00
E123    [REDACTED]
                                    Total:  $863.08
```