E-FILED
Friday, 04 February, 2005  02:16:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | Case No. 3:04-cv-3248 |
| ) | |
| SHRI OHM CORP., d/b/a SHREE OHM, ) | Hon. Jeanne E. Scott |
| INC., JAY VIDYALANKAR, SHARAD ) | |
| DESAI, PAUL FEMMER and RAJEN ) | Mag. Byron G. Cudmore |
| JHALA ) | |
|     Defendants. ) | |

**PARTIES' PROPOSED SCHEDULING ORDER**

Pursuant to this Court's January 5, 2005 Order, a scheduling conference was held on January 20, 21 and 24 and February 1, 2005 between plaintiff's attorney:

    Robin M. Spencer
    Schiff Hardin LLP
    6600 Sears Tower
    Chicago, IL 60606-6473
    Telephone: (312) 258-5733

and *pro se* defendant Sharad Desai:

    Sharad Desai
    8 Dunbridge Ct
    Glen Carbon, IL 62034-1564
    Telephone: (618) 288-0865

and on January 24 and February 4, 2005 between plaintiff's attorney Robin M. Spencer and *pro se* defendant Paul Femmer:

    Paul Femmer
    1616 Wildhorse Pkwy.
    Chesterfield, Missouri 63005
    Telephone: (636) 346-7379

As a result of their planning conferences, the parties collectively have agreed upon the following proposed schedule which they respectfully submit to the Court for its consideration:

1. Initial disclosures under Rule 26 to be made by February 28, 2005.

2. No motions to join other parties or to amend the pleadings to be filed after March 21, 2005.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by August 31, 2005. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by September 30, 2005.

4. The parties have until July 29, 2005, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until October 28, 2005 to complete expert discovery.

5. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

6. The parties have until November 11, 2005 to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

7. Final Pre-Trial Conference is scheduled for February 1, 2006 at ___ .m. before U.S. District Judge Jeanne E. Scott. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 – Pre-Trial Procedures.)

8. Trial is scheduled for _____ at ___ a.m. on the trial calendar of U.S. District Judge Jeanne E. Scott.

-3-

9.  If the parties consent to trial before U.S. Magistrate Judge Cudmore, the final pre-trial date and trial date may be changed.

10. A settlement conference will be hosted by U.S. Magistrate Judge Cudmore in Springfield by joint request of the parties.

11. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRETRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

Respectfully submitted,

|  |  |  |
|---|---|---|
| s/Robin M. Spencer | s/Sharad Desai by R. Spencer, with express authorization | s/Paul Femmer by R. Spencer, with express authorization |
| Counsel for Plaintiff | Sharad Desai<br>Pro Se Defendant | Paul Femmer<br>Pro Se Defendant |
| Robin M. Spencer<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>(312) 258-5500<br>(312) 258-5600<br>rspencer@schiffhardin.com | Sharad Desai<br>8 Dunbridge Ct<br>Glen Carbon, IL 62034-1564<br>(618) 288-0865 | Paul Femmer<br>1616 Wildhorse Pkwy<br>Chesterfield, MO 63005<br>(636) 346-7379 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

>Sharad Desai
>8 Dunbridge Ct
>Glen Carbon, Illinois 62304
>
>Paul Femmer
>1616 Wildhorse Pkwy
>Chesterfield, Missouri 63005

>s/_____Robin M. Spencer_____
>Robin M. Spencer, IL Bar. No. 6256706
>One of the Attorneys for Plaintiff
>Schiff Hardin LLP
>6600 Sears Tower
>Chicago, IL 60606
>(312) 258-5500
>(312) 258-5600 (facsimile)
>rspencer@schiffhardin.com

CH1\4222067.1