IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:04-cv-3248 |
| SHRI OHM CORPORATION., d/b/a SHREE OHM, INC., an Illinois corporation, JAY VIDYALANKAR, SHARAD DESAI, PAUL FEMMER, and RAJEN JHALA, individuals, | ) ) ) ) ) ) | Hon. Jeanne E. Scott

Mag. Byron G. Cudmore |
| Defendants. | ) | |

### NOTICE OF ELECTRONIC FILING

**TO:**  Jay Vidyalankar
4139 E. Busch Blvd., #400
Tampa, FL 33617

Rajen Jhala
Individually and as Registered Agent for
Shri Ohm Corporation
16347 Champion Dr.
Chesterfield, Missouri 63005

**PLEASE TAKE NOTICE** that on Wednesday, January 19, 2005, we electronically filed the foregoing **Ramada Franchise Systems, Inc.'s (1) Motion For Default Judgment Against Defendants Rajen Jhala, Shri Ohm Corporation d/b/a Shree Ohm, Inc. and Jay Vidyalankar, (2) Proposed Default Judgment Order, (3) Affidavit of Kathy Cox (with exhibits), and (4) Affidavit of Robin M. Spencer (with exhibits),** with the Clerk of the Court for the Central District of Illinois, Springfield Division, using the CM/ECF system, copies of which are hereby served upon you.

Dated: February 14, 2005

Respectfully submitted,

RAMADA FRANCHISE SYSTEMS, INC.

By:   s/Fiona A. Burke
Counsel for Plaintiff

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
Telephone: (312) 258-5500

Facsimile: (312) 258-5600
pmorency@schiffhardin.com
rspencer@schiffhardin.com
fburke@schiffhardin.com

## CERTIFICATE OF SERVICE

      I, Fiona A. Burke, an attorney, hereby certify that on January 19, 2005, I electronically filed the foregoing **Ramada Franchise Systems, Inc.'s (1) Motion For Default Judgment Against Defendants Rajen Jhala, Shri Ohm Corporation d/b/a Shree Ohm, Inc. and Jay Vidyalankar, (2) Proposed Default Judgment Order, (3) Affidavit of Kathy Cox (with exhibits), and (4) Affidavit of Robin M. Spencer (with exhibits)**, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on February 14, 2005, I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

By U.S. Mail:

Jay Vidyalankar
4139 E. Busch Blvd., #400
Tampa, FL 33617

Rajen Jhala
Individually and as Registered Agent for
Shri Ohm Corporation
16347 Champion Dr.
Chesterfield, Missouri 63005

By:   s/Fiona A. Burke
      Counsel for Plaintiff
      Fiona A. Burke, Bar Number 6273779
      SCHIFF HARDIN LLP
      6600 Sears Tower
      Chicago, IL 60606-6473
      Telephone: (312) 258-5500
      Facsimile: (312) 258-5600
      fburke@schiffhardin.com

CH1\4229012.1