```
ATTENTION:

ITEMIZED STATEMENT                                           PAGE 1
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


           RELATION        ITEM                                AMOUNT
  MONTH    NBR             DATE        DESC                    DUE
  -----    -------------   ----------  ----------------------  -------------

     10    TA2625089-01    1999-10-30  T/A COMMISSIONS              213.60
           TA2625089-01    1999-10-30  T/A COMMISSIONS              213.60
           TA2625089-01    2001-07-25  T/A COMMISSIONS             -213.60
           TA2625089-01    2001-08-17  10/99 TA COMM                -30.80
                                                              ------------
                                                                   182.80

     12    IN0561269-01    2000-12-27  G/S Dave Emerson              25.00
           IN0561269-02    2000-12-27  TRANS CHG Dave Emers          25.00
           IN0562333-01    2000-12-29  DEC-MSI MAINT.               258.33
           TA2709951-01    2000-12-29  T/A COMM SERVICE CHG           1.05
           TA2709951-01    2000-12-29  T/A COMMISSIONS               16.20
           TP3709951-01    2000-12-29  AIRLINE RESV FEE              25.75
           MV0565105-01    2000-12-31  ROYALTY FEE                  629.00
           MV0565105-01    2000-12-31  ROYALTY FEE                 -386.56
                                                              ------------
                                                                   593.77

      2    IN0580263-01    2001-02-12  G/S Barbara Awalt             40.00
           IN0580263-02    2001-02-12  TRANS CHG Barbara Aw          25.00
           TA2721034-01    2001-02-24  T/A COMM SERVICE CHG           2.45
           TA2721034-01    2001-02-24  T/A COMMISSIONS               52.62
           TP3721034-01    2001-02-24  AIRLINE RESV FEE              28.75
           IN0588609-01    2001-02-28  FEB-MSI MAINT.               258.33
           MV0565107-01    2001-02-28  ROYALTY FEE                  999.00
           MV0565107-02    2001-02-28  RINA FEE                   1,124.00
           MV0565107-02    2001-08-17  RINA FEE                    -694.35
                                                              ------------
                                                                 1,835.80

      3    FC0175603-01    2001-03-31  FINANCE CHARGE               396.64
           IN0603598-01    2001-03-31  MAR-MSI MAINT.               258.33
           MV0565108-01    2001-03-31  ROYALTY FEE                1,753.00
           MV0565108-02    2001-03-31  RINA FEE                   1,972.00
           TP3726908-01    2001-03-31  AIRLINE RESV FEE              10.00
                                                              ------------
                                                                 4,389.97

      4    FC0178511-01    2001-04-30  FINANCE CHARGE               559.83
           MV0571128-01    2001-04-30  ROYALTY FEE                1,922.00
           MV0571128-02    2001-04-30  RINA FEE                   2,162.00
                                                              ------------
                                                                 4,643.83


FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                       RETURN FAX:(973)496-7030
```

EXHIBIT

```
ATTENTION:                                                              FAX:

ITEMIZED STATEMENT                                                      PAGE 2
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


          RELATION        ITEM                                          AMOUNT
  MONTH   NBR             DATE        DESC                              DUE
  -----   -----------     ----------  -----------------------           ---------------   ----

