**E-FILED**
Wednesday, 04 May, 2005  04:00:29 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

I, Robin M. Spencer, an attorney, hereby certify that on May 4, 2005, I electronically filed the foregoing **Ramada Franchise Systems, Inc.'s Affidavit of Kathy Cox (with exhibits)** with the Clerk of the Court using the CM/ECF system, and I hereby certify that on May 4, 2005, I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

By U.S. Mail:

Jay Vidyalankar
4139 E. Busch Blvd., #400
Tampa, Florida  33617

Rajen Jhala
Individually and as Registered Agent for
Shri Ohm Corporation
16347 Champion Dr.
Chesterfield, Missouri  63005

Sharad Desai
8 Dunbridge Court
Glen Carbon, Illinois  62034-1564

Paul Femmer
1616 Wildhorse Parkway
Chesterfield, Missouri  63005


By:   s/Robin M. Spencer
      Counsel for Plaintiff
      Robin M. Spencer, Bar Number 6256706
      SCHIFF HARDIN LLP
      6600 Sears Tower
      Chicago, IL 60606-6473
      Telephone:  (312) 258-5500
      Facsimile:  (312) 258-5600
      rspencer@schiffhardin.com