E-FILED
Friday, 17 June, 2005  08:45:44 AM
Clerk, U.S. District Court, ILCD

```
FI44    114  1   0     FRANCHISE INFORMATION SYSTEM        06/09/05
5A2Y    FASRAK         PROPERTY SUMMARY OF ROYALTIES       13:58:55

SITE:   7963 Springfield-South        CHAIN: RAM   PROPERTY: 07963
ENTITY: 89888 Shri Ohm Corporation
FROM:   10 / 2000    TO:  09 / 2001

YR   MO     ROOM        ADV
00   10     1,630      1,834
00   11     1,179      1,327
00   12       629        708
01    1       811        913
01    2       999      1,124
01    3     1,753      1,972
01    4     1,922      2,162
01    5     2,050      2,306
01    6     2,131      2,398
01    7     2,265      2,548
01    8     2,576      2,898
01    9     1,688      1,899
TOTAL      19,633     22,089


PF      3:EXIT 5:PREV 6:NEXT 7:BWD 8:FWD 10:LEFT 11:RIGHT 12:CAN   CMD: ___
```


EXHIBIT A

```
FI44     114  1   1         FRANCHISE INFORMATION SYSTEM              06/09/05
5A2Y     FASRAK             PROPERTY SUMMARY OF ROYALTIES             13:58:57

SITE:    7963 Springfield-South         CHAIN: RAM    PROPERTY: 07963
ENTITY:  89888 Shri Ohm Corporation
FROM:    10 / 2001    TO:  09 / 2002

YR  MO      ROOM        ADV
01  10     2,260      2,542
01  11     1,399      1,574
01  12       683        769
02   1       698        785
02   2     1,166      1,312
02   3     1,332      1,499
02   4     1,706      1,919
02   5     1,847      2,078
02   6
02   7
02   8
02   9
TOTAL     11,091     12,478


PF         3:EXIT 5:PREV 6:NEXT 7:BWD 8:FWD 10:LEFT 11:RIGHT 12:CAN   CMD: ___
```