E-FILED
Friday, 17 June, 2005  08:46:20 AM
Clerk, U.S. District Court, ILCD

```
ATTENTION:                                              FAX:
                                                        PAGE 1
ITEMIZED STATEMENT
FOR RAM #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


                RELATION      ITEM                                      AMOUNT
       MONTH    NBR           DATE         DESC                         DUE
       -----    ----------    ----------   ---------------------        --------

         10     TA2625089-01  1999-10-30   T/A COMMISSIONS                213.60
                TA2625089-01  1999-10-30   T/A COMMISSIONS                213.60
                TA2625089-01  2001-07-25   T/A COMMISSIONS               -213.60
                TA2625089-01  2001-08-17   10/99 TA COMM                  -30.80
                                                                       ----------
                                                                         182.80


         12     IN0561269-01  2000-12-27   G/S Dave Emerson                25.00
                IN0561269-02  2000-12-27   TRANS CHG Dave Emers            25.00
                IN0562333-01  2000-12-29   DEC-MSI MAINT.                 258.33
                TA2709951-01  2000-12-29   T/A COMM SERVICE CHG             1.05
                TA2709951-01  2000-12-29   T/A COMMISSIONS                 16.20
                TP3709951-01  2000-12-29   AIRLINE RESV FEE                25.75
                MV0565105-01  2000-12-31   ROYALTY FEE                    629.00
                MV0565105-01  2000-12-31   ROYALTY FEE                   -386.56
                                                                       ----------
                                                                         593.77


          2     IN0580263-01  2001-02-12   G/S Barbara Awalt               40.00
                IN0580263-02  2001-02-12   TRANS CHG Barbara Aw            25.00
                TA2721034-01  2001-02-24   T/A COMM SERVICE CHG             2.45
                TA2721034-01  2001-02-24   T/A COMMISSIONS                 52.62
                TP3721034-01  2001-02-24   AIRLINE RESV FEE                28.75
                IN0588609-01  2001-02-28   FEB-MSI MAINT.                 258.33
                MV0565107-01  2001-02-28   ROYALTY FEE                    999.00
                MV0565107-02  2001-02-28   RINA FEE                     1,124.00
                MV0565107-02  2001-08-17   RINA FEE                      -694.35
                                                                       ----------
                                                                       1,835.80


          3     FC0175603-01  2001-03-31   FINANCE CHARGE                 396.64
                IN0603598-01  2001-03-31   MAR-MSI MAINT.                 258.33
                MV0565108-01  2001-03-31   ROYALTY FEE                  1,753.00
                MV0565108-02  2001-03-31   RINA FEE                     1,972.00
                TP3726908-01  2001-03-31   AIRLINE RESV FEE                10.00
                                                                       ----------
                                                                       4,389.97


          4     FC0178511-01  2001-04-30   FINANCE CHARGE                 559.83
                MV0571128-01  2001-04-30   ROYALTY FEE                  1,922.00
                MV0571128-02  2001-04-30   RINA FEE                     2,162.00
                                                                       ----------
                                                                       4,643.83


FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030
```



EXHIBIT B

ATTENTION:                                                                    FAX:

