05/15/2001 WED 09:51 FAX

## PROMISSORY NOTE

$15,000.00                           Parsippany, New Jersey
                                     Date: 8/14/01
                                     Unit #: 7963

FOR VALUE RECEIVED, the undersigned **SHREE OHM, INC**, an Illinois Corporation, Raj Jhala (collectively "Maker") jointly and severally promise to pay to the order of **RAMADA FRANCHISE SYSTEMS, INC.**, a Delaware corporation ("Holder"), the principal sum of Fifteen Thousand Dollars ($15,000.00) which amount shall bear no interest unless Maker defaults or this Note is accelerated. The principal amount will be due and payable on October 15, 2001, or deemed discharged if the Facility achieves a Quality Assurance score of 425 or higher on or before October 1, 2001. If this Note is not paid within ten (10) days after it is due, the outstanding principal balance shall bear simple interest at a rate equal to the lesser of eighteen (18%) percent per annum or the highest rate allowed by applicable law from its due date until paid. The outstanding principal balance of this Note shall be payable in lawful money of the United States of America at 1 Sylvan Way, Parsippany, New Jersey 07054, or at such other place as Holder may direct by written notice to Maker.

If a Termination of the License Agreement or the License granted under the License Agreement between Maker and Holder occurs for any reason, or Maker defaults under the License Agreement and fails to cure the default within the time permitted under the License Agreement, if any, or any other event occurs which permits Holder to terminate the License or the License Agreement as provided in Section 11.2, or a Transfer occurs, the outstanding principal balance of this Note shall be immediately due and payable without further notice, demand or presentment. Any payments shall be first applied to any accrued interest and then to principal. Maker has the right to prepay this Note, in whole or in part, at any time, without premium or penalty. Prepayments of principal will be applied without notation on this Note.

This Note is issued pursuant to the License Agreement between Holder and Maker for a Ramada System facility (the "Facility") located at **625 East St. Joseph Street, Springfield, IL 62701** All terms not defined herein shall have the same definition as in the License Agreement. Maker's obligation to pay this Note shall be absolute and unconditional, and all payments shall be made without setoff, deduction, offset, recoupment or counterclaim.

If this Note is collected by or through an attorney at law, the Holder shall be entitled to collect reasonable attorney's fees and all costs of collection. This Note is issued in and shall be governed and construed according to the laws of the State of New Jersey (without the application of conflict of laws principles). Each maker, endorser, guarantor or accommodation party liable for this Note waives presentment, demand, notice of demand, protest, notice of non-payment, notice of protest, notice of dishonor, and diligence in collection. Holder reserves the right to modify the terms of this instrument, grant extensions, novations, renewals, releases, discharges, compositions and compromises with any party liable under this Note, with or without any notice to or the consent of, and without discharging or affecting the obligations of any other party liable under this Note. The terms "Holder" and "Maker" shall be deemed to include their respective heirs, successors, legal representatives and assigns, whether by voluntary action of the parties or by operation of law. All references to "Maker" shall mean and include the named Maker and all co-makers, guarantors, sureties and accommodation parties signing or endorsing this Note, each of whom shall be jointly, severally and primarily liable as the maker of this Note.



EXHIBIT C

08/15/2001 WED 09:54 FAX

IN WITNESS WHEREOF, the undersigned have executed this instrument effective as of the date first above written.

WITNESS:

*Jeanne Castillo*

MAKER:
SHREE OHM, INC.

_____
Raj Jhala
President

CO-MAKER:

_____
Raj Jhala, individually