IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04-3248 ) |
| SHRI OHM CORPORATION, d/b/a SHREE OHM, INC., et al., | ) ) ) |
| Defendants. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The Court is in receipt of Plaintiff's Submission of Information in Further Support for its Motion for Default Judgment against Defendants Rajen Jhala, Shri Ohm Corporation d/b/a Shree Ohm, Inc. and Jay Vidyalankar (d/e 26) (Plaintiff's Submission) as allowed by this Court's May 31, 2005, Order (d/e 25). The Court notes that Plaintiff served its Submission on Defendants Jhala, Vidyalankar, and Shri Ohm by U.S. Mail on June 17, 2005, and these Defendants have failed to file a response to the Submission. As set forth below, the Court amends its May 31, 2005, Order.

Plaintiff has provided support for its request for $15,000.00 in

1

recurring fees that the Court disallowed, namely the June 15, 2005, Affidavit of Kathy Cox (Cox Affidavit). Plaintiff's Submission, Ex. 1. The Cox Affidavit establishes that the $15,000.00 amount represented a consolidation of past due recurring fees that were unpaid as of August 14, 2001. Id., ¶ 8. This amount does not duplicate recurring fees already awarded by the Court. Id., ¶ 9. The Court, therefore, allows an additional $15,000.00 in recurring fees from Defendants Jhala and Vidyalankar, jointly and severally.

Plaintiff also requests $83,691.00 in liquidated damages, plus interest as allowed under § 7.3 of the License Agreement. This amount is allowed under § 12.1 of the License Agreement and supported by the Cox Affidavit. Cox Affidavit, ¶¶ 14-18. It does not exceed the $120,000.00 cap on liquidated damages set out in § 18.4 of the License Agreement. Therefore, the Court allows $83,691.00 in liquidated damages, plus interest against Defendants Jhala, Vidyalankar, and Shri Ohm, jointly and severally.

THEREFORE, this Court's default judgment order in favor of Plaintiff and against Defendants Jhala, Vidyalankar, and Shri Ohm is amended as follows:

1. Vidyalankar and Jhala, jointly and severally, are ordered to pay

$130,140.95 in recurring fees and interest, $83,691.00 in liquidated damages, plus interest, and $6,755.08 in attorneys' fees, costs and expenses.

2. Shri Ohm is ordered to pay $62,242.01 in recurring fees and interest, $83,691.00 in liquidated damages, plus interest, and $6,755.08 in attorneys' fees, costs and expenses for a total award against Shri Ohm of $152,688.09, which is to be paid jointly and severally with Vidyalankar and Jhala.

Furthermore, the amounts ordered for Vidyalankar, Jhala, and Shri Ohm are to be paid jointly and severally with any amounts that the Court ultimately orders paid by non-defaulted Defendants Desai and Femmer in this case.

IT IS THEREFORE SO ORDERED.

ENTER: July 11, 2005.

    FOR THE COURT:

                                            s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE