IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, )<br>)<br>)<br>)<br>Plaintiff,                                      )<br>)<br>v.                                                    )<br>                                                      )<br>SHRI OHM CORPORATION, d/b/a       )<br>SHREE OHM, INC., an Illinois                )<br>corporation, JAY VIDYALANKAR,           )<br>SHARAD DESAI, PAUL FEMMER, and )<br>RAJEN JHALA, individuals,                     )<br>                                                      )<br>Defendants.                                       ) | Case No. 04-cv-3248<br><br>Hon. Jeanne E. Scott<br><br>Mag. Byron G. Cudmore |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST
<u>DEFENDANTS SHARAD DESAI AND PAUL FEMMER</u>**

Pursuant to Federal Rule of Civil Procedure 56 and the Court's February 23, 2005 Scheduling Order (Docket No. 22), plaintiff Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("Plaintiff" or "RWI"), respectfully moves for summary judgment against remaining defendants Sharad Desai and Paul Femmer on the Fifth Count of Plaintiff's Complaint. In support of this Motion, Plaintiff states:

1.      Plaintiff brought this diversity action to recover monies owed by defendants Shri Ohm Corporation, d/b/a Shree Ohm, Inc., an Illinois corporation, Jay Vidyalankar ("Vidyalankar"), Sharad Desai ("Desai"), Paul Femmer ("Femmer"), and Rajen Jhala ("Jhala") due to their breaches of (1) a January 12, 1996 license agreement for the operation of a Ramada® guest lodging facility between RWI and Shree Ohm, Inc. (the "License Agreement"), (2) a January 12, 1996 Guaranty of the License Agreement provided to RWI by Vidyalankar, Desai and Femmer, (3) a February 9, 2000 Assignment and Assumption Agreement (the

"Assignment and Assumption Agreement") between Shri Ohm Corporation, Shree Ohm, Inc., and RWI, and (4) a February 9, 2000 Guaranty of the Assignment and Assumption Agreement provided by Jhala, which resulted in the termination of the agreements effective October 1, 2002.

2. On May 31, 2005, this Court granted in part Plaintiff's Motion for Default Judgment against defendants Jhala, Shri Ohm, and Vidyalankar, and granted Plaintiff leave to make supplemental filings regarding the disallowed claims for recurring fees and liquidated damages against those defendants. (Docket No. 25.) On July 11, 2005, in response to Plaintiff's supplemental filings, the Court amended its May 31, 2005 Order to grant additional damages to RWI from the defaulted defendants. (Docket No. 27.)

4. Sharad Desai and Paul Femmer, who each filed appearances and answers, are the two remaining defendants in the case. Count Five of the Complaint seeks liquidated damages and all Recurring Fees due and owing under the License Agreement and Assignment and Assumption Agreement from these two remaining defendants, resulting from their failure to make payments as required by the January 12, 1996 Guaranty agreement that they provided to RWI.

5. As demonstrated in the attached supporting Memorandum and in Section B thereof, Plaintiff's Statement of Undisputed Facts pursuant to Local Rule 7.1(D)(1), there is no genuine issue as to any material fact, and Plaintiff is entitled to judgment as a matter of law against defendants Desai and Femmer on Count Five of its Complaint.

WHEREFORE, Plaintiff Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc., respectfully requests that the Court grant its Motion and enter judgment against remaining defendants Desai and Femmer on Count Five of its Complaint in the amount of $269,785.78, plus interest, attorneys' fees and costs, and any other relief the Court deems just.

Dated: November 11, 2005                    RAMADA WORLDWIDE INC., formerly known
                                            as RAMADA FRANCHISE SYSTEMS, INC.


                                            By:    s/ Fiona A. Burke
                                                   Counsel for Plaintiff
                                                   Fiona A. Burke Bar Number: 6273779

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
pmorency@schiffhardin.com
rspencer@schiffhardin.com
fburke@schiffhardin.com

CH1\ 4390664.1