# EXHIBIT 7

PART 2

**RAMADA** | RAMADA FRANCHISE SYSTEMS, INC.
1 SYLVAN WAY, PARSIPPANY, NJ 07054-0278
PHONE (973) 428-9700 • FAX (973) 496-5345

FRANCHISE ADMINISTRATION
HOTEL DIVISION

December 3, 2001                                    Via Airborne Express

Mr. Raj Jhala
745 Craig Road
Suite 200
St. Louis, MO 63141

RE:   Notice to Cure Default – License Agreement between Shri Ohm Corporation ("Licensee") and Ramada Franchise Systems, Inc. ("RFS") for the operation of Ramada System Unit #7963-89888 located in Springfield, Illinois (the "Facility")

Dear Mr. Jhala:

This letter will serve as notice of default for Licensee's failure to meet its Quality Assurance and Financial obligations to operate and maintain the Facility in accordance with applicable System Standards under its License Agreement with RFS. These are material defaults under the License Agreement and require your immediate attention.

We have been advised by Curt Horner, Director of Quality Assurance, that the Facility failed its Quality Assurance Inspection on November 26, 2001 with a score of 323-F. This is a continuing default of your License Agreement. Enclosed please find a copy of the inspection report, which identifies the aspects of operation, maintenance and capital items that require immediate improvements to restore compliance with System Standards.

Furthermore, we have been advised by Bob Kolatac, Finance Manager, that this Facility owes RFS the estimated sum of $47,142.91 in unpaid fees. A copy of your statement of outstanding account is enclosed.

If you have paid this amount or believe that our records do not reflect all payments and proper adjustments to your account, please contact the account representative whose name appears below as soon as possible. In accordance with the terms of the License Agreement this default must be cured within ten (10) days.

As you are aware reservation service has been suspended as of September 24, 2001 due to this continuing monetary default situation. The quality assurance default has been added to the restriction and both defaults must be cured in order for reservation service to be restored. Furthermore, if both defaults are not cured, RFS may pursue its remedies for default, which may include termination of your license to operate the Facility under the Ramada System as provided in the License Agreement at anytime thereafter.



RAMADA® LIMITEDS • RAMADA® INNS • RAMADA  ̶ ̶ ̶ ̶

Mr. Raj Jhala
December 3, 2001
Page 2

I encourage you to contact Curt Horner, Director of Quality Assurance, at (973) 496-8509 who can assist you with an Improvement Plan or answer any questions you may have regarding this inspection. If you dispute this debt, or wish to discuss a payment schedule, please call our account representative, Bob Kolatac at (973) 496-5457. As I'm sure you can imagine, this matter requires your immediate attention.

Sincerely,

Regina Zemzicki
Director
Franchise Administration

Enclosure

cc:   Steve Belmonte
      C. Wayne Miller
      Curt Horner
      Bob Kolatac

Property Refused/Closed ☐

0...03 112601 RA

RAM



# RAMADA
RAMADA LIMITEDS • INNS • PLAZA HOTELS
## QUALITY ASSURANCE AND TRADEMARK EVALUATION REPORT

Date: 11/26/2001    Time Arr: 11:00 A.M.    Time Dep: 4:30 P.M.
Location Name: SPRINGFIELD, IL
Address: 625 E. ST JOSEPH STREET
City: SPRINGFIELD    State: IL    Zip Code: 62703
Product Designation: Inn    Unit #: 07963
No. of Rooms: 114    General Manager: MS LISA SMOLAR
No. of Rooms Sold Night Before Evaluation: 14    Occupancy %: 12
Owner: 4 DIAMOND HOSPITALITY
Type of Evaluation: Reinspection

| Score | Value |
|---|---|
| Inn/Hotel Score | 323 F |
| Automatic HSKP "F" | Pass |
| Food & Beverage | 448 B |

Prior Inspection Scores (most recent first)
Date: 7/24/01   Score: 336F   Score: 466A
Date: 2/02/01   Score: 405 C   Score: 445B

### QUALITY ASSURANCE REVIEW RATINGS

**Guest Rooms**
A. Deficiency points accumulated ............ 490
B. Penalty points accumulated on follow-ups ........
C. Total Deficiency and penalty points (A+B) ...... 490
D. Number of guest rooms reviewed .......... 9
E. Deficiency and penalty points per room reviewed (C/D) ... 54

**General Areas**
F. Deficiency Points accumulated ............ 58
G. Penalty points accumulated on follow-ups ........
H. Total points deducted General Areas (F+G) ... 58
I. Standard points deducted .............. 65
J. Total Bonus points ................... 0

INN/HOTEL SCORE ((500-(E+H)+J)-I .......... 323

K. Number of Hskp "N's" = 17   x 20 pts = 340   / D = 38
L. General Areas Hskp: 0   + Line K: 38   = 38
Automatic Hskp Failure (if N equals 40 or more points)  ☐Yes ☒No

**Food and Beverage**
A. Deficiency points accumulated ............ 52
B. Penalty points accumulated on follow-ups .... 0
C. Standard points deducted ............
D. Total points deducted Food & Beverage (A+B+C) .... 52

FOOD & BEVERAGE SCORE (500-D) ........ 448

Limiteds Only: Continental Breakfast, pass/fail ......

### MAJOR DEFICIENCIES / STANDARDS

|   | Warned | Deducted |
|---|---|---|
| 1. Logo Graphics (20) | 0 | 0 |
| 2. Mgt. Training (20) | 20 | 0 |
| 3. Operations (20) | 20 | 0 |
| 4. Locks (25) (50) | 0 | 0 |
| 5. Smoke Detectors (20) | 20 | 0 |
| 6. Uniforms (20) (10) (5) | 0 | 0 |
| 7. General Area Refurb (20) | 0 | 20 |
| 8. Guest Room Refurb (20) | 0 | 0 |
| 9. Room Standards (10) | 10 | 30 |
| 10. Room Supplies (5) | 35 | 15 |
| 11. Insects / Pests (20) | 0 | 0 |
| 12. Complaints (20) | 0 | 0 |
| 13. Other (Specify): | 0 | 0 |
| 14. F&B Standards: | 0 | 0 |

### OPERATIONS OVERVIEW

|   | Pts Lost Today | System Avg |
|---|---|---|
| Housekeeping | 38 | 9 |
| Operations | 22 | 14 |
| Maintenance | 15 | 10 |
| Capital | 111 | 43 |

### BONUS POINTS RECAP
GM Letter: INCOMPLETE   + 0
Other (Specify): ___   + 0
Other (Specify): ___   + 0
TOTAL: 0

### OVERALL COMMENTS
PLEASE REVIEW SUMMARY PAGES
THANK YOU

**GRADING SCALE**
Motel Score
450 and above = A
425 - 459 = B
400 - 424 = C
Below 400 = F

Housekeeping Score
0 - 39 = PASS
40 and above = FAIL

### SURVEYS
Survey #1: ___    Survey #3: ___
Survey #2: ___    Survey #4: ___

I hereby acknowledge receipt of the above report.
Signed: ___
Print Name: MS LISA SMOLAR
Title: GENERAL MANAGER

