**E-FILED**
Friday, 11 November, 2005  11:25:52 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 7

PART

3

07963 071702 RAM
190 Points Total

# GENERAL ARE.

Unit # 07
Date 07, 2002

| REVIEW ITEM | DEFICIENCY DESCRIPTION | A | B | C | F | H | O | M | C |
|---|---|---|---|---|---|---|---|---|---|
| | Billboard Location: NONE OBSERVED | (0) | 4 | 10 | 20 | | | | |
| **EXTERIOR SIGNAGE** | | | | | | | | | |
| Pylon/Building/Billboards | | | | | | | | | |
| Panels/Graphics | | | | | | | | | |
| Stanchions/Van Condition | | | | | | | | | |
| Illumination | | 0 | 4 | (10) | 20 | | | 10 | 10 |
| **EXTERIOR - Grounds** | | | | | | | | | |
| Paving/Parking | CRACKS, FADED MARKINGS, STAINS | | | X | | | | | |
| Fencing/Dumpster | NOT ENCLOSED | | | X | | | | | |
| Landscaping | DEAD BUSHES, WEEDS | | | X | | | | | |
| Lighting | | 0 | (4) | 10 | 20 | | | | 4 |
| **EXTERIOR - Building** | | | | | | | | | |
| Railings | | | X | | | | | | |
| Facia/Soffit/Other | DAMAGED | | | | | | | | |
| Storefronts/HVAC Louvers/Windows | | | | | | | | | |
| Porte Cochere/Canopy | | | | | | | | | |
| Lighting | | 0 | 4 | (10) | 20 | | | | 10 |
| **CURB APPEAL** | | | | | | | | | |
| Structural Design/Other | PARKING LOT | | | X | | | | | |
| Lighting/Landscaping | UNATTENDED | | | X | | | | | |
| Decor/Paint Scheme | | (0) | 4 | 10 | 20 | | | | |
| **SWIMMING POOL** | | | | | | | | | |
| Pool/Water Appearance | | | | | | | | | |
| Life Saving Equipment/Rules/Markings | | | | | | | | | |
| Deck/Landscaping | | | | | | | | | |
| Furniture/Lighting | | | | | | | | | |
| Fencing/Gate | | | | | | | | | |
| Off-season Security & Appearance | | | | | | | | | |
| Telephone/Chemical Storage | | (0) | 1 | 2 | 5 | | | | |
| **PLAYGROUND/RECREATION AREAS** | | | | | | | | | |
| Exercise Room/Sauna/Game Room | | (0) | 4 | 10 | 20 | | | | |
| **FRONT DESK/LOBBY** | | | | | | | | | |
| Furniture/Fixtures/Finishes | | | | | | | | | |
| Desk | | | | | | | | | |
| Public Restrooms | | | | | | | | | |
| Hospitality/Breakfast Area | | (0) | 3 | 10 | 15 | | | | |
| **STAFF PROFESSIONALISM** | | | | | | | | | |
| Attitude/Knowledge | | 0 | 2 | (6) | 10 | | 6 | | |

**MANAGEMENT OPERATIONS - Front Desk/Laundry/Hskp/Maint**

| REVIEW ITEM | DEFICIENCY DESCRIPTION | Pass | | Fail |
|---|---|---|---|---|
| Signage | MISSING | Pass | | Fail X |
| Public/House Telephones | | Pass | X | Fail |
| Directories/Other Required Materials | | Pass | X | Fail |
| PMS System | | Pass | X | Fail |
| Switchboard | | Pass | X | Fail |
| First Aid Kits/Fire Extinguishers | | Pass | X | Fail |
| Emergency Key/Emergency #'s | | Pass | X | Fail |
| Marketing Programs/Brochure Rack | | Pass | X | Fail |
| Non-Smoking Rooms | | Pass | X | Fail |
| Safe Deposit Boxes | | Pass | X | Fail |
| Public Restroom Supplies | | Pass | X | Fail |
| Bell Service/Van Service | | Pass | X | Fail |
| Lost & Found/Required Posters | | Pass | X | Fail |
| Flammable Storage | | Pass | | Fail X |
| Uniforms | FRONT DESK MISSING NAME TAGS | Pass | X | Fail |
| Storage Areas/Linen Chutes | | Pass | | Fail X |

| REVIEW ITEM | DEFICIENCY DESCRIPTION | A | B | C | F | H | O | M | C |
|---|---|---|---|---|---|---|---|---|---|
| Other (Specify): TRAVELERS KIT | MISSING RAZORS & TOOTH BRUSHES | 0 | 4 | 10 | (20) | | | 4 | 20 |
| **PASSAGEWAYS** | | | | | | | | | |
| Walkways | EXTREME STAINS | | | X | | | | | |
| Corridors/Public Areas | | | | | | | | | |
| Doors/Room Numbers | | | | X | | | | | |
| Steps/Elevators | PEELING PAINT | | | | | | | | |
| Fire Extinguishers/Alarm System | | | | | | | | | |
| Illumination | | | | | | | | | |
| Emergency/Exit Lighting | | | | | | | | | |
| Directional/Service Signs | | (0) | 2 | 5 | 10 | | | | |
| **ICE/VENDING AREAS** | | | | | | | | | |
| Ice/Vending Machines/Guest Laundry | | | | | | | | | |
| Vending Area Finishes | | 0 | (2) | 5 | 10 | | | 2 | |
| **LAUNDRY/EQUIPMENT/MAINT** | | | | | | | | | |
| Finishes/Illumination | MISSING FLOOR TILE | | | X | | | | | |
| Equipment/Ventilation/Visibility | | | | | | | | | |
| Storerooms/Housekeeping Carts | | | | | | | | | |
| **TOTAL POINTS DEDUCTED GENERAL AREAS:** | | | | 52 | | 0 | 6 | 16 | 44 |

