**E-FILED**
Friday, 11 November, 2005  11:27:39 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 8

PART

2

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 677486 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 03-OCT-00 | DCHASIN | Property 07963 |
| Source P | Original 30-AUG-00 | AHANTEN | Ref Prop |
| Case Status 0 | Last Fax 30-AUG-00 | | |
| First Fax 30-AUG-00 | | | |

Guest Information: Ms.    Patricia    Looney

| | | | |
|---|---|---|---|
| Frequent Guest | | Hotel Room | |
| Contact | Iata | Telephone | |
| Address PO Box 1055 | | 5016795500 | Home |
| | | | Work |
| City/State/Zip Greenbryer | AR 72058 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

```
Inquiry         26 Other - Front Desk
 Codes:        136 Poor Housekeeping
               128 Poor Property Maintenance
```

| | | | |
|---|---|---|---|
| Arrival:22-JUL-00 | Departure:24-JUL-00 | Confirmation # UNKNOWN | Cancellation # |
| Amount Paid $164.00 | Processing Fee | | Penalty Fee |
| Letter 1: Code 990 Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code Date | | | |
| Compensation: Type | Amount | Date | |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

```
Notes:  Springfield IL,  Gst states that the htl had send a confirmation and wh
        en gst arrived at the htl and was told that there was no res for them.
        The htl had bugs all over the htl.  When gst left the htl they did not
        get the phone deposit back.   Children staying in the htl has many sca
        rs from the bite from the bugs.  The airconditioner didn't work.  Gst s
        tates that they were treated very rudely by everyone at the htl.  ALH F
        AX
        08/30/00  Gst called back and said that she contacted htl and they woul
        d not let her talk to the manager.  Advised her to wait 15 business day
        s and if she does not hear anything than to call our office back.  MJC
        NO FAX
        10/03/00   RECEIVED VIA FAX A COPY OF THE LETTER OF APOLOGY THE HTL SEN
        T THE GST DATED 09/28/00.  DCH NO FAX
```

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 681561 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 03-OCT-00 | DCHASIN | Property 07963 |
| Source P | Original 06-SEP-00 | SOCHOCK | Ref Prop |
| Case Status 0 | Last Fax 06-SEP-00 | | |
| First Fax 06-SEP-00 | | | |

Guest Information: Ms.            Joyce            Nast

| | Frequent Guest | Hotel Room | |
|---|---|---|---|

| Contact | Iata | Telephone | |
|---|---|---|---|
| Address 1903 N Ill | | 6182349610 | Home |
| | | | Work |
| | | | Fax |

City/State/Zip Swansea              IL  62226
     Country USA United States          Province

| | Hotel Contact | |
|---|---|---|

Inquiry     129 Poor Room Maintenance
  Codes:    136 Poor Housekeeping

Arrival:09-AUG-00    Departure:11-AUG-00    Confirmation # DIRECT    Cancellation #

Amount Paid  $60.00            Processing Fee                Penalty Fee

Letter 1: Code  990    Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type            Amount                Date

              Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL Gst stated the air condition did not work. Gst was move
          d to another room. There were no light bulbs in the lamps. The remote d
          id not work. The coach was broken. There was no housekeeping. Front des
          k was notifted and housekeep just threw blankets. Gst had to beg for to
          wels. SKO FAX
          10/03/00  RECEIVED VIA FAX A COPY OF THE LETTER OF APOLOGY THE HTL SENT
          THE GST; THE LETTER WAS DATED 09/28/00.  DCH NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| Case Nbr 683057<br>Ref. Case Nbr<br>Source L<br>Case Status 0<br>First Fax 08-SEP-00 | Date      Agent<br>Last Chg 03-OCT-00   DCHASIN<br>Original 08-SEP-00   SVANUDE<br>Last Fax  08-SEP-00 | Chain Code RAM<br>Property  07963<br>Ref Prop |
|---|---|---|

```
Guest Information: Ms.          Jane              Matzenbacher
```

|  | Frequent Guest |  | Hotel Room |  |
|---|---|---|---|---|
| Contact<br>Address 2721 Mans Road |  | Iata |  | Telephone<br>6184587168   Home<br>Work |
| City/State/Zip Fults |  | IL   62244 |  | Fax |
| Country USA United States |  | Province |  |  |

|  | Hotel Contact |  |  |
|---|---|---|---|

```
Inquiry      26 Other - Front Desk
Codes:      129 Poor Room Maintenance
            136 Poor Housekeeping
```

```
Arrival:16-AUG-00    Departure:17-AUG-00    Confirmation # UNKNOWN    Cancellation #
```

| Amount Paid |  | Processing Fee |  | Penalty Fee |
|---|---|---|---|---|
| Letter 1: Code 990    Date |  | ACKNOWLEDGEMENT LETTER |  |  |
| Letter 2: Code        Date |  |  |  |  |

| Compensation: Type |  | Amount |  | Date |
|---|---|---|---|---|
| Check Number |  |  |  | Intl Sales Agent |

```
Hotel Response Code 1:
Hotel Response Code 2:

   Notes:   Springfield, IL  Gst wrote that they were given the key to the wrong ro
            om and walked in on a man lying on the bed.  Gst also wrote that the sh
            ower faucets were scummy and the tiles had mildew.  Gst wrote the air c
            onditioner dripped all over their things on the vanity and the sheets w
            ere soiled.  Gst is also upset as they were told to go all the way to t
            he laundry room in the basement to get more towels for their room.  Gst
            did not include the amount they paid for the stay.  SRV FAX
            10/03/00  RECEIVED VIA FAX A COPY OF THE LETTER OF APOLOGY THE HTL SENT
            THE GST DATED 09/28/00.  DCH NO FAX
```

GSF000-R              Customer Services Case Maintenance Screen              09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 683385 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 09-SEP-00 | MCROW | |
| Source P | Original 09-SEP-00 | MCROW | Property 07963 |
| Case Status 0 | | Last Fax 09-SEP-00 | Ref Prop |
| First Fax 09-SEP-00 | | | |

Guest Information: Mr.              Donald              Spindel

| | | |
|---|---|---|
| Frequent Guest | | Hotel Room |

| | | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 305 N. Vine St. | | 2175637242    Home |
| | | Work |
| City/State/Zip Nokomis | IL   62075 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry     129 Poor Room Maintenance
Codes:      136 Poor Housekeeping

| | | | |
|---|---|---|---|
| Arrival:17-AUG-00 | Departure:18-AUG-00 | Confirmation # 69734896 | Cancellation # |
| Amount Paid $90.10 | Processing Fee $0.00 | | Penalty Fee |
| Letter 1: Code 990   Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code        Date | | | |

| | | |
|---|---|---|
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states that when he checked in that the A/C in the
room did not work.  When gst got to room someone was working with A/C.
The room was suppose to have two tv's and there was only one.  There wa
s also no refridgerator or microwave.  The gst got another room and it
was not much better.  The trim and paint were coming off of the walls.
The towels smelled like mold.  The A/C also did not work and one door
did not lock to the bedroom.  MJC FAX

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 685238 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 14-SEP-00 | JHORSAG | Property 07963 |
| Source F | Original 12-SEP-00 | JHORSAG | Ref Prop |
| Case Status 0 | Last Fax 14-SEP-00 | | |
| First Fax 14-SEP-00 | | | |

Guest Information: Ms.            Melinda            Lipsey

| Frequent Guest | Hotel Room | |

| Contact Mlipsey@Hotmail.Com | Iata | Telephone |
| Address 4367 Wooster Rd #6 | | 2166352892   Home |
| | | Work |
| City/State/Zip Fairview Park | OH  44126 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |

