**E-FILED**
Friday, 11 November, 2005  11:28:24 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 8

PART

3

GSF000-R                Customer Services Case Maintenance Screen            09/10/03

| | | |
|---|---|---|
| Case Nbr 1050681 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 28-JUN-01    MHABERS | Property  07963 |
| Source F | Original 27-JUN-01    NFOUGHT | Ref Prop |
| Case Status 0 | Last Fax  28-JUN-01 | |
| First Fax 28-JUN-01 | | |

Guest Information: Mr.              Charles           Corbin

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Wccc911@Yahoo.Com          Iata | | Telephone |
| Address 5140 Willow Ct | | 2195830468    Home |
| | | Work |
| City/State/Zip Monticello          IN   47960 | | Fax |
| Country USA United States          Province | | |

| Hotel Contact | |
|---|---|

Inquiry     501 Comment/Suggestion
Codes:      136 Poor Housekeeping
            516 Received Through Internet

Arrival: 20-JUN-01    Departure: 23-JUN-01    Confirmation # UNKNOWN    Cancellation #

| Amount Paid | Processing Fee | Penalty Fee |
|---|---|---|

Letter 1: Code  370    Date 27-JUN-01    Refer to Prop/Legal: R/K/V
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|

| Check Number | Intl Sales Agent |
|---|---|

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL Gst emailed Customer Service on 6/26/01 stating that th
         ere were silverfish. He wife was bitten three times by an unknown insec
         t. He will report this to the Health Board. The Navy Club had 35 rooms.
          Gst did not state amount paid. This is legal. NMF LGL NO FAX
         06/28/01  SENT LEGAL LETTRES AND LEGAL EMAIL.  LGL AS FAX
         6/28  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST DATED 6/28/01
         .  MJH NO FAX

GSF000-R                 Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1051803 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 30-JUN-01   JWEISFL | Property  07963 |
| Source P | Original 29-JUN-01   JWEISFL | Ref Prop |
| Case Status 0 | Last Fax  29-JUN-01 | |
| First Fax 29-JUN-01 | | |

Guest Information: Ms.          Mark              Hobson

| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 39399 North Lake Avenue | | 8472651968    Home |
| | | Work |
| City/State/Zip Lakeville | IL   60046 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |

Inquiry       501 Comment/Suggestion
Codes:

| Arrival:29-JUN-01 | Departure:30-JUN-01 | Confirmation # 56697728 | Cancellation # |
| Amount Paid $45.00 | Processing Fee | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |

| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states she was not told the pool was closed becaus
e of a broken pump by reservations.  The htl did not have a sign up or
anything, but the pool area door has a small note on it.  The gst does
not feel she should have to pay full price since the pool was the reaso
ns she selected this location.  Reservations indicates that the pool is
open May-September and is outdoors.  There is nothing about it being cl
osed.  JRW FAX
06/30/01- MATTHEW FAXED A COPY OF THE APOLOGY SENT TO THE GST DATED 6/3
0.  JRW NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| Case Nbr 1051881 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 01-JUL-01 | ASANDER | Property  07963 |
| Source F | Original 29-JUN-01 | RTRIPLE | Ref Prop |
| Case Status 0 | Last Fax 29-JUN-01 | | |
| First Fax 29-JUN-01 | | | |

Guest Information: Ms.              Judith              Gainey

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact Jlgainey@Hotmail.Com | Iata | Telephone | |
| Address 124 E. Front St. | | 7655646147 | Home |
| | | | Work |
| City/State/Zip Delphi | IN   46923 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry
Codes:    32 Billing Error
         136 Poor Housekeeping
         516 Received Through Internet

| Arrival: 21-JUN-01 | Departure: 24-JUN-01 | Confirmation # UNKNOWN | Cancellation # |
|---|---|---|---|
| Amount Paid | Processing Fee  $0.00 | | Penalty Fee |

Letter 1: Code  990    Date            ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL Gst emailed Customer Service on 6/28/01. The gst wrote
          that she was charged a $6 energy surcharge for using the air conditione
          r. The gst stated that the bathroom was not clean. The gst's stay was p
          aid for by the Springfield Navy Club. RGT FAX
          7/1/01  RECEIVED FAX FROM THE HTL DATED 6/30/01 OF THE APOLOGY LETTER S
          ENT TO THE GST.  AKS  NO FAX

GSF000-R                Customer Services Case Maintenance Screen            09/10/03

| | | |
|---|---|---|
| Case Nbr 1053605 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 04-JUL-01    SSPITZE | Property  07963 |
| Source F | Original 03-JUL-01    GHAGAN | Ref Prop |
| Case Status 0 | Last Fax  03-JUL-01 | |
| First Fax 03-JUL-01 | | |

Guest Information: Ms.            Sharon            Herrick

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact Fay810@Merr.Com | Iata | Telephone |
| Address N810 Cty Rd F | | 6082977194    Home |
| | | Work |
| City/State/Zip Montello | WI   53949 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry     26 Other - Front Desk
Codes:      136 Poor Housekeeping
            516 Received Through Internet

Arrival:27-JUN-01    Departure:28-JUN-01    Confirmation # P3213101    Cancellation #

| | | |
|---|---|---|
| Amount Paid | Processing Fee  $0.00 | Penalty Fee |

Letter 1: Code 990    Date            ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

| | | |
|---|---|---|
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL Gst emailed Customer Service on 7/2 and writes that she
         called the htl to make a res for the date of 6/27. When the gst arrived
         she was informed that the reservation was made for the night of 6/20.
         The gst remembers telling the clerk the date of 6/27, the week of
         June 20th. The gst was informed that she would not be charged for
         the no show. The check in process took about 30 minutes. In the
         room, there were no cups; washcloths; soap; or towels. Gst did not
         provide an amount paid. GMH FAX
         07/04/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 07/03/01. SVS NO
         FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1054306 | Date | Agent | | Chain Code RAM |
|---|---|---|---|---|
| Ref. Case Nbr | Last Chg 16-JUL-01 | JHUBER | | Property 07963 |
| Source P | Original 04-JUL-01 | SKIMBAL | | Ref Prop |
| Case Status 0 | | Last Fax 04-JUL-01 | | |
| First Fax 04-JUL-01 | | | | |

Guest Information: Mr.                Uwe                Kopacz

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact Jeff Schwartz | Iata | Telephone | |
| Address 6 W. Druid Hills Dr. | | 8887817893 | Home |
| | | | Work |
| City/State/Zip Atlanta | GA  30329 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry          32 Billing Error
  Codes:

| Arrival:16-JUN-01 | Departure:17-JUN-01 | Confirmation # 55906870 | Cancellation # |
|---|---|---|---|
| Amount Paid $65.72 | Processing Fee $0.00 | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |
| Compensation: Type | Amount | Date | |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Travel agent states that he booked the res at a rate o
f $50.00 plus tax per night.  When the gst arrived, he was told that th
e rate would be $62.00 plus tax per night.  The gst is being billed on
a credit card, but the travel agent did not have the number.  I pulled
TISS by confirmation number an found that the reservation was booked at
$50.00 plus tax per night.  This rate, along with the room type, was t
hen changed to $62.00 plus tax per night.  The gst was originally booke
d in a smoking king.  The room type was changed to a non-smoking room w
ith two doubles.  SKK FAX
7/06/01  RECEIVED FAX OF THE LETTER DATED JULY 6, 2001.  MTL STATES THA
T THE MTL CHARGED THE CORRECT RATE TO THE GUEST.  LETTER STATES DUE TO
THE MISUNDERSTANDING FROM THE GUEST, THE MTL IS ISSUING A $12.00 CREDIT
 TO THE GUEST'S CREDIT CARD.  KJG  NO FAX
07/16  Jeff called and was told the gst received a credit to his card.
 JMH NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1056205 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 13-JUL-01  SSPITZE | Property  07963 |
| Source P | Original 07-JUL-01  PONUFRA | Ref Prop |
| Case Status 0 | Last Fax  07-JUL-01 | |
| First Fax 07-JUL-01 | | |