     5    FC0181386-01    2001-05-31  FINANCE CHARGE                       633.63
          IN0625069-01    2001-05-31  JUN-MSI SOFTWR MAINT                 274.09
                                                                      ----------------
                                                                           907.72


     6    IN0628587-01    2001-06-11  JUN-MSI SOFTWR MAINT                 274.09
          IN0633887-01    2001-06-25  JUN-PPU HARDWARE MAI                  88.00
          TA2744915-01    2001-06-29  T/A COMM SERVICE CHG                   7.70
          TA2744915-01    2001-06-29  T/A COMMISSIONS                      141.00
          TP3744915-01    2001-06-29  AIRLINE RESV FEE                      46.25
          FC0184151-01    2001-06-30  FINANCE CHARGE                       472.30
                                                                      ----------------
                                                                         1,029.34


     7    IN0639989-01    2001-07-09  G/S Nancy Cardinale                   20.00
          IN0639989-02    2001-07-09  TRANS CHG Nancy Card                  25.00
          IN0640479-01    2001-07-09  JLY-MSI SOFTWR MAINT                 274.09
          IN0647076-01    2001-07-23  PROCS CHG Lisa Cowgi                  10.00
          IN0647076-02    2001-07-23  PROCS CHG Laurie Nov                  10.00
          IN0649149-01    2001-07-25  JLY-PPU HARDWARE MAI                  88.00
          TA2751046-01    2001-07-28  T/A COMM SERVICE CHG                   1.75
          TA2751046-01    2001-07-28  T/A COMMISSIONS                       80.08
          TP3751046-01    2001-07-28  AIRLINE RESV FEE                      13.75
          IN0652236-01    2001-07-30  G/S Susane Rio                        44.40
          IN0652236-02    2001-07-30  TRANS CHG Susane Rio                  25.00
          IN0652236-03    2001-07-30  PROCS CHG Susan Pogu                  10.00
          FC0186880-01    2001-07-31  FINANCE CHARGE                       382.13
                                                                      ----------------
                                                                           984.20


     8    IN0657729-01    2001-08-06  PROCS CHG Peg Hasset                  10.00
          IN0657729-02    2001-08-06  G/S Laurie Noveteney                  40.00
          IN0657729-03    2001-08-06  TRANS CHG Laurie Nov                  25.00
          IN0657729-04    2001-08-06  PROCS CHG Joel Stoke                  10.00
          IN0659556-01    2001-08-09  AUG-MSI SOFTWR MAINT                 274.09
          IN0660460-01    2001-08-13  G/S Peg Hassett                       25.00
          IN0660460-02    2001-08-13  TRANS CHG Peg Hasset                  25.00
          IN0669101-01    2001-08-27  AUG-PPU HARDWARE MAI                  88.00
          IN0670381-01    2001-08-28  PROCS CHG Denham                     -10.00
          FC0189470-01    2001-08-31  FINANCE CHARGE                       176.13
          IN0674311-01    2001-08-31  PROCS CHG Diane Putn                  10.00
          MV0614578-01    2001-08-31  ROYALTY FEE                        2,576.20
          MV0614578-02    2001-08-31  RINA FEE                           2,898.22


FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH: (973) 496-5457                                  RETURN FAX: (973) 496-7030
```

```
ATTENTION:                                                              FAX:

ITEMIZED STATEMENT                                                      PAGE 3
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


          RELATION      ITEM                                        AMOUNT
  MONTH   NBR           DATE        DESC                               DUE
  -----   -----------   ----------  ----------------------     --------------  ----

      8   TA2757261-01  2001-08-31  T/A COMM SERVICE CHG                35.70