ITEMIZED STATEMENT                                                            PAGE 2
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 5 | FC0181386-01 | 2001-05-31 | FINANCE CHARGE | 633.63 |
|   | IN0625069-01 | 2001-05-31 | JUN-MSI SOFTWR MAINT | 274.09 |
|   |              |            |                      | 907.72 |
| 6 | IN0628587-01 | 2001-06-11 | JUN-MSI SOFTWR MAINT | 274.09 |
|   | IN0633887-01 | 2001-06-25 | JUN-PPU HARDWARE MAI | 88.00 |
|   | TA2744915-01 | 2001-06-29 | T/A COMM SERVICE CHG | 7.70 |
|   | TA2744915-01 | 2001-06-29 | T/A COMMISSIONS | 141.00 |
|   | TP3744915-01 | 2001-06-29 | AIRLINE RESV FEE | 46.25 |
|   | FC0184151-01 | 2001-06-30 | FINANCE CHARGE | 472.30 |
|   |              |            |                      | 1,029.34 |
| 7 | IN0639989-01 | 2001-07-09 | G/S Nancy Cardinale | 20.00 |
|   | IN0639989-02 | 2001-07-09 | TRANS CHG Nancy Card | 25.00 |
|   | IN0640479-01 | 2001-07-09 | JLY-MSI SOFTWR MAINT | 274.09 |
|   | IN0647076-01 | 2001-07-23 | PROCS CHG Lisa Cowgi | 10.00 |
|   | IN0647076-02 | 2001-07-23 | PROCS CHG Laurie Nov | 10.00 |
|   | IN0649149-01 | 2001-07-25 | JLY-PPU HARDWARE MAI | 88.00 |
|   | TA2751046-01 | 2001-07-28 | T/A COMM SERVICE CHG | 1.75 |
|   | TA2751046-01 | 2001-07-28 | T/A COMMISSIONS | 80.08 |
|   | TP3751046-01 | 2001-07-28 | AIRLINE RESV FEE | 13.75 |
|   | IN0652236-01 | 2001-07-30 | G/S Susane Rio | 44.40 |
|   | IN0652236-02 | 2001-07-30 | TRANS CHG Susane Rio | 25.00 |
|   | IN0652236-03 | 2001-07-30 | PROCS CHG Susan Pogu | 10.00 |
|   | FC0186880-01 | 2001-07-31 | FINANCE CHARGE | 382.13 |
|   |              |            |                      | 984.20 |
| 8 | IN0657729-01 | 2001-08-06 | PROCS CHG Peg Hasset | 10.00 |
|   | IN0657729-02 | 2001-08-06 | G/S Laurie Noveteney | 40.00 |
|   | IN0657729-03 | 2001-08-06 | TRANS CHG Laurie Nov | 25.00 |
|   | IN0657729-04 | 2001-08-06 | PROCS CHG Joel Stoke | 10.00 |
|   | IN0659556-01 | 2001-08-09 | AUG-MSI SOFTWR MAINT | 274.09 |
|   | IN0660460-01 | 2001-08-13 | G/S Peg Hassett | 25.00 |
|   | IN0660460-02 | 2001-08-13 | TRANS CHG Peg Hasset | 25.00 |
|   | IN0669101-01 | 2001-08-27 | AUG-PPU HARDWARE MAI | 88.00 |
|   | IN0670381-01 | 2001-08-28 | PROCS CHG Denham | -10.00 |
|   | FC0189470-01 | 2001-08-31 | FINANCE CHARGE | 176.13 |
|   | IN0674311-01 | 2001-08-31 | PROCS CHG Diane Putn | 10.00 |
|   | MV0614578-01 | 2001-08-31 | ROYALTY FEE | 2,576.20 |
|   | MV0614578-02 | 2001-08-31 | RINA FEE | 2,898.22 |

FROM: ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                       RETURN FAX:(973)496-7030

```
ATTENTION:                                                          FAX:

ITEMIZED STATEMENT                                                  PAGE 3
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


         RELATION       ITEM                                        AMOUNT
MONTH    NBR            DATE        DESC                            DUE
-----    -------------- ----------  ---------------------------     -----------------

   8     TA2757261-01   2001-08-31  T/A COMM SERVICE CHG                    35.70
         TA2757261-01   2001-08-31  T/A COMMISSIONS                        776.90
         TP3757261-01   2001-08-31  AIRLINE RESV FEE                       363.00
                                                                    -----------------
                                                                         7,323.24

   9     IN0676276-01   2001-09-10  PROCS CHG David Camp                    10.00
         IN0677058-01   2001-09-10  SEP-MSI SOFTWR MAINT                   274.09
         IN0685383-01   2001-09-25  SEP-PPU HARDWARE MAI                    88.00
         TA2763380-01   2001-09-28  T/A COMM SERVICE CHG                     9.80
         TA2763380-01   2001-09-28  T/A COMMISSIONS                        184.17
         TP3763380-01   2001-09-28  AIRLINE RESV FEE                       118.00
         FC0192172-01   2001-09-30  FINANCE CHARGE                         179.39
         MV0614579-01   2001-09-30  ROYALTY FEE                          1,688.36
         MV0614579-02   2001-09-30  RINA FEE                             1,899.40
                                                                    -----------------
                                                                         4,451.21

  10     IN0694450-01   2001-10-09  OCT-MSI SOFTWR MAINT                   274.09
         IN0696737-01   2001-10-15  OCT-PROMISSORY NOTE                 15,000.00
         IN0701223-01   2001-10-25  OCT-PPU HARDWARE MAI                    88.00
         TA2771358-01   2001-10-27  T/A COMM SERVICE CHG                     1.75
         TA2771358-01   2001-10-27  T/A COMMISSIONS                         32.52
         TP3771358-01   2001-10-27  AIRLINE RESV FEE                        29.00
         FC0194970-01   2001-10-31  FINANCE CHARGE                         211.04
         MV0614580-01   2001-10-31  ROYALTY FEE                          2,260.02
         MV0614580-02   2001-10-31  RINA FEE                             2,542.52
                                                                    -----------------
                                                                        20,438.94

  11     IN0710898-01   2001-11-09  NOV-MSI SOFTWR MAINT                   274.09
         IN0717438-01   2001-11-26  NOV-PPU HARDWARE MAI                    88.00
         FC0197781-01   2001-11-30  FINANCE CHARGE                         336.84
         MV0669106-01   2001-11-30  ROYALTY FEE                          1,399.00
         MV0669106-02   2001-11-30  RINA FEE                             1,574.00
         TA2777632-01   2001-11-30  T/A COMM SERVICE CHG                     1.40
         TA2777632-01   2001-11-30  T/A COMMISSIONS                         34.98
         TP3777632-01   2001-11-30  AIRLINE RESV FEE                        12.00
                                                                    -----------------
                                                                         3,720.31

  12     IN0727602-01   2001-12-10  DEC-MSI SOFTWR MAINT                   274.09
         IN0731018-01   2001-12-20  Q/A REINSPECTION                       300.00
```