I hereby certify that on the above date, I conducted a Quality Assurance Evaluation Report of the above designated Ramada System facility.
Signed: *Gary D. Long*
Print Name: GARY D. LONG

RAMADA FRANCHISE SYSTEMS, INC.
1 Sylvan Way, P.O. Box 641, Parsippany, New Jersey 07054   (973) 428-9700   Fax (973) 496-1377

Quality Assurance

Unit # 07963
Date 11/26/2001

## GENERAL AREAS

07963 112601 RAM
190 Points Total

| REVIEW ITEM | DEFICIENCY DESCRIPTION | A | B | C | F | H | O | M | C |
|---|---|---|---|---|---|---|---|---|---|
| **EXTERIOR SIGNAGE** | Billboard Location: DOT ON I-55 NORTH & S | (0) | 4 | 10 | 20 | | | | |
| Pylon/Building/Billboards | | | | | | | | | |
| Panels/Graphics | | | | | | | | | |
| Stanchions/Van Condition | | | | | | | | | |
| Illumination | | | | | | | | | |
| | | 0 | 4 | (10) | 20 | | | | 10 |
| **EXTERIOR - Grounds** | | | | | | | | | |
| Paving/Parking | CRACKS WEEDS AND FACING | | | X | | | | | |
| Fencing/Dumpster | | | | | | | | | |
| Landscaping | UNKEPT | | X | | | | | | |
| Lighting | | | | | | | | | |
| | | 0 | (4) | 10 | 20 | | | | 4 |
| **EXTERIOR - Building** | | | | | | | | | |
| Railings | SOME PEELING PAINT | | X | | | | | | |
| Facia/Soffit/Other | PEELING PAINT | | X | | | | | | |
| Storefronts/HVAC Louvers/Windows | SOME DAMAGE | | X | | | | | | |
| Porte Cochere/Canopy | SOME TARNISHING | | X | | | | | | |
| Lighting | | | | | | | | | |
| | | 0 | 4 | (10) | 20 | | | | 10 |
| **CURB APPEAL** | | | | | | | | | |
| Structural Design/Other | SHAKER SHINGLES | | | X | | | | | |
| Lighting/Landscaping | UNKEPT | | X | | | | | | |
| Décor/Paint Scheme | | | | | | | | | |
| | | 0 | (4) | 10 | 20 | | | | 4 |
| **SWIMMING POOL** | | | | | | | | | |
| Pool/Water Appearance | CLOSED FOR THE SEASON | | | | | | | | |
| Life Saving Equipment/Rules/Markings | | | | | | | | | |
| Deck/Landscaping | CRACKS | | X | | | | | | |
| Furniture/Lighting | | | | | | | | | |
| Fencing/Gate | | | | | | | | | |
| Off-season Security & Appearance | | | | | | | | | |
| Telephone/Chemical Storage | | | | | | | | | |
| | | (0) | 1 | 2 | 3 | | | | |
| **PLAYGROUND/RECREATION AREAS** | | | | | | | | | |
| Exercise Room/Sauna/Game Room | | | | | | | | | |
| | | 0 | (4) | 10 | 20 | | | | 4 |
| **FRONT DESK/LOBBY** | | | | | | | | | |
| Furniture/Fixtures/Finishes | | | | | | | | | |
| Desk | | | | | | | | | |
| Public Restrooms | DE SILVERING OF MIRRORS | | X | | | | | | |
| Hospitality/Breakfast Area | | | | | | | | | |
| | | (0) | 3 | 10 | 15 | | | | |
| **STAFF PROFESSIONALISM** | | | | | | | | | |
| Attitude/Knowledge | | | | | | | | | |
| | | 0 | (2) | 6 | 10 | | 2 | | |
| **MANAGEMENT OPERATIONS - Front Desk/Laundry/Hskp/Maint** | | Pass | | Fail | X | | | | |
| Signage | MISSING (NEW OWNERS) | Pass | X | Fail | | | | | |
| Public/House Telephones | | Pass | X | Fail | | | | | |
| Directories/Other Required Materials | | Pass | X | Fail | | | | | |
| PMS System | | Pass | X | Fail | | | | | |
| Switchboard | | Pass | X | Fail | | | | | |
| First Aid Kits/Fire Extinguishers | | Pass | X | Fail | | | | | |
| Emergency Key/Emergency #'s | | Pass | X | Fail | | | | | |
| Marketing Programs/Brochure Rack | | Pass | X | Fail | | | | | |
| Non-Smoking Rooms | | Pass | X | Fail | | | | | |
| Safe Deposit Boxes | | Pass | X | Fail | | | | | |
| Public Restroom Supplies | | Pass | X | Fail | | | | | |
| Bell Service/Van Service | | Pass | X | Fail | | | | | |
| Lost & Found/Required Posters | | Pass | X | Fail | | | | | |
| Flammable Storage | | Pass | X | Fail | | | | | |
| Uniforms | | Pass | X | Fail | | | | | |
| Storage Areas/Linen Chutes | | Pass | X | Fail | | | | | |
| Other (Specify): | | Pass | X | Fail | | | | | |
| | | 0 | 4 | 10 | (20) | | | 4 | 20 |
| **PASSAGEWAYS** | | | | | | | | | |
| Walkways | STAINS AND CRACKS | | | X | | | | | |
| Corridors/Public Areas | STAINS | | | | X | | | | |
| Doors/Room Numbers | | | | | | | | | |
| Steps/Elevators | PEELING HAND RAILS | | X | | | | | | |
| Fire Extinguishers/Alarm System | | | | | | | | | |
| Illumination | | | | | | | | | |
| Emergency/Exit Lighting | IN OPERABLE | | X | | | | | | |
| Directional/Service Signs | | | | | | | | | |
| | | 0 | (2) | 5 | 10 | | | | 2 |
| **ICE/VENDING AREAS** | | | | | | | | | |
| Ice/Vending Machines/Guest Laundry | | | X | | | | | | |
| Vending Area Finishes | STAINS | | X | | | | | | |
| | | 0 | (2) | 5 | 10 | | | 2 | |
| **LAUNDRY/EQUIPMENT/MAINT** | | | | | | | | | |
| Finishes/Illumination | MISSING LIGHT COVERS | | X | | | | | | |
| Equipment/Ventilation/Visibility | EXPIRED EYE WASH | | X | | | | | | |
| Storerooms/Housekeeping Carts | MISSING FLOOR TILE | | X | | | | | | |
| **TOTAL POINTS DEDUCTED GENERAL AREAS:** | | | | 58 | | 0 | 2 | 10 | 50 |

Pass/Fail Management Ops Scoring: All items pass = A; 1 or 2 items fail = B; 3 or 4 items fail = C; 5 or more items fail = F.