Pass/Fail Management Ops Scoring: All items pass = A; 1 or 2 items fail = B; 3 or 4 items fail = C; 5 or more items fail = F.

Quality Assurance

07963 0717O2 RAM
310 Points
Page 1 of 5

Unit # 079(
Date 07/17/cv02

# GUEST ROOMS

| Review Item | Room #: 250 V/C — Deficiency | Pts Ded (0/2/5/10 etc.) | Room #: 272 V/C — Deficiency | Pts Ded | Room #: 265 V/C — Deficiency | Pts Ded |
|---|---|---|---|---|---|---|
| **Doors/Windows** | | 0 2 5 10 | | 0 2 5 10 | | 0 2 5 10 |
| Entrance/Connecting Door | | | | | | |
| Window/Sliding Door/Balcony | | | | | | |
| Bathroom Door | | 0 3 7 15 | | 0 3 7 15 | | 0 3 7 15 |
| **Locks/Hardware** | | | | | | |
| One-Way Viewer/Self Closure | | | | | | |
| Electronic Lock | | | | | | |
| Secondary Lock | | | | | | |
| Connecting Door Locks | | | | | | |
| Window/Sliding Door Locks | | 0 4 10 20 | | 0 4 10 20 · 10 | | 0 4 10 20 |
| **Room Finishes** | | | | | | |
| Walls | | | ST | X | | |
| Ceilings | | | | | | |
| Pictures | | 0 5 12 25 | BU WA | 0 5 12 25 · 5 | | 0 5 12 25 |
| **Room Carpet** | | 0 5 12 25 N | | 0 5 12 25 · 5 | | 0 5 12 25 |
| **Case Goods** | | 0 5 12 25 N | | | | |
| Credenza | | | | | | |
| Wall Mirror/Full Length Mirror | DU | | | | | |
| Headboard | | | | | | |
| Nightstand | | | | | | |
| Activity Table/Desk | | | ST | X | | |
| Leisure Chairs | | | | | | |
| Desk chair | | | | 0 3 8 15 N · 3 | | 0 3 8 15 |
| **Light Fixtures** | | 0 3 8 15 | DU | | | |
| Shade | | | | | | |
| Illumination | | | | | | |
| Lamps | | 0 3 8 15 | MI 2ND | X  0 3 8 15 | | 0 3 8 15 · 3 |
| **Telephone** | | | | | HAND EXT | X |
| Telephone/Operation | | | | | | |
| Message Lights | | | | | | |
| **Television** | | 0 4 10 20 | | 0 4 10 20 | | 0 4 10 20 |
| Cabinet/Remote Control | | | | | | |
| Reception/Required Channels | | 0 3 8 15 | | 0 3 8 15 | | 0 3 8 15 |
| **HVAC** | | | | | | |
| Unit/Operation | | | | | | |
| Filter/Controls | | | | | | |
| **Beds** | | 0 5 12 25 | | 0 5 12 25 | | 0 5 12 25 |
| **Spreads/Drapes/Linen** | | 0 4 10 20 | | 0 4 10 20 | | 0 4 10 20 |
| Bedspreads | | | | | | |
| Sheets/Pillow Cases | | | | | | |
| Mattress Pads | | | | | | |
| Blankets | | | | | | |
| Pillows | | | | | | |
| Drapes | | | | | | |
| **Smoke Detector** | | 0 1 3 5 | | 0 1 3 5 | | 0 1 3 5 |
| **Room Supplies** | LV MI | 0 1 3 5 · 1 | DI LV MI | 0 1 3 5 · 1 | LV MI | 0 1 3 5 · 1 1 |
| **Closet Area** | | 0 1 3 5 | | 0 1 3 5 | | 0 1 3 5 · 4 |
| **Vanity** | | 0 4 10 20 · 4 | | 0 4 10 20 · 4 | | |
| Vanity | | | | | | |
| Sink | | | | | DS | X |
| Mirror | | | | | | |
| Light Fixture/Illumination | | | | | | |
| Tissue Holders | | | | | | |
| Plumbing Fixtures | TA | X  0 4 10 20 | TA | X  0 4 10 20 | | 0 4 10 20 · 4 |
| **Tub/Shower** | | | | | BU | X |
| Tub/Tub Surround/Non-Skid | | | | | | |
| Soap Dish/Shower Head | | | | | | |
| Shower Curtain | | | | | | |
| Plumbing Fixtures | | | | | | |
| Grout/Caulk | | | | | | |
| **Water Temperature/Pressure** | | | | 0 4 10 20 | | 0 4 10 20 |
| **Towels/Towel Racks** | | | | | | |
| Towels | | | | | | |
| Towel Racks | | | | 0 4 10 20 | | 0 4 10 20 · 4 |
| **Bathroom Finishes** | | 0 4 10 20 N | | 0 4 10 20 | | |
| Walls | | | | | | |
| Ceilings | | | | | 1" TILE | X |
| Floor | DB | | | | | |
| Tile Grout/Caulk | | | | | | |
| Ventilation | | | | | | |
| **Toilet** | | 0 2 6 10 · 2 | | 0 2 6 10 | | 0 2 6 10 |
| Lids/Seats/Bumpers | | | | | | |
| Bowl/Function | ST | X | | | | |