Inquiry        17 Rude Desk Clerk            516 Received Through Internet
Codes:         26 Other - Front Desk
               136 Poor Housekeeping

Arrival:02-SEP-00    Departure:04-SEP-00    Confirmation # UNKNOWN    Cancellation #

Amount Paid $110.00            Processing Fee                    Penalty Fee

Letter 1: Code  990    Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type            Amount                Date

        Check Number                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  Springfield, IL  Gst emailed Customer Service on 9/12/00.  Gst wrote t
        hat the kitchen and desk staff were very rude.  The kitchen staff acted
        bothered when the gst ordered and did not get there water glasses fill
        ed.  The desk clerk made rude comments to almost everyone in the party.
        The gst had to stand in line for over 5 minuets to get a new key for
        their room.  The room had a leaky shower, mold on the shower, and a dir
        ty tub. Sending 400 email for exact location.  How res was made is unkn
        own. JCH NO FAX
        9/14/00 Gst emailed Customer Service on 9/12/00.  Gst included the exac
        t location of the property. Faxing property with the above conc
        erns.  JCH FAX

GSF000-R             Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 687025 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 15-SEP-00 | SSTOLSM | Property 07963 |
| Source L | Original 15-SEP-00 | SSTOLSM | Ref Prop |
| Case Status 0 | Last Fax 15-SEP-00 | | |
| First Fax 15-SEP-00 | | | |

Guest Information: Ms.          Charlene          Konersmann

| Frequent Guest | | Hotel Room 107 | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 7323 Richmond Place | | 3147814765 | Home |
| | | | Work |
| City/State/Zip Saint Louis | MO    63143 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

| Inquiry Codes: | 129 Poor Room Maintenance | 17 Rude Desk Clerk |
|---|---|---|
| | 136 Poor Housekeeping | 502 Compliments |
| | 128 Poor Property Maintenance | |

Arrival:09-AUG-00      Departure:15-AUG-00      Confirmation # 63238263      Cancellation #

Amount Paid $394.32          Processing Fee  $0.00          Penalty Fee

Letter 1: Code 990      Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code          Date

Compensation: Type          Amount          Date

Check Number          Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  *********************Office of the President*******************
Springfield, IL    Gst writes that she was part of a group as the Daugh
ters of Union Veterans of the Civil War.  When gst checked in she reque
sted for a handicapped room and the front desk clerk sighed and said al
l of your group wants a handicapped room.  There was no air conditioner
 in their room and the htl offered to move the gst to another room.  Gs
t didn't take this offer because they already knew that some of the peo
ple in the group was not able to get their rooms because they were over
booked.  Gst did get a fan for their room.  The gst had to change keys
for their room 15 times because it didn't work.  Gst was told to pull t
he handle upwards rather than downwards to prevent this from happening
but it didn't work.  There was mildew, mold, and spiders on the shower
curtain.  Gst told the housekeeping about this and it was changed on th
e last day of theri stay.  Gst had to make their own beds and vacuum th
eir own room.  There were movies advertised but not available.  Their t
oilet overflowed and they asked for a plunger from the front desk and t
he response they got was some raised eyebrows.  Their meeting room had
a leak so they had to put a garbage can under it.  The wash machine in
the laundry area was not in service the whole week they were there.  Wh
en the treasurer of the group went to pay for the bill one of the emplo
yees stated, "When are the damn old ladies leaving?"  Gst did give comp
liments to Eric, Andrei, and Peggy.  These people were very helpful.  P
ulled TISS and it shows the gst paid $62.00 plus tax per night.  The to
tal amount was $394.32 with tax for all 6 nights.  SLS FAX

GSF000-R                Customer Services Case Maintenance Screen            09/10/03

| | | |
|---|---|---|
| Case Nbr 689872 | Date    Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 20-SEP-00    TRETZER | Property  07963 |
| Source L | Original 20-SEP-00    TRETZER | Ref Prop |
| Case Status 0 | Last Fax  20-SEP-00 | |
| First Fax 20-SEP-00 | | |

Guest Information: Ms.               Augusta              Lipsey

|  Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 3705 Miller Rd. | | Home |
| | | Work |
| City/State/Zip Kalamazoo       MI   49001 | | Fax |
| Country USA United States           Province | | |

|  Hotel Contact | |
|---|---|

Inquiry      136 Poor Housekeeping
Codes:       129 Poor Room Maintenance

| Arrival:02-SEP-00 | Departure:03-SEP-00 | Confirmation # UNKNOWN | Cancellation # |
|---|---|---|---|
| Amount Paid  $75.00 | Processing Fee | | Penalty Fee |
| Letter 1: Code  990    Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code         Date | | | |
| Compensation: Type | Amount | | Date |
| Check Number | | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst writes that at check in the htl did not have their
room they had booked.  Gst was given a suite and was told the rate wou
ld be $125.00.  The room has no air conditioner, a fan was brought in f
or a substitue.  There were wet and dry towels in the shower and on the
floor of the bathroom.  The linens were dirty though the bed was made.
The mgr was going to change only three pillow cases.  Gst had to chan
ge the linens on the bed themselves.  There were no pillows of blankets
available for the sofa bed.  The sofa was unusable.  The garbage was f
ull.  The ice bucket had not been emptied.  There were no liners for th
e ice bucket.  Gst was given garbage liners to use for the ice.  The ro
om had not been vacuumed.  The bathroom was not swept.  There was no ex
tra toilet paper.  There were no wash towels available.  There were wat
er spots on the ceiling.  There were broken tiles around the jacuzzi.
There were nails protruding from the walls.  The wallpaper was peeling.
At check out the clerk tried charging $145.22.  Gst spoke with the mg
r about the problems and brought the rate down to $75.  Gst did not pro
vide a phone number, or exact amount charged.  TLR  FAX

```
GSF000-R          Customer Services Case Maintenance Screen          09/10/03
```

| | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Case Nbr 690755 | Last Chg 26-OCT-00 | TROBER1 | |
| Ref. Case Nbr | Original 22-SEP-00 | LRIETZ | Property 07963 |
| Source L | Last Fax 26-OCT-00 | | Ref Prop |
| Case Status 0 | | | |
| First Fax 22-SEP-00 | | | |

Guest Information: Mr.          Dan          Ammann

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | | Telephone |
| Address Tifco Industries | | | 5017455851    Home |
| Rt 1 Box 367 | | | Work |
| City/State/Zip Clinton | AR   72031 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | | | |
|---|---|---|---|

Inquiry      501 Comment/Suggestion
Codes:

Arrival:21-JUL-00    Departure:25-JUL-00    Confirmation # UNKNOWN    Cancellation #

| Amount Paid | Processing Fee | Penalty Fee |
|---|---|---|

Letter 1: Code 401    Date 27-SEP-00    Need More Information/Pres
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:
Hotel Response Code 2:

```
Notes:     * * * * * * *OFFICE OF THE PRESIDENT * * * * * * * * * *
           Springfield, IL Guest writes they stayed here a few weeks a go in July.
           Guest did not state  the exact date of stay. Sending guest 401 letter
           for information. Guest writes he had booked a 10 night stay and his fam
           ily arrived ahead of him and four days later he arrived. The rate he wa
           s charged was higher than the normal posted rate. There was no water pr
           essure for a hot shower. The faucet fell of in his hand. The air condit
           ioner in his daughters room failed and a fan was brought in. His family
            along with the other people he traveled with had flea bites all over t
           heir legs and body. This was a daily complaint to the management but to
            no avail.  Guest checked out and movd to a new hotel.  Sending quest 4
           01 letter. Guest did not state how res was made, amount paid for the ro
           om. LLR FAX
           10/03/00  RECEIVED VIA FAX A COPY OF THE LETTER OF APOLOGY THE HTL SENT
            THE GST; THE LETTER ALSO INDICATED THEY HAVE CREDITED THE GST CREDIT C
           ARD IN THE AMOUNT OF $25.00.  THE LETTER WAS DATED 09/26/00.  DCH NO FA
           X
           * * * * * * * * * * * OFFICE OF THE PRESIDENT * * * * * * * * * * * * *
           Received 401 Letter back from the gst with additional information.  Gs
           t included a copy of the htl receipt showing that they paid a Advance D
           eposit of $130.00 on 06/20/00 and a additional $126.99 on 07/23/00.  Th
           ie gst Arrived at the htl on 07/21/00 and checked out on 07/23/00.  Gst
            indicates that the res was made with the htl direct.  TJR FAX
```