Guest Information: Ms.              Tandy             Fisher

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 416 Rambler Lane | | 6308376169    Home |
| | | Work |
| City/State/Zip Streamwood | IL   60107 | Fax |
| Country USA United States | Province | |

Hotel Contact

```
Inquiry      26 Other - Front Desk
Codes:       32 Billing Error
```

| | | |
|---|---|---|
| Arrival:06-JUL-01 | Departure:07-JUL-01 | Confirmation # DIRECT | Cancellation # |
| Amount Paid $62.00 | Processing Fee  $0.00 | Penalty Fee |
| Letter 1: Code 990    Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code        Date | | |
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

```
Notes:   Springfield, IL  Gst states that the key to her room did not work and
         it took a long time for the htl to correct the situation.  She did not
         get into her room until 8:00pm.  There was a $2.00 energy charge on her
         bill.  The gst did not know why the htl is charging her for energy and
         assumed that energy was provided with the room cost.  PKO FAX
         07/13/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 07/13/01. SVS NO
         FAX
```

GSF000-R              Customer Services Case Maintenance Screen          09/10/03

| | Date | Agent | |
|---|---|---|---|
| Case Nbr 1056308 | Last Chg 24-JUL-01 | KJOHNS1 | Chain Code RAM |
| Ref. Case Nbr | Original 07-JUL-01 | ESIVERT | Property 07963 |
| Source P | Last Fax | 23-JUL-01 | Ref Prop |
| Case Status 0 | | | |
| First Fax 07-JUL-01 | | | |

Guest Information: Ms.              Susane          Rio

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | | Telephone |
| Address 2390 Church St. | | | 8472987407    Home |
| | | | Work |
| City/State/Zip Des Plaines | IL   60016 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry      136 Poor Housekeeping
Codes:        26 Other - Front Desk
              17 Rude Desk Clerk

Arrival: 06-JUL-01     Departure: 07-JUL-01     Confirmation # DIRECT     Cancellation #

Amount Paid $45.00          Processing Fee  $0.00                    Penalty Fee  $25.00

Letter 1: Code 314    Date 25-JUL-01     General Apology NC
Letter 2: Code        Date

Compensation: Type  CK          Amount  $44.40               Date 30-JUL-01

              Check Number 415820                          Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL Gst states that there was blood stains on the sheets.
         The htl did not respond to there request to change the sheets.  The gst
         pulled off the sheets and found a pair of dirty underwear.  The htl st
         ates that she was sent to three other rooms that had people in them.  T
         he htl put her in a suite at discounted rated.  She states that the des
         k clerks were very rude in handling this situation.  ETS FAX
         07/13/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 07/13/01. SVS NO
         FAX
         7/23  Gst called back and is upset with the htl response.  Taking care
         of gst and sending 314 and gift cert for $20.00.  JJO FAX
         07/23/01  The guest was transfered to me.  Guest was upset with the pro
         pertys letter.  Guest feels that the letter was not apologetic.  Guest
         is adamant that she receive a full refund and nothing else.  Guest is e
         xtremely upset that she laid in someone elses blood and the property di
         dnt seem to care.  Guest will not stop calling until she receives a ful
         l refund.  Taking care of guest and sending her a check for $44.40.  Th
         e $20.00 gift certificate being offered on previous notes will not be g
         oing out.  CHAD CUSTOMER SERVICE SUPERVISOR FAX
         7/24/1  RECEIVED FAX FROM THE HTL STATING THAT THE GST WAS GIVEN $150.0
         0 SUITE FOR HER INCONVENIENCE AND HER TRAVELING COMPANIONS WERE RUDE TO
         THE STAFF.  THE GST NEVER ASKED FOR A REFUND AND WAS ADVISED SHE COULD
         CHECK OUT WITH NO CHARGE BUT CHOSE NOT TO. KKJ NO FAX

GSF000-R            Customer Services Case Maintenance Screen         09/10/03

| Case Nbr 1057426 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 29-JUL-01 | MHABERS | Property 07963 |
| Source P | Original 09-JUL-01 | NROGENE | Ref Prop |
| Case Status 0 | Last Fax 26-JUL-01 | | |
| First Fax 09-JUL-01 | | | |

Guest Information: Mrs.            Carolyn          Cobb

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 721 S. River St. | | 6308923808 | Home |
| | | | Work |
| City/State/Zip Aurora | IL  60506 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry     26 Other - Front Desk
Codes:     128 Poor Property Maintenance
           129 Poor Room Maintenance

| Arrival:06-JUL-01 | Departure:07-JUL-01 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $78.00 | Processing Fee  $0.00 | | Penalty Fee |

Letter 1: Code 990     Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL Gst states that they arrived at htl at 3pm.  Gst had to
        wait a long time for their room.  The hallways were not airconditioned
        .  It was very hot in the room.  Gst keys did not work at the htl.  Gst
        was given new keys and these still did not work.  Gst left location an
        d came back to htl at 5pm.  The new keys were still not made.  At 8pm g
        st finally checked into the room.  At 11:30pm there were people running
        around the halls.  Gst hit her leg on a metal rail a couple times that
        was sticking out of the bed.  It left a inch and a half gash in her le
        g.  The next morning the gst key still did not work.  NDR FAX
        7/9/01  HTL SENT COMMENT THAT THEY HAVE NO RECORD OF GST.  I AM SENDING
        A 400 LETTER.  MKY NO FAX
        7/16/01  RECEIVED A FAX FROM THE HTL STATING THEY HAVE NO RECORD OF THI
        S GST.  MRM NO FAX
        7/26/01  Gst called back and verified that she stayed at this location.
        Please respond to gst.  The res was under Ross Fisher.  TAH FAX
        7/29  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST DATED 7/28/01
        .  MJH NO FAX

GSF000-R                Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 1060586 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 25-JUL-01 | SSPITZE | Property 07963 |
| Source F | Original 13-JUL-01 | CROBINE | |
| Case Status 0 | Last Fax 23-JUL-01 | | Ref Prop |
| First Fax 23-JUL-01 | | | |