          TA2757261-01  2001-08-31  T/A COMMISSIONS                    776.90
          TP3757261-01  2001-08-31  AIRLINE RESV FEE                   363.00
                                                               --------------
                                                                     7,323.24

      9   IN0676276-01  2001-09-10  PROCS CHG David Camp                10.00
          IN0677058-01  2001-09-10  SEP-MSI SOFTWR MAINT               274.09
          IN0685383-01  2001-09-25  SEP-PPU HARDWARE MAI                88.00
          TA2763380-01  2001-09-28  T/A COMM SERVICE CHG                 9.80
          TA2763380-01  2001-09-28  T/A COMMISSIONS                    184.17
          TP3763380-01  2001-09-28  AIRLINE RESV FEE                   118.00
          FC0192172-01  2001-09-30  FINANCE CHARGE                     179.39
          MV0614579-01  2001-09-30  ROYALTY FEE                      1,688.36
          MV0614579-02  2001-09-30  RINA FEE                         1,899.40
                                                               --------------
                                                                     4,451.21

     10   IN0694450-01  2001-10-09  OCT-MSI SOFTWR MAINT               274.09
          IN0696737-01  2001-10-15  OCT-PROMISSORY NOTE             15,000.00
          IN0701223-01  2001-10-25  OCT-PPU HARDWARE MAI                88.00
          TA2771358-01  2001-10-27  T/A COMM SERVICE CHG                 1.75
          TA2771358-01  2001-10-27  T/A COMMISSIONS                     32.52
          TP3771358-01  2001-10-27  AIRLINE RESV FEE                    29.00
          FC0194970-01  2001-10-31  FINANCE CHARGE                     211.04
          MV0614580-01  2001-10-31  ROYALTY FEE                      2,260.02
          MV0614580-02  2001-10-31  RINA FEE                         2,542.52
                                                               --------------
                                                                    20,438.94

     11   IN0710898-01  2001-11-09  NOV-MSI SOFTWR MAINT               274.09
          IN0717438-01  2001-11-26  NOV-PPU HARDWARE MAI                88.00
          FC0197781-01  2001-11-30  FINANCE CHARGE                     336.84
          MV0669106-01  2001-11-30  ROYALTY FEE                      1,399.00
          MV0669106-02  2001-11-30  RINA FEE                         1,574.00
          TA2777632-01  2001-11-30  T/A COMM SERVICE CHG                 1.40
          TA2777632-01  2001-11-30  T/A COMMISSIONS                     34.98
          TP3777632-01  2001-11-30  AIRLINE RESV FEE                    12.00
                                                               --------------
                                                                     3,720.31

     12   IN0727602-01  2001-12-10  DEC-MSI SOFTWR MAINT               274.09
          IN0731018-01  2001-12-20  Q/A REINSPECTION                   300.00


FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                    RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                          FAX:

ITEMIZED STATEMENT                                                  PAGE 4
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


          RELATION      ITEM                                    AMOUNT
MONTH     NBR           DATE         DESC                       DUE
-----     -----------   ----------   --------------------       -----------
   12     IN0732409-01  2001-12-25   DEC-PPU HARDWARE MAI             88.00
          FC0200752-01  2001-12-31   FINANCE CHARGE                  652.59
          MV0669107-01  2001-12-31   ROYALTY FEE                     683.00
          MV0669107-02  2001-12-31   RINA FEE                        769.00
                                                                -----------