FROM: ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                    RETURN FAX:(973)496-7030

ATTENTION: FAX:

PAGE 4

ITEMIZED STATEMENT
FOR RAM #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 12 | IN0732409-01 | 2001-12-25 | DEC-PPU HARDWARE MAI | 88.00 |
|  | FC0200752-01 | 2001-12-31 | FINANCE CHARGE | 652.59 |
|  | MV0669107-01 | 2001-12-31 | ROYALTY FEE | 683.00 |
|  | MV0669107-02 | 2001-12-31 | RINA FEE | 769.00 |
|  |  |  |  | 2,766.68 |
| 1 | IN0742166-01 | 2002-01-09 | JAN-MSI SOFTWR MAINT | 274.09 |
|  | IN0747725-01 | 2002-01-25 | JAN-PPU HARDWARE MAI | 88.00 |
|  | FC0203725-01 | 2002-01-31 | FINANCE CHARGE | 675.59 |
|  | MV0669108-01 | 2002-01-31 | ROYALTY FEE | 698.00 |
|  | MV0669108-02 | 2002-01-31 | RINA FEE | 785.00 |
|  |  |  |  | 2,520.68 |
| 2 | IN0757650-01 | 2002-02-11 | FEB-MSI SOFTWR MAINT | 274.09 |
|  | IN0762876-01 | 2002-02-25 | FEB-PPU HARDWARE MAI | 88.00 |
|  | FC0206621-01 | 2002-02-28 | FINANCE CHARGE | 619.52 |
|  | MV0669109-01 | 2002-02-28 | ROYALTY FEE | 1,166.00 |
|  | MV0669109-02 | 2002-02-28 | RINA FEE | 1,312.00 |
|  |  |  |  | 3,459.61 |
| 3 | IN0772522-01 | 2002-03-11 | MAR-MSI SOFTWR MAINT | 274.09 |
|  | IN0778209-01 | 2002-03-25 | MAR-PPU HARDWARE MAI | 88.00 |
|  | FC0209343-01 | 2002-03-31 | FINANCE CHARGE | 691.26 |
|  | MV0669110-01 | 2002-03-31 | ROYALTY FEE | 1,332.00 |
|  | MV0669110-02 | 2002-03-31 | RINA FEE | 1,499.00 |
|  |  |  |  | 3,884.35 |
| 4 | IN0787741-01 | 2002-04-09 | APR-MSI SOFTWR MAINT | 274.09 |
|  | IN0789393-01 | 2002-04-15 | G/S Tim Schroll | 25.00 |
|  | IN0789393-02 | 2002-04-15 | TRANS CHG Tim Schrol | 25.00 |
|  | IN0794246-01 | 2002-04-25 | APR-PPU HARDWARE MAI | 88.00 |
|  | FC0212123-01 | 2002-04-30 | FINANCE CHARGE | 674.40 |
|  | MV0669111-01 | 2002-04-30 | ROYALTY FEE | 1,706.00 |
|  | MV0669111-02 | 2002-04-30 | RINA FEE | 1,919.00 |
|  |  |  |  | 4,711.49 |
| 5 | IN0807584-01 | 2002-05-20 | G/S William Collins | 30.00 |
|  | IN0807584-02 | 2002-05-20 | TRANS CHG William Co | 25.00 |