Quality Assurance

# GUEST ROOMS

Unit #: 07963
Date: 11/26/2001

07963 112601 RAM
310 Points
Page 1 of 3

| Review Item | Room #: 158 Room Stat: V/C Deficiency | Points Deducted A B C F | C L N | O P N S | M N T | C A P | Room #: 167 Room Stat: V/C Deficiency | Points Deducted A B C F | C L N | O P N S | M N T | C A P | Room #: 263 Room Stat: V/C Deficiency | Points Deducted A B C F | C L N | O P N S | M N T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doors/Windows | | (0) 2 5 10 | | | | | | (0) 2 5 10 | | | | | | (0) 2 5 10 | | | | |
| Entrance/Connecting Door | | | | | | | | | | | | | | | | | | |
| Window/Sliding Door/Balcony | | | | | | | | | | | | | | | | | | |
| Bathroom Door | | | | | | | | (0) 3 7 15 | | | | 3 | | (0) 3 7 15 | | | | |
| Locks/Hardware | | (0) 3 7 15 | | | | | | | | | | | | | | | | |
| One-Way Viewer/Self Closure | | | | | | | IO | | | | | | | | | | | |
| Electronic Lock | | | | | | | | X | | | | | | | | | | |
| Secondary Lock | | | | | | | | | | | | | | | | | | |
| Connecting Door Locks | | | | | | | | | | | | | | | | | | |
| Window/Sliding Door Locks | | | | | | | | | | | | | | | (0) 4 10 20 | | N | | |
| Room Finishes | | (0) 4 10 20 | | | | | | (0) 4 10 20 | | | | 4 | | | | | | |
| Walls | | | | | | | SM | X | | | | | | | | | | |
| Ceilings | | | | | | | | | | | | | DU | X | | | | |
| Pictures | | | | | | | DB | | | | | | DB | | | | | |
| Room Carpet | | (0) 5 12 25 | | | | | | (0) 5 12 25 | | N | | | | (0) 5 12 25 | | N | | 5 |
| Case Goods | | (0) 5 12 25 | | | 5 | | | (0) 5 12 25 | | N | | 5 | | SC | X | | | |
| Credenza | | | | | | | ST | X | | | | | | | | | | |
| Wall Mirror/Full Length Mirror | | | | | | | | | | | | | | | | | | |
| Headboard | | | | | | | | | | | | | | | | | | |
| Nightstand | | | | | | | | | | | | | | | | | | |
| Activity Table/Desk | | | | | | | | | | | | | | | | | | |
| Leisure Chairs | | | | | | | | | | | | | | | | | | |
| Desk chair | ST | X | | | | | ST | X | | | | | | (0) 3 8 15 | | N | | |
| Light Fixtures | | (0) 3 8 15 | | | | | | (0) 3 8 15 | | | | | | | | | | |
| Shade | | | | | | | | | | | | | | | | | | |
| Illumination | | | | | | | | | | | | | DU | X | | | | |
| Lamps | | | | | | | | | | | | | | (0) 3 8 15 | | | | |
| Telephone | | (0) 3 8 15 | | | | | | (0) 3 8 15 | | | | | | | | | | |
| Telephone/Operation | | | | | | | | | | | | | | | | | | |
| Message Lights | | | | | | | | (0) 4 10 20 | | | | | | (0) 4 10 20 | | | | |
| Television | | (0) 4 10 20 | | | | | | | | | | | | | | | | |
| Cabinet/Remote Control | | | | | | | | | | | | | | | | | | |
| Reception/Required Channels | | (0) 3 8 15 | | | | | | (0) 3 8 15 | | | | | | (0) 3 8 15 | | | | |
| HVAC | | | | | | | | | | | | | | | | | | |
| Unit/Operation | | | | | | | | | | | | | | | | | | |
| Filter/Controls | | | | | | | | (0) 5 12 25 | | | | | | (0) 5 12 25 | | | | |
| Beds | | (0) 5 12 25 | | | | | | (0) 4 10 20 | | | | | | (0) 4 10 20 | | | | |
| Spreads/Drapes/Linen | | (0) 4 10 20 | | | | | | | | | | | | | | | | |
| Bedspreads | | | | | | | | | | | | | | | | | | |
| Sheets/Pillow Cases | | | | | | | | | | | | | | | | | | |
| Mattress Pads | | | | | | | | | | | | | | | | | | |
| Blankets | | | | | | | | | | | | | | | | | | |
| Pillows | | | | | | | | | | | | | | | | | | |
| Drapes | | | | | | | | (0) 1 3 5 | | | | | IO | (0) 1 3 5 | | | | 1 |
| Smoke Detector | | (0) 1 3 5 | | | | | | (0) 1 3 5 | | | 1 | | MI | (0) 1 3 5 | | | | 1 |
| Room Supplies | MI | (0) 1 3 5 | | | 1 | MI | | (0) 1 3 5 | | | | | | (0) 1 3 5 | | | | |
| Closet Area | DI | (0) 1 3 5 | N | | | | | 0 4 (10) 20 | | | | 10 | | (0) 4 10 20 | | | | |
| Vanity | | (0) 4 10 20 | | | | | | | | | | | | | | | | |
| Vanity | | | | | | | | | | | | | | | | | | |
| Sink | | | | | | | CR | X | | | | | | | | | | |
| Mirror | | | | | | | | | | | | | | | | | | |
| Light Fixture/Illumination | | | | | | | | | | | | | | | | | | |
| Tissue Holders | | | | | | | | | | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | (0) 4 10 20 | | | | | | (0) 4 10 20 | | | | |
| Tub/Shower | | (0) 4 10 20 | | | | | | | | | | | | | | | | |
| Tub/Tub Surround/Non-Skid | | | | | | | | | | | | | | | | | | |
| Soap Dish/Shower Head | | | | | | | | | | | | | | | | | | |
| Shower Curtain | | | | | | | | | | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | | | | | | | | | | |
| Grout/Caulk | | | | | | | | | | | | | | | | | | |
| Water Temperature/Pressure | | | | | | | | | | | | | | | (0) 4 10 20 | | | | |
| Towels/Towel Racks | | (0) 4 10 20 | | | | | | (0) 4 10 20 | | | | | | | | | | |
| Towels | | | | | | | | | | | | | | | | | | |
| Towel Racks | | 0 4 (10) 20 | | | 10 | | | (0) 4 10 20 | | | | | | (0) 4 10 20 | | | | 4 |
| Bathroom Finishes | | | | | | | | | | | | | | | | | | |
| Walls | | | | | | | | | | | | | | | | | | |
| Ceilings | PL | X | | | | | | | | | | | IS | X | | | | |
| Floor | IS | X | | | | | | | | | | | | | | | | |
| Tile Grout/Caulk | | | | | | | | | | | | | | | | | | |
| Ventilation | | (0) 2 6 10 | | | | | | (0) 2 6 10 | | N | | | | (0) 2 6 10 | | | | |
| Toilet | | | | | | | | | | | | | | | | | | |
| Lids/Seats/Bumpers | | | | | | | DB | X | | | | | | | | | | |
| Bowl/Function | | | | | | | | | | | | | | | | | | |
| Page Totals | | Total Pts Ded: 16 | | O 0 | | | | Total Pts Ded: 23 | | O 0 | | | | Total Pts Ded: 11 | | O 0 | | |
| | 1 | N's x 20: 20 | H 1 | M 0 | | | 3 | N's x 20: 60 | H 3 | M 7 | | | 3 | N's x 20: 60 | H 3 | M 1 | | |
| | | Room Total: 36 | | C 16 | | | | Room Total: 83 | | C 16 | | | | Room Total: 71 | | C 10 | | |
| Supplies | | MISSING HAIR DRYER / IRON / EVACUATION PLAN | | | | | | MISSING CHANNEL ID CARD / IRON AND BOARD | | | | | | MISSING HANGERS | | | | |