**Page Totals**

| | Room 250 | Room 272 | Room 265 |
|---|---|---|---|
| Total Pts Ded | 7 | 28 | 16 |
| O | 1 | 1 | 4 |
| N's x 20 | 40 | 20 | 0 |
| H | | 1 | O |
| M | 6 | 14 | 8 |
| (count) | 2 | 1 | 0 |
| C | | | 4 |
| Room Total | 47 | 48 | 16 |

**Supplies**

- Room 250: LV (all rooms) dnd ice bucket & tray stationary folder MI/pen non-smk
- Room 272: WASTE MI soap shampoo hangers
- Room 265: MI/SOAP

Quality Assurance

07963 071702 RAM
310 Points
Page    2    of    5

Unit #  0796
Date    07/17/2002

# GUEST ROOMS

| Review Item | Room #: 170 Deficiency | Points Deducted (0 2 5 10) | C/L O/P M/N C/A (A B C F N S T P) | Room #: 158 Deficiency | Points Deducted (0 2 5 10) | C/L O/P M/N C/A (A B C F N S T P) | Room #: 148 Deficiency | Points Deducted (0 2 5 10) | C/L O/P M/N C/A (A B C F N S T P) |
|---|---|---|---|---|---|---|---|---|---|
| **Doors/Windows** | | 0 ②  5  10 | | | 0 ②  5  10 | | | 0 ②  5  10 | |
| Entrance/Connecting Door | | | | | | | | | |
| Window/Sliding Door/Balcony | | | | | | | | | |
| Bathroom Door | | | | | | | | | 0 ③  7  15 |
| **Locks/Hardware** | | 0 ③  7  15 | | | 0 ③  7  15 | | | | |
| One-Way Viewer/Self Closure | | | | | | | | | |
| Electronic Lock | | | | | | | | | |
| Secondary Lock | | | | | | | | | |
| Connecting Door Locks | | | | | | | | | |
| Window/Sliding Door Locks | | 0 ④ 10 20 | | | 0 ④ 10 20 | | | 0 ④ 10 20 | |
| **Room Finishes** | | | | | | | | | |
| Walls | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Pictures | | 0 ⑤ 12 25 | | | 0 ⑤ 12 25 | | | 0 ⑤ 12 25 | |
| **Room Carpet** | DB | 0 ⑤ 12 25 N | | HO | 0 ⑤ 12 25 N | 5 | | 0  5 ⑫ 25 | 12 |
| **Case Goods** | | 0 ⑤ 12 25 | 5 | | 0 ⑤ 12 25 N | 5 | SC | X | |
| Credenza | | | | | | | | | |
| Wall Mirror/Full Length Mirror | | | | DU | | | | | |
| Headboard | | | | | | | | | |
| Nightstand | CH | X | | | | | | | |
| Activity Table/Desk | | | | | X | | | X | |
| Leisure Chairs | | | | ST | | | ST | | |
| Desk chair | | | | | | | | | |
| **Light Fixtures** | | 0 ③  8  15 | 3 | | 0 ③  8  15 | | | 0 ③  8  15 | |
| Shade | | | | | | | | | |
| Illumination | | | | | | | | | |
| Lamps | WAND | X | | | 0 ③  8  15 | 3 | | X | |
| **Telephone** | | 0 ③  8  15 | 3 | | X | | MI EXT | 0 ③  8  15 | 3 |
| Telephone/Operation | HAND EXT | X | | HAND EXT | | | | X | |
| Message Lights | | 0 ④ 10 20 | | | 0 ④ 10 20 | | | 0 ④ 10 20 | |
| **Television** | | | | | | | | | |
| Cabinet/Remote Control | | | | | | | | | |
| Reception/Required Channels | | 0 ③  8  15 | | | 0 ③  8  15 | | | 0 ③  8  15 | |
| **HVAC** | | | | | | | | | |
| Unit/Operation | | | | | | | | | |
| Filter/Controls | | | | | 0 ⑤ 12 25 | | | 0 ⑤ 12 25 | |
| **Beds** | | 0 ⑤ 12 25 | | | 0 ④ 10 20 | | | 0 ④ 10 20 | |
| **Spreads/Drapes/Linen** | | 0 ④ 10 20 | | | | | | | |
| Bedspreads | | | | | | | | | |
| Sheets/Pillow Cases | | | | | | | | | |
| Mattress Pads | | | | | | | | | |
| Blankets | | | | | | | | | |
| Pillows | | | | | | | | | |
| Drapes | | | | | | | | | |
| **Smoke Detector** | | 0 ①  3  5 | | | 0 ①  3  5 | | | 0 ①  3  5 | |
| **Room Supplies** | | 0 ①  3  5 | | | 0 ①  3  5 | | | 0 ①  3  5 | |
| **Closet Area** | LV MI | 0 ①  3  5 | 1 | LV MI | 0 ①  3  5 | 1 | LV MI | 0 ①  3  5 | 1 |
| **Vanity** | | 0 ④ 10 20 | 4 | | 0 ④ 10 20 | | | 0 ④ 10 20 N | |
| Vanity | BU | X | | | | | | | |
| Sink | | | | | | | DI | | |
| Mirror | | | | | | | | | |
| Light Fixture/Illumination | | | | | | | | | |
| Tissue Holders | | | | | | | | | |
| Plumbing Fixtures | | 0 ④ 10 20 | | | 0 ④ 10 20 | | | 0 ④ 10 20 | |
| **Tub/Shower** | | | | | | | | | |
| Tub/Tub Surround/Non-Skid | | | | | | | | | |
| Soap Dish/Shower Head | | | | | | | | | |
| Shower Curtain | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | |
| Grout/Caulk | | | | | | | | | |
| Water Temperature/Pressure | | | | | 0 ④ 10 20 | 4 | | 0 ④ 10 20 | 4 |
| **Towels/Towel Racks** | | 0 ④ 10 20 | | MI HAND | X | | 1 SET | X | |
| Towels | | | | | | | | | |
| Towel Racks | | | | | 0 ④ 10 20 | | | 0 ④ 10 20 | |
| **Bathroom Finishes** | | 0 ④ 10 20 | | | | | | | |
| Walls | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Floor | | | | | | | | | |
| Tile Grout/Caulk | | | | | | | | | |
| Ventilation | | | | | | | | | |
| **Toilet** | | 0 ②  6  10 | | | 0 ②  6  10 | | | 0 ②  6  10 | |
| Lids/Seats/Bumpers | | | | | | | | | |
| Bowl/Function | | | | | | | | | |