GSF000-R              Customer Services Case Maintenance Screen         09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 692694 | Date      Agent | | Chain Code RAM |
| Ref. Case Nbr | Last Chg 03-OCT-00   DCHASIN | | Property  07963 |
| Source P | Original 26-SEP-00   TRETZER | | Ref Prop |
| Case Status 0 | Last Fax  26-SEP-00 | | |
| First Fax 26-SEP-00 | | | |

Guest Information: Ms.              Marsha              Bray

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |

| Contact | Iata | Telephone |
|---|---|---|
| Address 1209 W. Ryle Dr. N. | | 8126632655      Home |
| | | Work |
| City/State/Zip Greensburg           IN   47240 | | Fax |
| Country USA United States           Province | | |

Hotel Contact

Inquiry      136 Poor Housekeeping
Codes:       129 Poor Room Maintenance

Arrival:20-SEP-00    Departure:23-SEP-00    Confirmation # DIRECT    Cancellation #

Amount Paid $118.72          Processing Fee                    Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type           Amount                    Date

Check Number                              Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:    Springfield, IL Gst states that the htl was dirty.  There was dust all
          over the room.  The floor of the room had not been vacuumed.  The show
          er head pulled out from the wall.  There were nats in the room.  The gs
          t soaps were not replaced.   TLR  FAX
          10/03/00  RECEIVED VIA FAX A COPY OF THE LETTER OF APOLOGY THE HTL SENT
          THE GST ALSO INDICATING THEY HAVE CREDITED THE GST IN THE AMOUNT OF $2
          5.00 TO THE GST CREDIT CARD.  LETTER WAS DATED 09/26/00.  DCH NO FAX

GSF000-R              Customer Services Case Maintenance Screen          09/10/03

| | Date | Agent | Chain Code DAY |
|---|---|---|---|
| Case Nbr 696630 | Last Chg 04-OCT-00 | IPIES | |
| Ref. Case Nbr | Original 03-OCT-00 | PHOOKS | Property 04540 |
| Source L | | | Ref Prop |
| Case Status 0 | Last Fax 03-OCT-00 | | |
| First Fax 03-OCT-00 | | | |

Guest Information: Ms.                Stella              Webster

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 13 Peru Street | | 8028621832 | Home |
| | | | Work |
| | | | Fax |
| City/State/Zip Burlington | VT    05401 | | |
| Country USA United States | Province | | |

Hotel Contact

Inquiry      17 Rude Desk Clerk
Codes:      128 Poor Property Maintenance

Arrival:01-SEP-00      Departure:01-SEP-00      Confirmation # UNKNOWN      Cancellation #

Amount Paid                    Processing Fee                    Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type              Amount              Date

Check Number                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Trenton, Ontario  Gst writes that when she talked to the morning desk c
lerk about the condition of the hotel he just laughed at her.  Gst writ
es that the hotel was in major disrepair.  Gst sent pictures.  Gst did
not give dates of stay, how many nights she stayed or how much the room
cost or how much she paid for the room.  PAH  FAX
10/04/00 MANUALLY REFAXING HTL AND OWNER. IMP

GSF000-R                Customer Services Case Maintenance Screen              09/10/03

| Case Nbr 696706 | Date          Agent        | Chain Code RAM  |
|-----------------|----------------------------|-----------------|
| Ref. Case Nbr   | Last Chg 09-OCT-00  DCHASIN | Property 07963 |
| Source F        | Original 03-OCT-00  ABROER | Ref Prop        |
| Case Status 0   | Last Fax  03-OCT-00        |                 |
| First Fax 03-OCT-00 |                        |                 |

Guest Information: Ms.            Audrey          Williams

|              Frequent Guest               | Hotel Room 163 |
|-------------------------------------------|----------------|

Contact Sross10564@Aol.Com          Iata              Telephone
Address 611 N. Sawyer Ave.                            7738266461     Home
                                                                     Work
City/State/Zip Chicago              IL   60624                       Fax
         Country USA United States          Province

|              Hotel Contact                |                |
|-------------------------------------------|----------------|

Inquiry     136 Poor Housekeeping
 Codes:     129 Poor Room Maintenance
            516 Received Through Internet

Arrival:22-SEP-00   Departure:24-SEP-00   Confirmation # UNKNOWN   Cancellation #

Amount Paid $112.36        Processing Fee  $0.00              Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type            Amount                    Date

          Check Number                        Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

    Notes:   Springfield, IL   Gst e-mailed customer service on 10/02/00. Gst wrote
             The room was not cleaned and had no maid service during the stay. No cl
             ean towels,emptied trash or service from the htl staff. Gst was told th
             e housekeeper left a 12:00 noon. Gst is upset that they had to pay $ 11
             2.36 for this stay. Gst adds there was no hot water. Gst did not includ
             e confirmation number or how res was made. ANB  FAX
             10/09/00  RECEIVED VIA FAX A COPY OF THE LETTER OF APOLOGY THE HTL SENT
             THE GST DATED 10/05/00.  DCH N OFAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 706565 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 25-OCT-00 | LWHEELE | Property 07963 |
| Source P | Original 21-OCT-00 | MMEHAFF | |
| Case Status 0 | Last Fax 21-OCT-00 | | Ref Prop |
| First Fax 21-OCT-00 | | | |

Guest Information: Ms          Nancy          Zurek

| | | | |
|---|---|---|---|
| Frequent Guest | | Hotel Room | |
| Contact | Iata | Telephone | |
| Address 6412 Dennison | | 4408453963 | Home |
| | | | Work |
| City/State/Zip Parma Heights | OH 44130 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry
Codes:     129 Poor Room Maintenance
           26 Other - Front Desk

| Arrival:19-OCT-00 | Departure: 22-OCT-00 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $230.00 | Processing Fee $0.00 | | Penalty Fee |

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst stated that the air conditioning in their room did
         not work.  The front desk switched them rooms but the air conditioning
         did not work that room either.  The front desk did give them a fan.  W
         hen the gst called the front desk again to voice their concern they got
         hung up on.  MKM FAX
         10/20/00  Gst states that she went down to speak to the htl mgr.  Gst s
         tates that the mgr was not kind.  Gst states that the mgr and the owner
         would not come to check the air conditioner in the room.  Gst states t
         hat the owner said that the reason the room was so warm was because of
         the gst's body mass.  DEN FAX
         10/22 MANUALLY REFAXING TO THE OWNER WITH FAX FORM. BLJ
         10/25/00  RECEIVED THE FAX FROM THE HTL WITH A COPY OF THE LETTER SENT
         TO THE GST DAED 10/25/00. THE HTL STATES THE GST WOULD NOT MOVE A SECON
         D TIME.  LMW NO FAX.