Guest Information: Mr.        Linda              Edlen

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact Ledlen@Nemr.Net | | Iata | Telephone | |
| Address 80 North Jefferson | | | 6607272431 | Home |
| | | | | Work |
| City/State/Zip Kahoka | | MO   63445 | | Fax |
| Country USA United States | | Province | | |

| Hotel Contact | |
|---|---|

Inquiry     136 Poor Housekeeping
Codes:      516 Received Through Internet

| Arrival:09-JUL-01 | Departure:10-JUL-01 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $67.72 | Processing Fee | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |
| Compensation: Type | Amount | | Date |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst emailed Customer Service on 07/12/01 and states th
at she found feces on the toilet seat. Gsts were moved to a different r
oom in which the bathtub was clogged. Gst says that they went to the fr
ont desk and spoke with Mr. Schunk. Gst says that they were finally giv
en a suite that was clean. The carpet was stained and the hallways smel
led of dirt and mildew. Gst did not say what amount was paid for the st
ay or give the htl address. Sending 400 email. CMR NO FAX
07/23/01 Gst emailed Customer Service on 07/18/01 and says that she sta
yed at 625 East St Joseph Street. CMR FAX
07/25/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 07/24/01. SVS NO
FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| | | |
|---|---|---|
| Case Nbr 1060988 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 16-JUL-01    MMARKO | Property  07963 |
| Source P | Original 14-JUL-01    JNELSO2 | Ref Prop |
| Case Status 0 | Last Fax  14-JUL-01 | |
| First Fax 14-JUL-01 | | |

Guest Information: Ms.          Millee          Carpenter

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 737 Anderson Place | | 3096498746    Home |
| | | Work |
| City/State/Zip Canton | IL   61520 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry      17 Rude Desk Clerk
Codes:       26 Other - Front Desk
            129 Poor Room Maintenance

Arrival:12-JUL-01     Departure:15-JUL-01     Confirmation # UNKNOWN     Cancellation #

Amount Paid $143.10          Processing Fee               Penalty Fee

Letter 1: Code 990     Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type          Amount               Date

Check Number                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield IL Gst states that the desk clerk is very rude.  The htl is
         very loud do to some type of party going on and nothing is beng done t
         o quite it.  The air conditioning in the gst's room does not work and i
         t has not yet been fixed even though the gst has mentioned it to the de
         sk several times.  JKN FAX
         7/16/01  RECEIVED A COPY OF THE APOLOGY LETTER DATED 7/16/01.  MRM NO F
         AX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| | | |
|---|---|---|
| Case Nbr 1061690 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 26-JUL-01   MFULLER | Property 07963 |
| Source P | Original 16-JUL-01   LFELKEY | Ref Prop |
| Case Status 0 | Last Fax 26-JUL-01 | |
| First Fax 16-JUL-01 | | |

Guest Information: Ms.            Laurie            Noveteney-Starkey

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 408 Healey Ave | | 8158860083 | Home |
| | | | Work |
| | | | Fax |
| City/State/Zip Romeoville | IL   60446 | | |
| Country USA United States | Province | | |

Hotel Contact

| Inquiry Codes: | 17 Rude Desk Clerk |
|---|---|
| | 136 Poor Housekeeping |
| | 128 Poor Property Maintenance |

Arrival:13-JUL-01      Departure:15-JUL-01      Confirmation # 55970881      Cancellation #

Amount Paid $131.44           Processing Fee   $10.00              Penalty Fee  $25.00

Letter 1: Code 315    Date 01-AUG-01    General Apology/Pres NC
Letter 2: Code        Date

Compensation: Type  GC        Amount  $40.00              Date 06-AUG-01

Check Number 418166                          Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst states the manager of this location, Joel, was ext
remely rude to her.  There was mold in the bathroom above the shower.
The hinge on the door coming in from one of the side entrances was brok
en and just hanging there.  There were weeds by the gas meater as well
as a picknic table thrown behind the property.  The fire extinguisher d
id not have the glass casing on it.  Gst is requesting compensation due
 to the attitude of the manager.  LAF FAX
07/20/01- Gst called back to check on her case.  I asked her how specif
ically Joel was rude.  The gst stated he was generally condescending an
d sported a poor attitude towards customer service.  When she talked to
him acted generally annoyed at her and she did not appreciate it being
a customer of his.  Gst expressed some concern that her complaint was f
orwarded to the property itself.  I assurred the gst the property would
respond to her in a timely manner of 7 business days from the case date
with a resolution to her complaints.  The gst has photos of the propert
y she will mail to Customer Service.  JRW FAX
7/21/01  RECEIVED A COPY OF THE APOLOGY LETTER DATED 7/20/01.  MRM NO F
AX
07/25/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 07/20/01. THE LET
TER STATES THAT THE GST HAD A DOG THAT WAS ALWAYS BARKING. THE MANAGER
TOLD THE GST TO PLEASE CONTROL HER DOG DUE TO OTHER GSTS COMPLAINING AB
OUT THE DOG BARKING.  SVS NO FAX
****************OFFICE OF THE PRESIDENT*********************
7/26/01  Gst called back and states she is not happy with the letter fr
om the htl.  The gst is requesting compensation.  Taking care of the gs
t, sending a $40 gift cert.  TLR  FAX
7/26  The gst called and wanted to add that the letter from the htl sta
tes that a comment card was brought to her.  The gst is adament that sh
e did not receive the comment card.  The gst has been taken care of.  M

SF NO FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1063459 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 23-JUL-01 | MMARKO | Property  07963 |
| Source P | Original 18-JUL-01 | KJUNG | |
| Case Status 0 | Last Fax | 18-JUL-01 | Ref Prop |
| First Fax  18-JUL-01 | | | |

Guest Information: Mrs.            Lisa            Cowgill

| | Frequent Guest | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 57 Railroad | | 8472231428 | Home |
| | | | Work |
| City/State/Zip Grays Lake | IL   60030 | | Fax |
| Country USA United States | Province | | |

| | Hotel Contact | |
|---|---|---|

Inquiry     136 Poor Housekeeping
Codes:      129 Poor Room Maintenance
            128 Poor Property Maintenance

| Arrival:09-JUL-01 | Departure:10-JUL-01 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $63.00 | Processing Fee  $10.00 | | Penalty Fee |

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst states that there was fecal matter in the toilet w
        hen the gst arrived at the mtl. The mtl sent a maintence man into the r
        oom.  The gst was then given another room.  The second room had wet car
        pet.  The sheets were dirty.  The bath tub was dirty.  There was a ring
        around the pool. There was a dog swimming in the pool. The mtl smelled
        very bad.  The game machines didn't work. KMJ FAX
        7/23/01  RECEIVED A COPY OF THE APOLOGY LETTER DATED 7/19/01.   MRM NO F
        AX

GSF000-R                Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1067046 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 03-AUG-01 | TRETZER | Property 07963 |
| Source P | Original 24-JUL-01 | DWALTER | Ref Prop |
| Case Status 0 | Last Fax | 03-AUG-01 | |
| First Fax 24-JUL-01 | | | |

Guest Information: Ms.            Susan              Pogue

| Frequent Guest | Hotel Room 258 | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 456 N. Pleasant Ave. | | 3093438430    Home |
| | | Work |
| City/State/Zip Galesburg | IL   61401 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry      17 Rude Desk Clerk
Codes:      129 Poor Room Maintenance

| Arrival:20-JUL-01 | Departure:22-JUL-01 | Confirmation # DIRECTLY | Cancellation # |
|---|---|---|---|
| Amount Paid $106.00 | Processing Fee  $10.00 | | Penalty Fee |
| Letter 1: Code 990    Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code      Date | | | |