                                                                  2,766.68

    1     IN0742166-01  2002-01-09   JAN-MSI SOFTWR MAINT            274.09
          IN0747725-01  2002-01-25   JAN-PPU HARDWARE MAI             88.00
          FC0203725-01  2002-01-31   FINANCE CHARGE                  675.59
          MV0669108-01  2002-01-31   ROYALTY FEE                     698.00
          MV0669108-02  2002-01-31   RINA FEE                        785.00
                                                                -----------
                                                                  2,520.68

    2     IN0757650-01  2002-02-11   FEB-MSI SOFTWR MAINT            274.09
          IN0762876-01  2002-02-25   FEB-PPU HARDWARE MAI             88.00
          FC0206621-01  2002-02-28   FINANCE CHARGE                  619.52
          MV0669109-01  2002-02-28   ROYALTY FEE                   1,166.00
          MV0669109-02  2002-02-28   RINA FEE                      1,312.00
                                                                -----------
                                                                  3,459.61

    3     IN0772522-01  2002-03-11   MAR-MSI SOFTWR MAINT            274.09
          IN0778209-01  2002-03-25   MAR-PPU HARDWARE MAI             88.00
          FC0209343-01  2002-03-31   FINANCE CHARGE                  691.26
          MV0669110-01  2002-03-31   ROYALTY FEE                   1,332.00
          MV0669110-02  2002-03-31   RINA FEE                      1,499.00
                                                                -----------
                                                                  3,884.35

    4     IN0787741-01  2002-04-09   APR-MSI SOFTWR MAINT            274.09
          IN0789393-01  2002-04-15   G/S Tim Schroll                  25.00
          IN0789393-02  2002-04-15   TRANS CHG Tim Schrol             25.00
          IN0794246-01  2002-04-25   APR-PPU HARDWARE MAI             88.00
          FC0212123-01  2002-04-30   FINANCE CHARGE                  674.40
          MV0669111-01  2002-04-30   ROYALTY FEE                   1,706.00
          MV0669111-02  2002-04-30   RINA FEE                      1,919.00
                                                                -----------
                                                                  4,711.49

    5     IN0807584-01  2002-05-20   G/S William Collins              30.00
          IN0807584-02  2002-05-20   TRANS CHG William Co             25.00


FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                       RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                              FAX:

ITEMIZED STATEMENT                                                      PAGE 5
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


              RELATION       ITEM                                       AMOUNT
      MONTH   NBR            DATE         DESC                          DUE
      -----   -------------  ----------   -------------------------     --------------    ----
        5     IN0810200-01   2002-05-27   MAY-PPU HARDWARE MAI               88.00
              IN0811483-01   2002-05-28   TRANS CHG David Piep              25.00
              IN0811483-02   2002-05-28   PROCS CHG Sharon Gil              10.00
              FC0214913-01   2002-05-31   FINANCE CHARGE                   702.34
              IN0813836-01   2002-05-31   MAY-MSI SOFTWR MAINT             274.09
              IN0816080-01   2002-05-31   G/S David Pieplow                 53.00
              MV0669112-01   2002-05-31   ROYALTY FEE                    1,847.00
              MV0669112-02   2002-05-31   RINA FEE                       2,078.00
                                                                        --------------
                                                                         5,132.43

        6     IN0824755-01   2002-06-24   PROCS CHG Twila Cart              10.00