FROM: ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                RETURN FAX:(973)496-7030

```
ATTENTION:                                                        FAX:

ITEMIZED STATEMENT                                                PAGE 5
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---:|---|
| 5 | IN0810200-01 | 2002-05-27 | MAY-PPU HARDWARE MAI | 88.00 | |
|   | IN0811483-01 | 2002-05-28 | TRANS CHG David Piep | 25.00 | |
|   | IN0811483-02 | 2002-05-28 | PROCS CHG Sharon Gil | 10.00 | |
|   | FC0214913-01 | 2002-05-31 | FINANCE CHARGE | 702.34 | |
|   | IN0813836-01 | 2002-05-31 | MAY-MSI SOFTWR MAINT | 274.09 | |
|   | IN0816080-01 | 2002-05-31 | G/S David Pieplow | 53.00 | |
|   | MV0669112-01 | 2002-05-31 | ROYALTY FEE | 1,847.00 | |
|   | MV0669112-02 | 2002-05-31 | RINA FEE | 2,078.00 | |
|   |              |            |      | 5,132.43 | |
| 6 | IN0824755-01 | 2002-06-24 | PROCS CHG Twila Cart | 10.00 | |
|   | IN0824755-02 | 2002-06-24 | PROCS CHG Don Spinde | 10.00 | |
|   | IN0824755-03 | 2002-06-24 | PROCS CHG Debra Hend | 10.00 | |
|   | 79630206A-01 | 2002-06-30 | ROYALTY ACCRUAL | 2,100.00 | ACR |
|   | 79630206A-10 | 2002-06-30 | RINA FEE ACCRUAL | 2,400.00 | ACR |
|   | FC0217626-01 | 2002-06-30 | FINANCE CHARGE | 893.68 | |
|   | IN0829113-01 | 2002-06-30 | PROCS CHG Belinda Ba | 10.00 | |
|   | IN0829113-02 | 2002-06-30 | PROCS CHG Tracy Rees | 10.00 | |
|   | IN0829113-03 | 2002-06-30 | PROCS CHG Gary Berra | 10.00 | |
|   | IN0829113-04 | 2002-06-30 | PROCS CHG Beth Burnh | 10.00 | |
|   | IN0830749-01 | 2002-06-30 | JUN-MSI SOFTWR MAINT | 274.09 | |
|   |              |            |      | 5,737.77 | |
| 7 | IN0833480-01 | 2002-07-09 | G/S Twila Carter | 25.00 | |
|   | IN0833480-02 | 2002-07-09 | TRANS CHG Twila Cart | 25.00 | |
|   | IN0833480-03 | 2002-07-09 | G/S Don Spindel | 30.00 | |
|   | IN0833480-04 | 2002-07-09 | TRANS CHG Don Spinde | 25.00 | |
|   | IN0833480-05 | 2002-07-09 | TRANS CHG Ed Melling | 25.00 | |
|   | IN0833480-06 | 2002-07-09 | PROCS CHG Pat Crowle | 10.00 | |
|   | IN0833480-07 | 2002-07-09 | PROCS CHG Gail Dasti | 10.00 | |
|   | IN0833480-08 | 2002-07-09 | PROCS CHG Laurie Gra | 10.00 | |
|   | IN0833480-09 | 2002-07-09 | PROCS CHG Joan Hofri | 10.00 | |
|   | IN0833480-10 | 2002-07-09 | PROCS CHG Kenneth Be | 10.00 | |
|   | IN0833480-11 | 2002-07-09 | PROCS CHG John Germa | 10.00 | |
|   | IN0833480-12 | 2002-07-09 | PROCS CHG Regina Men | 10.00 | |
|   | IN0833480-13 | 2002-07-09 | PROCS CHG Marshawn S | 10.00 | |
|   | IN0833480-14 | 2002-07-09 | PROCS CHG Susan Hoff | 10.00 | |
|   | IN0835738-01 | 2002-07-15 | PROCS CHG Barbara J. | 10.00 | |
|   | IN0835738-02 | 2002-07-15 | PROCS CHG Barry Manh | 10.00 | |
|   | IN0835738-03 | 2002-07-15 | PROCS CHG Roger Imle | 10.00 | |