Quality Assurance

## GUEST ROOMS

Unit #: 07963
Date: 11/26/2001

07963 112601 RAM
310 Points
Page 2 of 3

| Review Item | Room #: 252 Room Stat: V/C Deficiency | Points Deducted A/B/C/F/N/S/T/P 0/2/5/10 | C O M C L P N A P S T P | Room #: 107 Room Stat: V/C Deficiency | Points Deducted A/B/C/F/N/S/T/P 0/2/5/10 | C O M C L P N A P S T P | Room #: 115 Room Stat: V/C Deficiency | Points Deducted A/B/C/F/N/S/T/P 0/2/5/10 | C O M C L P N A P S T P |
|---|---|---|---|---|---|---|---|---|---|
| Doors/Windows | | | | | | | | | |
| Entrance/Connecting Door | | | | | | | | | |
| Window/Sliding Door/Balcony | | | | | | | | | |
| Bathroom Door | | | | | | | | 0/3/7/15 | |
| Locks/Hardware | | 0/3/7/15 | | | 0/3/7/15 | | | | |
| One-Way Viewer/Self Closure | | | | | | | | | |
| Electronic Lock | | | | | | | | | |
| Secondary Lock | | | | | | | | | |
| Connecting Door Locks | | | | | | | | | |
| Window/Sliding Door Locks | | | | | 0/4/10/20 | | 4 | 0/4/10/20 | 4 |
| Room Finishes | | 0/4/10/20 | | SE | X | | SE | X | |
| Walls | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Pictures | | | | | 0/5/12/25 | | DB | 0/5/12/25 | N, 5 |
| Room Carpet | | 0/5/12/25 | | | 0/5/12/25 | 12 | | | |
| Case Goods | | 0/5/12/25 N | | SC | X | | X | | |
| Credenza | DB | X | | | | | | | |
| Wall Mirror/Full Length Mirror | | | | | | | | | |
| Headboard | | | | | | | | | |
| Nightstand | DB | X | | | | | | | |
| Activity Table/Desk | | | | | | | | | |
| Leisure Chairs | | | | ST | X | | ST | X | |
| Desk chair | | | | | 0/3/8/15 N | | | 0/3/8/15 | |
| Light Fixtures | | 0/3/8/15 N | | | | | | | |
| Shade | | | | | | | | | |
| Illumination | | | | DU | X | | | | |
| Lamps | DU | X | | | 0/3/8/15 | | | 0/3/8/15 | |
| Telephone | | 0/3/8/15 | | | | | | | |
| Telephone/Operation | | | | | | | | | |
| Message Lights | | | | | 0/4/10/20 | | | 0/4/10/20 | |
| Television | | 0/4/10/20 | | | | | | | |
| Cabinet/Remote Control | | | | | | | | | |
| Reception/Required Channels | | | | | 0/3/8/15 | | | 0/3/8/15 | |
| HVAC | | 0/3/8/15 | | | | | | | |
| Unit/Operation | | | | | | | | | |
| Filter/Controls | | | | | 0/5/12/25 | | | 0/5/12/25 | |
| Beds | | 0/5/12/25 | | | 0/4/10/20 | | | 0/4/10/20 | |
| Spreads/Drapes/Linen | | 0/4/10/20 | | | | | | | |
| Bedspreads | | | | | | | | | |
| Sheets/Pillow Cases | | | | | | | | | |
| Mattress Pads | | | | | | | | | |
| Blankets | | | | | | | | | |
| Pillows | | | | | | | | | |
| Drapes | | | | | 0/1/3/5 | | | 0/1/3/5 | 1 |
| Smoke Detector | | 0/1/3/5 | | 1 MI | 0/1/3/5 | | 1 MI | 0/1/3/5 | |
| Room Supplies | MI | 0/1/3/5 | | | 0/1/3/5 | | | 0/4/10/20 | |
| Closet Area | DB | 0/1/3/5 N | | | | | | | |
| | | 0/4/10/20 | | 4 | 0/4/10/20 | 4 | | | |
| Vanity | | | | | | | | | |
| Vanity | ST | X | | | | | | | |
| Sink | | | | | | | | | |
| Mirror | | | | | | | | | |
| Light Fixture/Illumination | | | | | | | | | |
| Tissue Holders | | | | RU | X | | | 0/4/10/20 | |
| Plumbing Fixtures | | | | | 0/4/10/20 | | | | |
| Tub/Shower | | 0/4/10/20 | | | | | | | |
| Tub/Tub Surround/Non-Skid | | | | | | | | | |
| Soap Dish/Shower Head | | | | | | | | | |
| Shower Curtain | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | |
| Grout/Caulk | | | | | | | | | |
| Water Temperature/Pressure | | | | | 0/4/10/20 | | | 0/4/10/20 | |
| Towels/Towel Racks | | 0/4/10/20 | | | | | | | |
| Towels | | | | | | | | | |
| Towel Racks | | | | | 0/4/10/20 | | | 0/4/10/20 | 4 |
| Bathroom Finishes | | 0/4/10/20 N | | | | | BU | X | |
| Walls | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Floor | DB | X | | | | | | | |
| Tile Grout/Caulk | | | | | | | | | |
| Ventilation | | | | | 0/2/6/10 | | | 0/2/6/10 | 6 |
| Toilet | | 0/2/6/10 N | | | | | MD | X | |
| Lids/Seats/Bumpers | | | | | | | | | |
| Bowl/Function | DI | X | | | | | | | |
| Page Totals | Total Pts Ded: 5 | | 0, 0 | Total Pts Ded: 21 | | 0, 0 | Total Pts Ded: 20 | | 0, 0 |
| | 5 N's x 20: 100 | H 5 M | | 1 N's x 20: 20 | H 1 M | 8 | 1 N's x 20: 20 | H 1 M | 15 |
| | Room Total: 105 | | C 5 | Room Total: 41 | | C 13 | Room Total: 40 | | C 5 |
| Supplies | MISSING CHANNEL ID CARD | | | MISSING DND CARD | | | MISSING STATIONARY | | |