| Page Totals | Room 170 | | | Room 158 | | | Room 148 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Pts Ded: 16 | O 4 | | Total Pts Ded: 18 | O 8 | | Total Pts Ded: 20 | O 8 | |
| | 1    N's x 20: 20 | H 1 M 12 | | 1    N's x 20: 20 | H 1 M 5 | | 1    N's x 20: 40 | H 1 M 12 | |
| | | C 0 | | | C 5 | | | C 5 | |
| | Room Total: 36 | | | Room Total: 38 | | | Room Total: 40 | | |
| **Supplies** | MI/ SOAP SHAMPOO NON-SMOKING TENT CARD | | | MI/WASTE NON SMK | | | MI/ LAUNDRY BAGS ICE BUCKET | | |

Quality Assurance

07963 071702 RAM
310 Points
Page 3 of 5

**GUEST ROOMS**

Unit # 0796
Date 07/1 /2

| Review Item | Room #: 123 Room Stat: V/C Deficiency | A | B | C | F | C/L/N | O/P/S | M/N/T | C/A/P | Room #: 229 Room Stat: V/C Deficiency | A | B | C | F | C/L/N | O/P/S | M/N/T | C/A/P | Room #: 223 Room Stat: V/C Deficiency | A | B | C | F | C/L/N | O/P/S | M/N/T | C/A/P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doors/Windows | | 0 | 2 | 5 | 10 | | | | | | 0 | 2 | 5 | 10 | | | 2 | | | 0 | 2 | 5 | 10 | | | | |
| Entrance/Connecting Door | | | | | | | | | | NO | | X | | | | | | | | | | | | | | | |
| Window/Sliding Door/Balcony | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bathroom Door | | | | | | | | | | | 0 | 3 | 7 | 15 | | | | | | 0 | 3 | 7 | 15 | | | | |
| Locks/Hardware | | 0 | 3 | 7 | 15 | | | | | | | | | | | | | | | | | | | | | | |
| One-Way Viewer/Self Closure | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Electronic Lock | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Secondary Lock | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Connecting Door Locks | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Window/Sliding Door Locks | | | | | | | | | | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | | |
| Room Finishes | | 0 | 4 | 10 | 20 | | | | | | | | | | | | | | | | | | | | | | |
| Walls | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ceilings | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pictures | | | | | | | | | | | 0 | 5 | 12 | 25 | | | | | DB | 0 | 5 | 12 | 25 | N | | | 5 |
| Room Carpet | | 0 | 5 | 12 | 25 | | | | | | 0 | 5 | 12 | 25 | | | 5 | | | 0 | 5 | 12 | 25 | | | | |
| Case Goods | | 0 | 5 | 12 | 25 | | | 5 | | CH | | X | | | | | | | SC | | X | | | | | | |
| Credenza | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wall Mirror/Full Length Mirror | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Headboard | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nightstand | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Activity Table/Desk | | | | | | | | | | | | | | | | | | | ST | | X | | | | | | |
| Leisure Chairs | ST | | X | | | | | | | | | | | | | | | | ST | | X | | | | | | |
| Desk chair | | | | | | | | | | | 0 | 3 | 8 | 15 | | | | | | 0 | 3 | 8 | 15 | | | | |
| Light Fixtures | | 0 | 3 | 8 | 15 | | | | | | | | | | | | | | | | | | | | | | |
| Shade | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Illumination | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lamps | | 0 | 3 | 8 | 15 | | 3 | | | | 0 | 3 | 8 | 15 | | | | | | 0 | 3 | 8 | 15 | | | | |
| Telephone | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Telephone/Operation | HAND EXT | | X | | | | | | | | | | | | | | | | | 0 | 4 | 10 | 20 | | | | |
| Message Lights | | | | | | | | | | | 0 | 4 | 10 | 20 | | | | | | | | | | | | | |
| Television | | 0 | 4 | 10 | 20 | | | | | | | | | | | | | | | | | | | | | | |
| Cabinet/Remote Control | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reception/Required Channels | | 0 | 3 | 8 | 15 | | | | | | 0 | 3 | 8 | 15 | | | | | | 0 | 3 | 8 | 15 | | | | |