GSF000-R                Customer Services Case Maintenance Screen          09/10/03

```
GSF000-R          Customer Services Case Maintenance Screen          09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 708036 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 01-NOV-00 | MHABERS | Property 07963 |
| Source F | Original 24-OCT-00 | CROBINE | Ref Prop |
| Case Status 0 | Last Fax 01-NOV-00 | | |
| First Fax 01-NOV-00 | | | |

```
Guest Information: Ms.          Lisa              Gustafson
```

| Frequent Guest | Hotel Room | |
|---|---|---|

```
      Contact Lisaugus34@Yahoo.Com      Iata              Telephone
      Address 10 North Church                             8158720752   Home
                                                                       Work
City/State/Zip Princeton                 IL   61356                    Fax
      Country USA United States                 Province
```

| Hotel Contact | |
|---|---|

```
Inquiry      129 Poor Room Maintenance
Codes:        26 Other - Front Desk
             516 Received Through Internet
```

```
Arrival:16-OCT-00     Departure:17-OCT-00     Confirmation # 72249361     Cancellation #
```

| Amount Paid $59.36 | Processing Fee | Penalty Fee |
|---|---|---|

```
Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date
```

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

```
Hotel Response Code 1:
Hotel Response Code 2:
```

```
Notes:    Springfield, IL  Gst emailed Customer Service on 10/23/00 and states th
          at the thermostat controls in the room were broken. Gst says that it wa
          s very hot in her room and she could not get the heat to shut off. The
          lamp on the desk did not work at all and neither did the tv remote cont
          rol. Gst called the front desk and was not offered a solution or an apo
          logy. Gst did not say what amount was paid for the stay. I was unable t
          o find gst reservation as Tiss server is down. CMR NO FAX
          11/01/00 Gst emailed Customer Service on 10/30/00 and says that she sty
          ed at 625 East St Joseph St. I pulled TISS and found gsts reservation.
          Gst paid $ 59.36 for the stay. CMR FAX
          11/01  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST.  MJH NO FAX
```

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| | | |
|---|---|---|
| Case Nbr 708143 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 24-OCT-00   SOCHOCK | Property  07963 |
| Source P | Original 24-OCT-00   SOCHOCK | Ref Prop |
| Case Status 0 | Last Fax  24-OCT-00 | |
| First Fax 24-OCT-00 | | |

Guest Information: Ms.          Gentry          Bryant

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 1333 Parkview Drive | | 3098333299    Home |
| | | Work |
| City/State/Zip Macomb | IL  61455 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry       32 Billing Error
Codes:

Arrival:03-OCT-00    Departure:04-OCT-00    Confirmation # DIRECT    Cancellation #

| | | |
|---|---|---|
| Amount Paid  $65.72 | Processing Fee | Penalty Fee |
| Letter 1: Code  990    Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code    Date | | |

Compensation: Type          Amount                Date

Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL Gst stated she was double billed $67.72/$67.72 on Mc 53
         053325029926 with a transaction date of 10/20. Pulled res and found no
         match. SKO FAX

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 717896 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 15-NOV-00 | MHABERS | Property 07963 |
| Source P | Original 15-NOV-00 | JHAGEN | Ref Prop |
| Case Status 0 | Last Fax 15-NOV-00 | | |
| First Fax 15-NOV-00 | | | |

Guest Information: Ms.          Beverly          Washington

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 4994 Harrison | | 8153978226 | Home |
| Apt. 1 | | | Work |
| City/State/Zip Rockford | IL  61108 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry        50 Hotel Would Not Honor Reserv.
Codes:        129 Poor Room Maintenance

Arrival:03-NOV-00    Departure:04-NOV-00    Confirmation # 72711051    Cancellation #

Amount Paid  $56.00            Processing Fee  $0.00              Penalty Fee

Letter 1: Code  990    Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code          Date

Compensation: Type          Amount                    Date

Check Number                        Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:    Springfield, IL Gst states that she arrived at the htl and she was told
          there was no room available. The htl did find the gst a room but it wa
          s a handicapped room. The toilet quit working in the room.  I pulled TI
          SS and found gst was guaranteed a nonsmoking two double bed room. JAH F
          AX
          11/15  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST.  MJH NO FAX

GSF000-R                Customer Services Case Maintenance Screen         09/10/03

| Case Nbr 720949 | Date       Agent | Chain Code RAM |
|-----------------|------------------|----------------|
| Ref. Case Nbr   | Last Chg 04-JAN-01   MGERMAN | Property  07963 |
| Source P        | Original 25-NOV-00   ACHRIS1 | Ref Prop |
| Case Status 0   | Last Fax  04-JAN-01 | |
| First Fax 25-NOV-00 | | |

Guest Information: Mr.               Dave              Emerson

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address PO Box 724 | | 7153824180 | Home |
| | | | Work |
| City/State/Zip Chippewa Falls | WI  54729 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | | |
|---|---|---|

Inquiry      136 Poor Housekeeping
Codes:       129 Poor Room Maintenance

| Arrival:22-NOV-00 | Departure:25-NOV-00 | Confirmation # UNKNOWN | Cancellation # |
|---|---|---|---|
| Amount Paid  $160.00 | Processing Fee | | Penalty Fee  $25.00 |
| Letter 1: Code 314 | Date 20-DEC-00 | General Apology NC | |
| Letter 2: Code | Date | | |
| Compensation: Type  GC | Amount  $25.00 | | Date 26-DEC-00 |
| | Check Number 352471 | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the floor in the room was not clean an
d had a stale odor.  The bathroom was dirty.  There was mildew around t
he bathtub.  One of the lights burned out and the gst had to replace it
.  The ice machine did not work.  Housekeeping did not clean the room t
he second day the gst was there.  The toilet did not work properly.  AL
C FAX
12/17/00 Gst stated that the htl did not contact them directly. Taking
care of the gst. Sending a $25.00 gift cert. MSK FAX
01/04/01  Gst called back and was wondering the status of his case.  I
advised him that there is correspondence enroute.  SKK NO FAX
01/04/01  Gst called and wanted to know what was going on with his case
.  Advised correspondence is enroute. MG FAX

GSF000-R            Customer Services Case Maintenance Screen            09/10/03

| | Date        Agent | Chain Code RAM |
|---|---|---|
| Case Nbr 721576 | Last Chg 28-NOV-00    KJOHNS1 | Property  07963 |
| Ref. Case Nbr | Original 27-NOV-00    LRIETZ | Ref Prop |
| Source L | Last Fax  27-NOV-00 | |
| Case Status 0 | | |
| First Fax 27-NOV-00 | | |

Guest Information: Ms.                Heather          Gardner

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 1705 N. 21st St. | | Home |
| | | Work |
| City/State/Zip Springfield        IL   62702 | | Fax |
| Country USA United States         Province | | |

| Hotel Contact | |
|---|---|

Inquiry      129 Poor Room Maintenance
Codes:       26 Other - Front Desk

---

Arrival:07-OCT-00     Departure: 08-OCT-00     Confirmation # UNKNOWN     Cancellation #

| Amount Paid | Processing Fee | Penalty Fee |
|---|---|---|
| Letter 1: Code 990    Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code       Date | | |
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:     * * * * * OFFICE OF THE PRESIDENT * * * * * * * *
Springfield, IL Guest writes wedding reception plans were made for menu
choices, banquet rooms, blocking rooms for guests, price quotes for fo
od and beverages, etc.  There were problems, difficulties setting up an
d getting things ready.  Guest's mother-in-law had difficulties with th
e reservation made for her. The room wasn't ready, she had to wait beca
use the rooms weren't ready.  The order of events at the reception did
not run smoothly.  Things started to go better later. The food was wond
erful. The hotel and catering staff were very cordial and helpful. They
were told they had to clean up the reception room because they would n
eed the room the next morning. They had ten guest rooms for relatives.
There was no hot water in any of the rooms.  Their honeymoon suite had
a jacuzzi that they never got to use.  Some of the rooms the televisio
n did not work. One room had a door that did not lock.  Guest's mother
in law returned to find the television on in her room, which she did no
t turn on.  Some of the rooms did not have refrigerators. There was no
ice in the hotel after the reception.  These issues were taken up with
the hotel and nothing was done to fix them or to compensate for them.
They paid over $3,500 due to this reception. The honeymoon suite was wi
thout hot water and cost $75.00. The other rooms were without hot water
and the other problems and cost over $50.00 each.  Guest feels somethi
ng should have been done to compensate for all of the problems and mist
akes.  Parties involved were the Shryock Family and The Gardner Family.
LLR FAX
11/28/00  RECEIVED FAX OF APOLOGY LETTER SENT TO GST DATED 11/27/00 ADV
ISING THAT THE RATES WERE DISCOUNTEDTHE HONEYMOON SUITE WAS DISCOUNTED
50 PERCENT AND THE GST ROOM WERE DISCOUNTED 24 PERCENT OFF THEIR REGULA
R RATE.  ALSO INCLUDED WAS A LETTER FROM THE COMPANY FROM THAT WAS IN C
HARGE OF THE BANQUET ROOM. KKJ NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | |
|---|---|---|
| Case Nbr 731656<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 03-JAN-01 | Date     Agent<br>Last Chg 02-FEB-01  KMCELHA<br>Original 03-JAN-01  JHAGEN<br>Last Fax  02-FEB-01 | Chain Code RAM<br>Property  07963<br>Ref Prop |

Guest Information: Ms.              Barbara              Awalt

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |

| | | |
|---|---|---|
| Contact<br>Address 1020 S. Hamilton St. | Iata | Telephone<br>8158381488   Home<br>Work<br>Fax |

City/State/Zip Lockport                    IL  60441
    Country USA United States              Province

| | |
|---|---|
| Hotel Contact | |

Inquiry    26 Other - Front Desk
Codes:    136 Poor Housekeeping

Arrival:01-JAN-01    Departure:02-JAN-01    Confirmation # DIRECT    Cancellation #

Amount Paid $75.00          Processing Fee  $0.00              Penalty Fee  $25.00

Letter 1: Code 314    Date 07-FEB-01    General Apology NC
Letter 2: Code        Date

Compensation: Type  GC          Amount  $40.00              Date 12-FEB-01

           Check Number 367024                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield,IL  Gst states that the first room gst was given was alread
        y occupied. Gst was given another room.  There were electrical wires ha
        nging in the bathroom. Gst was given another room.  There were black ma
        rks on the sheets.  About 9pm someone from housekeeping came through to
        see if the gst was okay.  JAH FAX
        02/02/01 Gst has not heard from the htl. Taking care of the gst. Issuin
        g a $40 gift cert. KJM FAX