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL    Gst states she was with the J.C.'s who had 50 room
         s or better.  Gst states thier ceiling was leaking infront of the sink
         and the htl refused to move the gst.  Gst states they requested compens
         ation and it was denied.  Gst states the mgr was very rude.  DMW FAX
         07/25/01 HTL FAXED A COPY OF THE APOLOGY LETTER DATED 07/24/01. SVS NO
         FAX
         ***********OFFICE OF THE PRESIDENT*************
         8/3/01  Received letter from the gst.  Gst writes that same concerns as
         documented above.  TLR  FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1070386 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 07-AUG-01   RTRIPLE | Property  07963 |
| Source F | Original 27-JUL-01   RTRIPLE | Ref Prop |
| Case Status 0 | Last Fax  07-AUG-01 | |
| First Fax 27-JUL-01 | | |

Guest Information: Ms.              Peg              Hassett

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Decopeg10@Aol.Com | Iata | Telephone |
| Address 222C Foxhead Court | | 6302261880    Home |
| | | Work |
| City/State/Zip Bolingbrook | IL   60440 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

```
Inquiry      136 Poor Housekeeping
Codes:
             128 Poor Property Maintenance
             516 Received Through Internet
```

Arrival: 12-JUL-01    Departure: 13-JUL-01    Confirmation # UNKNOWN    Cancellation #

Amount Paid $58.18          Processing Fee  $10.00                Penalty Fee  $25.00

```
Letter 1: Code 314    Date 08-AUG-01    General Apology NC
Letter 2: Code        Date
```

Compensation: Type  GC          Amount  $25.00              Date 13-AUG-01

Check Number 419986                          Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

```
Notes:   Springfield, IL Gst emailed Customer Service on 7/26/01. The gst wrote
         that the htl was in a state of disrepair. The bathroom light fixture wa
         s full of dead bugs. The gst had to clean the bathtub herself. There wa
         s soap scum all over the mirror and sink. Gst did not indicate the amou
         nt paid for the room. RGT FAX
         8/6/01 Gst emailed Customer Service on 8/2/01. The gst received a lette
         r from the htl, but the letter was unapologetic and made no offer of co
         mpensation. The gst is not satisfied. Emailing the gst for the amount p
         aid. RGT FAX
         8/7/01 Gst emailed Customer Service on 8/6/01. The gst paid $58.18 for
         the room. Taking care of the gst, sending 314 letter and $25 gift cert.
         RGT FAX
```

GSF000-R                Customer Services Case Maintenance Screen        09/10/03

| | Date | Agent | | Chain Code RAM |
|---|---|---|---|---|
| Case Nbr 1071926 | | | | |
| Ref. Case Nbr | Last Chg 01-AUG-01 | MMARKO | | Property 07963 |
| Source F | Original 30-JUL-01 | DKNOEPF | | Ref Prop 05082 |
| Case Status 0 | Last Fax 30-JUL-01 | | | |
| First Fax 30-JUL-01 | | | | |

Guest Information: Mr.              Phillip              Dannewitz

| Frequent Guest | Hotel Room | |
|---|---|---|

Contact Pdannewi@Olivet.Edu         Iata                    Telephone
Address One University Avenue                               8159376717    Home
                                                                          Work
City/State/Zip Bourbonnais              IL   60914                         Fax
      Country USA United States               Province

| Hotel Contact· | |
|---|---|

Inquiry     136 Poor Housekeeping
Codes:      129 Poor Room Maintenance
            26 Other - Front Desk

Arrival:25-JUL-01      Departure:26-JUL-01      Confirmation # 57771514      Cancellation #

Amount Paid  $59.36              Processing Fee                      Penalty Fee

Letter 1: Code 990     Date              ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type              Amount                   Date

      Check Number                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst emailed Customer Service on 7/27/01 stating that t
          he room was not clean.  The air conditioner did not work.  The halls we
          re loud in the middle of the night due to a female strip show going on
          in the htl.  Gst requested a wake up call and never received it.  DMK F
          AX
          7/31/01  AKU FROM THE HTL CALLED AND STATED THE GST DID NOT STAY AT THI
          S LOCATION.  PULLED RES AND SEE THIS WAS FAXED TO THE WRONG SITE.  EMAI
          LING DWIGHT TO HAVE AN ALLOTMENT ADDED TO SITE 5082, FORWARDING TO THE
          CORRECT SITE 7963.  MRM NO FAX
          8/1/01  PER DWIGHT AN ALLOTMENT HAS BEEN ADDED.  MRM NO FAX

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1072493 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 02-AUG-01   ASANDER | Property  07963 |
| Source P | Original 31-JUL-01   BOLDENK | Ref Prop |
| Case Status 0 | Last Fax  31-JUL-01 | |
| First Fax 31-JUL-01 | | |

Guest Information: Mr.           Joel          Stokes

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address Rt 2 Box 2297 | | 9189673871   Home |
| | | Work |
| City/State/Zip Strigler | OK  74462 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance
           128 Poor Property Maintenance

Arrival:23-JUL-01     Departure:28-JUL-01     Confirmation # UNKNOWN     Cancellation #

Amount Paid $590.00        Processing Fee  $10.00              Penalty Fee

Letter 1: Code  990    Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type          Amount              Date

            Check Number                  Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states that the carpets were stained and dirty.  T
          he windows were grimy.  The room had not been dusted.  The air conditio
          ner did not work properly.  There were not enough towels or soap.   The
          re were chairs in the swimming pool.  The shower curtain had mold on it
          BEO FAX
          8/2/01  RECEIVED FAX FROM THE HTL DATED 7/31/01 OF THE APOLOGY LETTER S
          ENT TO THE GST.  AKS  NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1074539 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 26-OCT-01  SSPITZE | Property  07963 |
| Source F | Original 02-AUG-01  DKNOEPF | Ref Prop  05082 |
| Case Status 0 | Last Fax  17-AUG-01 | |
| First Fax 02-AUG-01 | | |

Guest Information: Mr.               Gary              Denham

|   | |   | |
|---|---|---|---|
| Frequent Guest | | Hotel Room | |
| Contact Gary.Denham@Icn.Siemens.Com     Iata | | Telephone | |
| Address 716 Silversmith Circle | | 4079426658    Home | |
| | | | Work |
| City/State/Zip Lake Mary          FL   32746 | | | Fax |
| Country USA United States            Province | | | |

Hotel Contact

Inquiry    32 Billing Error
Codes:    516 Received Through Internet

| | | | |
|---|---|---|---|
| Arrival:12-JUL-01 | Departure:13-JUL-01 | Confirmation # 56954485 | Cancellation # |
| Amount Paid $56.06 | Processing Fee  $10.00 | | Penalty Fee |