              IN0824755-02   2002-06-24   PROCS CHG Don Spinde              10.00
              IN0824755-03   2002-06-24   PROCS CHG Debra Hend              10.00
              79630206A-01   2002-06-30   ROYALTY ACCRUAL                2,100.00        ACR
              79630206A-10   2002-06-30   RINA FEE ACCRUAL               2,400.00        ACR
              FC0217626-01   2002-06-30   FINANCE CHARGE                   893.68
              IN0829113-01   2002-06-30   PROCS CHG Belinda Ba              10.00
              IN0829113-02   2002-06-30   PROCS CHG Tracy Rees              10.00
              IN0829113-03   2002-06-30   PROCS CHG Gary Berra              10.00
              IN0829113-04   2002-06-30   PROCS CHG Beth Burnh              10.00
              IN0830749-01   2002-06-30   JUN-MSI SOFTWR MAINT             274.09
                                                                        --------------
                                                                         5,737.77

        7     IN0833480-01   2002-07-09   G/S Twila Carter                  25.00
              IN0833480-02   2002-07-09   TRANS CHG Twila Cart              25.00
              IN0833480-03   2002-07-09   G/S Don Spindel                   30.00
              IN0833480-04   2002-07-09   TRANS CHG Don Spinde              25.00
              IN0833480-05   2002-07-09   TRANS CHG Ed Melling              25.00
              IN0833480-06   2002-07-09   PROCS CHG Pat Crowle              10.00
              IN0833480-07   2002-07-09   PROCS CHG Gail Dasti              10.00
              IN0833480-08   2002-07-09   PROCS CHG Laurie Gra              10.00
              IN0833480-09   2002-07-09   PROCS CHG Joan Hofri              10.00
              IN0833480-10   2002-07-09   PROCS CHG Kenneth Be              10.00
              IN0833480-11   2002-07-09   PROCS CHG John Germa              10.00
              IN0833480-12   2002-07-09   PROCS CHG Regina Men              10.00
              IN0833480-13   2002-07-09   PROCS CHG Marshawn S              10.00
              IN0833480-14   2002-07-09   PROCS CHG Susan Hoff              10.00
              IN0835738-01   2002-07-15   PROCS CHG Barbara J.              10.00
              IN0835738-02   2002-07-15   PROCS CHG Barry Manh              10.00
              IN0835738-03   2002-07-15   PROCS CHG Roger Imle              10.00
              IN0835738-04   2002-07-15   PROCS CHG Steven Sto              10.00
```

FROM: ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                      RETURN FAX:(973)496-7030

ATTENTION:  FAX:

ITEMIZED STATEMENT                                                          PAGE 6
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---:|---|
| 7 | IN0839406-01 | 2002-07-22 | G/S Beth Burnham | 50.00 | |
|  | IN0839406-02 | 2002-07-22 | G/S Belinda Baker | 30.00 | |
|  | IN0839406-03 | 2002-07-22 | TRANS CHG Belinda Ba | 25.00 | |
|  | IN0839406-04 | 2002-07-22 | TRANS CHG Beth Burnh | 25.00 | |
|  | IN0839406-05 | 2002-07-22 | G/S Marshawn Stevens | 25.00 | |
|  | IN0839406-06 | 2002-07-22 | G/S Pat Crowley | 25.00 | |
|  | IN0839406-07 | 2002-07-22 | G/S Gail Dastice | 45.00 | |
|  | IN0839406-08 | 2002-07-22 | G/S Regina Mendicino | 25.00 | |
|  | IN0839406-09 | 2002-07-22 | TRANS CHG Regina Men | 25.00 | |
|  | IN0839406-10 | 2002-07-22 | TRANS CHG Pat Crowle | 25.00 | |
|  | IN0839406-11 | 2002-07-22 | TRANS CHG Gail Dasti | 25.00 | |
|  | IN0839406-12 | 2002-07-22 | TRANS CHG Marshawn S | 25.00 | |
|  | IN0839406-13 | 2002-07-22 | PROCS CHG Susan Newm | 10.00 | |
|  | IN0839406-14 | 2002-07-22 | PROCS CHG Jennifer B | 10.00 | |
|  | IN0842861-01 | 2002-07-29 | AUDIT ROYALTY | 174.36 | |
|  | IN0842861-02 | 2002-07-29 | AUDIT RINA FEE | 196.16 | |
|  | IN0842861-03 | 2002-07-29 | AUDIT INTEREST FEE | 105.25 | |