|   | IN0835738-04 | 2002-07-15 | PROCS CHG Steven Sto | 10.00 | |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                           FAX:

ITEMIZED STATEMENT                                                   PAGE  6
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---:|---|
| 7 | IN0839406-01 | 2002-07-22 | G/S Beth Burnham | 50.00 | |
| | IN0839406-02 | 2002-07-22 | G/S Belinda Baker | 30.00 | |
| | IN0839406-03 | 2002-07-22 | TRANS CHG Belinda Ba | 25.00 | |
| | IN0839406-04 | 2002-07-22 | TRANS CHG Beth Burnh | 25.00 | |
| | IN0839406-05 | 2002-07-22 | G/S Marshawn Stevens | 25.00 | |
| | IN0839406-06 | 2002-07-22 | G/S Pat Crowley | 25.00 | |
| | IN0839406-07 | 2002-07-22 | G/S Gail Dastice | 45.00 | |
| | IN0839406-08 | 2002-07-22 | G/S Regina Mendicino | 25.00 | |
| | IN0839406-09 | 2002-07-22 | TRANS CHG Regina Men | 25.00 | |
| | IN0839406-10 | 2002-07-22 | TRANS CHG Pat Crowle | 25.00 | |
| | IN0839406-11 | 2002-07-22 | TRANS CHG Gail Dasti | 25.00 | |
| | IN0839406-12 | 2002-07-22 | TRANS CHG Marshawn S | 25.00 | |
| | IN0839406-13 | 2002-07-22 | PROCS CHG Susan Newm | 10.00 | |
| | IN0839406-14 | 2002-07-22 | PROCS CHG Jennifer B | 10.00 | |
| | IN0842861-01 | 2002-07-29 | AUDIT ROYALTY | 174.36 | |
| | IN0842861-02 | 2002-07-29 | AUDIT RINA FEE | 196.16 | |
| | IN0842861-03 | 2002-07-29 | AUDIT INTEREST FEE | 105.25 | |
| | IN0842862-01 | 2002-07-29 | G/S Susan Neuman | 30.00 | |
| | IN0842862-02 | 2002-07-29 | TRANS CHG Susan Neum | 25.00 | |
| | IN0842862-03 | 2002-07-29 | PROCS CHG Deb Johnst | 10.00 | |
| | 79630207A-01 | 2002-07-31 | ROYALTY ACCRUAL | 2,300.00 | ACR |
| | 79630207A-10 | 2002-07-31 | RINA FEE ACCRUAL | 2,500.00 | ACR |
| | FC0220464-01 | 2002-07-31 | FINANCE CHARGE | 989.64 | |
| | IN0847028-01 | 2002-07-31 | JLY-MSI SOFTWR MAINT | 274.09 | |
| | | | | 7,234.50 | |
| 8 | IN0849810-01 | 2002-08-06 | G/S Debra Hendrickso | 30.00 | |
| | IN0849810-02 | 2002-08-06 | TRANS CHG Debra Hend | 25.00 | |
| | IN0849810-03 | 2002-08-06 | G/S Steven Stout | 25.00 | |
| | IN0849810-04 | 2002-08-06 | TRANS CHG Steven Sto | 25.00 | |
| | IN0849810-05 | 2002-08-06 | PROCS CHG Ronald G. | 10.00 | |
| | IN0851457-01 | 2002-08-12 | PROCS CHG Richard Du | 10.00 | |
| | IN0851457-02 | 2002-08-12 | PROCS CHG Ron Gilpin | 10.00 | |
| | IN0851457-03 | 2002-08-12 | PROCS CHG Bryce Bach | 10.00 | |
| | IN0851457-04 | 2002-08-12 | PROCS CHG Angie Toll | 10.00 | |
| | IN0851457-05 | 2002-08-12 | PROCS CHG Michelle M | 10.00 | |
| | IN0855043-01 | 2002-08-16 | Q/A REINSPECTION | 300.00 | |
| | IN0855999-01 | 2002-08-19 | PROCS CHG Donna Davi | 10.00 | |
| | IN0855999-02 | 2002-08-19 | PROCS CHG Rich Anzal | 10.00 | |
| | IN0855999-03 | 2002-08-19 | PROCS CHG Mike Dough | 10.00 | |
| | IN0855999-04 | 2002-08-19 | PROCS CHG John Zurli | 10.00 | |
| | IN0855999-05 | 2002-08-19 | PROCS CHG Robert McC | 10.00 | |