Quality Assurance

Unit #: 07963
Date: 11/26/2001

# GUEST ROOMS

07963 112601 RAM
310 Points
Page 3 of 3

| Review Item | Room #: 116 Room Stat: V/C Deficiency | Points Deducted A B C F | C O M C L P N A N S T P | Room #: 102 Room Stat: V/C Deficiency | Points Deducted A B C F | C O M C L P N A N S T P | Room #: 210 Room Stat: V/C Deficiency | Points Deducted A B C F | C O M C L P N A N S T P |
|---|---|---|---|---|---|---|---|---|---|
| Doors/Windows | | (0) 2 5 10 | | | (0) 2 5 10 | | | (0) 2 5 10 | |
| Entrance/Connecting Door | | | | | | | | | |
| Window/Sliding Door/Balcony | | | | | | | | | |
| Bathroom Door | | | | | | | | | |
| Locks/Hardware | | (0) 3 7 15 | | | (0) 3 7 15 | | | (0) 3 7 15 | |
| One-Way Viewer/Self Closure | | | | | | | | | |
| Electronic Lock | | | | | | | | | |
| Secondary Lock | | | | | | | | | |
| Connecting Door Locks | | | | | | | | | |
| Window/Sliding Door Locks | | | | | 0 4 10 20 | 10 | | (0) 4 10 20 | |
| Room Finishes | | | | | | | | | |
| Walls | | | | SE | X | | | | |
| Ceilings | | | | | | | | | |
| Pictures | | | | | | | | | |
| | | (0) 5 12 25 | | | (0) 5 12 25 | | | (0) 5 12 25 | |
| Room Carpet | | 0 5 12 25 | 12 | | 0 5 12 25 | 12 | | 0 5 12 25 N | 5 |
| Case Goods | | | | | | | | | |
| Credenza | | | | BR | X | | | | |
| Wall Mirror/Full Length Mirror | | | | | | | | | |
| Headboard | SC | X | | | | | DB | X | |
| Nightstand | | | | | | | | | |
| Activity Table/Desk | SC | X | | | | | | | |
| Leisure Chairs | | | | | | | | | |
| Desk chair | ST | X | | ST | X | | ST | X | |
| Light Fixtures | | (0) 3 8 15 | | | (0) 3 8 15 | | | (0) 3 8 15 | |
| Shade | | | | | | | | | |
| Illumination | | | | | | | | | |
| Lamps | | | | | | | | | |
| Telephone | | (0) 3 8 15 | | | (0) 3 8 15 | | | (0) 3 8 15 | |
| Telephone/Operation | | | | | | | | | |
| Message Lights | | | | | | | | | |
| Television | | (0) 4 10 20 | | | (0) 4 10 20 | | | (0) 4 10 20 | |
| Cabinet/Remote Control | | | | | | | | | |
| Reception/Required Channels | | | | | | | | | |
| HVAC | | (0) 3 8 15 | | | (0) 3 8 15 | | | (0) 3 8 15 | |
| Unit/Operation | | | | | | | | | |
| Filter/Controls | | | | | | | | | |
| Beds | | (0) 5 12 25 | | | (0) 5 12 25 | | | (0) 5 12 25 | |
| Spreads/Drapes/Linen | | 0 (4) 10 20 | 4 | | (0) 4 10 20 | | | (0) 4 10 20 | |
| Bedspreads | HO | X | | | | | | | |
| Sheets/Pillow Cases | | | | | | | | | |
| Mattress Pads | | | | | | | | | |
| Blankets | | | | | | | | | |
| Pillows | | | | | | | | | |
| Drapes | | | | | | | | | |
| Smoke Detector | | (0) 1 3 5 | | | (0) 1 3 5 | | | (0) 1 3 5 | |
| Room Supplies | MI | 0 (1) 3 5 | 1 | MI | 0 (1) 3 5 | 1 | MI | 0 (1) 3 5 | 1 |
| Closet Area | | (0) 1 3 5 | | | (0) 1 3 5 | | | (0) 4 10 20 | |
| Vanity | | (0) 4 10 20 | | | (0) 4 10 20 | | | | |
| Vanity | | | | | | | | | |
| Sink | | | | | | | | | |
| Mirror | | | | | | | | | |
| Light Fixture/Illumination | | | | | | | | | |
| Tissue Holders | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | |
| Tub/Shower | | (0) 4 10 20 | | | (0) 4 10 20 | | | (0) 4 10 20 | |
| Tub/Tub Surround/Non-Skid | | | | | | | | | |
| Soap Dish/Shower Head | | | | | | | | | |
| Shower Curtain | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | |
| Grout/Caulk | | | | | | | | | |
| Water Temperature/Pressure | | | | | | | | | |
| Towels/Towel Racks | | (0) 4 10 20 | | | (0) 4 10 20 | | | (0) 4 10 20 | |
| Towels | | | | | | | | | |
| Towel Racks | | | | | | | | | |
| Bathroom Finishes | | 0 (4) 10 20 N | 4 | | 0 (4) 10 20 | 4 | | (0) 4 10 20 | |
| Walls | SE | X | | | | | | | |
| Ceilings | DB | X | | MM | X | | | | |
| Floor | | | | | | | | | |
| Tile Grout/Caulk | | | | | | | | | |
| Ventilation | | | | | | | | | |
| Toilet | | (0) 2 6 10 | | | (0) 2 6 10 | | | (0) 2 6 10 N | |
| Lids/Seats/Bumpers | | | | | | | DI | X | |
| Bowl/Function | | | | | | | | | |
| Page Totals | | Total Pts Ded: 21 | O 0 | | Total Pts Ded: 27 | O 0 | | Total Pts Ded: 6 | O 0 |
| | | 1  N's x 20: 20  H 1 | M 0 | | 0  N's x 20: 0  H 0 | M 16 | | 2  N's x 20: 40  H 2 | M 0 |
| | | Room Total: 41 | C 21 | | Room Total: 27 | C 11 | | Room Total: 46 | C 6 |
| Supplies | | MISSING CHANNEL ID CARD / LAUNDRY BAGS | | | MISSING HAIR DRYERS / IRON AND BOARD | | | MISSING HANGERS | |