| HVAC | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Unit/Operation | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Filter/Controls | | 0 | 5 | 12 | 25 | | | | | | 0 | 5 | 12 | 25 | | | | | | 0 | 5 | 12 | 25 | | | | |
| Beds | | 0 | 4 | 10 | 20 | | 4 | | | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | | |
| Spreads/Drapes/Linen | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedspreads | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sheets/Pillow Cases | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mattress Pads | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blankets | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pillows | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drapes | MI HOOKS | | X | | | | | | | | 0 | 1 | 3 | 5 | | | | | | 0 | 1 | 3 | 5 | | | | |
| Smoke Detector | | 0 | 1 | 3 | 5 | | | | | DI | 0 | 1 | 3 | 5 | N | | | | | 0 | 1 | 3 | 5 | | | | |
| Room Supplies | | 0 | 1 | 3 | 5 | | | | | MI LV | 0 | 1 | 3 | 5 | | 1 | | | MI LV | 0 | 1 | 3 | 5 | | 1 | | |
| Closet Area | MI LV | 0 | 1 | 3 | 5 | | 1 | | | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | | |
| Vanity | | 0 | 4 | 10 | 20 | | | | | | | | | | | | | | | | | | | | | | |
| Vanity | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sink | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mirror | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Light Fixture/Illumination | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tissue Holders | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tub/Shower | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | | |
| Tub/Tub Surround/Non-Skid | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Soap Dish/Shower Head | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shower Curtain | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Plumbing Fixtures | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Grout/Caulk | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Water Temperature/Pressure | | | | | | | | | | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | 4 | |
| Towels/Towel Racks | | 0 | 4 | 10 | 20 | | | | | | | | | | | | | | MI MAT | | X | | | | | | |
| Towels | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Towel Racks | | | | | | | | | | | 0 | 4 | 10 | 20 | | | | | | 0 | 4 | 10 | 20 | | | 4 | |
| Bathroom Finishes | | 0 | 4 | 10 | 20 | | 4 | | | | | | | | | | | | DA | | X | | | | | | |
| Walls | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ceilings | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Floor | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tile Grout/Caulk | MD | | X | | | | | | | MD | | X | | | | | | | | | | | | | | | |
| Ventilation | | | | | | | | | | | 0 | 2 | 6 | 10 | | | | | | 0 | 2 | 6 | 10 | | | | |
| Toilet | | 0 | 2 | 6 | 10 | | 2 | | | | | | | | | | | | | | | | | | | | |
| Lids/Seats/Bumpers | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bowl/Function | IO | | X | | | | | | | | | | | | | | | | | | | | | | | | |
| Page Totals | Total Pts Ded: 19 | | | | | O | O | | | Total Pts Ded: 11 | | | | | O | O | | | Total Pts Ded: 14 | | | | | O | 5 | | |
| | N's x 20: 0 | | | | | H | M | 15 | | N's x 20: 20 | | | | | H | M | 11 | | N's x 20: 20 | | | | | H | M | 9 | |
| | 0 | | | | | C | O | | | 1 | | | | | C | O | | | 1 | | | | | C | O | | |
| | Room Total: 19 | | | | | | | | | Room Total: 31 | | | | | | | | | Room Total: 34 | | | | | | | | |
| Supplies | MI/ASH TRAYS TRAY | | | | | | | | | WASTE MI/Hangers Iron/board Coffee makers Hair dryers non-smk | | | | | | | | | MI/TRAY HAIR DRYER IRON/BOARD COFFEE MAKER | | | | | | | | |