```
GSF000-R              Customer Services Case Maintenance Screen           09/10/03
```

| Case Nbr 733424<br>Ref. Case Nbr<br>Source F<br>Case Status 0<br>First Fax 09-JAN-01 | Date            Agent<br>Last Chg 09-JAN-01    CROBINE<br>Original 09-JAN-01    CROBINE<br>Last Fax  09-JAN-01 | Chain Code RAM<br>Property  07963<br>Ref Prop |
|---|---|---|

Guest Information: Ms.            Karen              Tomko

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Kmtko2@Aol.Com<br>Address 572 Whitehall Way<br><br>City/State/Zip Bolingbrook           IL   60440<br>Country USA United States           Province | Iata | Telephone<br>7087285180     Home<br>               Work<br>               Fax |

| Hotel Contact | |
|---|---|

Inquiry
Codes:   129 Poor Room Maintenance
         26 Other - Front Desk
         516 Received Through Internet

Arrival:05-JAN-01      Departure:06-JAN-01      Confirmation # 74820860      Cancellation #

Amount Paid $59.36          Processing Fee  $0.00              Penalty Fee

Letter 1: Code  990     Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code          Date

Compensation: Type            Amount                    Date

Check Number                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst emailed Customer Service on 01/08/01 and states th
         at the heater in their first room was very loud. Gsts switched rooms on
         ly to have the electricity go out in the room. Gsts called the front de
         sk and found out that the desk clerk did not know where the fuse boxes
         were so the gsts were moved back to their original room. The gsts then
         found out that there was no water at all in the room. CMR FAX

```
GSF000-R              Customer Services Case Maintenance Screen         09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1002206 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 08-MAR-01   NFOUGHT | Property  07963 |
| Source L | Original 08-MAR-01   NFOUGHT | Ref Prop |
| Case Status 0 | Last Fax  08-MAR-01 | |
| First Fax 08-MAR-01 | | |

Guest Information: Mr.            Paul David        Quirin

| | | |
|---|---|---|
| Frequent Guest | Hotel Room 147 | |
| Contact Pdq@Apci.Net | Iata | Telephone |
| Address 105 N Lincoln St | | 6182367938   Home |
| | | Work |
| City/State/Zip Smithton | IL  62285 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry Codes:
129 Poor Room Maintenance
136 Poor Housekeeping
128 Poor Property Maintenance

Arrival:02-FEB-01   Departure:04-FEB-01   Confirmation # UNKNOWN   Cancellation #

Amount Paid $250.00        Processing Fee  $0.00        Penalty Fee

Letter 1: Code 990  Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code      Date

Compensation: Type        Amount        Date

Check Number        Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes: Springfield, IL Gst wrote that the room had not been cleaned. There was colored scum in the jacuzzi. The on button was missing. The electrical outlets were old causing the cord to sag causing the TV to turn off periodically. The ice machine didn't work. The Pay Per View movie feature didn't work. Gst paid $250.00. NMF FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1006651 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 21-MAR-01   MHABERS | Property  07963 |
| Source F | Original 20-MAR-01   NFOUGHT | Ref Prop |
| Case Status 0 | Last Fax  20-MAR-01 | |
| First Fax 20-MAR-01 | | |

Guest Information: Ms.            Stephanie          Stevens

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Scootr5@Mindspring.Com      Iata | | Telephone |
| Address 745 N Jefferson St | | 6308010968      Home |
| | | Work |
| City/State/Zip Aurora            IL   60505 | | Fax |
| Country USA United States        Province | | |

| Hotel Contact | | |
|---|---|---|

Inquiry        26 Other - Front Desk
Codes:
               516 Received Through Internet

Arrival:14-MAR-01      Departure:17-MAR-01      Confirmation # 50334926      Cancellation #

Amount Paid $160.27            Processing Fee  $0.00                Penalty Fee

Letter 1: Code  990     Date            ACKNOWLEDGEMENT LETTER
Letter 2: Code          Date

Compensation: Type            Amount                    Date

        Check Number                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL Gst emailed Customer Service on 3/19/01 stating that th
          e first time she asked for additional towels she was given bath mats. S
          he asked for towels on Thursday morning and when she returned for the d
          y there were none. On Friday she asked for towels and the clerk brough
          t them with a cigarette hanging out his mouth. There were Cheerleaders
          in the hotel who were loud and obnoxious. Gst paid $160.27. NMF FAX
          3/21  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST.  THE HTL ISS
          UED A CREDIT OF $25 TO THE GST.  MJH NO FAX

GSF000-R              Customer Services Case Maintenance Screen              09/10/03

| | | |
|---|---|---|
| Case Nbr 1012534 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 03-APR-01   HMORGAN | Property  07963 |
| Source F | Original 03-APR-01   HMORGAN | Ref Prop |
| Case Status 0 | Last Fax  03-APR-01 | |
| First Fax 03-APR-01 | | |

Guest Information: Mr.          Gregory          Witzleb                    Jr.