Letter 1: Code  400    Date 08-AUG-01    Need More Information
Letter 2: Code         Date

| | | |
|---|---|---|
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst emailed Customer Service on 7/31 stating that the
        htl added a $2 energy surcharge to his bill.  He was not told of this a
        dditional charge.  DMK FAX
        8/02/01  MIKE FROM THE HTL CALLED AND STATED THIS IS NOT FOR THEIR PROP
        ERTY.  SENDING THE GST A 400 LETTER.  PLEASE HAVE AN ALLOTMENT ADDED IF
         THIS IS FOR THE WRONG PROPERTY.  MRM NO FAX
        8-17-01  SPOKE WITH SCOTT THE FSM.  THE HOTEL SAID THIS IS NOT FOR THEI
        R PROPERTY.  I DID PULL UP TISS AND SHOW THE RESERVATION IS FOR SITE NU
        MBER 7963.  I AM GOING TO REVERSE THE PROCESSING FEE TO SITE 5082 AND F
        AX THIS TO THE CORRECT HOTEL TODAY.  Melissa Pfaff/Brand Specialist-ABD
         FAX
        8-17-01  FAXING TO SITE 7963.  THE SEVEN BUSINESS DAYS START TODAY.  Me
        lissa Pfaff/Brand Specialist-ABD FAX
        8/24/01  RECEIVED FAX FROM THE HTL DATED 8/21/01 OF THE APOLOGY LETTER
        SENT TO THE GST OFFERING A CREDIT FOR $2.00.  AKS  NO FAX
        10/26/01 MIKE FROM SITE 05082 CALLED CHECKING ON THE REVERSAL OF THE PR
        OCESSING FEE. SVS NO FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| | | |
|---|---|---|
| Case Nbr 1076792 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 31-AUG-01   BOLDENK | Property  07963 |
| Source P | Original 06-AUG-01   WMAIN | Ref Prop |
| Case Status 0 | Last Fax  31-AUG-01 | |
| First Fax 06-AUG-01 | | |

Guest Information: Ms.              Tersesa           Gesiakowski

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact Anthoy Fleming | | Iata | | Telephone |
| Address 64 Candlelight Dr. | | | | 7087586473    Home |
| | | | | Work |
| | | | | Fax |
| City/State/Zip Sauk Village | | IL   60411 | | |
| Country USA United States | | Province | | |

|  | Hotel Contact | |
|---|---|---|

Inquiry        32 Billing Error
Codes:

Arrival:02-AUG-01     Departure:04-AUG-01     Confirmation # DIRECT     Cancellation #

Amount Paid  $419.00              Processing Fee                    Penalty Fee

Letter 1: Code  310    Date 05-SEP-01    General Apology NC NR
Letter 2: Code         Date

Compensation: Type              Amount              Date

          Check Number                      Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL   Gst states he contacted the htl and was given a rate
of $179.00 per week.  After staying at the location for 2 nights the gs
t found that they had been billed $419.00 on MC 5459 5802 9149 6319, tr
ansaction date 8/4.  The receipt that the gst had signed for $179.00 ha
d been altered to read $419.00.  When gst asked about the bill he was t
old that the htl would not honor weekly rates due to the state fair.  G
st immediately checked out of the htl and was given a receipt for $98.3
4 for the 2 nights.  The bill of $419.00, however, is still on the cred
it card.  WAM FAX
8/6/01  RECEIVED FAX OF EXPLANATION LETTER SENT TO GST DATED 8/6/01 AD
VISING THAT THE WEEKLY RATEWAS NOT AVAILABLE DURING IL STATE FAIR.  THE
CLERK ADVISED THE GST THAT THE WEEKLY RATE NEEDED APPROVAL BY THE MGR.
 THE GST GOT THE RATE ON THE REGISTRATION CARD OF $47.00.  THE HTL REC
EIVED AN AUTHORIZATION FROM THE CREDIT CARD OF $419.00.  THE RECEIPT TH
E GST RECEIVED WAS FOR $98.34 CHARGED TO CARD. KKJ NO FAX
8/31/01  Gst called back after receiving the letter from the htl.  Gst
states that he checked in on 8/2 and intended to check out on 8/9.  The
State Fair did not start until 8/10.  Gst checked out of the htl becaus
e the $419.00 exceeded his weekly budget and his company would not allo
w him to stay at the higher rate.  Gst does have a receipt from when he
signed in that show the weekly rate of $179.00.  Advised gst that becas
use he did not stay the full week the weekly rate would not apply and h
e would be responsible for the nightly rate of $47.00 per night.  Gst i
s still upset with the way htl management has addressed this issue.  Se
nding gst a 310 letter.  BEO FAX

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1081772 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 24-AUG-01 | ASANDER | Property  07963 |
| Source P | Original 13-AUG-01 | MKONRAD | Ref Prop |
| Case Status 0 | Last Fax  13-AUG-01 | | |
| First Fax 13-AUG-01 | | | |

Guest Information: Mr.                    Frank              Levy

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 1337 St. Johns Ave. | | 8474321914   Home |
| | | Work |
| City/State/Zip Highland Park | IL   60035 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance
           128 Poor Property Maintenance

Arrival:09-AUG-01    Departure:11-AUG-01    Confirmation # DIRECT    Cancellation #

Amount Paid  $52.00              Processing Fee                Penalty Fee

Letter 1: Code 990    Date         ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount                    Date

           Check Number                        Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL The air conditioning did not work. The clock radio was
        broken. There was only hot water. There was carpet torn up in the hall.
        MSK FAX
        8/24/01  RECEIVED FAX FROM THE HTL DATED 8/21/01 OF THE APOLOGY LETTER
        SENT TO THE GST.  AKS  NO FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1082831 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 14-AUG-01 | SSTOLSM | Property 07963 |
| Source L | Original 14-AUG-01 | SSTOLSM | Ref Prop |
| Case Status 0 | Last Fax 14-AUG-01 | | |
| First Fax 14-AUG-01 | | | |

Guest Information: Ms.          Patricia          Leavy

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact | | Iata | Telephone | |
| Address 1610 E. 3rd. Street | | | 8155880904 | Home |
| | | | | Work |
| City/State/Zip Lockport | | IL   60441 | | Fax |
| Country USA United States | | Province | | |

| | Hotel Contact | |
|---|---|---|

Inquiry    136 Poor Housekeeping
Codes:     17 Rude Desk Clerk
           32 Billing Error

Arrival: 08-JUL-01    Departure: 09-JUL-01    Confirmation # UNKNOWN    Cancellation #