|  | IN0842862-01 | 2002-07-29 | G/S Susan Neuman | 30.00 | |
|  | IN0842862-02 | 2002-07-29 | TRANS CHG Susan Neum | 25.00 | |
|  | IN0842862-03 | 2002-07-29 | PROCS CHG Deb Johnst | 10.00 | |
|  | 79630207A-01 | 2002-07-31 | ROYALTY ACCRUAL | 2,300.00 | ACR |
|  | 79630207A-10 | 2002-07-31 | RINA FEE ACCRUAL | 2,500.00 | ACR |
|  | FC0220464-01 | 2002-07-31 | FINANCE CHARGE | 989.64 | |
|  | IN0847028-01 | 2002-07-31 | JLY-MSI SOFTWR MAINT | 274.09 | |
|  |  |  |  | 7,234.50 | |
| 8 | IN0849810-01 | 2002-08-06 | G/S Debra Hendrickso | 30.00 | |
|  | IN0849810-02 | 2002-08-06 | TRANS CHG Debra Hend | 25.00 | |
|  | IN0849810-03 | 2002-08-06 | G/S Steven Stout | 25.00 | |
|  | IN0849810-04 | 2002-08-06 | TRANS CHG Steven Sto | 25.00 | |
|  | IN0849810-05 | 2002-08-06 | PROCS CHG Ronald G. | 10.00 | |
|  | IN0851457-01 | 2002-08-12 | PROCS CHG Richard Du | 10.00 | |
|  | IN0851457-02 | 2002-08-12 | PROCS CHG Ron Gilpin | 10.00 | |
|  | IN0851457-03 | 2002-08-12 | PROCS CHG Bryce Bach | 10.00 | |
|  | IN0851457-04 | 2002-08-12 | PROCS CHG Angie Toll | 10.00 | |
|  | IN0851457-05 | 2002-08-12 | PROCS CHG Michelle M | 10.00 | |
|  | IN0855043-01 | 2002-08-16 | Q/A REINSPECTION | 300.00 | |
|  | IN0855999-01 | 2002-08-19 | PROCS CHG Donna Davi | 10.00 | |
|  | IN0855999-02 | 2002-08-19 | PROCS CHG Rich Anzal | 10.00 | |
|  | IN0855999-03 | 2002-08-19 | PROCS CHG Mike Dough | 10.00 | |
|  | IN0855999-04 | 2002-08-19 | PROCS CHG John Zurli | 10.00 | |
|  | IN0855999-05 | 2002-08-19 | PROCS CHG Robert McC | 10.00 | |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                        RETURN FAX:(973)496-7030

```
ATTENTION:                                                                FAX:

ITEMIZED STATEMENT                                                        PAGE 7
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


                RELATION        ITEM
                                                                          AMOUNT
        MONTH     NBR           DATE       DESC                           DUE
        -----   -----------     ----------  ----------------------         ----------------   ----
          8     IN0855999-06    2002-08-19  PROCS CHG Kelly Myat             10.00
                IN0855999-07    2002-08-19  PROCS CHG Judith Wey             10.00
                IN0855999-08    2002-08-19  PROCS CHG Nadine Kan             10.00
                IN0855999-09    2002-08-19  PROCS CHG Peggy Cumb             10.00
                IN0855999-10    2002-08-19  PROCS CHG Eileen Con             10.00
                IN0855999-11    2002-08-19  PROCS CHG Herman Han             10.00
                IN0855999-12    2002-08-19  PROCS CHG Jim Sutton             10.00
                IN0855999-13    2002-08-19  PROCS CHG Stacy Boou             10.00
                IN0855999-14    2002-08-19  PROCS CHG Larry Case             10.00
                IN0855999-15    2002-08-19  PROCS CHG Ted Golebi             10.00
                IN0855999-16    2002-08-19  PROCS CHG Terry Dill             10.00
                IN0855999-17    2002-08-19  PROCS CHG Sue Daly               10.00
                IN0855999-18    2002-08-19  PROCS CHG Alice Rags             10.00
                IN0855999-19    2002-08-19  PROCS CHG Bob Ericks             10.00
                IN0858496-01    2002-08-26  G/S Erin Williamson             200.00
                IN0858496-02    2002-08-26  G/S James McCoy                  27.56
                IN0858496-03    2002-08-26  TRANS CHG James McCo             25.00
                IN0858496-04    2002-08-26  PROCS CHG Sara Riche             10.00
                IN0858496-05    2002-08-26  PROCS CHG Anthony Ma             10.00
                IN0858496-06    2002-08-26  G/S Joann Zeka                   65.00
                IN0858496-07    2002-08-26  G/S Robert McCreary              25.80