```
FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                                  FAX:

ITEMIZED STATEMENT                                                          PAGE 7
FOR RAM #7963-89888 - Springfield-South, IL
AS OF 2005-01-18
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---|---|
| 8 | IN0855999-06 | 2002-08-19 | PROCS CHG Kelly Myat | 10.00 | |
| | IN0855999-07 | 2002-08-19 | PROCS CHG Judith Wey | 10.00 | |
| | IN0855999-08 | 2002-08-19 | PROCS CHG Nadine Kan | 10.00 | |
| | IN0855999-09 | 2002-08-19 | PROCS CHG Peggy Cumb | 10.00 | |
| | IN0855999-10 | 2002-08-19 | PROCS CHG Eileen Con | 10.00 | |
| | IN0855999-11 | 2002-08-19 | PROCS CHG Herman Han | 10.00 | |
| | IN0855999-12 | 2002-08-19 | PROCS CHG Jim Sutton | 10.00 | |
| | IN0855999-13 | 2002-08-19 | PROCS CHG Stacy Boou | 10.00 | |
| | IN0855999-14 | 2002-08-19 | PROCS CHG Larry Case | 10.00 | |
| | IN0855999-15 | 2002-08-19 | PROCS CHG Ted Golebi | 10.00 | |
| | IN0855999-16 | 2002-08-19 | PROCS CHG Terry Dill | 10.00 | |
| | IN0855999-17 | 2002-08-19 | PROCS CHG Sue Daly | 10.00 | |
| | IN0855999-18 | 2002-08-19 | PROCS CHG Alice Rags | 10.00 | |
| | IN0855999-19 | 2002-08-19 | PROCS CHG Bob Ericks | 10.00 | |
| | IN0858496-01 | 2002-08-26 | G/S Erin Williamson | 200.00 | |
| | IN0858496-02 | 2002-08-26 | G/S James McCoy | 27.56 | |
| | IN0858496-03 | 2002-08-26 | TRANS CHG James McCo | 25.00 | |
| | IN0858496-04 | 2002-08-26 | PROCS CHG Sara Riche | 10.00 | |
| | IN0858496-05 | 2002-08-26 | PROCS CHG Anthony Ma | 10.00 | |
| | IN0858496-06 | 2002-08-26 | G/S Joann Zeka | 65.00 | |
| | IN0858496-07 | 2002-08-26 | G/S Robert McCreary | 25.80 | |
| | IN0858496-08 | 2002-08-26 | G/S Nadine Kanack | 45.34 | |
| | IN0858496-09 | 2002-08-26 | G/S Judith Weyburg | 68.00 | |
| | IN0858496-10 | 2002-08-26 | TRANS CHG Nadine Kan | 25.00 | |
| | IN0858496-11 | 2002-08-26 | PROCS CHG Mike Groar | 10.00 | |
| | IN0858496-12 | 2002-08-26 | G/S Jim Sutton | 73.90 | |
| | IN0858496-13 | 2002-08-26 | G/S Herman Hansen | 20.00 | |
| | IN0858496-14 | 2002-08-26 | PROCS CHG Ron Maltes | 10.00 | |
| | IN0858496-15 | 2002-08-26 | G/S Stacy Boouccelli | 108.00 | |
| | IN0858496-16 | 2002-08-26 | G/S Larry Casey | 62.00 | |
| | IN0858496-17 | 2002-08-26 | G/S Ted Golebiowski | 100.00 | |
| | IN0858496-18 | 2002-08-26 | G/S Terry Dill | 35.60 | |
| | IN0858496-19 | 2002-08-26 | G/S Alice Ragsdale | 128.18 | |
| | IN0858496-20 | 2002-08-26 | G/S Sue Daly | 10.00 | |
| | IN0858496-21 | 2002-08-26 | PROCS CHG Dan Kruege | 10.00 | |
| | IN0858496-22 | 2002-08-26 | PROCS CHG Jennifer K | 10.00 | |
| | IN0858496-23 | 2002-08-26 | PROCS CHG Roop Agarw | 10.00 | |
| | IN0858496-24 | 2002-08-26 | PROCS CHG Claire Rob | 10.00 | |
| | 79630208A-01 | 2002-08-31 | ROYALTY ACCRUAL | 2,600.00 | ACR |
| | 79630208A-10 | 2002-08-31 | RINA FEE ACCRUAL | 2,900.00 | ACR |
| | FC0223281-01 | 2002-08-31 | FINANCE CHARGE | 1,008.54 | |
| | IN0863193-01 | 2002-08-31 | G/S Richard Dutton | 30.00 | |
| | IN0863193-02 | 2002-08-31 | TRANS CHG Richard Du | 25.00 | |

```
FROM: ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                    RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                    FAX:

ITEMIZED STATEMENT                                            PAGE 8
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


             RELATION        ITEM                                    AMOUNT
    MONTH    NBR             DATE         DESC                       DUE
    -----    -----------     ----------   --------------------       ----------    ----
      8      IN0863193-03    2002-08-31   G/S Anthony Maurer              15.00
             IN0863193-04    2002-08-31   G/S Mike Groark                 20.00
             IN0863193-05    2002-08-31   TRANS CHG Mike Groar            25.00
             IN0863193-06    2002-08-31   G/S Victor Vasquez             119.90
             IN0863193-07    2002-08-31   PROCS CHG Victor Vas            10.00
             IN0863193-08    2002-08-31   G/S Stacy Boouccelli           108.00
             IN0863193-09    2002-08-31   G/S Dan Krueger                 55.00
             IN0863193-10    2002-08-31   TRANS CHG Dan Kruege            25.00
             IN0863193-11    2002-08-31   G/S Warren Lawson               90.20
             IN0863193-12    2002-08-31   TRANS CHG Warren Law            25.00
             IN0863193-13    2002-08-31   G/S Teresa Scovel               92.95
             IN0863193-14    2002-08-31   PROCS CHG Teresa Sco            10.00
             IN0864783-01    2002-08-31   AUG-MSI SOFTWR MAINT           274.09