Quality Assurance

Unit # 07963
Date 11/26/2001

# FOOD AND BEVERAGE

07963 112601 RAM
500 Points Total

| REVIEW ITEM | DEFICIENCY DESCRIPTION | A | B | C | F | H | O | M | C |
|---|---|---|---|---|---|---|---|---|---|
| | | (0) | 3 | 7 | 15 | | | | |
| EXTERIOR SIGNAGE - Pylon, Building | | | | | | | | | |
| Graphics/Panels | | | | | | | | | |
| Stanchions/Illumination | | 0 | 4 | (10) | 20 | | | | 10 |
| EXTERIOR - Grounds | | | | | | | | | |
| Paving/Parking | CRACKS AND STAINS | | | X | | | | | |
| Fencing/Dumpster/Delivery Area | | | | X | | | | | |
| Landscaping/Lighting | UNKEPT | | | | | | | | |
| Walkways | | | | | | | | | |
| | | (0) | 4 | 10 | 20 | | | | |
| EXTERIOR - Building | | | | | | | | | |
| Appearance/Condition | | | | | | | | | |
| Awnings | | | | | | | | | |
| Lighting | | | | | | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| DINING ROOM - Finishes | | | | | | | | | |
| Flooring/Carpet | | | | | | | | | |
| Walls/Windows | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Decorative Treatment | | | | | | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| DINING ROOM - F F & E | | | | | | | | | |
| Booths/Chairs | | | | | | | | | |
| Tables/Counters | | | | | | | | | |
| Salad Bar/Buffet Lines/High Chairs | | | | | | | | | |
| Hostess Area/Service Areas | | | | | | | | | |
| China/Glass/Silverware | | | | | | | | | |
| HVAC/Comfort/Noise | | | | | | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| KITCHEN - Finishes | | | | | | | | | |
| Floors/Walls | | | | | | | | | |
| Ceilings/Lighting | | | | | | | | | |
| Doors/Organization | | | | | | | | | |
| | | (0) | 10 | 25 | 50 | | | | |
| KITCHEN - F F & E | | | | | | | | | |
| Cooking Lines/Equipment | | | | | | | | | |
| Dishwasher/Pot Sink | | | | | | | | | |
| Walk-ins/Reach-ins | | | | | | | | | |
| | | (0) | 3 | 7 | 15 | | | | |
| EMPLOYEE RESTROOMS | | 0 | 8 | (20) | 40 | | | | 20 |
| LOUNGE - Finishes | | | | | | | | | |
| Flooring/Carpet | LOOSE TILE | | | X | | | | | |
| Walls/Windows | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Back Bar | | | | | | | | | |
| | | 0 | (8) | 20 | 40 | | | | 8 |
| LOUNGE - F F & E | | | | | | | | | |
| Booths/Tables | | | X | | | | | | |
| Chairs/Bar Stools | STAINS AND BURN HOLES | | | | | | | | |
| Bar Tops/Lighting | | | | | | | | | |
| Glassware/Napkins/Trays | | | | | | | | | |
| HVAC/Comfort/Noise | | | | | | | | | |
| | | (0) | 3 | 7 | 15 | | | | |
| BANQUET/MTG RM - Pre-function area | | 0 | (8) | 20 | 40 | | | | 8 |
| BANQUET/MTG RM - Finishes | | | | | | | | | |
| Doors | | | X | | | | | | |
| Flooring/Carpet | CEILING TILE STAINS | | | | | | | | |
| Walls/Rooms Dividers/Drapes | | | | | | | | | |
| Ceilings/Lighting | | | | | | | | | |
| HVAC/Comfort/Noise | | | | | | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| BANQUET/MEETING ROOMS - F F & E | | | | | | | | | |
| Tables/Podiums | | | | | | | | | |
| Chairs | | | | | | | | | |
| Linens | | | | | | | | | |
| Miscellaneous equip & supplies | | | | | | | | | |
| | | (0) | 8 | 15 | 30 | | | | |
| PUBLIC RESTROOMS | | | | | | | | | |
| Condition Equipment | | | | | | | | | |
| Cleanliness/Supplies | | | | | | | | | |
| | | (0) | 5 | 12 | 25 | | | | |
| STAFF PROFESSIONALISM | | | | | | | | | |
| Attitude/Knowledge/Promptness | | 0 | (6) | 15 | 30 | | 6 | | |
| MANAGEMENT OPERATIONS - Food & Beverage | | Pass | X | Fail | | | | | |
| Fire Exting-Dining Rm/Bar/Mtg Rm | | Pass | X | Fail | | | | | |
| Kitchen Fire System | | Pass | X | Fail | | | | | |
| Emergency Lighting/Fire Exits | | Pass | X | Fail | | | | | |
| Public/House/Bar Telephones | | Pass | X | Fail | | | | | |
| Directories/Other Required Materials | | Pass | | Fail | X | | | | |
| Signage/Hours of Operation | MISSING HOURS OF OPERATION | Pass | X | Fail | | | | | |
| Menus/Linens/Placemats | | Pass | X | Fail | | | | | |
| First Aid Kits | | Pass | X | Fail | | | | | |
| Designated Non-Smoking Area | | Pass | X | Fail | | | | | |
| Uniforms | | Pass | X | Fail | | | | | |
| Background Music | | Pass | X | Fail | | | | | |
| Room Service | | Pass | X | Fail | | | | | |
| Food Handling/Sanitary Conditions | | Pass | X | Fail | | | | | |
| Health Inspection | | Pass | X | Fail | | | | | |
| Hand Washing Facilities | | Pass | X | Fail | | | | | |
| Meeting Room Door Viewers/Signage | | Pass | X | Fail | | | | | |
| Mtg Rm Podium/Supplies/Equipment | | Pass | X | Fail | | | | | |
| Other (Specify): | | | | | | | | | |
| PAGE TOTALS | | | | 52 | | | 6 | | 46 |

Pass/Fail Management Ops Scoring: All items pass = A; 1 or 2 items fail = B; 3 or 4 items fail = C; 5 or more items fail = F.
Operations Standards, See Summary Notes - Item(s)#:
Meets Requirements for F&B: [X] Yes [ ] No    Automatic Failure: [ ] Yes [ ] No    Refused/Closed/Nonexistent: [ ]

Quality Assurance

# SUMMARY NOTE

Unit #: 0796  
Date: 11/26/2001  
07963 112601 RAM

**BRAND STANDARD REPORT**

| STD Type | Rule # | Description | Warned | Deducted | Reason | Area Responsible O | M | C |
|---|---|---|---|---|---|---|---|---|
| 7 | 2602.00 | General Area Refurb | | 20 | GENERAL AREA REFURB 1. REPLACE SHAKER SHINGLE FACADE 2. ENHANCE ROOF LINE 3. ENHANCE DECORATIVE BLOCK ON POOL FENCING | | | 20 |
| 2 | 2602.00 | Mgt. Training | 20 | | NEW OWNERSHIP AND NEW GM ON PROPERTY (PLEASE ATTEND WITH IN 90 DAYS TO AVOID DEDUCTION | X | | |
| 10 | 2202.00 | Room Supplies | | 5 | USING PLASTIC WRAPPED CUPS | 5 | | |
| 9 | 2202.01S | Room Standards | | 10 | MISSING IRON AND BOARDS | | | 10 |
| 9 | 2202.01T | Room Standards | | 10 | MISSING COFFEE MAKERS | | | 10 |
| 9 | 2205.01Y | Room Standards | | 10 | MISSING HAIR DRYERS | | | 10 |
| 10 | 2202.05 | Room Supplies | 5 | | WOOD HOOK STYLE HANGERS | | | X |
| 10 | 2202.5 | Room Supplies | | 5 | MISSING LAUNDRY BAGS IN SOME ROOMS | 5 | | |
| 10 | 2202.03 | Room Supplies | | 5 | MISSING STATIONARY IN SOME ROOMS | 5 | | |
| 10 | 2202.01 H | Room Supplies | 5 | | MISSING CHANNEL ID CARDS IN SOME ROOMS | X | | |
| 10 | 2202.06 | Room Supplies | 5 | | MISSING ASH TRAYS IN SOME ROOMS | X | | X |
| 9 | 2205.01 X | Room Standards | | 10 | SOME BATHS HAVE 1" FLOOR TILE | X | | |
| 10 | 2900.00 | Room Supplies | 5 | | SOME ROOMS MISSING EVACUATION PLAN | X | | |
| 10 | 2202.05 | Room Supplies | 5 | | SOME ROOMS MISSING LAUNDRY BAGS | X | | |
| 10 | 2202.04 | Room Supplies | 5 | | SOME ROOMS MISSING DND CARD | X | | |
| 5 | 2814.00 D | Smoke Detectors | | 20 | INOPERABLE SMOKE DETECTOR | | | X |
| 3 | 2202.01 | Operations | | 20 | FOLLOW UP PAGE- RAMADA PROHIBITS "F" ITEMS TO REMAIN IN GUEST ROOMS | | | |