Quality Assurance

Unit # 07...
Date 01... 002

# FOOD AND BEVERAGE

07963 071702 RAM
500 Points Total

| REVIEW ITEM | DEFICIENCY DESCRIPTION | A | B | C | F | H | O | M | C |
|---|---|---|---|---|---|---|---|---|---|
| **EXTERIOR SIGNAGE - Pylon, Building** | | (0) | 3 | 7 | 15 | | | | |
| Graphics/Panels | | | | | | | | | |
| Stanchions/Illumination | | | | | | | | | |
| | | 0 | 4 | 10 | (20) | | | | 20 |
| **EXTERIOR - Grounds** | | | | | | | | X | |
| Paving/Parking | CRACKS, STAINS, FADED MARKINGS | | | X | | | | | |
| Fencing/Dumpster/Delivery Area | NOT ENCLOSED | | | X | | | | | |
| Landscaping/Lighting | UNATTENDED | | | | | | | | |
| Walkways | | | | | | | | | |
| | | (0) | 4 | 10 | 20 | | | | |
| **EXTERIOR - Building** | | | | | | | | | |
| Appearance/Condition | | | | | | | | | |
| Awnings | | | | | | | | | |
| Lighting | | | | | | | | | |
| | | 0 | (8) | 20 | 40 | | | 8 | |
| **DINING ROOM - Finishes** | | | | | | | | | |
| Flooring/Carpet | FRAYED | | X | | | | | | |
| Walls/Windows | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Decorative Treatment | | | | | | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| **DINING ROOM - F F & E** | | | | | | | | | |
| Booths/Chairs | | | | | | | | | |
| Tables/Counters | | | | | | | | | |
| Salad Bar/Buffet Lines/High Chairs | | | | | | | | | |
| Hostess Area/Service Areas | | | | | | | | | |
| China/Glass/Silverware | | | | | | | | | |
| HVAC/Comfort/Noise | | | | | | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| **KITCHEN - Finishes** | | | | | | | | | |
| Floors/Walls | | | | | | | | | |
| Ceilings/Lighting | | | | | | | | | |
| Doors/Organization | | | | | | | | | |
| | | (0) | 10 | 25 | 50 | | | | |
| **KITCHEN - F F & E** | | | | | | | | | |
| Cooking Lines/Equipment | | | | | | | | | |
| Dishwasher/Pot Sink | | | | | | | | | |
| Walk-ins/Reach-ins | | | | | | | | | |
| **EMPLOYEE RESTROOMS** | | (0) | 3 | 7 | 15 | | | | |
| | | (0) | 8 | 20 | 40 | | | | |
| **LOUNGE - Finishes** | | | | | | | | | |
| Flooring/Carpet | | | | | | | | | |
| Walls/Windows | | | | | | | | | |
| Ceilings | | | | | | | | | |
| Back Bar | | | | | | | | | |
| **LOUNGE - F F & E** | | (0) | 8 | 20 | 40 | | | | |
| Booths/Tables | | | | | | | | | |
| Chairs/Bar Stools | | | | | | | | | |
| Bar Tops/Lighting | | | | | | | | | |
| Glassware/Napkins/Trays | | | | | | | | | |
| HVAC/Comfort/Noise | | | | | | | | | |
| **BANQUET/MTG RM - Pre-function area** | | (0) | 3 | 7 | 15 | | | | |
| | | 0 | (8) | 20 | 40 | | | 8 | 8 |
| **BANQUET/MTG RM - Finishes** | | | | | | | | | |
| Doors | | | | | | | | | |
| Flooring/Carpet | WARE | | X | | | | | | |
| Walls/Rooms Dividers/Drapes | SEAMING/ STAINS | | X | | | | | | |
| Ceilings/Lighting | DAMAGED LIGHT SWITCH | | X | | | | | | |
| HVAC/Comfort/Noise | | | | | | | | | |
| **BANQUET/MEETING ROOMS - F F & E** | | 0 | 8 | (20) | 40 | | | | 20 |
| Tables/Podiums | | | | | | | | | |
| Chairs | HOLES | | | X | | | | | |
| Linens | | | | | | | | | |
| Miscellaneous equip & supplies | | | | | | | | | |
| **PUBLIC RESTROOMS** | | 0 | (8) | 15 | 30 | | | 6 | |
| Condition Equipment | STAINS ON CEILING & WALLS | | X | | | | | | |
| Cleanliness/Supplies | | | | | | | | | |
| **STAFF PROFESSIONALISM** | | (0) | 5 | 12 | 25 | | | | |
| Attitude/Knowledge/Promptness | | | | | | | | | |
| **MANAGEMENT OPERATIONS - Food & Beverage** | | 0 | (8) | 15 | 30 | | | 6 | |
| Fire Exting-Dining Rm/Bar/Mtg Rm | | Pass | X | Fail | | | | | |
| Kitchen Fire System | | Pass | X | Fail | | | | | |
| Emergency Lighting/Fire Exits | | Pass | X | Fail | | | | | |
| Public/House/Bar Telephones | | Pass | X | Fail | | | | | |
| Directories/Other Required Materials | | Pass | X | Fail | | | | | |
| Signage/Hours of Operation | MISSING | Pass | | Fail | X | | | | |
| Menus/Linens/Placemats | | Pass | X | Fail | | | | | |
| First Aid Kits | | Pass | X | Fail | | | | | |
| Designated Non-Smoking Area | | Pass | X | Fail | | | | | |
| Uniforms | | Pass | X | Fail | | | | | |
| Background Music | | Pass | X | Fail | | | | | |
| Room Service | | Pass | X | Fail | | | | | |
| Food Handling/Sanitary Conditions | | Pass | X | Fail | | | | | |
| Health Inspection | | Pass | X | Fail | | | | | |
| Hand Washing Facilities | | Pass | X | Fail | | | | | |
| Meeting Room Door Viewers/Signage | | Pass | X | Fail | | | | | |
| Mtg Rm Podium/Supplies/Equipment | | Pass | X | Fail | | | | | |
| Other (Specify): | | | | | | | | | |
| **PAGE TOTALS** | | | | | 68 | | 6 | 22 | 48 |