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact Flash891@Netscape.Net     Iata | | Telephone | |
| Address 713 E. Humphrey Ave. | | 8156263516 | Home |
| | | | Work |
| City/State/Zip Rock Falls            IL  61071 | | | Fax |
| Country USA United States          Province | | | |

Hotel Contact

Inquiry     50 Hotel Would Not Honor Reserv.
 Codes:    516 Received Through Internet

Arrival:23-MAR-01    Departure:25-MAR-01    Confirmation # 52778830    Cancellation #

Amount Paid $100.91          Processing Fee                    Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type          Amount                    Date

Check Number                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL  Gst emailed Customer Service on 04/02 and states that
         the room smelled of smoke.  Pulled TISS and gst had reserved a non-smok
         ing room.  Gst states that he was given a smoking room.  HMM FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1013897 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 06-APR-01 | HMORGAN | Property 07963 |
| Source F | Original 06-APR-01 | HMORGAN | |
| Case Status 0 | | Last Fax 06-APR-01 | Ref Prop |
| First Fax 06-APR-01 | | | |

Guest Information: Ms.          Donna          Dodson

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Donna_Dodson@Cdh.Org        Iata | | Telephone |
| Address 599 Sharon Way | | 6306144902   Home |
| | | Work |
| City/State/Zip Bolingbrook          IL   60440 | | Fax |
| Country USA United States          Province | | |

| Hotel Contact | |
|---|---|

Inquiry Codes:   136 Poor Housekeeping          516 Received Through Internet
                 129 Poor Room Maintenance
                 416 Other - Marketing

Arrival: 31-MAR-01     Departure: 01-APR-01     Confirmation # 53206223     Cancellation #

Amount Paid $131.44          Processing Fee          Penalty Fee

Letter 1: Code 990     Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type          Amount          Date

          Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst emailed Customer Service on 04/05 and states that
        the htl brochure stated that the rooms were equipped with coffee maker,
        iron, ironing board, and hair dryer.  The rooms did not contain any of
        these items.  The clock radio did not work.  The pay movies and game s
        ystem did not work.  The carpet was ripped and dirty.  The walls were c
        hipped and the toilet did not work properly.  There were holes in the w
        alls and tissues were never restocked in the room.  Gst had two rooms.
        The confirmation number to the other room was 53206225.  Each room cos
        t $65.72 total.  HMM FAX

```
GSF000-R              Customer Services Case Maintenance Screen         09/10/03
```

| Case Nbr 1019143 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 20-APR-01 | BDENNER | Property 07963 |
| Source P | Original 20-APR-01 | PHOOKS | Ref Prop |
| Case Status 0 | Last Fax 20-APR-01 | | |
| First Fax 20-APR-01 | | | |

Guest Information: Ms.              Laurie              Battles

| | Frequent Guest | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 5336 Butler Hill Estates | | 3144879690 | Home |
| | | | Work |
| City/State/Zip St. Louis | MO   63128 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry Codes:    129 Poor Room Maintenance        136 Poor Housekeeping
17 Rude Desk Clerk
502 Compliments

Arrival:19-APR-01    Departure:22-APR-01    Confirmation # 73283372    Cancellation #

Amount Paid $499.06        Processing Fee  $0.00            Penalty Fee

Letter 1: Code 990    Date                ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount                  Date

            Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  The gst states that she has been in four rooms.  The f
irst room the gst was in the thermostat did not work.  The jacuzzi wasn
't clean and did not hold any water.  The second room the gst was in th
e thermostat was broken.  The jacuzzi didn't work in this room either.
The gst was given a third room.  In the third room there was no thermos
tat.  The gst was given a fourth room.  In this room the thermostat is
set at 40 degrees and the rooms temperature is registering 80 degrees.
The outlets are falling out of the walls.  There are bare wires showing
.  There are no light switches.  The maintenance man was rude and was k
nocking on the door demanding from the gsts why they had a coffee pot i
n their room.  The shower floor is buckling.  There is no water pressur
e unless the gst puts pressure on the wall with her body, then there is
 water pressure.  The gst was required to pay for her entire stay on he
r credit card and was not given a receipt.  The gst states that the hou
sekeeper, Robert, was very polite and helpful.  PAH  FAX
04/20/01  Guest called back and hotel has resolved concern.  BDD  No FA
X

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1024292 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 02-MAY-01   SSTOLSM | Property 07963 |
| Source L | Original 02-MAY-01   SSTOLSM | Ref Prop |
| Case Status 0 | Last Fax 02-MAY-01 | |
| First Fax 02-MAY-01 | | |

Guest Information: Mr.              Jack              Magee

| | | |
|---|---|---|
| Frequent Guest | | Hotel Room 111 |

| | | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 4812 Highcrest Road | | 8153989543    Home |
| | | Work |
| City/State/Zip Rockford | IL   61107 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry
Codes:      129 Poor Room Maintenance
            128 Poor Property Maintenance
            26 Other - Front Desk

Arrival:20-APR-01    Departure:22-APR-01    Confirmation # UNKNOWN    Cancellation #

Amount Paid              Processing Fee              Penalty Fee

Letter 1: Code 990    Date              ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount              Date