| Amount Paid $61.36 | Processing Fee | Penalty Fee |
|---|---|---|

Letter 1: Code  990   Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    ***************Office of the President*********
Springfield, IL    Gst writes her and her friend, Laura Kasper paid
for the room in cash upon check in at 1PM. The gst was initially told
the rate would be $50 per night by Matt Summy. Joel Schunk, the assist
ant htl mgr told him to put the gst in a group rate of $56 plus a $2 fu
el surcharge due to his own fuel bills. The gst asked about this rate
and wasn't given much of an answer. The gst knew they had to stay at t
his htl so they paid the higher rate. In the room there was no cold wa
ter and the tub was filthy. Both the shower area and the sink area onl
y dispensed hot water. There was fresh blood in the sheets on one of t
he beds and the other sheets on the other bed smelled of body odor. Th
e gst called and got new linens but they had dried blood stains on them
 and they were threadbare and had tiny holes all over them. There was
leftover food under the bed and the bed frame was broken. The carpet w
as dirty and there were bugs crawling around. The gst called the front
desk to complain and Joel said that there will be no compensation offe
red to the gst because they waited until 9pm to complain. The gst was
not in the room for very long before that because they went out to eat
and they were at the pool. The air conditioner was full of dust. At c
heckout Joel refused to look at the room and so Lisa Soto went to the r
oom but she said there is nothing she could do. The gst wants a full r
efund of $61.36. The gst did not provide a confirmation number. SLS F
AX

```
GSF000-R          Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1083709 | Date        Agent | | Chain Code RAM |
| Ref. Case Nbr | Last Chg 24-AUG-01    ASANDER | | Property  07963 |
| Source F | Original 15-AUG-01    CROBINE | | Ref Prop |
| Case Status 0 | Last Fax  17-AUG-01 | | |
| First Fax 17-AUG-01 | | | |

Guest Information: Mr.          Mike              Medhurst

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 1965 Winding Hill Road | | 3097653060      Home |
| | | Work |
| City/State/Zip Davenport | IA   52807 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry   136 Poor Housekeeping
Codes:    129 Poor Room Maintenance
          516 Received Through Internet

Arrival: 12-AUG-01    Departure: 13-AUG-01    Confirmation # DIRECT    Cancellation #

Amount Paid $134.00          Processing Fee                  Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type          Amount                  Date

Check Number                        Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst emailed Customer Service on 08/13/01 and states th
          at there were cobwebs and ashes in the corner by the whirlpool. Gsts ca
          lled the front desk to ask for a wake up call, but no one answered. The
          button to start the whirlpool was missing and the chain lock for the d
          oor was broken in half. Gsts email address is medhurstmichael@johndeere
          .com. Gst did not give the address of the htl or the amount paid. Sendi
          ng gst 400 email. CMR NO FAX
          08/17/01  Gst emailed Customer Service on 08/15 and provides the locati
          on and amount paid.  HMM FAX
          8/24/01  RECEIVED FAX FROM THE HTL DATED 8/221/01 OF THE APOLOGY LETTER
          SENT TO THE GST.  AKS  NO FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1084563 | Date     Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 24-AUG-01  ASANDER | Property 07963 |
| Source P | Original 16-AUG-01  CCHRIST | Ref Prop |
| Case Status 0 | Last Fax  16-AUG-01 | |
| First Fax 16-AUG-01 | | |

Guest Information: Mr.          Kenneth          Bissett

| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 2007 E Cook Rd. | | 3096473972     Home |
| | | Work |
| City/State/Zip Columbus | OH   43224 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |

Inquiry     501 Comment/Suggestion
Codes:

Arrival:13-AUG-01     Departure:13-AUG-01     Confirmation # DIRECT     Cancellation #

| Amount Paid | Processing Fee | Penalty Fee |
| Letter 1: Code 990     Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code     Date | | |

| Compensation: Type | Amount | Date |
| Check Number | Intl Sales Agent | |

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL  Guest states when they looked at the suite that they r
         eserved there was mold by the coffee cups.  There was hair in the tub.
         There were cobwebs in the corners of the room.  The guest was offered
         a smaller room with a couch but there just wasnt enough room.  The gues
         t did leave the property and was not charged.  The guest did say the fr
         ont desk was helpful.  The guest was adamant on filing a case due to th
         e inconvenience.  CHAD CUSTOMER SERVICE SUPERVISOR FAX
         8/24/01  RECEIVED FAX FROM THE HTL DATED 8/21/01 OF THE APOLOGY LETTER
         SENT TO THE GST.  AKS  NO FAX

GSF000-R                Customer Services Case Maintenance Screen          09/10/03

| | | |
|---|---|---|
| Case Nbr 1089879 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 10-SEP-01   TRETZER | Property  07963 |
| Source L | Original 23-AUG-01   LRIETZ | Ref Prop |
| Case Status 0 | Last Fax  10-SEP-01 | |
| First Fax 23-AUG-01 | | |

Guest Information: Ms.              Judy              Kemmerer

|  Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | | Telephone |
| Address RR 1 Box 120 A | | | Home |
| | | | Work |
| City/State/Zip Sweet Springs | MO   65351 | | Fax |
| Country USA United States | Province | | |

  Hotel Contact

Inquiry      129 Poor Room Maintenance
 Codes:      136 Poor Housekeeping
             501 Comment/Suggestion

Arrival:14-AUG-01     Departure:14-AUG-01     Confirmation # UNKNOWN    Cancellation #

Amount Paid                      Processing Fee                    Penalty Fee

Letter 1: Code 311    Date 05-SEP-01    General Apology/Pres NC NR
Letter 2: Code        Date

Compensation: Type              Amount                     Date

    Check Number                            Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    * * * * * OFFICE OF THE PRESIDENT * * * * * * *
          Springfield, IL  Guest writes years ago their room was clean, well main
          tained, and had a nice complimentary breakfast.  This time they were in
          room 126. Their son and his family were in room 156.  Guest states the
          corridors were dirty. The windows had not been washed in some time. Th
          e paint was dirty. There was a thick layer of dust on the furnishings i
          n room 126. The ceiling was water stained. The paper was peeling. The b
          athroom door would not close. Guest was told they were probably given a
          room that was meant for remodeling and were given room 208. 208 had 3
          burned out bulbs in the vanity mirror. The paint was dirty. The wallpap
          er was dirty and peeling. The mirror and vanity had not been cleaned. T
          he coffeepot was dirty. The carpet was poorly vacuumed. The tile in the
          bathroom was dirty, had hairs and mouse droppings. The carpet by the t
          hermostat was wet. The carpet tacks between the vanity area and bathroo
          m were exposed and painful when stepped on. The closet door would not s
          hut. There was only lukewarm water. The bed linens and pillow was dirty
          . No mattress pad and the fitted sheet was coming off by morning. There
          was trash in the dresser drawers. Guest's bills for room 208 and 156 i
          ncluded a $2.00 energy surcharge guest would like an explanation for an
          d were not told about this. Guest enclosed bills for room 156, Jim Kemm
          erer, 8/5/01, $57.87. Bill for room 208, Jim Kemmerer, 8/5/01, $57.87.
          Guest enclosed copy of blank comment card.  Guest did not provide a tel
          ephone number.  LLR FAX
          08/23/01  Received letter stating the above information.  AMG FAX
          8/27  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST DATED 8/17/01
          . THE HTL ISSUED A CREDIT OF $28.50 TO THE GST'S CREDIT CARD.  MJH NO
          FAX
          9/3/01  Received a letter from the gst including a copy of the htl the
          htl had sent.  Gst is still seeking an explanation to the surcharge and

a refund of the surcharge to her son's room.  Faxing to htl for a respo
nse and sending a 311 letter.   TLF FAX
9/10/01  Received letter from the gst including a copy of the letter th
e htl sent the gst.  Gst has been sent a 311 letter.   TLR   FAX

GSF000-R            Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1093483 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 28-AUG-01 | ASWENSO | |
| Source L | Original 28-AUG-01 | ASWENSO | Property 07963 |
| Case Status 0 | Last Fax 28-AUG-01 | | Ref Prop |
| First Fax 28-AUG-01 | | | |

Guest Information: Ms.                Diane              Putnam

| Frequent Guest | | Hotel Room | |

| Contact | Iata | Telephone |
| Address 37335 N. Piper Lane | | 4178643600    Home |
| | | Work |
| City/State/Zip Lake Villa | IL   60046 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |

Inquiry     136 Poor Housekeeping
  Codes:    129 Poor Room Maintenance

| Arrival:18-AUG-01 | Departure:19-AUG-01 | Confirmation # 57508115 | Cancellation # |
| Amount Paid $54.06 | Processing Fee $10.00 | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |
| Compensation: Type | Amount | | Date |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Guest wrote taht her first room wasn't very clean.  Th
          e drawers in the entertainment center were off the tracks and hanging o
          ut.  The carpet on the floor had white stuffing like thing on it.  The
          floor had only been vacuumed in the actual traffic pattern from the doo
          r.  The guest found a clump of red curley hair.  The guest found cockro
          aches in the room.  The guest went down to the front desk and tell them
          about the room.  The manager offered to move the guest into a $150.00 r
          oom with a jacuzzi.  The guest moved and found several different things
          .  There was a waterspot on the ceiling.  Filthy radiator for the heat
          with electrical cords running behind it.  Cobwebs hanging from the ceil
          ing.  Refrigerator was dirty.  Cockroaches in the bathroom.  Tile aroun
          d the jacuzzi all cracked and broken.  The jacuzzi didn't work.  Toilet
          had a dark ring around the waterline in the bowl.  AS FAX

GSF000-R                Customer Services Case Maintenance Screen        09/10/03

| | | |
|---|---|---|
| Case Nbr 1095599 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 06-SEP-01   MHABERS | Property  07963 |
| Source F | Original 31-AUG-01   NFOUGHT | Ref Prop |
| Case Status 0 | Last Fax  31-AUG-01 | |
| First Fax 31-AUG-01 | | |

Guest Information: Mr.              David              Campbell

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Dwcampbl@Pracon.Net | Iata | Telephone |
| Address PO Box 601 | | 3093299920    Home |
| | | Work |
| City/State/Zip Astoria | IL   61501 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry    128 Poor Property Maintenance
Codes:     129 Poor Room Maintenance
           516 Received Through Internet

Arrival:17-AUG-01    Departure:18-AUG-01    Confirmation # UNKNOWN    Cancellation #

Amount Paid $52.00              Processing Fee  $10.00              Penalty Fee

Letter 1: Code 990    Date              ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount                Date

            Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL Gst emailed Customer Service on 8/30/01 stating that th
         e hall carpet was stained and dirty. Only two of four lights worked in
         the room. The air conditioner was loud. There was a hole in the ceiling
         . The outlets in the bathroom were taped over. The swimming pool was ha
         lf full. Gst was charged $52.00. NMF FAX
         9/6  RECEIVED A FAX OF AN APOLOGY LETTER SENT TO THE GST DATED 9/4/01.
         MJH NO FAX

GSF000-R              Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 1131383 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 04-DEC-01 | LRIETZ | Property  07963 |
| Source L | Original 04-DEC-01 | LRIETZ | Ref Prop |
| Case Status 0 | Last Fax  04-DEC-01 | | |
| First Fax 04-DEC-01 | | | |

Guest Information: Mr.              James            Ralph

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 100 N. Main St. | | 9015262256    Home |
| Suite 403 | | Work |
| City/State/Zip Memphis | TN    38103 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry      129 Poor Room Maintenance
Codes:

Arrival:17-NOV-01     Departure:18-NOV-01     Confirmation # UNKNOWN      Cancellation #

| Amount Paid | Processing Fee | Penalty Fee |
|---|---|---|
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER |
| Letter 2: Code | Date | |

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL   Guest writes they were given room 231.  They left the
         room and returned about 10:30 pm.  Preparing for bed they discovered t
         he air conditioner did not cool. There was no hot water and very little
         water at all.  The next morning guest noticed they were in the part of
         the hotel that was closed, awaiting updating of equipment.  The accomm
         odations were most unsatisfactory. Guest did not state the amount paid
         for the stay.  LLR FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1138503 | Date    Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 07-JAN-02   CANLIKE | Property  07963 |
| Source P | Original 07-JAN-02   CANLIKE | Ref Prop |
| Case Status 0 | Last Fax  07-JAN-02 | |
| First Fax 07-JAN-02 | | |