                IN0858496-08    2002-08-26  G/S Nadine Kanack                45.34
                IN0858496-09    2002-08-26  G/S Judith Weyburg               68.00
                IN0858496-10    2002-08-26  TRANS CHG Nadine Kan             25.00
                IN0858496-11    2002-08-26  PROCS CHG Mike Groar             10.00
                IN0858496-12    2002-08-26  G/S Jim Sutton                   73.90
                IN0858496-13    2002-08-26  G/S Herman Hansen                20.00
                IN0858496-14    2002-08-26  PROCS CHG Ron Maltes             10.00
                IN0858496-15    2002-08-26  G/S Stacy Boouccelli            108.00
                IN0858496-16    2002-08-26  G/S Larry Casey                  62.00
                IN0858496-17    2002-08-26  G/S Ted Golebiowski             100.00
                IN0858496-18    2002-08-26  G/S Terry Dill                   35.60
                IN0858496-19    2002-08-26  G/S Alice Ragsdale              128.18
                IN0858496-20    2002-08-26  G/S Sue Daly                     10.00
                IN0858496-21    2002-08-26  PROCS CHG Dan Kruege             10.00
                IN0858496-22    2002-08-26  PROCS CHG Jennifer K             10.00
                IN0858496-23    2002-08-26  PROCS CHG Roop Agarw             10.00
                IN0858496-24    2002-08-26  PROCS CHG Claire Rob             10.00
                79630208A-01    2002-08-31  ROYALTY ACCRUAL               2,600.00  ACR
                79630208A-10    2002-08-31  RINA FEE ACCRUAL              2,900.00  ACR
                FC0223281-01    2002-08-31  FINANCE CHARGE                1,008.54
                IN0863193-01    2002-08-31  G/S Richard Dutton               30.00
                IN0863193-02    2002-08-31  TRANS CHG Richard Du             25.00


FROM:   ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457
                                        RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                                    FAX:

ITEMIZED STATEMENT                                                            PAGE 8
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---:|---|
| 8 | IN0863193-03 | 2002-08-31 | G/S Anthony Maurer | 15.00 | |
|   | IN0863193-04 | 2002-08-31 | G/S Mike Groark | 20.00 | |
|   | IN0863193-05 | 2002-08-31 | TRANS CHG Mike Groar | 25.00 | |
|   | IN0863193-06 | 2002-08-31 | G/S Victor Vasquez | 119.90 | |
|   | IN0863193-07 | 2002-08-31 | PROCS CHG Victor Vas | 10.00 | |
|   | IN0863193-08 | 2002-08-31 | G/S Stacy Boouccelli | 108.00 | |
|   | IN0863193-09 | 2002-08-31 | G/S Dan Krueger | 55.00 | |
|   | IN0863193-10 | 2002-08-31 | TRANS CHG Dan Kruege | 25.00 | |
|   | IN0863193-11 | 2002-08-31 | G/S Warren Lawson | 90.20 | |
|   | IN0863193-12 | 2002-08-31 | TRANS CHG Warren Law | 25.00 | |
|   | IN0863193-13 | 2002-08-31 | G/S Teresa Scovel | 92.95 | |
|   | IN0863193-14 | 2002-08-31 | PROCS CHG Teresa Sco | 10.00 | |
|   | IN0864783-01 | 2002-08-31 | AUG-MSI SOFTWR MAINT | 274.09 | |
|   |   |   |   | 9,188.06 | |
| 9 | IN0867835-01 | 2002-09-09 | PROCS CHG Dulene Cip | 10.00 | |
|   | IN0867835-02 | 2002-09-09 | G/S Claire Robinson | 232.66 | |
|   | IN0867835-03 | 2002-09-09 | G/S Linda O'Neal | 100.00 | |
|   | IN0867835-04 | 2002-09-09 | PROCS CHG Linda O'Ne | 10.00 | |
|   | IN0877378-01 | 2002-09-23 | PROCS CHG Loraine Cu | 10.00 | |
|   | IN0877378-02 | 2002-09-23 | G/S Rich Anzalone | 35.00 | |
|   | IN0877378-03 | 2002-09-23 | TRANS CHG Rich Anzal | 25.00 | |
|   | IN0881145-01 | 2002-09-27 | SEP-PPU HARDWARE MAI | 88.00 | |
|   | 79630209A-01 | 2002-09-30 | ROYALTY ACCRUAL | 1,700.00 | ACR |
|   | 79630209A-10 | 2002-09-30 | RINA FEE ACCRUAL | 1,900.00 | ACR |
|   | FC0226047-01 | 2002-09-30 | FINANCE CHARGE | 997.53 | |
|   | IN0882679-01 | 2002-09-30 | PROCS CHG Eric Murra | 10.00 | |
|   | IN0884514-01 | 2002-09-30 | SEP-MSI SOFTWR MAINT | 274.09 | |