                                                                     ----------
                                                                       9,188.06


      9      IN0867835-01    2002-09-09   PROCS CHG Dulene Cip            10.00
             IN0867835-02    2002-09-09   G/S Claire Robinson            232.66
             IN0867835-03    2002-09-09   G/S Linda O'Neal               100.00
             IN0867835-04    2002-09-09   PROCS CHG Linda O'Ne            10.00
             IN0877378-01    2002-09-23   PROCS CHG Loraine Cu            10.00
             IN0877378-02    2002-09-23   G/S Rich Anzalone               35.00
             IN0877378-03    2002-09-23   TRANS CHG Rich Anzal            25.00
             IN0881145-01    2002-09-27   SEP-PPU HARDWARE MAI            88.00
             79630209A-01    2002-09-30   ROYALTY ACCRUAL              1,700.00    ACR
             79630209A-10    2002-09-30   RINA FEE ACCRUAL             1,900.00    ACR
             FC0226047-01    2002-09-30   FINANCE CHARGE                 997.53
             IN0882679-01    2002-09-30   PROCS CHG Eric Murra            10.00
             IN0884514-01    2002-09-30   SEP-MSI SOFTWR MAINT           274.09
                                                                     ----------
                                                                       5,392.28


     10      IN0888214-01    2002-10-07   G/S Editha Ray                 350.00
             IN0891167-01    2002-10-14   G/S Eric Murray                195.00
             IN0891167-02    2002-10-14   TRANS CHG Eric Murra            25.00
             IN0899351-01    2002-10-28   G/S Sharon Gilbert              25.00
             IN0899351-02    2002-10-28   TRANS CHG Sharon Gil            25.00
             FC0228830-01    2002-10-31   FINANCE CHARGE               1,071.40
                                                                     ----------
                                                                       1,691.40


     11      FC0231664-01    2002-11-30   FINANCE CHARGE               1,049.03
                                                                     ----------
```

```
ATTENTION:                                                       FAX:

ITEMIZED STATEMENT                                               PAGE 9
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


           RELATION        ITEM                                     AMOUNT
  MONTH    NBR             DATE        DESC                         DUE
  -----    ------------    ----------  --------------------      ------------
                                                                    1,049.03

    12     FC0234582-01    2002-12-31  FINANCE CHARGE                1,093.02
                                                                 ------------
                                                                    1,093.02

     1     FC0237474-01    2003-01-31  FINANCE CHARGE                1,093.02
                                                                 ------------
                                                                    1,093.02

     2     FC0240566-01    2003-02-28  FINANCE CHARGE                  987.92
                                                                 ------------
                                                                      987.92

     3     FC0243557-01    2003-03-31  FINANCE CHARGE                1,093.02
                                                                 ------------
                                                                    1,093.02

     4     FC0246471-01    2003-04-30  FINANCE CHARGE                1,058.21
                                                                 ------------
                                                                    1,058.21

     5     FC0249351-01    2003-05-31  FINANCE CHARGE                1,093.02
                                                                 ------------
                                                                    1,093.02

     6     FC0252200-01    2003-06-30  FINANCE CHARGE                1,058.21
                                                                 ------------
                                                                    1,058.21

     7     FC0254856-01    2003-07-31  FINANCE CHARGE                1,093.02
                                                                 ------------
                                                                    1,093.02