| | Warned | Deducted | | | |
|---|---|---|---|---|---|
| Total Standards Deducted & Warned: | 105 | 65 | Area Responsible for Hotel Std Deductions: | 20 | 50 |
| Hotel: | 105 | 65 | | | |
| Food & Beverage: | 0 | 0 | Area Responsible for F&B Std Deductions: | 0 | 0 |

**COMMENTS:**

---

BD-Build-Up  
BE-Bent  
BR-Broken  
BU-Burned  
CH-Chipped  
CL-Cluttered  
CR-Cracked  
CW-Cobwebs  
DA-Damaged  
DB-Debris  
DC-Discolored  
DE-Denied  
DI-Dirty  
DS-De-silvering

DU-Dusty  
EX-Expired  
FA-Faded  
FL-Film  
FR-Frayed  
FT-Flat  
GL-Glazed  
GR-Gray  
HA-Hair  
HO-Hole  
HW-Handwritten  
IA-Inadequate  
IM-Improperly Made  
IO-Inoperable

IP-Improper Procedure  
IS-Improper Size  
LK-Leaks  
LO-Loose  
LV-Logo Violation  
MD-Mildew  
MI-Missing  
MM-Mismatched  
MT-Matted  
NO-Noisy  
NV-Not Vacuumed  
OA-Out of Adjustment  
OB-Obsolete  
OD-Odor

OO-Out of Order  
OT-Off Track  
PA-Patched  
PE-Pests  
PI-Pitted  
PL-Peeling  
PP-Peeling Paint  
RU-Rusted  
SA-Sagging  
SC-Scuff/Scar/Scratch  
SH-Short  
SI-Size  
SM-Seaming  
SP-Spotted

SR-Streaked  
ST-Stained  
TA-Tarnished  
TD-Threading  
TH-Thin  
TO-Torn  
TR-Trash  
UK-Unkept  
US-Unsanitary  
WO-Worn  
WP-Warped  
WR-Wrinkled  
WT-Wet  
WW-Wrong Wattage

Quality Assurance

# FOLLOW-UP REPORT

Unit #: 07963
Date: 11/26/2001

07963 112601 RAM

| Previous Evaluation "F" Items: | | | Pt. Value | Area Responsible | | |
|---|---|---|---|---|---|---|
| Room # | Item | Comments | | O | M | C |
| | | | | | | |

Follow-Up Totals:
Guest Rooms:
General Areas:
Food & Beverage:

| Current "F" Items: | | | Pt. Value Next Eval | Area Responsible | | |
|---|---|---|---|---|---|---|
| Room # | Item | Comments | | O | M | C |
| GEN | Corridors/Public Areas | BADLY STAINED | 20 | | | X |

COMMENTS:

Quality Assurance

07963 112601 RAM


RAMADA LIMITEDS · INNS · PLAZA HOTELS

Unit #: 07963
Date: 11/26/2001

## GENERAL MANAGER'S COMMITMENT TO QUALITY IMPROVEMENT

In conjunction with the Ramada Q.A. Representative, I have identified specific improvements that, if accomplished, will improve the guest experience at my property. The specific improvements are as follows:

| # | Improvement | POINTS |
|---|---|---|
| 1. | ENSURE HOUSEKEEPING MAINTAINS A SCORE BELOW SYSTEM AVERAGE | 38 |
| 2. | ENSURE ALL ROOMS HAVE DO NOT DISTURB CARDS IN PLACE | 1 / 5 W |
| 3. | ENSURE ALL ROOMS HAVE CORRECT AMOUNT OF ASH TRAYS IN PLACE | 1 / 5 W |
| 4. | ENSURE ALL ROOMS HAVE CORRECT AMOUNT OF LAUNDRY BAGS IN PLACE | 1 / 5 W |
| 5. | ENSURE ALL ROOMS HAVE AN EVACUATION PLAN IN PLACE IN ALL ROOMS | 1 / 5 W |
| | **TOTAL POINTS** | 42 / 20 W |

Comments: W = WARNINGS

Ramada Franchise Systems, Inc. has my commitment to Quality. I recognize and agree that the above listed improvements are necessary to improve the guest experience. I agree to take personal responsibility for ensuring that these improvements are completed at the earliest opportunity. Evidence of these improvements will be provided during my next Quality Assurance inspection which will result in a 5 point bonus.

MS LISA SMOLAR
General Manager

11/26/2001
Date

GARY D. LONG
Q.A. Representative

Quality Assurance

**RAMADA** | RAMADA FRANCHISE SYSTEMS, INC.

August 27, 2002

VIA AIRBORNE EXPRESS

Mr. Raj Jhala
745 Craig Road
Suite 200
St. Louis, MO 63141

RE: License Agreement, dated January 12, 1996, (the "Agreement") between Shri Om Corporation ("you" or "your") and Ramada Franchise Systems, Inc. ("we" or "us") for the Ramada® lodging facility located at Springfield, Illinois/ #7963-89888 (the "Facility")

Dear Mr. Jhala:

We write to give you formal notice of your default and termination (the "Notice") under the Agreement for the Facility. As stated in our previous letter of August 20, 2001 and December 3, 2001, the Agreement obligates you to comply with our Quality Standards throughout the term of your License. The Facility's failure to achieve and maintain the required Quality Assurance ("QA") inspection score under the Agreement means that you breached your obligation to comply with Quality Standards. The QA inspection history of the Facility, and the recent QA Inspection failure of July 17, 2002, demonstrates your persistent failure to meet our Quality Standards, despite our repeated requests and demands for you to do so.