Pass/Fail Management Ops Scoring: All items pass = A; 1 or 2 items fail = B; 3 or 4 items fail = C; 5 or more items fail = F.
Operations Standards, See Summary Notes - Item(s)#:
Meets Requirements for F&B: [X] Yes [ ] No     Automatic Failure: [ ] Yes [ ] No     Refused/Closed/Nonexistent: [ ]

Quality Assurance

## SUMMARY NOTES

Unit #: 07963
Date: 07/17

07963 0717O2 RAM

Area Responsible

### BRAND STANDARD REPORT

| STD Type | Rule # | Description | Warned | Deducted | Reason | O | M | C |
|---|---|---|---|---|---|---|---|---|
| 2 | 2503.02 | Mgt. Training | | 20 | GENERAL MANAGER MUST ATTEND GM TRAINING WITHIN 90 DAYS OF HIRE | | | 20 |
| 7 | 2602.00 | General Area Refurb | | 20 | GENERAL AREA REFURB: -REPLACE SHAKER SHINGLE FACADE -ENHANCE ROOF LINE | - | | 20 |
| 10 | 2202.06 | Room Supplies | | 5 | MISSING GLASS TUMBLERS IN ALL ROOMS | | | 5 |
| 9 | 2202.01 | Room Standards | | 10 | MISSING IRON AND BOARDS SOME ROOMS | | | 10 |
| 9 | 2202.01 | Room Standards | | 10 | MISSING COFFEE MAKER, SOME ROOMS | | | 10 |
| 9 | 2205.01 | Room Standards | | 10 | MISSING HAIR DRYERS IN SOME ROOMS | | | 10 |
| 10 | 2202.05 | Room Supplies | | 5 | MISSING LAUNDRY BAGS SOME ROOMS | 5 | | |
| 10 | 2202.05 | Room Supplies | | 5 | ALL ROOMS MISSING TRADITIONAL HOOK HANGERS, SOME ROOMS INCORRECT COUNT | | | 5 |
| 10 | 2202.03 | Room Supplies | 5 | | ALL ROOMS HAVE OLD LOGO STATIONARY FOLDERS | | | X |
| 10 | 2202.06 | Room Supplies | 5 | | SOME ROOMS HAVE OLD LOGO ICE BUCKET AND TRAYS | | | X |
| 10 | 2202.04 | Room Supplies | | 5 | SOME ROOMS HAVE OLD LOGO DND CARD SOME ROOMS MISSING DND | | | 5 |
| 10 | 2202.06 | Room Supplies | 5 | | ONE ROOM MISSING WASTE BASKET | | | X |
| 10 | 2205.01 | Room Supplies | 5 | | SOME ROOMS MISSING SHAMPOO | | | X |
| 10 | 2205.01 | Room Supplies | 5 | | SOME ROOMS MISSING SOAP | | | X |
| 10 | 2202.06 | Room Supplies | 5 | | ONE ROOM MISSING A PEN | | | X |
| 9 | 2202.01 | Room Standards | 10 | | ONE ROOM MISSING 2ND HEADBOARD LAMP | | | X |

| | | | Warned | Deducted | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Standards Deducted & Warned: | | | 40 | 90 | | | | |
| Hotel: | | | 40 | 90 | Area Responsible for Hotel Std Deductions: | 5 | | 85 |
| Food & Beverage: | | | 0 | 0 | Area Responsible for F&B Std Deductions: | 0 | | 0 |

COMMENTS:

| | | | |
|---|---|---|---|
| BD-Build-Up | DU-Dusty | IP-Improper Procedure | OO-Out of Order | SR-Streaked |
| BE-Bent | EX-Expired | IS-Improper Size | OT-Off Track | ST-Stained |
| BR-Broken | FA-Faded | LK-Leaks | PA-Patched | TA-Tarnished |
| BU-Burned | FL-Film | LO-Loose | PE-Pests | TD-Threading |
| CH-Chipped | FR-Frayed | LV-Logo Violation | PI-Pitted | TH-Thin |
| CL-Cluttered | FT-Flat | MD-Mildew | PL-Peeling | TO-Torn |
| CR-Cracked | GL-Glazed | MI-Missing | PP-Peeling Paint | TR-Trash |
| CW-Cobwebs | GR-Gray | MM-Mismatched | RU-Rusted | UK-Unkept |
| DA-Damaged | HA-Hair | MT-Matted | SA-Sagging | US-Unsanitary |
| DB-Debris | HO-Hole | NO-Noisy | SC-Scuff/Scar/Scratch | WO-Worn |
| DC-Discolored | HW-Handwritten | NV-Not Vacuumed | SH-Short | WP-Warped |
| DE-Dented | IA-Inadequate | OA-Out of Adjustment | SI-Size | WR-Wrinkled |
| DI-Dirty | IM-Improperly Made | OB-Obsolete | SM-Seaming | WT-Wet |
| DS-De-silvering | IO-Inoperable | OD-Odor | SP-Spotted | WW-Wrong Wattage |