Check Number                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL    Gst writes they were part of a Navy Club Squadron Co
          nvention and their room was complimentary because the convention was he
          ld at this htl. On 04/20 the gst called the front desk on 7:30AM becau
          se the sink would not drain. Around 4PM the sink still would not drain
          and the water was brown in color. At the same time, room 132 had toil
          et problems. Gst was told they could move to another room which was ro
          om 111. By 6PM the gst was made aware that the air conditioning did no
          t work and the whole wing of the htl was without air conditioning. The
          phone rang 3 different times and the gst answered it but nobody was th
          ere. Gst called the front desk and they said to turn the phone off.  G
          st did not provide their confirmation number and the amount paid was co
          mplimentary so they didn't have to pay anything. SLS FAX

```
GSF000-R              Customer Services Case Maintenance Screen         09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1026335 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 17-MAY-01   KGILLIC | |
| Source P | Original 07-MAY-01   MKONRAD | Property  07963 |
| Case Status 0 | Last Fax  07-MAY-01 | Ref Prop |
| First Fax 07-MAY-01 | | |

Guest Information: Mr.              John              Kelly

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 9112 Darlene Dr. | | 3146315233    Home |
| | | Work |
| City/State/Zip St. Louis          MO  63123 | | Fax |
| Country USA United States        Province | | |

Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance

| Arrival:04-MAY-01 | Departure:06-MAY-01 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $101.52 | Processing Fee  $0.00 | | Penalty Fee |

Letter 1: Code  990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:
Hotel Response Code 2:

Notes:    Springfield, MO Gst stated that the toilet was dirty. There was a light
          blub out in the room. The comforter had a stain on. The bed did not ha
          ve  sheets on it. The light switch did not work properly. The filter wa
          s dripping water on the sink. The lounge was dirty.  MSK FAX
          5/17/01  RECEIVED FAX OF THE APOLOGY LETTER DATED MAY 17, 2001.  KJG  N
          O FAX

GSF000-R                Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1026948 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 09-MAY-01 | KGILLIC | Property  07963 |
| Source C | Original 08-MAY-01 | DNEILAN | Ref Prop |
| Case Status 0 | Last Fax  08-MAY-01 | | |
| First Fax 08-MAY-01 | | | |

Guest Information: Ms.              Barbara          Thomas

|  | Frequent Guest |  | Hotel Room 132 | |
|---|---|---|---|---|
| Contact | | Iata | | Telephone |
| Address 213 Gettysburg Rd | | | | 6182774266    Home |
| | | | | Work |
| City/State/Zip Belleville | | IL   62226 | | Fax |
| Country USA United States | | Province | | |

|  | Hotel Contact |
|---|---|

Inquiry      136 Poor Housekeeping
Codes:       502 Compliments

Arrival:27-APR-01      Departure:28-APR-01      Confirmation # UNKNOWN      Cancellation #

| Amount Paid | Processing Fee  $0.00 | Penalty Fee |
|---|---|---|

Letter 1: Code   990    Date           ACKNOWLEDGEMENT LETTER
Letter 2: Code          Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the bed linens had been used and the b
         ed was not properly made.  There was evidence of mildew and a musty odo
         r.  Room needs a more cosmetic look.  Gst did not include amount paid o
         r confirmation number.  Gst would also like to commend Ernie and Matthe
         w.  Matthew was extremely helpful with directions and area information.
          He was also very warm and worked in a timely manner.  Ernie was very
         prompt and courteous in bringing clean linens after he was notified abo
         ut the bed.  DWN FAX
         5/09/01  RECEIVED FAX OF THE APOLOGY LETTER DATED MAY 9, 2001.  THE MTL
          IS ISSUING A CREDIT FOR $25.00 ON THE GUEST'S CREDIT CARD.  KJG  NO FA
         X

GSF000-R              Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1029383<br>Ref. Case Nbr<br>Source L<br>Case Status 0<br>First Fax 15-MAY-01 | Date        Agent<br>Last Chg 16-MAY-01   KGILLIC<br>Original 15-MAY-01   JANDERS<br>Last Fax  15-MAY-01 | Chain Code RAM<br>Property  07963<br>Ref Prop |
|---|---|---|

Guest Information: Ms.              Christine         Carey

| | Frequent Guest | Hotel Room | |
|---|---|---|---|

| Contact | Iata | Telephone | |
| Address 3223 Sportmans Club Rd. | | | Home<br>Work |
| City/State/Zip Bourbonnais          IL   60914 | | | Fax |
| Country USA United States              Province | | | |

Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     26 Other - Front Desk

Arrival:07-MAY-01       Departure: 08-MAY-01       Confirmation # UNKNOWN       Cancellation #

| Amount Paid | Processing Fee | Penalty Fee |
|---|---|---|
| Letter 1: Code 990    Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code       Date | | |

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    ++++++++++++++++OFFICE OF THE PRESIDENT++++++++++++++++
          Springfield, IL   Gst writes that there was mold on the bathtub.  The c
          arpet was dirty.  The nightstand was sticky.  The gsr received two obsc
          ene phone calls.  JJA FAX
          5/16/01  RECEIVED FAX OF THE APOLOGY LETTER DATED MAY 16, 2001.  KJG  N
          O FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1033844 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 02-JUL-01 | KGILLIC | |
| Source P | Original 25-MAY-01 | SSPITZE | Property 07963 |
| Case Status 0 | Last Fax 02-JUL-01 | | Ref Prop 05082 |
| First Fax 25-MAY-01 | | | |

Guest Information: Ms.                    Pamela              Everett

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|

| Contact | Iata | Telephone | |
|---|---|---|---|
| Address 707 North Prairie St. | | | Home |
| | | 2173900629 | Work |
| City/State/Zip Champaign | IL  61820 | | Fax |
| Country USA United States | Province | | |

| | Hotel Contact | | |
|---|---|---|---|

Inquiry      32 Billing Error
Codes:

Arrival:05-MAY-01      Departure:06-MAY-01      Confirmation # DIRECT      Cancellation #

| Amount Paid  $49.00 | Processing Fee | Penalty Fee |
|---|---|---|

Letter 1: Code  400      Date 30-MAY-01      Need More Information
Letter 2: Code           Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield,IL Gst states that the res may have been under the name of
James Carter. The gst paid cash for the room for the amount of $49.00.
The gst has a receipt showing she paid cash. The htl also has been char
ged the amount of $49.00 on her credit card. Credit card number 6011007
340657658 transaction date 05/05/01.  SVS FAX
5/30/01  MIKE WAS ADVISED TO CALL THE GST FOR MORE INFORMATION.  HE STA
STED HE HAS NO RECORD OF JAMES CARTER OR PAMELA EVERETT. I AM SENDING A
400 LETTER.  MIKE REQUEST COPY OF CASH RECEIPT IF THE GST INSISTS THIS
IS FOR HIS HTL.  MKY NO FAX
6/6  MIKE FROM THE HTL STATES THEY HAVE NO RECORD OF THE GST STAYING AT
THE PROPERTY.  THE HAS CALLED THE GST SEVERAL TIMES TO FIND OUT MORE I
NFORMATION BUT THE GST WILL NOT RETURN HIS CALLS.  THE GST IS DISPUTING
THE CHARGES WITH THEIR CREDIT CARD.  MJH NO FAX
7/2/01 Received 400 letter response. Gst stayed at 625 E. St. Joseph St
. Springfield, IL this is site 07963. Gst sent in receipts showing they
paid cash for $49. Gst also sent in the credit card statements showing
a charge of $49 on 5/5/01. Start 7 business days today. I am faxing to
the correct location. JCH FAX
7/02/01  RECEIVED FAX OF THE LETTER DATED JULY 2, 2001.  LETTER STATES
THAT THE MTL HAS NO RECORD OF ISSUING THE GUEST A CHARGE.  MTL STATES T
HAT THE GUEST PAID CASH FOR THE STAY.  MTL STATES IN THE LETTER THAT TH
E GUEST SHOULD CONTACT THE CREDIT CARD COMPANY REGARDING THIS ISSUE.  K
JG NO FAX

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1041623<br>Ref. Case Nbr<br>Source F<br>Case Status 0<br>First Fax 11-JUN-01 | Date        Agent<br>Last Chg 26-JUN-01    MMARKO<br>Original 11-JUN-01    NFOUGHT<br>Last Fax  18-JUN-01 | Chain Code RAM<br>Property  07963<br>Ref Prop |

Guest Information: Mr.              Robert              Stoddard

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Rstddrd@Cs.Com          Iata<br>Address 148 Ruskin Court | | Telephone<br>4199914324    Home<br>Work |
| City/State/Zip Lima            OH  45806<br>Country USA United States        Province | | Fax |

| Hotel Contact | |
|---|---|

Inquiry     129 Poor Room Maintenance
Codes:       26 Other - Front Desk
            516 Received Through Internet

Arrival:05-JUN-01    Departure:06-JUN-01    Confirmation # UNKNOWN    Cancellation #

| Amount Paid | Processing Fee  $0.00 | Penalty Fee |
|---|---|---|

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:
Hotel Response Code 2:

```
: Notes:  Springfield, IL Gst emailed Customer Service on 6/8/01 stating that in
         the first room the air conditioner didn't work. The box spring was brok
         en with protruding wood. In the next room there had been no houskeeping
         . They kept having to get their key cards reprogrammed. The air conditi
         oner dripped into an open area by the sink. Gst was charged an energy s
         urcharge. Gst did not state amount paid. NMF FAX
         06/12/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 06/12/01. SVS NO
         FAX
         06/18  Received letter from gst stating the same as above.  Gst letter
         was dated 6/8.  JBA FAX
         6/26/01  RECEIVED A COPY OF THE APOLOGY LETTER DATED 6/12/01.  MRM NO F
         AX
```

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1044597 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 02-JUL-01 | RJACOBS | Property 07963 |
| Source P | Original 17-JUN-01 | JTESNOW | |
| Case Status 0 | Last Fax | 29-JUN-01 | Ref Prop |
| First Fax 17-JUN-01 | | | |

Guest Information: Ms.          Nancy          Cardinale

| | Frequent Guest | Hotel Room | |
|---|---|---|---|
| Contact | | Iata | Telephone |
| Address 133 Volare Ln. | | | 2175851318   Home |
| | | | Work |
| City/State/Zip Springfield | IL   62703 | | Fax |
| Country USA United States | | Province | |

| Hotel Contact | |
|---|---|

Inquiry          26 Other - Front Desk
Codes:

| Arrival:16-JUN-01 | Departure:17-JUN-01 | Confirmation # WALKIN | Cancellation # |
|---|---|---|---|
| Amount Paid $59.00 | Processing Fee | | Penalty Fee $25.00 |

| Letter 1: Code 314 | Date 04-JUL-01 | General Apology NC |
|---|---|---|
| Letter 2: Code | Date | |

| Compensation: Type GC | Amount $20.00 | Date 09-JUL-01 |
|---|---|---|
| Check Number 409674 | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that she went to the pool and left her purs
e in the room.  There was a bank envelop in her purse that had $22.00 i
n it.  When she went back into her room there were three people in ther
e cleaning.  It was before check in time.  The gst went to the front de
sk the manager told her that there was nothing that he could do.  She i
s jsut upset that the manager seemed not to care.  JMT FAX
06/26/01- GM FAXED A COPY OF THE APOLOGY SENT TO THE GST DATED 6/26.
JRW NO FAX
6/29/01  Gst called back and is unhappy with the apology letter from th
e htl.  Taking care of the gst with a $20 gift cert.  MMB FAX
7/2 FAX FROM THE HTL WITH A NOTE A LETTER WAS SENT TO THE GST. BLJ NO F
AX

```
GSF000-R              Customer Services Case Maintenance Screen         09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1047404<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 22-JUN-01 | Date     Agent<br>Last Chg 26-JUN-01  MMARKO<br>Original 22-JUN-01  KBURBAN<br>Last Fax  22-JUN-01 | Chain Code RAM<br>Property  07963<br>Ref Prop |

```
Guest Information: Ms.           Leslie           Barretta
```

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact<br>Address 310 B Windsor Avenue | Iata | Telephone<br>6106646882 | Home<br>Work |
| City/State/Zip Narberth          PA   19072<br>Country USA United States          Province | | | Fax |

```
            Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance
```

```
Arrival:18-JUN-01    Departure:19-JUN-01    Confirmation # DIRECT    Cancellation #
```

| Amount Paid | Processing Fee  $0.00 | Penalty Fee |
|---|---|---|
| Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER<br>Letter 2: Code          Date | | |
| Compensation: Type          Amount | | Date |
| Check Number | | Intl Sales Agent |

```
Hotel Response Code 1:

Hotel Response Code 2:

 Notes:    Springfield, IL  The gst states that the room floor had not been vacuum
           ed.  There were bugs in the rooms.  The towels were dirty.  The bathroo
           m was filthy.  The door vibrated whenever someone walked past their doo
           r. The toilet was dirty also.  The carpet was soaked in the hallway.  T
           he gst didn't give an amount that she paid.  KDB FAX
           6/26/01 RECEIVED A COPY OF THE APOLOGY LETTER DATED 6/26/01.  MRM NO FA
           X
```

GSF000-R                Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 1049885<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 27-JUN-01 | Date    Agent<br>Last Chg 29-JUN-01  KGILLIC<br>Original 26-JUN-01  ASWENSO<br>Last Fax 27-JUN-01 | Chain Code RAM<br>Property 07963<br>Ref Prop |

Guest Information: Mrs.            Sandy            Thomison

| | Frequent Guest | | Hotel Room | |
| Contact | | Iata | Telephone<br>9378328655 | Home |
| Address 6668 Salem Avenue | | | | Work |
| | | | | Fax |
| City/State/Zip Clayton | | OH  45315 | | |
| Country USA United States | | Province | | |

| Hotel Contact | | |

Inquiry      501 Comment/Suggestion
Codes:

| Arrival:15-JUN-01 | Departure:16-JUN-01 | Confirmation # | Cancellation # |
| Amount Paid $84.36 | | Processing Fee | Penalty Fee |
| Letter 1: Code 370 | Date 27-JUN-01 | Refer to Prop/Legal:R/K/V | |
| Letter 2: Code | Date | | |

| Compensation: Type | | Amount | Date |
| | Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst states her son cut his foot on broken glass within
the pool.  He suffered a large cut on the top of his toe joint which bl
ed profusely.  The manager was not very receptive to the gst's concerns
and hung up on the gst's husband.  The gst talked to the manager later
who acted rudely, he didn't care very much about the concern and laughe
d it off.  He did take $25 off the rate for the night.  The gst became
very upset when they found someone just fishing the broken glass out, n
o one had bothered to drain the pool or clean it thoroughly and other g
sts began to use it again.  Another employee promised compensation but
the gst has not seen any.  She would like the manager reprimanded more
than anything because his handling of this situation was completely ou
t of line and he simply didn't care about the gst at his htl.  JRW LGL
06/27/01 SENT LEGAL LETTERS. LGL AS FAX
6/29/01  RECEIVED FAX OF THE APOLOGY LETTER DATED JUNE 29, 2001.  KJG
NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen         09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1050025 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 05-JUL-01  KJOHNS1 | Property  07963 |
| Source P | Original 27-JUN-01  SKIMBAL | Ref Prop |
| Case Status 0 | Last Fax 27-JUN-01 | |
| First Fax 27-JUN-01 | | |

Guest Information: Ms.          Joann          Freeman

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 541 Village Circle | | 8128975464    Home |
| | | Work |
| City/State/Zip Booneville | IN  47601 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry     136 Poor Housekeeping
Codes:

| Arrival: 21-JUN-01 | Departure: 24-JUN-01 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $180.00 | Processing Fee $0.00 | | Penalty Fee |

Letter 1: Code  990    Date              ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states that the room was not clean.  They did not
          receive housekeeping while they were there.  There was hair in the bed.
          The bed spread was dirty.  SKK FAX
          06/27/01  Gst called back to correct the date of her stay.  Gst checked
          in on 6/21 and out on 6/24.  Refaxing to the htl with the corrected inf
          ormation.  BEO FAX
          06/27/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 06/27/01. HTL FAX
          ED A COPY OF THE SIGNED REGISTRATION CARD. ON THE INFORMATION LINE IT S
          TATES TWO COMP ROOMS. SVS NO FAX
          7/5/01   RECEIVED FAX FROM THE HTLS TATING THAT THE ANOTHER PARTY HAD RE
          NTED THE BALLROOM AND 90 PERCENT OF THE HTL ROOMS AND BAR AND POOL FOR
          PRIVATE USAGE. THE GST WAS ADVISED OF THE AT CHECK IN BUT STILL WANTED
          TO STAY.  THE HTL BOOKED THE BAR FACILITY AT THE DAYS INN ACROSS THE ST
          REET TO ACCOMODATE THE GST.  THEY SENT THE GST AN APOLOGY LETTER. KKJ F
          AX