```
Guest Information: Ms.            Joann            Hudale
```

| | |
|---|---|
| Frequent Guest | Hotel Room |

| Contact | Iata | Telephone |
|---|---|---|
| Address 1443 S 60th Court | | 7088630188    Home |
| | | Work |
| City/State/Zip Cicero            IL  60804 | | Fax |
| Country USA United States        Province | | |

```
        Hotel Contact
```

```
Inquiry     129 Poor Room Maintenance
 Codes:      26 Other - Front Desk
```

| Arrival:04-JAN-02 | Departure:05-JAN-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $59.00 | Processing Fee | | Penalty Fee |
| Letter 1: Code 990   Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code        Date | | | |
| Compensation: Type | Amount | Date | |
| Check Number | | Intl Sales Agent | |

```
Hotel Response Code 1:

Hotel Response Code 2:

   Notes:   Springfield, IL  Gst called and states that the heat did not work in he
            r room. The gst was moved to a different room. The gst states she recei
            ved prank phone calls during the night. The gst called the front desk b
            ut the calls continued. The gst states that the second room did not hav
            e heat also. CRA FAX
```

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 1138714 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 09-JAN-02 | CBERLIN | Property  07963 |
| Source F | Original 07-JAN-02 | RTRIPLE | Ref Prop |
| Case Status 0 | Last Fax  07-JAN-02 | | |
| First Fax 07-JAN-02 | | | |

Guest Information: Ms.                Ann                Anderson

| | | | |
|---|---|---|---|
| Frequent Guest | | Hotel Room | |
| Contact Ann1967@Msn.Com | Iata | Telephone | |
| Address 5361 Bakutis Road | | 2177446689 | Home |
| | | | Work |
| City/State/Zip Springfield | IL  62707 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry      129 Poor Room Maintenance
Codes:       501 Comment/Suggestion
             516 Received Through Internet

Arrival: 31-DEC-01      Departure: 01-JAN-02      Confirmation # UNKNOWN      Cancellation #

Amount Paid                    Processing Fee   $0.00                    Penalty Fee

Letter 1: Code 990    Date              ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount                    Date

Check Number                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL Gst emailed Customer Service on 1/4/02. The gst wrote t
         hat the TV did not work. The gst is also upset that there was no hair d
         ryer or coffee maker in the room. Gst did not indicate the amount paid
         for the room. RGT FAX
         1/9/02 RECEIVED FAX FROM HTL STATING THEY CALLED THE GST ON 1/7/02 AND
         LEFT A MESSAGE FOR GST TO RETURN CALL. HTL WILL BE WRITING LETTER AND C
         ERTIFICATE WHEN WE HAVE COFFEE MAKERS AND BLOW DRYERS IN THE ROOMS. HTL
         CHECKED THE ROOM AND BOTH THE TV'S WORKED. ANN WAS HAPPY WITH THE DECIS
         ION THEY CAME TO FROM LISA. CRB NO FAX

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| | | |
|---|---|---|
| Case Nbr 1153763 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 28-FEB-02   BOLDENK | Property  07963 |
| Source P | Original 28-FEB-02   BOLDENK | Ref Prop |
| Case Status 0 | Last Fax  28-FEB-02 | |
| First Fax 28-FEB-02 | | |

Guest Information: Mr.              Patrick          Abel

Frequent Guest                              Hotel Room 168

Contact                          Iata                  Telephone
Address 195 Heydts School Rd.                      6103690720   Home
                                                                Work
City/State/Zip Bechtelsville           PA   19505                Fax
    Country USA United States             Province

Hotel Contact

Inquiry      129 Poor Room Maintenance
Codes:       502 Compliments

Arrival:27-FEB-02    Departure:28-FEB-02    Confirmation # UNKNOWN    Cancellation #

Amount Paid $50.00          Processing Fee  $0.00              Penalty Fee

Letter 1: Code  990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type              Amount                  Date

        Check Number                      Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  Springfield, IL  Gst states that the toilet ran constantly and would no
        t shut off.  Gst was moved to a different room.  There was no hot water
        in that room.  Gst called the front desk and was told to let the water
        run for awhile.  Gst let the water run for 15 minutes but still got no
        hot water.  The toilet did not flush properly.  Gst was given a key to
        a different room so he could shower.  The water in that room was barely
        warm.  The toilet in that room still had feces and paper in it.  Gst ha
        d to flush the toilet several times.  Gst feels that he should no be ch
        arged for this room.  Gst also states that the staff have been very kin
        d and have tried to accomodate but he still had to take a cold shower.
        BEO FAX

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 1157249<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 09-MAR-02 | Date          Agent<br>Last Chg 26-APR-02   SSPITZE<br>Original 09-MAR-02   MBRAUN1<br>Last Fax  25-MAR-02 | Chain Code RAM<br>Property  07963<br>Ref Prop |
|---|---|---|

Guest Information: Mr.           Steve            Rockland

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 1112 S. St. | | 2175225181 | Home<br>Work |
| City/State/Zip Springfield | IL    62703 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry      136 Poor Housekeeping
Codes:

| Arrival:09-MAR-02    Departure:09-MAR-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|
| Amount Paid  $150.00 | Processing Fee  $0.00 | Penalty Fee |
| Letter 1: Code  990      Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code           Date | | |
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield IL, Gst states there was a crack pipe under the bed.  There
          was plaster in the shower.  There was also pubic hair in the jacuzzi.
          The carpet is dirty.  There is wax and burn holes on the carpet.  The
          bed was poorly made.  The sheets were dirty.  There was wax on the ente
          rtainment center.  There was food on the floor.  There bathroom floor i
          s dirty.  There were ashes around the jacuzzi.  The television did not
          work.  The front desk sent one up to fix it.  MMB FAX
          3/25  GST LETTER CAME BACK AS UNKOWN ADDRESS.  IF CALL BACK PLEASE REVE
          RIFY.  DER FAX
          04/26/02 RECEIVED A FAX FROM THE HTL STATING THE PNONE NUBMER IS DISCON
          NECTED AND THE ADDRESS IS INCOMPLETE. SVS NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1158220 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 26-APR-02 | SSPITZE | Property 07963 |
| Source P | Original 12-MAR-02 | PHOOKS | Ref Prop |
| Case Status 0 | Last Fax 01-APR-02 | | |
| First Fax 12-MAR-02 | | | |

Guest Information: Mr.                    Maurice                    Walker

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 3531 St. Annes Ct. | | 6308654676    Home |
| | | Work |
| City/State/Zip Aurora | IL   60504 | Fax |
| Country USA United States | Province | |

| | |
|---|---|
| Hotel Contact | |

Inquiry   136 Poor Housekeeping
Codes:    26 Other - Front Desk

| | | | |
|---|---|---|---|
| Arrival:01-DEC-01 | Departure:03-DEC-01 | Confirmation # WALK IN | Cancellation # |
| Amount Paid | Processing Fee   $0.00 | | Penalty Fee |
| Letter 1: Code 990   Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code   Date | | | |

| | | |
|---|---|---|
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