|   |   |   |   | 5,392.28 | |
| 10 | IN0888214-01 | 2002-10-07 | G/S Editha Ray | 350.00 | |
|    | IN0891167-01 | 2002-10-14 | G/S Eric Murray | 195.00 | |
|    | IN0891167-02 | 2002-10-14 | TRANS CHG Eric Murra | 25.00 | |
|    | IN0899351-01 | 2002-10-28 | G/S Sharon Gilbert | 25.00 | |
|    | IN0899351-02 | 2002-10-28 | TRANS CHG Sharon Gil | 25.00 | |
|    | FC0228830-01 | 2002-10-31 | FINANCE CHARGE | 1,071.40 | |
|    |   |   |   | 1,691.40 | |
| 11 | FC0231664-01 | 2002-11-30 | FINANCE CHARGE | 1,049.03 | |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                   RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                           FAX:

ITEMIZED STATEMENT                                                   PAGE 9
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| | | | | 1,049.03 |
| 12 | FC0234582-01 | 2002-12-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 1 | FC0237474-01 | 2003-01-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 2 | FC0240566-01 | 2003-02-28 | FINANCE CHARGE | 987.92 |
| | | | | 987.92 |
| 3 | FC0243557-01 | 2003-03-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 4 | FC0246471-01 | 2003-04-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 5 | FC0249351-01 | 2003-05-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 6 | FC0252200-01 | 2003-06-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 7 | FC0254856-01 | 2003-07-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 8 | FC0257443-01 | 2003-08-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 9 | FC0259998-01 | 2003-09-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 10 | FC0262540-01 | 2003-10-31 | FINANCE CHARGE | 1,093.02 |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                              FAX:

ITEMIZED STATEMENT                                                      PAGE 10
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
|  |  |  |  | 1,093.02 |
| 11 | FC0265123-01 | 2003-11-30 | FINANCE CHARGE | 1,058.21 |
|  |  |  |  | 1,058.21 |
| 12 | FC0267783-01 | 2003-12-31 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 1 | FC0270426-01 | 2004-01-31 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 2 | FC0273289-01 | 2004-02-29 | FINANCE CHARGE | 1,022.64 |
|  |  |  |  | 1,022.64 |
| 3 | FC0276108-01 | 2004-03-31 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 4 | FC0278720-01 | 2004-04-30 | FINANCE CHARGE | 1,058.21 |
|  |  |  |  | 1,058.21 |
| 5 | FC0281300-01 | 2004-05-31 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 6 | FC0283833-01 | 2004-06-30 | FINANCE CHARGE | 1,058.21 |
|  |  |  |  | 1,058.21 |
| 7 | FC0286246-01 | 2004-07-31 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |
| 8 | FC0288527-01 | 2004-08-31 | FINANCE CHARGE | 1,093.02 |
|  |  |  |  | 1,093.02 |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                          RETURN FAX:(973)496-7030
```

ATTENTION:                                                                        FAX:

ITEMIZED STATEMENT                                                                PAGE 11
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 9 | FC0290859-01 | 2004-09-30 | FINANCE CHARGE | 1,058.21 |
|   |              |            |                | 1,058.21 |
| 10 | FC0293966-01 | 2004-10-31 | FINANCE CHARGE | 1,093.02 |
|    |              |            |                | 1,093.02 |
| 11 | FC0297059-01 | 2004-11-30 | FINANCE CHARGE | 1,058.21 |
|    |              |            |                | 1,058.21 |
| 12 | FC0300296-01 | 2004-12-31 | FINANCE CHARGE | 1,093.02 |
|    |              |            |                | 1,093.02 |
|    |              |            |                | ================ |
|    |              |            |                | 130,140.95 |

FROM: ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                        RETURN FAX:(973)496-7030