     8     FC0257443-01    2003-08-31  FINANCE CHARGE                1,093.02
                                                                 ------------
                                                                    1,093.02

     9     FC0259998-01    2003-09-30  FINANCE CHARGE                1,058.21
                                                                 ------------
                                                                    1,058.21

    10     FC0262540-01    2003-10-31  FINANCE CHARGE                1,093.02


FROM:   ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030
```

```
ATTENTION:                                                    FAX:

ITEMIZED STATEMENT                                            PAGE 10
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18


           RELATION       ITEM                                      AMOUNT
 MONTH     NBR            DATE        DESC                          DUE
 -----     -----------    ---------   -------------------           ------------
                                                                    -----------------
                                                                        1,093.02

    11     FC0265123-01   2003-11-30  FINANCE CHARGE                    1,058.21
                                                                    -----------------
                                                                        1,058.21

    12     FC0267783-01   2003-12-31  FINANCE CHARGE                    1,093.02
                                                                    -----------------
                                                                        1,093.02

     1     FC0270426-01   2004-01-31  FINANCE CHARGE                    1,093.02
                                                                    -----------------
                                                                        1,093.02

     2     FC0273289-01   2004-02-29  FINANCE CHARGE                    1,022.64
                                                                    -----------------
                                                                        1,022.64

     3     FC0276108-01   2004-03-31  FINANCE CHARGE                    1,093.02
                                                                    -----------------
                                                                        1,093.02

     4     FC0278720-01   2004-04-30  FINANCE CHARGE                    1,058.21
                                                                    -----------------
                                                                        1,058.21

     5     FC0281300-01   2004-05-31  FINANCE CHARGE                    1,093.02
                                                                    -----------------
                                                                        1,093.02

     6     FC0283833-01   2004-06-30  FINANCE CHARGE                    1,058.21
                                                                    -----------------
                                                                        1,058.21

     7     FC0286246-01   2004-07-31  FINANCE CHARGE                    1,093.02
                                                                    -----------------
                                                                        1,093.02

     8     FC0288527-01   2004-08-31  FINANCE CHARGE                    1,093.02
                                                                    -----------------
                                                                        1,093.02


FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                              RETURN FAX:(973)496-7030
```

ATTENTION:                                                          FAX:

ITEMIZED STATEMENT                                                  PAGE 11
FOR RAM  #7963-89888 - Springfield-South, IL
AS OF 2005-01-18

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 9 | FC0290859-01 | 2004-09-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 10 | FC0293966-01 | 2004-10-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| 11 | FC0297059-01 | 2004-11-30 | FINANCE CHARGE | 1,058.21 |
| | | | | 1,058.21 |
| 12 | FC0300296-01 | 2004-12-31 | FINANCE CHARGE | 1,093.02 |
| | | | | 1,093.02 |
| | | | | **130,140.95** |

FROM:  ROBERT KOLATAC
FINANCIAL SERVICES MANAGER
1 SYLVAN WAY
PARSIPPANY, NJ 07054
PH:(973)496-5457                                   RETURN FAX:(973)496-7030