Therefore, this letter constitutes a Notice of Default and Termination under the Agreement for the reasons stated in this Notice. Termination of the License granted under the Agreement to operate the Facility as part of the Ramada System will be effective on December 2, 2002 (the "Termination Date").

The events leading up to this Notice of Default and Termination are summarized below:

| Date | Score |
|---|---|
| August 20, 2001 | 1st Failure Notice mailed to the Principal Contact. QA Score = 336 |
| December 3, 2001 | 2nd Failure Notice mailed to the Principal Contact. QA Score = 323 |
| July 17, 2002 | QA Inspection Failure QA Score = 294 |



RAMADA® LIMITEDS • RAMADA® INNS • RAMADA® PLAZA HOTELS

Founding Corporate Sponsor
**childreach**
Plan
Childreach and Ramada Hospitality with a Heart

Mr. Raj Jhala
August 27, 2002
Page 2

The Facility must receive a QA score of 400 or higher by November 27, 2002. Unless we extend the Termination Date, the Agreement will be terminated and the Facility will be removed from the central reservation system on the Termination Date. For your convenience, a Quality Assurance inspection will be conducted at the Facility on or about November 27, 2002.

If your License terminates, you will also lose your right to continue to use the seamless interface version of the Project Power Up property management system. You must then make your own arrangements with the software vendor for a new license, as stated in your Software & Services Agreement.

Additionally, if the your License is terminated, you will be obligated to pay us Liquidated Damages and perform your post-termination obligations such as removal of all Ramada identification ("de-identification") at the Facility. This de-identification process must commence immediately upon termination of the License. The Facility's General Manager will receive a copy of the courtesy notice, if any, that we send to you confirming termination of the License.

By copy of this Notice, we are informing any of your guarantors of your obligations under the Agreement and any lender with which we have an agreement regarding the Facility about the status of the Agreement and the pending default and termination.

This Notice does not modify, replace or affect any current or future default and termination notices, if any, from us or any of our affiliates regarding the Facility.

If you have any questions, please contact Curt Horner, Director of Quality Assurance, at 973-496-8509.

Sincerely,

James D. Darby
Vice President
Franchise Administration

Enclosure

Property Refused

07963 071702 RA
RAM


**RAMADA**
RAMADA LIMITEDS • INNS • PLAZA HOTELS
**QUALITY ASSURANCE AND TRADEMARK EVALUATION REPORT**

Date: 07/17/2002   Time Arr: 1:00 P.M.   Time Dep: 5:00 P.M.
Location Name: SPRINGFIELD, IL
Address: 625 E. ST JOSEPH STREET
City: SPRINGFIELD   State: IL   Zip Code: 62703
Product Designation: Inn   Unit #: 07963
No. of Rooms: 118   General Manager: MS. LISA SOTO
No. of Rooms Sold Night Before Evaluation: 12   Occupancy %: 11
Owner: R I S ENTERPRISES
Type of Evaluation: Reinspection

| | Inn/Hotel Score | Automatic HSKP "F" | Food & Beverage |
|---|---|---|---|
| | 294 F | Pass | 432 B |

Prior Inspection Scores (most recent first)
Date: 11/26/01   Score: 323F   Score: 448B
Date: 7/24/01   Score: 336F   Score: 445B

### QUALITY ASSURANCE REVIEW RATINGS

**Guest Rooms**
A. Deficiency points accumulated .......... 309
B. Penalty points accumulated on follow-ups ..........
C. Total Deficiency and penalty points (A+B) .......... 309
D. Number of guest rooms reviewed .......... 9
E. Deficiency and penalty points per room reviewed (C/D) .......... 34

**General Areas**
F. Deficiency Points accumulated .......... 52
G. Penalty points accumulated on follow-ups .......... 20
H. Total points deducted General Areas (F+G) .......... 72
I. Standard points deducted .......... 100
J. Total Bonus points .......... 0
**INN/HOTEL SCORE ((500-(E+H))+J)-I .......... 294**
K. Number of Hskp "N's" = 8   x 20 pts = 160   /D = 18
L. General Areas Hskp: 0   + Line K: 18   = 18
Automatic Hskp Failure (if N equals 40 or more points)   ☐ Yes  ☒ No

**Food and Beverage**
A. Deficiency points accumulated .......... 68
B. Penalty points accumulated on follow-ups ..........
C. Standard points deducted .......... 0
D. Total points deducted Food & Beverage (A+B+C) .......... 68

**FOOD & BEVERAGE SCORE (500-D) .......... 432**

Limiteds Only: Continental Breakfast, pass/fail ..........

### MAJOR DEFICIENCIES / STANDARDS

| | Warned | Deducted |
|---|---|---|
| 1. Logo Graphics (20) | 0 | 0 |
| 2. Mgt. Training (20) | 0 | 20 |
| 3. Operations (20) | 0 | 0 |
| 4. Locks (25) (50) | 0 | 0 |
| 5. Smoke Detectors (20) | 0 | 0 |
| 6. Uniforms (20) (10) (5) | 0 | 0 |
| 7. General Area Refurb (20) | 0 | 20 |
| 8. Guest Room Refurb (20) | 0 | 0 |
| 9. Room Standards (10) | 20 | 40 |
| 10. Room Supplies (5) | 30 | 20 |
| 11. Insects / Pests (20) | 0 | 0 |
| 12. Complaints (20) | 0 | 0 |
| 13. Other (Specify): | 0 | 0 |
| 14. F&B Standards: | 0 | 0 |

### OPERATIONS OVERVIEW

| | Pts Lost Today | System Avg. |
|---|---|---|
| Housekeeping | 18 | 8 |
| Operations | 15 | 14 |
| Maintenance | 26 | 10 |
| Capital | 161 | 43 |

### BONUS POINTS RECAP

| | | |
|---|---|---|
| GM Letter: | INCOMPLETE | + 0 |
| Other (Specify): N/A | | + 0 |
| Other (Specify): N/A | | + 0 |
| TOTAL: | | 0 |

### OVERALL COMMENTS
PLEASE REFER TO SUMMARY NOTES PAGE AND FOLLOW-UP PAGE.
MR. CRAIG FRITZ AND MR DAVE PILCHE WENT ON THE EVALUATION TODAY.

**GRADING SCALE**

Motel Score
460 and above = A
425 - 459 = B
400 - 424 = C
Below 400 = F

Housekeeping Score
0 - 39 = PASS
40 and above = FAIL

### SURVEYS
Survey #1: ___   Survey #3: ___
Survey #2: ___   Survey #4: ___

I hereby acknowledge receipt of the above report.
Signed: ___
Print Name: MS. LISA SOTO
Title: GENERAL MANAGER

I hereby certify that on the above date, I conducted a Quality Assurance Evaluation Report of the above designated Ramada System facility
Signed: ___
Print Name: RICH WISNIEWSKI

RAMADA FRANCHISE SYSTEMS, INC.
1 Sylvan Way, P.O. Box 641, Parsippany, New Jersey 07054   (973) 426-9700   Fax (973) 496-1377

Quality Assurance