Quality Assurance

## SUMMARY NOTES

Unit #: 07963
Date: 07/

07963 071702 RAM

### BRAND STANDARD REPORT

| STD Type | Rule # | Description | Warned | Deducted | Reason | Area Responsible O | M | C |
|---|---|---|---|---|---|---|---|---|
| 9 | 2205.01 | Room Standards | 10 | | ONE ROOM MISSING A SET OF TOWELS | X | | |
| 9 | 2205.01 | Room Standards | | 10 | SOME ROOMS HAVE 1" FLOOR TILE IN BATH | | | 10 |

| | Warned | Deducted | | | | |
|---|---|---|---|---|---|---|
| Total Standards Deducted & Warned: | 10 | 10 | | | | |
| Hotel: | 10 | 10 | Area Responsible for Hotel Std Deductions: | 0 | | 10 |
| Food & Beverage: | 0 | 0 | Area Responsible for F&B Std Deductions: | 0 | | 0 |

COMMENTS:

BD-Build-Up
BE-Bent
BR-Broken
BU-Burned
CH-Chipped
CL-Cluttered
CR-Cracked
CW-Cobwebs
DA-Damaged
DB-Debris
DC-Discolored
DE-Dented
DI-Dirty
DS-De-silvering

DU-Dusty
EX-Expired
FA-Faded
FL-Film
FR-Frayed
FT-Flat
GL-Glazed
GR-Gray
HA-Hair
HO-Hole
HW-Handwritten
IA-Inadequate
IM-Improperly Made
IO-Inoperable

IP-Improper Procedure
IS-Improper Size
LK-Leaks
LO-Loose
LV-Logo Violation
MD-Mildew
MI-Missing
MM-Mismatched
MT-Matted
NO-Noisy
NV-Not Vacuumed
OA-Out of Adjustment
OB-Obsolete
OD-Odor

OO-Out of Order
OT-Off Track
PA-Patched
PE-Pests
PI-Pitted
PL-Peeling
PP-Peeling Paint
RU-Rusted
SA-Sagging
SC-Scuff/Scar/Scratch
SH-Short
SI-Size
SM-Seaming
SP-Spotted

SR-Streaked
ST-Stained
TA-Tarnished
TD-Threading
TH-Thin
TO-Torn
TR-Trash
UK-Unkept
US-Unsanitary
WO-Worn
WP-Warped
WR-Wrinkled
WT-Wet
WW-Wrong Wattage

Quality Assurance

# FOLLOW-UP REPORT

Unit #: 0796?
Date: 07/ ?2

07963 071702 RAM

| Previous Evaluation "F" Items: | | | Pt. Value | Area Responsible | | |
|---|---|---|---|---|---|---|
| Room # | Item | Comments | | O | M | C |
| GEN | Corridors/Public Areas | EXTREMELY STAINED | 20 | | | 20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Follow-Up Totals: | 20 | | | 20 |
| | | Guest Rooms: | | | | |
| | | General Areas: | 20 | | | 20 |
| | | Food & Beverage: | | | | |

| Current "F" Items: | | | Pt. Value Next Eval | Area Responsible | | |
|---|---|---|---|---|---|---|
| Room # | Item | Comments | | O | M | C |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMMENTS:

Quality Assurance

07963 071702 RAM

Unit #: 07963
Date: 07/17/2002


**RAMADA**®
RAMADA LIMITEDS • INNS • PLAZA HOTELS

## GENERAL MANAGER'S COMMITMENT TO QUALITY IMPROVEMENT

In conjunction with the Ramada Q.A. Representative, I have identified specific improvements that, if accomplished, will improve the guest experience at my property. The specific improvements are as follows:

| | POINTS |
|---|---|
| 1. WILL ENSURE ALL WASTE BASKETS ARE CLEAN | 3 0W |
| 2. WILL ENSURE TRAVELERS CRISIS KIT IS STOCKED WITH ALL REQUIRED ITEMS | 2 0W |
| 3. WILL ENSURE ALL STAFF ARE IN APPROVED UNIFORM WITH NAME TAG | 2 0W |
| 4. WILL ENSURE ALL GUEST ROOMS HAVE THE CORRECT COUNT OF HANGERS (5 COAT/ 3 SKIRT) | 5 0W |
| 5. WILL ENSURE ALL GUEST ROOMS ARE SUPPLIED WITH SOAP AND SHAMPOO | 4 5W |
| **TOTAL POINTS** | |
| Comments: W = WARNINGS | 16 5W |

Ramada Franchise Systems, Inc. has my commitment to Quality. I recognize and agree that the above listed improvements are necessary to improve the guest experience. I agree to take personal responsibility for ensuring that these improvements are completed at the earliest opportunity. Evidence of these improvements will be provided during my next Quality Assurance inspection which will result in a 5 point bonus.

MS. LISA SOTO
General Manager

07/17/2002
Date

R Wisniewski
RICH WISNIEWSKI
Q.A. Representative

Quality Assurance