```
Notes:    Springfield, IL  The gst states that he stayed at the property during S
          tate Fair week. The gsts first room was a non smoking room that smelled
          of smoke.  The bathroom floor was dirty as was the carpet in the room.
           The gst was moved to another room and found the same conditions there
          . The gst does not remember the exact dates he stayed at the htl.  The
          gst spoke with a manager and was told that someone would get back with
          him.  No one got back with the gst.  The gst then spoke with Scott and
          was told that someone would be getting back with him and as of yet no o
          ne has.  The gst does not even remember what he was charged for his sta
          y.  PAH  FAX
          04/01/02  Gst called regarding his case.  Advised gst that we would nee
          d an amount for his stay.  Gst arrival time would have been around
          09/01/02 not December if it was during the state fair.  Gst will call b
          ack with amounts and dates.  JAD  FAX
          04/26/02 RECEIVED A FAX FROM THE HTL STATING THEY SENT THE GST A LETTER
          OF APOLOGY AND A CERT FOR ONE FREE NIGHT CERT. SVS NO FAX
```

GSF000-R        Customer Services Case Maintenance Screen       09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 1161921 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 26-APR-02 | SSPITZE | Property 07963 |
| Source P | Original 20-MAR-02 | PONUFRA | Ref Prop |
| Case Status 0 | Last Fax 26-APR-02 | | |
| First Fax 20-MAR-02 | | | |

Guest Information: Ms.       Janice       Rosene

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 8105 Knoxville Rd. | | 3097871160   Home |
| | | Work |
| City/State/Zip Milan | IL   61264 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry     26 Other - Front Desk
Codes:     32 Billing Error

| | | | |
|---|---|---|---|
| Arrival:03-MAR-02 | Departure:03-MAR-02 | Confirmation # DIRECT | Cancellation # |
| Amount Paid $47.70 | Processing Fee | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |
| Compensation: Type | Amount | | Date |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:     Springfield, IL Gst states she made her reservation directly with the
location. She had booked two rooms under her name and guaranteed them
with her credit card. Her friend that was going to stay in one of the
rooms. The gst and her friend could not make it to the htl due to the
weather. Her friend called the htl directly to cxl both rooms, the htl
informed this gst's friend that there was only one room booked under t
his gst's name. The gst was charged as a no show. She did not receive
a no show letter. She was charged $47.70 transaction date of 3/3 on M
C 5291151444215956. She would like this charge credited back to her cr
edit card. PKO FAX
04/26/02 RECEIVED A FAX FROM THE HTL. THE HTL FAXED A COPY OF THE CASE
REPORT BUT NO NEW INFORMATION. SVS FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1163625 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 25-MAR-02    DWALTER | Property  07963 |
| Source P | Original 25-MAR-02    DWALTER | Ref Prop |
| Case Status 0 | Last Fax  25-MAR-02 | |
| First Fax 25-MAR-02 | | |

Guest Information: Ms.              Sandra              Chatten

| Frequent Guest | Hotel Room 210 | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 6309 N. 24th St. | | 2172243941   Home |
| | | Work |
| City/State/Zip Quincy | IL   62305 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry      501 Comment/Suggestion
Codes:
             26 Other - Front Desk
             32 Billing Error

Arrival:01-MAR-02      Departure:03-MAR-02      Confirmation # 63660919    Cancellation #

Amount Paid $95.40            Processing Fee                    Penalty Fee

Letter 1: Code 990    Date            ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount                  Date

                Check Number                      Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL    Gst states she used her VI to hold her res.  Gst s
          tates at checkout she decided to use her DS to pay for their stay.  Gst
          states her VI 4311966220226730 was charged the correct amount that her
          receipt shows, the amount of $95.40.  Gst states her DS 60110077915083
          50 was charged $47.40, transaction date 3/3.  Gst states on her reciept
          shows the room number of 212, but she stayed in room 210.  Gst states
          she also received a message on her answering machine upon returning hom
          e from the htl about her no showing up for her res.  Gst states she was
          there and stayed.  Gst is requesting her DS be credited back the over
          charged amount of $47.40.  Researched tis using the gst credit card num
          ber and found a res made by C.P. at the htl on 1/24 for a NQQ, with 2 a
          dults, for 2 nights, with a CG2576 discount, at the rate of $45.00, wit
          h the arrival date 3/1.  DMW FAX