E-FILED
Friday, 11 November, 2005  11:29:07 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 8

PART
4

GSF000-R              Customer Services Case Maintenance Screen          09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 1164728 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 26-APR-02 | SSPITZE | Property 07963 |
| Source F | Original 27-MAR-02 | TRETZER | Ref Prop |
| Case Status 0 | Last Fax 10-APR-02 | | |
| First Fax 27-MAR-02 | | | |

Guest Information: Mr.                Tim                    Schroll

|  Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 734 N. Coal St. | | 3097763444    Home |
| | | Work |
| City/State/Zip Colchester | IL    62326 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry        26 Other - Front Desk
 Codes:     136 Poor Housekeeping
           129 Poor Room Maintenance

| Arrival: 20-MAR-02 | Departure: 21-MAR-02 | Confirmation # UNKNOWN | Cancellation # |
|---|---|---|---|
| Amount Paid $53.00 | Processing Fee $0.00 | | Penalty Fee $25.00 |

Letter 1: Code 315    Date 10-APR-02    General Apology/Pres NC
Letter 2: Code         Date

| Compensation: Type GC | Amount $25.00 | Date 15-APR-02 |
|---|---|---|
| Check Number 490685 | | Intl Sales Agent |

Hotel Response Code 1:
Hotel Response Code 2:

Notes:     ***********OFFICE OF THE PRESIDENT*************
          Springfield, IL Gst writes that at check in he was told the only king
          room did not have a TV remote but he could have a room with two queen b
          eds, the gst agreed.  The queen room did not have a TV remote.  Gst was
           moved to a different room.  The room was dusty.  Gst was awakened by
          someone opening the door.  Gst called the front desk and was told that
          they had forgotten to enter him into the computer as being in that room
          .  The heater was very noisy.  TLR  FAX
          4/10  Received an email from the gst.  Gst writes that the htl did not
          respond.  Gst called and spoke with the mgr who did not know about his
          complaint.  Taking care of the gst, sending a $25 gift cert.  TLR FAX
          04/26/02 RECEIVED A FAX FROM THE HTL STATING THEY SENT A LETTER OF APOL
          OGY AND A CERT FOR ONE FREE NIGHT STAY. SVS NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | |
|---|---|
| Case Nbr 1165532 | Date      Agent |
| Ref. Case Nbr | Last Chg 28-MAR-02    WBRINK |
| Source F | Original 28-MAR-02    WBRINK |
| Case Status 0 | Last Fax  28-MAR-02 |
| First Fax 28-MAR-02 | |

Chain Code RAM
Property 07963
Ref Prop

Guest Information: Ms.              Jen              Lowe

Frequent Guest                              Hotel Room

Contact Lowesden@Tbcnet.Com          Iata                    Telephone
Address 312 Liberty St.                                      8158275013    Home
                                                                           Work
City/State/Zip Maple Park                IL   60151                        Fax
Country USA United States                  Province

Hotel Contact

Inquiry      129 Poor Room Maintenance
Codes:        26 Other - Front Desk
             516 Received Through Internet

Arrival:01-MAR-02    Departure:03-MAR-02    Confirmation # UNKNOWN    Cancellation #

Amount Paid $90.00              Processing Fee                    Penalty Fee

Letter 1: Code 990    Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type            Amount              Date

Check Number                          Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  Springfield, IL  Gst emailed Customer Service on 03/28/02.  Gst states
        that there was no hot water.  There was a loud gst at 3:00 am and they
        could not sleep.  The fold out couch was broken.  They were moved to an
        other room that had not been cleaned.  Gst did not include how much the
        y were charged.  WLB FAX
        03/28/02  Gst emailed Customer Service on 03/28/02.  Gst states that th
        ey were charged $90.00 for their stay.  WLB FAX

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1173294 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 26-APR-02 | SSPITZE | |
| Source P | Original 15-APR-02 | BULRICH | Property 07963 |
| Case Status 0 | Last Fax 15-APR-02 | | Ref Prop |
| First Fax 15-APR-02 | | | |

Guest Information: Ms.              Carla              Dumas

| Frequent Guest | Hotel Room 171 | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 1510 Chandler St. | | 2174430612    Home |
| | | Work |
| City/State/Zip Danville | IL   61832 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry     129 Poor Room Maintenance
Codes:       50 Hotel Would Not Honor Reserv.

| Arrival:15-APR-02 | Departure:16-APR-02 | Confirmation # 64597285 | Cancellation # |
|---|---|---|---|
| Amount Paid $56.00 | Processing Fee $0.00 | | Penalty Fee |
| Letter 1: Code  990    Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code         Date | | | |
| Compensation: Type | Amount | Date | |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the htl did not honor her res.  Gst wa
         s guaranteed a non-smoking room, but was given a smoking room at check
         in.  The air conditioner did not work.  Pulled res and found that it wa
         s booked by the hlt on 02/20/02 at 2:08 pm.  The res was booked for a N
         K1 room for 04/15/02 for 1 night at the rate of $56.00 plus tax.  The r
         es was changed by the hlt on 04/15/02 at 2:26 pm to a NQQ1 room.  The r
         es was changed by the htl on 04/15/02 at 7:58 pm to a SDD1 room.  BJU F
         AX
         04/26/02 RECEIVED A FAX FROM THE HTL STATING THE HTL SENT A LETTER OF A
         POLOGY AND SENT CERT FOR A FREE NIGHT STAY. SVS NO FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1173562 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 26-APR-02 | SSPITZE | Property  07963 |
| Source P | Original 16-APR-02 | MKNOEPF | Ref Prop |
| Case Status 0 | Last Fax | 16-APR-02 | |
| First Fax 16-APR-02 | | | |

Guest Information: Mr.          Stewart          Sisson

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact | | Iata | Telephone | |
| Address 4 West First Street | | | 2178872745 | Home |
| | | | | Work |
| City/State/Zip Hume | | IL   61932 | | Fax |
| Country USA United States | | Province | | |

| Hotel Contact | |
|---|---|

Inquiry          129 Poor Room Maintenance
Codes:

| Arrival:15-APR-02 | Departure:16-APR-02 | Confirmation # DIRECTLY | Cancellation # |
|---|---|---|---|
| Amount Paid $56.00 | Processing Fee  $0.00 | | Penalty Fee |

Letter 1: Code  990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL   Gst states that the air conditioner didn't work in hi
s room, while he was at the htl.  He told the clerk about this and was
told that the air conditioner wouldn't be fixed until later on today.
MAK FAX
04/26/02 RECEIVED A FAX FROM THE HTL STATING THEY SENT A LETTER OF APOL
OGY AND A GIFT CERT FOR A FREE STAY. SVS NO FAX

```
GSF000-R           Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1178510 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 28-MAY-02 | JMAHAN | Property 07963 |
| Source P | Original 27-APR-02 | THEITMA | Ref Prop |
| Case Status 0 | Last Fax 28-MAY-02 | | |
| First Fax 27-APR-02 | | | |

Guest Information: Mr.            David            Pieplow

| | | | |
|---|---|---|---|
| Frequent Guest | | Hotel Room | |
| Contact | | Iata | Telephone |
| Address 1871 Raintree Trail | | | 6183443092    Home |
| | | | Work |
| City/State/Zip Collinsville | | IL   62234 | Fax |
| Country USA United States | | Province | |

Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance
            17 Rude Desk Clerk

| | | | |
|---|---|---|---|
| Arrival:26-APR-02 | Departure: 27-APR-02 | Confirmation # DIRECT | Cancellation # |
| Amount Paid $53.00 | Processing Fee  $0.00 | | Penalty Fee  $25.00 |

Letter 1: Code  314    Date 29-MAY-02    General Apology NC
Letter 2: Code         Date

| | | |
|---|---|---|
| Compensation: Type  GC | Amount  $53.00 | Date 03-JUN-02 |
| Check Number 505864 | | Intl Sales Agent |

Hotel Response Code 1:
Hotel Response Code 2:

```
Notes:   Springfield, IL Gst states that he requested to talk to the manager an
         d was told he was gone and was never able to talk to the gst. There was
          hair all over the rooms.  The air conditioner did not work.  The maint
         ence man came to the room and it finally came on. The air conditioner b
         lew black stuff all over.  The front desk clerk did not say sorry once.
          TAH FAX
         5/22  The gst called and said the htl has not contacted the gst but did
         receive a letter from the corporate office.  The gst is stating he want
         s a full refund for this and will not take anything less.  I offered th
         e gst a $25.00 gift certificate and the gst became angry and said he wa
         nts the whole stay refunded.  I advised him I could not do that and he
         said he wants a supervisor to call him as this is all he will take.  Su
         bmitting a call back form for the gst. CLL NO FAX
         5/22  Reviewing the case, called the gst and left a message that I had
         called.  JMP NO FAX
         5/22  Gst called back, spoke with gst.  Advised gst that a full refund
         would not be issued.  Gst would like a phone call from someone at the h
         tl.  JMP FAX
         5/28  I called guest back, he wanted a full refund, I offered him first
         nights stay back if he would be willing to accept it in the form of a g
         ift certificate and the guest agreed.  Reimbursing guest $53 gift certi
         ciate. JASON FAX
```

GSF000-R                Customer Services Case Maintenance Screen        09/10/03

| | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Case Nbr 1180082 | Last Chg 14-MAY-02 | LBUSCH2 | |
| Ref. Case Nbr | Original 01-MAY-02 | BDENNER | Property 07963 |
| Source P | Last Fax 14-MAY-02 | | Ref Prop |
| Case Status 0 | | | |
| First Fax 01-MAY-02 | | | |

Guest Information: Mr.          William          Collins

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address PO Box 192 | | 8159324460 | Home |
| | | | Work |
| City/State/Zip Bradley | IL   60915 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance

Arrival:24-APR-02      Departure:25-APR-02     Confirmation # DIRECT      Cancellation #

Amount Paid  $54.06              Processing Fee  $0.00                Penalty Fee  $25.00

Letter 1: Code  314    Date 15-MAY-02    General Apology NC
Letter 2: Code         Date

Compensation: Type  GC            Amount  $30.00              Date 20-MAY-02

Check Number 501468                                 Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfiled, IL  Guest states that there was no hot water.  There were
          black bugs in the bed. The bedspread was soiled.  BDD FAX
          5/14/02 Guest called back and has not heard back from the hotel on this
          , sending the guest a gift certificate in the amount of $30.00 to resol
          ve this. LJB FAX

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1182209 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 06-MAY-02 | KLOUT | Property 07963 |
| Source P | Original 06-MAY-02 | KLOUT | Ref Prop |
| Case Status 0 | | Last Fax 06-MAY-02 | |
| First Fax 06-MAY-02 | | | |

Guest Information: Mr.          Al                    Buerger

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 4401 Gage | | 66473493 | Home |
| | | | Work |
| City/State/Zip Lyons | IL 60534 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry     32 Billing Error
Codes:

Arrival: 13-APR-02    Departure: 14-APR-02    Confirmation # 66473493    Cancellation #

Amount Paid $106.80          Processing Fee  $0.00               Penalty Fee

Letter 1: Code  990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type          Amount                    Date

Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states he stayed 1 night and had 1 room.  Gst was
         charged $62.40 and $42.40 on his MC 5410658416558698, expiration date 0
         8/03, transaction date 04/14.  Gst did not receive a no show letter.  P
         ulled TISS and found 2 reservations made at time of check in.  KJL FAX

```
GSF000-R                Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1186709 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 23-OCT-02 | AGASSER | Property  07963 |
| Source L | Original 17-MAY-02 | SSTOLSM | Ref Prop |
| Case Status 0 | Last Fax  23-OCT-02 | | |
| First Fax 17-MAY-02 | | | |

Guest Information: Ms.　　　　Sharon　　　　　Gilbert

| | | |
|---|---|---|
| Frequent Guest | Hotel Room 232 | |
| Contact | Iata | Telephone |
| Address 19050 Unsicker Road | | 3092638811  Home |
| | | Work |
| City/State/Zip Morton | IL  61550 | Fax |
| Country USA United States | Province | |

| |
|---|
| Hotel Contact |

Inquiry　　　136 Poor Housekeeping
Codes:

| | | | |
|---|---|---|---|
| Arrival: 26-APR-02 | Departure: 27-APR-02 | Confirmation # UNKNOWN | Cancellation # |
| Amount Paid $53.00 | Processing Fee  $10.00 | | Penalty Fee  $25.00 |
| Letter 1: Code 315 | Date 23-OCT-02 | General Apology/Pres NC | |
| Letter 2: Code | Date | | |
| Compensation: Type  GC | Amount  $25.00 | | Date 28-OCT-02 |
| Check Number 561684 | | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:　　Springfield, IL　　　Gst writes the room appeared to not have been c
　　　　　leaned.  The sink had toothpaste in it and the shower and sink had hair
　　　　　in it.  The toilet had urine around it and the desk chair had food cru
　　　　　mbs on it.  The floor had not been vacuumed.  The gst asked to borrow a
　　　　　hair dryer and the mgr brought it to the room and the gst told the mgr
　　　　　of the condition of the room and he said he would make note of it and
　　　　　nothing was done.  The gst sent in a copy of a receipt and it shows the
　　　　　rate was $50 plus tax which was $53 with tax.
　　　　　SLS FAX
　　　　　*********************OFFICE OF THE PRESIDENT*****************
　　　　　10/23/02 Received a letter from the gst stating that she has not heard
　　　　　from the htl, taking care of the gst with a gift cert for $25.00 and a
　　　　　315 letter. AG FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1199391 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 02-JUL-02 | AGLEASO | Property  07963 |
| Source P | Original 13-JUN-02 | TRETZER | Ref Prop |
| Case Status 0 | Last Fax  02-JUL-02 | | |
| First Fax 13-JUN-02 | | | |

Guest Information: Ms.                    Twila              Carter

| | | |
|---|---|---|
| | Frequent Guest | Hotel Room |
| Contact | Iata | Telephone |
| Address 112 Yound Blood Dr. | | 4177791921    Home |
| | | Work |
| City/State/Zip Blue Eye | MO   65611 | Fax |
| Country USA United States | Province | |

| |
|---|
| Hotel Contact |

Inquiry      129 Poor Room Maintenance
Codes:       136 Poor Housekeeping

| | | |
|---|---|---|
| Arrival:10-JUN-02 | Departure:11-JUN-02 | Confirmation # UNKNOWN      Cancellation # |
| Amount Paid $43.00 | Processing Fee  $10.00 | Penalty Fee  $25.00 |

Letter 1: Code  315    Date 03-JUL-02    General Apology/Pres NC
Letter 2: Code          Date

Compensation: Type  GC          Amount  $25.00                Date 08-JUL-02

              Check Number 517650                  Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

    Notes:    *********OFFICE OF THE PRESIDENT*************
              Springfield,IL  Gst states that the toilet didn't flush properly.  The
              sink did not drain.  The carpet was dirty.  TLR  FAX
              7/2/02  Gst called and states that she has not received a response from
              the htl.  Taking care of gst.  Sending gst a gift cert for $25.  AMG F
              AX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1201337 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 29-JUL-02  KLOUT | Property  07963 |
| Source P | Original 17-JUN-02  JHUBER | Ref Prop |
| Case Status 0 | Last Fax  29-JUL-02 | |
| First Fax 17-JUN-02 | | |

```
Guest Information: Ms.            Debra            Hendrickson
```

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | | Telephone |
| Address 414 W. Kirkham | | | 2173245672    Home |
| | | | Work |
| City/State/Zip Litchfield | IL   62056 | | Fax |
| Country USA United States | Province | | |

```
                  Hotel Contact
```

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance

| Arrival:15-JUN-02 | Departure:16-JUN-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid  $65.72 | Processing Fee   $10.00 | | Penalty Fee   $25.00 |
| Letter 1: Code  314   Date 31-JUL-02   General Apology NC | | | |
| Letter 2: Code       Date | | | |
| Compensation: Type  GC       Amount  $30.00 | | Date 05-AUG-02 | |
| Check Number 530097 | | Intl Sales Agent | |

Hotel Response Code 1:
Hotel Response Code 2:

```
  Notes:    Springfield, IL  The gst states that the room could not be opened for t
            hree hours as the key machine was broken.  The carpet in the room was s
            o wet a person could splash.  The plate on the air conditioner was off
            in one of the rooms.  The room smelled and after a couple of hours the
            gst found a moldy pizza in the drawer.  JMH FAX
            07/29/02 Gst called and has not heard from the htl.  Sending gst $30.0
            0 gift cert.  KJL FAX
```

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1202765 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 12-AUG-02 | WBRINK | Property 07963 |
| Source F | Original 19-JUN-02 | WBRINK | Ref Prop |
| Case Status 0 | Last Fax 03-JUL-02 | | |
| First Fax 19-JUN-02 | | | |

Guest Information: Mr.        Don            Spindel

Frequent Guest                                  Hotel Room

Contact Spins71@Hotmail.Com        Iata                Telephone
Address 321 Sherman St.                                 2175637242    Home
                                                                      Work
City/State/Zip Nokomis                  IL   62075                    Fax
Country USA United States               Province

Hotel Contact

Inquiry     136 Poor Housekeeping
Codes:      129 Poor Room Maintenance
            516 Received Through Internet

Arrival:15-JUN-02    Departure:16-JUN-02    Confirmation # UNKNOWN    Cancellation #

Amount Paid $65.72          Processing Fee  $10.00              Penalty Fee  $25.00

Letter 1: Code 994    Date           No Letter but refund
Letter 2: Code        Date

Compensation: Type  GC        Amount  $30.00           Date 08-JUL-02

Check Number 517613                            Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst emailed Customer Service on 06/17/02.  Gst states
         that the room smells like cat urine and the carpet in the halls is stai
         ned.  The shower head leaked and was very rusty.  The air conditioner w
         as very noisy and there was water dripping out of the ceiling vent.  Th
         e tv remote did not work and there were items left behind by another gs
         t that were never removed from the room.  Gst did not include the amoun
         t charged.  WLB FAX
         06/20/02  Gst emailed Customer Service on 06/19/02.  Gst sent in the am
         ount charged.  WLB FAX
         7/3/02 Gst emailed Customer Service on 7/2/02 stating he has not heard
          from the htl. Taking care of gst with $30.00 gift cert. NMF FAX
         08/12/02  Gst emailed Customer Service on 08/11/02.  Gst was inquiring
         about the compensation.  Sending gst email explaining type of compensat
         ion.  WLB NO FAX

GSF000-R                    Customer Services Case Maintenance Screen          09/10/03

| | | |
|---|---|---|
| Case Nbr 1202894 | Date       Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 12-JUL-02   TGARDNE | Property  07963 |
| Source P | Original 20-JUN-02   BOLDENK | Ref Prop |
| Case Status 0 | Last Fax  12-JUL-02 | |
| First Fax 20-JUN-02 | | |

Guest Information: Mrs.              Beth                Burnham

| Frequent Guest | Hotel Room 265 | |
|---|---|---|

Contact Floyd Stewart                    Iata                           Telephone
Address 170 Adger St.                                                   3188659014    Home
                                                                                      Work
                                                                                      Fax
City/State/Zip Shreveport                     LA   71105
        Country USA United States                    Province

Hotel Contact

Inquiry      128 Poor Property Maintenance
  Codes:     136 Poor Housekeeping
             129 Poor Room Maintenance

Arrival:14-JUN-02     Departure:16-JUN-02      Confirmation # UNKNOWN     Cancellation #

Amount Paid $100.00           Processing Fee  $10.00              Penalty Fee  $25.00

Letter 1: Code 314     Date 17-JUL-02     General Apology NC
Letter 2: Code         Date

Compensation: Type  GC          Amount  $50.00              Date 23-JUL-02

        Check Number 525122                           Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the hallways smelled moldy.  There wer
         e water stains on the walls.  There was mold on the shower curtain.  Th
         ere was a vent in the bathroom that allowed the guest to see into the b
         athroom in the next room.  There was a hole in the sink.  The water tem
         perature could not be regulated.  BEO FAX
         7/12  The gst called back and sttes nobody has been in touch with th e
         gst .  Sending the gst a gift cert.  TRG  FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| Case Nbr 1202917 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 20-JUN-02 | JHUBER | Property 07963 |
| Source P | Original 20-JUN-02 | JHUBER | Ref Prop |
| Case Status 0 | | Last Fax 20-JUN-02 | |
| First Fax 20-JUN-02 | | | |

Guest Information: Mr.          Gary            Berra

| Frequent Guest | Hotel Room 160 | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 1104 Gateford Ridge Ct. | | 6362569788    Home |
| | | Work |
| City/State/Zip Ballwin | MO   63021 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry    26 Other - Front Desk
Codes:

| Arrival:15-JUN-02 | Departure:16-JUN-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $40.00 | Processing Fee $10.00 | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |
| Compensation: Type | Amount | | Date |
| Check Number | | Intl Sales Agent | |

Hotel Response Code 1:

Hotel Response Code 2:

Notes: Springfield, Il  The gst requested a quiet area and they did get a corn
er room, but the hotel was having a pool party that was on the other si
de of the hotel, but the party moved to the restraunt and it was loud.
The party did not end at 10 as the gst was told, it lasted until 3 AM.
The restraunt would have been closed except for the pool party.  The de
sk tried to help.  The gst contacted the desk five times.  They were of
ffered a $19.00 discount.  The wife of the gst talked to the desk and w
as told that if they did not like the property they could have left.  T
he gst did call the property again on Sunday and talked to Erica and sh
e did talk to the gst about the situation, and she took the his number
to have the manager call him and he still has not heard from the manage
r.  JMH FAX

GSF000-R                    Customer Services Case Maintenance Screen        09/10/03

| | | |
|---|---|---|
| Case Nbr 1204029 | Date      Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 10-JUL-02    TFJELST | Property  07963 |
| Source F | Original 22-JUN-02    TFJELST | Ref Prop |
| Case Status 0 | Last Fax  10-JUL-02 | |
| First Fax 22-JUN-02 | | |

Guest Information: Ms.              Tracy              Reese

| | | |
|---|---|---|
| Frequent Guest | | Hotel Room |
| Contact Spins2be@Hotmail.Com | Iata | Telephone |
| Address 321 Sherman St | | 2175637242    Home |
| | | Work |
| City/State/Zip Nokomis | IL  62075 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry    26 Other - Front Desk              516 Received Through Internet
Codes:     136 Poor Housekeeping
           129 Poor Room Maintenance

Arrival:15-JUN-02    Departure:16-JUN-02    Confirmation # 19802780    Cancellation #

Amount Paid              Processing Fee  $10.00              Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount              Date

              Check Number                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  Springfield, IL  Gst emailed Customer Service on 6/18/02.  Gst wrote th
        ere was a live band at the htl and there were people parting and drinki
        ng in the hallway all night long.  The outside entrances were open all
        night.  There were cobwebs on the hallway windows.  There was trash in
        the dressers.  There was a pack of cigarettes in a drawer, but room was
        non smoking.  The bathroom still had ashes on the floor.  The bath mat
        needed to be thrown away due to the condition.  The shower head leaked
        .  The air conditioner did not work well.  The vent in the ceiling leac
        ked water when it was on.  There was only 2 towels and 2 wash cloths an
        d no shampoo.  The halls smelled like cat urine.  Gst did not include a
        munt paid.  TLF FAX
        7/10/02  Gst emailed Customer Service on 7/4/02.  Gst wrote she did no
        t pay for the room.  The room was paid for by her fiance, Don Spindel.
        TLF FAX

```
GSF000-R              Customer Services Case Maintenance Screen           09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1204618 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 11-JUL-02 | TGARDNE | Property 07963 |
| Source P | Original 23-JUN-02 | MJUNDT | Ref Prop |
| Case Status 0 | Last Fax 11-JUL-02 | | |
| First Fax 23-JUN-02 | | | |

Guest Information: Ms.          Belinda          Baker

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 230 N Putnam Street | | 2175841234   Home |
| | | Work |
| City/State/Zip Meredofia | IL  62665 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry  136 Poor Housekeeping
Codes:
         128 Poor Property Maintenance
         26 Other - Front Desk

Arrival:15-JUN-02     Departure:16-JUN-02     Confirmation # DIRECT     Cancellation #

Amount Paid $62.00       Processing Fee  $10.00          Penalty Fee  $25.00

Letter 1: Code 314    Date 17-JUL-02     General Apology NC
Letter 2: Code        Date

Compensation: Type  GC       Amount  $30.00           Date 23-JUL-02

            Check Number 525121              Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  Springfeild, IL  Gst states the carpet in hallway was soaked with water
        .  The room had a terrible smell.  The room looked as though it was onl
        y half clean.  The bathroom floor was very dirty.  Gst also states the
        majority of the htl was blocked off because of a wedding.  MAJ  FAX
        7/12  The gst did call back and stated that she has never heard anythi
        ng back from the htl.  I advised the gst we would take over the case
        and resolve it for her .  She stated she didn't want no gift cert.  She
        would just take the loss of money and never stay at our htl agin.  She
        stated the least she could have gotten was an apology letter, if nothi
        ng else.  Sending gst a gift cert.  TRG  FAX

GSF000-R                 Customer Services Case Maintenance Screen              09/10/03

| Case Nbr 1208574 | Date Agent | Chain Code RAM |
|---|---|---|
| Ref. Case Nbr | Last Chg 12-JUL-02 EKARY | Property 07963 |
| Source P | Original 30-JUN-02 BCONERS | Ref Prop |
| Case Status 0 | Last Fax 12-JUL-02 | |
| First Fax 30-JUN-02 | | |

Guest Information: Ms.          Marshawn              Stevens

| Frequent Guest | Hotel Room |
|---|---|

Contact                                 Iata                          Telephone
   Address 837 E. Percy                                              2177538121      Home
                                                                                     Work
                                                                                     Fax
City/State/Zip Springfield                    IL  62702
   Country USA United States                      Province

Hotel Contact

Inquiry        26 Other - Front Desk              136 Poor Housekeeping
  Codes:    129 Poor Room Maintenance              17 Rude Desk Clerk
            128 Poor Property Maintenance

Arrival:29-JUN-02     Departure: 30-JUN-02     Confirmation # UNKNOWN     Cancellation #

Amount Paid $53.00            Processing Fee  $10.00                 Penalty Fee  $25.00

Letter 1: Code 314   Date 17-JUL-02     General Apology NC
Letter 2: Code       Date

Compensation: Type  GC          Amount  $25.00            Date 23-JUL-02

            Check Number 525184                      Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Gst states that the mgr was drunk. A housekeeper was d
runk. The front desk clerk was drunk. The bathroom was dirty. The air c
onditioning did not work. When the gst checked into her room there were
dirty towels from the gst before her still there. There were roaches in
her room and her bed. Gst held a convention there and the dishes that w
ere brought out were dirty. The ceiling had a hole in one spot and in a
nother part of the ceiling was caving in. Gst said that there was a chi
ld working behind the front desk. Gst had to bring someone up to the ro
om to clean it and watch over them to make sure they did it. Gst said t
hat she will not pay any of the bill till she hears from the owner. Gst
said that the servers were great and the catering coordinator Anette wa
s great. BMC FAX
06/30/02  Gst called back to report another gsts has been charged extra
for her room.  Advised gst to have the other gst call in and file a con
cern.  No manager on duty at this time.   SMW NO FAX
6/30/02  The gst called back and states that she really would like to s
peak with the mgr before she goes home.  The gst just wanted to cxl the
 authorization on one card and use another card to pay for the room. Th
e front desk clerk did not have the password to cxl the authorization.
The gst feels that they are just playing a game with them.  I advised t
he gst of the 7 working days.  The gst also says that there is a 13 yea
r old working all weekend on the front desk.  KDB FAX
7/12/02  Gst has not heard from the htl.  Taking care of gst with $25.0
0 gift cert. EAK FAX

GSF000-R              Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 1208635 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 30-JUN-02 | DWALTER | Property 07963 |
| Source P | Original 30-JUN-02 | DWALTER | Ref Prop |
| Case Status 0 | Last Fax 30-JUN-02 | | |
| First Fax 30-JUN-02 | | | |

Guest Information: Mr.          John           German

| | Frequent Guest | | Hotel Room 210 | |
|---|---|---|---|---|

| Contact | Iata | Telephone |
|---|---|---|
| Address 712 Vance St. | | 2174659103   Home |
| | | Work |
| City/State/Zip Paris | IL  61944 | Fax |
| Country USA United States | Province | |

| | Hotel Contact | |
|---|---|---|

Inquiry      129 Poor Room Maintenance
Codes:       136 Poor Housekeeping

| Arrival:27-JUN-02 | Departure:30-JUN-02 | Confirmation # GROUP | Cancellation # |
|---|---|---|---|
| Amount Paid $111.30 | Processing Fee $10.00 | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:     Springfield, IL      Gst states they were with a ball team.  Gst stat
es the first room the air did not work, but was offered a fan.  Gst sta
tes around 1:30am they were offered a room that the air conditioner did
work.  Gst states the next day the whole wing they were on the air con
ditioner broke down.  Gst states they got no maid service.  Gst was adv
ised they do not have enough towels when the htl is full.  Gst was offe
red a discount because of the air not working.  Gst states he was also
offered an additional $20.00 off rate and stated the mgr wrote it on th
e bill.  Gst states upon checking out the clerk refused to give the add
itional discount.  Gst states one day they had no hot water, but the ot
her days the hot water was scalding.  DMW FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1208649 | Date     Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 30-JUN-02  STVEIT | Property  07963 |
| Source P | Original 30-JUN-02  STVEIT | Ref Prop |
| Case Status 0 | Last Fax  30-JUN-02 | |
| First Fax 30-JUN-02 | | |

```
Guest Information: Mr.          Kenneth          Benson
```

| | | |
|---|---|---|
| Frequent Guest | | Hotel Room |
| Contact | Iata | Telephone |
| Address 508 Davis St. | | 2174634281   Home |
| | | Work |
| City/State/Zip Paris | IL  61944 | Fax |
| Country USA United States | Province | |

| | |
|---|---|
| Hotel Contact | |

```
Inquiry      136 Poor Housekeeping
Codes:
```

| | | | |
|---|---|---|---|
| Arrival:27-JUN-02 | Departure:30-JUN-02 | Confirmation # DIRECT | Cancellation # |
| Amount Paid $180.00 | Processing Fee  $10.00 | | Penalty Fee |
| Letter 1: Code 990  Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code     Date | | | |

| | | |
|---|---|---|
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

```
Hotel Response Code 1:
Hotel Response Code 2:

   Notes:    Springfield, IL  Gst states that he did not receive a receipt at the ht
             l. The gst had to wait for the room to be cleaned. The gst did not rece
             ive new towels. The ice machine was leaking in the hall. The gst spoke
             with the mgr but was only told that they were going to be remodeling th
             e htl. SMT FAX
```

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1208758<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 30-JUN-02 | Date      Agent<br>Last Chg 01-JUL-02  JHAGMAN<br>Original 30-JUN-02  JHAGMAN<br>Last Fax  01-JUL-02 | Chain Code RAM<br>Property  07963<br>Ref Prop |
|---|---|---|

Guest Information: Ms.          Susan          Hoffmann

|  | Frequent Guest |  | Hotel Room |  |
|---|---|---|---|---|
| Contact | | Iata | | Telephone |
| Address 1501 S. Miami Ln | | | | 8473906441   Home<br>Work |
| City/State/Zip Des Plaines | | IL   60018 | | Fax |
| Country USA United States | | Province | | |

|  | Hotel Contact |  |
|---|---|---|

Inquiry       136 Poor Housekeeping
Codes:      129 Poor Room Maintenance

Arrival: 30-JUN-02      Departure: 01-JUL-02      Confirmation # DIRECT      Cancellation #

Amount Paid                    Processing Fee  $10.00              Penalty Fee

Letter 1: Code 990   Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code       Date

Compensation: Type          Amount              Date

              Check Number              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL Gst states that she arrived at the htl and got to her r
oom. The toilet was running and there was a whole in the ceiling above
the toilet. Front dest moved her to another room and there was no coffe
e pot. The air conditioner is not working and it is very hot in the roo
m.  The front desk got her a coffee pot and then the girl left crying.
The mgr can not be reached and there is no one at the front desk to hel
p anyone to check in. Gst does not know the amount of the room because
they never gave her a receipt.JLH FAX

GSF000-R             Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1208764 | Date      | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 30-JUN-02 | DRUX | Property 07963 |
| Source P | Original 30-JUN-02 | DRUX | Ref Prop |
| Case Status 0 | Last Fax 30-JUN-02 | | |
| First Fax 30-JUN-02 | | | |

Guest Information: Mr.          Joan          Hofrichter

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact Jerry Hofrichter | | Iata | | Telephone |
| Address 3637 Euclid Ave | | | | 7087889142    Home |
| | | | | Work |
| City/State/Zip Berwin | | IL   60402 | | Fax |
| Country USA United States | | Province | | |

| | Hotel Contact | |
|---|---|---|

Inquiry    32 Billing Error
Codes:    129 Poor Room Maintenance
          136 Poor Housekeeping

Arrival:27-JUN-02     Departure:30-JUN-02     Confirmation # 65608343    Cancellation #

Amount Paid $174.90          Processing Fee  $10.00              Penalty Fee

Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type          Amount              Date

          Check Number                  Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL Gst states that there was no housekeeping in which room
         was filthy.  His friend got his bill and he got his friends bill.  Fri
         end is broadrick with arrival on 6/27/02 and departure on 06/30/02.  He
         was charged on VI 4352373357087599.  Due to air conditioner not workin
         g he was told he would get $30.00 off and then he got friends bill in r
         oom next door and payed full price.  DRR FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1208824 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 16-JUL-02 | DBREWER | Property 07963 |
| Source P | Original 30-JUN-02 | MGENZLE | |
| Case Status 0 | Last Fax 16-JUL-02 | | Ref Prop |
| First Fax 30-JUN-02 | | | |

Guest Information: Mr.          Pat                    Crowley

Frequent Guest                              Hotel Room

Contact                              Iata                    Telephone
Address 3815 S. Kenilworth Ave.                        7087499692    Home
                                                                    Work
City/State/Zip Berwin                  IL   60402                   Fax
        Country USA United States           Province

Hotel Contact

Inquiry    129 Poor Room Maintenance
Codes:     136 Poor Housekeeping
           26 Other - Front Desk

Arrival:27-JUN-02    Departure:30-JUN-02    Confirmation # UNKNOWN    Cancellation #

Amount Paid $165.00          Processing Fee  $10.00          Penalty Fee  $25.00

Letter 1: Code 314    Date 17-JUL-02    General Apology NC
Letter 2: Code         Date

Compensation: Type  GC          Amount  $25.00          Date 23-JUL-02

Check Number 525193                              Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the air conditioner in his room and ma
         ny other rooms did not work.  Gst also states that there were bugs in t
         he room, there were no bath towels, and the service was poor.  Gst want
         s a full refund.  Gst paid $55 plus tax per night.  MAG FAX
         7/2  Gst states that the charge came through totalling $174.90.  Gst is
         disputing the whole amount.  DER FAX
         7/16/02  Gst called back and has received a response from the htl.  The
         gst is not satisfied with the response from the property.  The htl off
         ered the gst 20 percent off a future stay.  Taking care of the gst, iss
         uing gst a $25.00 gft cert.  DJB FAX

GSF000-R                    Customer Services Case Maintenance Screen          09/10/03

| | Date | Agent | |
|---|---|---|---|
| Case Nbr 1209021 | Last Chg 01-JUL-02 | SSMITH3 | Chain Code RAM |
| Ref. Case Nbr | Original 01-JUL-02 | SSMITH3 | Property 07963 |
| Source P | | Last Fax 01-JUL-02 | Ref Prop |
| Case Status 0 | | | |
| First Fax 01-JUL-02 | | | |

Guest Information: Mr.                   Ed                  Melling

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact | | Iata | | Telephone |
| Address 107 Bradley Dr. | | | | 2174665940      Home |
| | | | | Work |
| City/State/Zip Paris | | IL   61944 | | Fax |
| Country USA United States | | Province | | |

| Hotel Contact |
|---|

Inquiry    128 Poor Property Maintenance
Codes:      17 Rude Desk Clerk
           136 Poor Housekeeping

Arrival:28-JUN-02    Departure:30-JUN-02    Confirmation # DIRECT    Cancellation #

Amount Paid $174.90          Processing Fee                    Penalty Fee  $25.00

Letter 1: Code  990   Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type              Amount                   Date

            Check Number                     Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfeild, IL  Gst states that the hotel had no towels, ask desk Cler
        k for towels they were not helpful.  The cleaning staff was useing
        Profanity towards gst.  Rooms not were not Vacumed. Son was 9 years
        old doing great job. Gst states mgr was drunk on property. there  was
        no air. SLS FAX

GSF000-R             Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1209222 | Date        Agent | |
|---|---|---|
| Ref. Case Nbr | Last Chg 01-JUL-02  BDENNER | Chain Code RAM |
| Source P | Original 01-JUL-02  BDENNER | Property  07963 |
| Case Status 0 | Last Fax  01-JUL-02 | Ref Prop |
| First Fax 01-JUL-02 | | |

Guest Information: Ms.          Laurie          Gragnani

| | Frequent Guest | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 6410 West 32nd St. | | 7087955417 | Home |
| | | | Work |
| City/State/Zip Berwyn | IL   60402 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry     136 Poor Housekeeping
Codes:      129 Poor Room Maintenance

| Arrival:27-JUN-02 | Departure:30-JUN-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $55.00 | Processing Fee  $10.00 | | Penalty Fee |
| Letter 1: Code 990   Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code     Date | | | |

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:  Springfield, IL  Guest states that the room was very dirty.  There were
no towels in the room. There was no air conditioning in the room.  BDD
FAX

```
GSF000-R          Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1209447 | Date        Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 23-JUL-02   MLOPES | Property  07963 |
| Source P | Original 01-JUL-02   NLAVALL | Ref Prop |
| Case Status 0 | Last Fax  23-JUL-02 | |
| First Fax 01-JUL-02 | | |

Guest Information: Ms.          Gail          Dastice

| | | |
|---|---|---|
| Frequent Guest | | Hotel Room |
| Contact | Iata | Telephone |
| Address 2901 Maple Ave. | | 7087499755    Home |
| | | Work |
| City/State/Zip Berwyn | IL   60402 | Fax |
| Country USA United States | Province | |

Hotel Contact

Inquiry        136 Poor Housekeeping
Codes:

| | | | |
|---|---|---|---|
| Arrival:27-JUN-02 | Departure:30-JUN-02 | Confirmation # DIRECT | Cancellation # |
| Amount Paid $177.00 | Processing Fee  $10.00 | | Penalty Fee  $25.00 |

| | | |
|---|---|---|
| Letter 1: Code  314 | Date 17-JUL-02    General Apology NC | |
| Letter 2: Code | Date | |

| | | |
|---|---|---|
| Compensation: Type  GC | Amount  $45.00 | Date 23-JUL-02 |

| | |
|---|---|
| Check Number 525145 | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

```
Notes:    Springfield, MO Gst stated that the hotel was terrible. Gst spoke with
          desk clerk to make a meeting with the manager and the manager left with
          out talking to the Gst. The rooms were hot there was no air conditione
          r. No clean towels.Gst would like to hear from the manager. NRL FAX.
          7/12/02  Gst called and has not heard from the htl. Sending the gst a
          $45 gift certificate. CRA FAX
          07/23/02  Gst called in and stated that she did not want a gift certifi
          cate or 20% off her next stay.  She made an agreement with her credit c
          ard to stop payment.  She will not pay for her stay.  Does not want any
          thing from us.  States that we will have to deal with her credit card c
          ompany.  MLL FAX
```

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1210188 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 12-JUL-02 | JHUBER | Property 07963 |
| Source P | Original 02-JUL-02 | PHOOKS | Ref Prop |
| Case Status 0 | Last Fax 12-JUL-02 | | |
| First Fax 02-JUL-02 | | | |

Guest Information: Ms.          Regina            Mendicino

```
          Frequent Guest                          Hotel Room
```

| | | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 6644 W. 34th St. | | 7084846291    Home |
| | | Work |
| | | Fax |

City/State/Zip Berwyn                IL   60402
     Country USA United States              Province

```
          Hotel Contact
```

| Inquiry Codes: | 136 Poor Housekeeping | 26 Other - Front Desk |
|---|---|---|
| | 129 Poor Room Maintenance | 32 Billing Error |
| | 128 Poor Property Maintenance | |

Arrival: 27-JUN-02     Departure: 30-JUN-02     Confirmation # UNKNOWN     Cancellation #

Amount Paid $160.00          Processing Fee $10.00               Penalty Fee $25.00

Letter 1: Code 314    Date 17-JUL-02     General Apology NC
Letter 2: Code         Date

Compensation: Type GC          Amount $25.00               Date 23-JUL-02

          Check Number 525199                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL  The gst states the condition of the property was awful
. The air conditioner did not work properly. There was mold on the ceil
ing over the bed. The gst did talk to the manager and refused to sign t
he bill.  The gst was with a Little League group.  The gst states that
the manager would correct her bill but did not know what the final bill
would be.  The gst states that she was quoted a rate of $55.00 per nig
ht.  The manager did offer to move the gst to another room but the gst
declined because she did not want her son sleeping on a roll away. The
gst states that her room was on the outside of the property. There were
only 2 working lights in the hallway.  PAH FAX
07/12 The gst states that she has not heard from the hotel. Sending the
gst half of first nights stay.  JMH FAX

GSF000-R            Customer Services Case Maintenance Screen        09/10/03

| Case Nbr 1212609 | Date        Agent | Chain Code RAM |
|---|---|---|
| Ref. Case Nbr | Last Chg 22-JUL-02   EKARY | Property  07963 |
| Source P | Original 07-JUL-02   EKARY | Ref Prop |
| Case Status 0 | Last Fax  07-JUL-02 | |
| First Fax 07-JUL-02 | | |

Guest Information: Mr.            Roger            Imler

| | Frequent Guest | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 1363 S. Cherry St. | | 3093434549 | Home |
| | | | Work |
| City/State/Zip Galesburg | IL   61401 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry    136 Poor Housekeeping
Codes:     129 Poor Room Maintenance
           17 Rude Desk Clerk

Arrival:04-JUL-02    Departure:07-JUL-02    Confirmation # DIRECT    Cancellation #

Amount Paid  $45.00           Processing Fee  $10.00              Penalty Fee

Letter 1: Code 990    Date        ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type            Amount              Date

         Check Number                      Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the floors were very dirty and did not
         get vacuumed throughout the entire stay.  The air conditioning was bro
         ken and they had to change rooms several times, but never got a room wh
         ere the air conditioning worked.  The housekeepers did not clean the ro
         om, they only emptied the trash.  The desk clerk was rude.  EAK FAX

```
GSF000-R              Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1212916 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 08-JUL-02 | AGASSER | Property 07963 |
| Source L | Original 08-JUL-02 | AGASSER | Ref Prop |
| Case Status 0 | Last Fax 08-JUL-02 | | |
| First Fax 08-JUL-02 | | | |

Guest Information: Ms.          Barbara J.          Hogan

| | | |
|---|---|---|
| Frequent Guest | | Hotel Room |

| | | | |
|---|---|---|---|
| Contact | Iata | | Telephone |
| Address 1038 Hilltop Drive | | | 2396430416    Home |
| | | | Work |
| City/State/Zip Naples | FL   34103 | | Fax |
| Country USA United States | Province | | |

Hotel Contact

```
Inquiry     129 Poor Room Maintenance
Codes:      136 Poor Housekeeping
```

| | | | |
|---|---|---|---|
| Arrival:14-JUN-02 | Departure:18-JUN-02 | Confirmation # UNKNOWN | Cancellation # |
| Amount Paid | Processing Fee  $10.00 | | Penalty Fee |
| Letter 1: Code 990    Date | ACKNOWLEDGEMENT LETTER | | |
| Letter 2: Code       Date | | | |
| Compensation: Type | Amount | | Date |
| Check Number | | | Intl Sales Agent |

```
Hotel Response Code 1:
Hotel Response Code 2:

    Notes:    ****************************OFFICE OF THE PRESIDENT********************
              Springfield, IL. The gst writes that the first room that they were give
              n was humid and smelled, the gst writes that the airconditioner in the
              room did not work well. The gst was given a new room. The gst writes th
              at there were socks hanging in the shower, and empty soda bottle under
              the table and toilet paper onbt he back of the door. The gst did not in
              clude a phone number with her letter. AG FAX
```

GSF000-R          Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1213050 | Date      Agent | Chain Code RAM |
|---|---|---|
| Ref. Case Nbr | Last Chg 16-SEP-02   TFJELST | Property  07963 |
| Source P | Original 08-JUL-02   WMAIN | Ref Prop |
| Case Status 0 | Last Fax 30-JUL-02 | |
| First Fax 08-JUL-02 | | |

Guest Information: Mr.                    Steven              Stout

| | Frequent Guest | Hotel Room | |
|---|---|---|---|
| Contact Rebecca Meyers | Iata | Telephone | |
| Address 1020 N. Indiania | | 2175444417  Home | |
| | | 2174147019  Work | |
| City/State/Zip Springfield | IL  62702 | 8002721772  Fax | |
| Country USA United States | Province | | |

| | Hotel Contact | |
|---|---|---|

Inquiry      129 Poor Room Maintenance
Codes:        26 Other - Front Desk

| Arrival:07-JUL-02 | Departure:08-JUL-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid $53.00 | Processing Fee  $10.00 | | Penalty Fee $25.00 |

Letter 1: Code  314     Date 31-JUL-02     General Apology NC
Letter 2: Code          Date

| Compensation: Type  GC | Amount  $25.00 | Date 05-AUG-02 |
|---|---|---|
| Check Number 530163 | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states in the first room they were given the air c
          onditioner did not work.  The TV did not work.  Gst complained and was
          moved to another room.  The staff closed down the pool at 10pm and then
          threw a party in the pool area.  The staff would not allow any gst to
          to use the pool at this time.  Gst states the staff grilled and drank u
          ntil 2am and were quite loud at times.  Gst saw several members of the
          staff urinate in the pool area.  WAM FAX
          07/30/02  Gst called back and states that the htl has not resolved her
          concern.  Customer service is taking care of the gst by sending a $25.0
          0 gift cert.  BJU FAX
          9/14/02  Gst called in and states that she has not recieved her compens
          ation.  Submitting stop payment form to have compensation reissued.  ML
          L NO FAX
          9/16/02  REVIEWING CASE.  THE STOP PAYMENT FORM INCLUDES AND DIFFERENT
          ADDRESS OF PO BOX 783, KINCAID, IL 62540.  GIFT CERT WAS SENT OUT FROM
          CUSTOMER SERVICE.  I WILL CASE COPY TO REISSUE TO THE GST AS GOODWILL.
          THE GIFT CERT WILL BE ISSUED FROM AAAGS.  TLF CHECK PROCESSOR NO FAX
          9/16/02  *****CASE COPY 1257972*****TLF CHECK PROCESSOR NO FAX

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1213358 | Date          Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 08-JUL-02  DCLOBES | Property  07963 |
| Source P | Original 08-JUL-02  THUNSTA | Ref Prop |
| Case Status 0 | Last Fax  08-JUL-02 | |
| First Fax 08-JUL-02 | | |

```
Guest Information: Mr.          Barry           Manheim
```

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 3 S. 012 Second St. | | 6308361822    Home |
| | | Work |
| City/State/Zip Warrenville | IL   60555 | Fax |
| Country USA United States | Province | |

```
Hotel Contact
```

```
Inquiry        26 Other - Front Desk
Codes:
               17 Rude Desk Clerk
               129 Poor Room Maintenance
```

```
Arrival:27-JUN-02    Departure:29-JUN-02    Confirmation # UNKNOWN    Cancellation #
```

| | | |
|---|---|---|
| Amount Paid $111.00 | Processing Fee   $10.00 | Penalty Fee |
| Letter 1: Code 990    Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code        Date | | |
| Compensation: Type | Amount | Date |
| Check Number | | Intl Sales Agent |

```
Hotel Response Code 1:

Hotel Response Code 2:

   Notes:   Springfield, IL Gst states that this was the worst service he has ever
            recieved. The mgr was horrible but the staff was doing their best. he h
            ad a book of rooms blocked. He got to the htl and they gave away their
            rooms. They had rooms available but they were nonsmoking so they said t
            hat he can smoke in the room and they gave him an ashtray. They get up
            to the room and there was luggage already in the room. He went downstai
            rs to get another room. They gave him another room and there was people
            in that room. At this point he is getting very upset hauling luggage u
            p and down the stairs. The front desk clerk keeps telling them that no
            one should have been in those rooms. After over an hour he finally gets
            a room. The room wasn't very cool. When they first got to the htl is w
            as filthy. They said that the housekeeping walked out on the htl so the
            re was no housekeeping available at all. Other people from the party wa
            s having problems so they checked out and went to another htl. The seco
            nd night the air conditioning went out on the whole second floor. The g
            st asked for a fan and the front desk clerk started complaining to the
            gst. The gst is very upset about the htl and he wants to be compensated
            for everything he went through. The htl offered them $20/night taken f
            rom their bill. TLH FAX
            7/8  I spoke with the guest and advised him of the 7 business days. DAC
            NO FAX
```

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1216615<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 12-JUL-02 | Date<br>Last Chg 24-JUL-02<br>Original 12-JUL-02<br>Last Fax 24-JUL-02 | Agent<br>SOCHOCK<br>THUNSTA | Chain Code RAM<br>Property 07963<br>Ref Prop |

Guest Information: Ms.            Susan            Neuman

| Frequent Guest | Hotel Room 253 | |
|---|---|---|
| Contact<br>Address 399 W. Tremont | Iata | Telephone<br>2174352151  Home<br>                  Work<br>                  Fax |

City/State/Zip Waverly                 IL   62692
    Country USA United States              Province

Hotel Contact

| Inquiry<br>Codes: | 129 Poor Room Maintenance<br>136 Poor Housekeeping<br>26 Other - Front Desk | 128 Poor Property Maintenance |
|---|---|---|

Arrival:11-JUL-02     Departure:12-JUL-02     Confirmation # UNKNOWN     Cancellation #

Amount Paid $62.00          Processing Fee  $10.00          Penalty Fee  $25.00

Letter 1: Code  314     Date 24-JUL-02     General Apology NC
Letter 2: Code          Date

Compensation: Type  GC          Amount  $30.00          Date 30-JUL-02

       Check Number 527637                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL Gst states that they didn't have hot water. The room wa
         sn't very clean along with the whole htl.  The mirror had streaks and s
         mears all over it. The bathtub water was still in the tub. There was ga
         rbage outside of the htl. There wasn't washclothes or cups in the room
         when she arrived. TLH FAX
         7/22/2  Gst called back regarding her concern.  Advised the gst to allo
         w the htl the seven business days to respond.  The gst also added that
         she left a pair of pajamas at the htl and when she called about them no
         one contacted her back.  AMH FAX
         07/23/02  Gst called back regarding her concern. Htl did not respond wi
         htin seven business days.
         7/24 Gst called back and wanted to know status of case. Gst was advised
          that a $30 gift cert had been requested. SKO FAX

GSF000-R            Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1219087 | Date        Agent | Chain Code RAM |
|---|---|---|
| Ref. Case Nbr | Last Chg 16-JUL-02   STVEIT | Property  07963 |
| Source P | Original 16-JUL-02   STVEIT | Ref Prop |
| Case Status 0 | Last Fax  16-JUL-02 | |
| First Fax 16-JUL-02 | | |

Guest Information: Ms.            Jennifer           Bunch

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact | Iata | Telephone |
| Address 501 5th St. | | 3099120689   Home |
| | | Work |
| City/State/Zip Colona | IL  61241 | Fax |
| Country USA United States | Province | |

| Hotel Contact | |
|---|---|

Inquiry     136 Poor Housekeeping
Codes:     129 Poor Room Maintenance
           26 Other - Front Desk

Arrival:12-JUL-02    Departure:13-JUL-02    Confirmation # 69426372    Cancellation #

Amount Paid $59.36          Processing Fee  $10.00               Penalty Fee

Letter 1: Code 990    Date         ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date

Compensation: Type            Amount                  Date

            Check Number                    Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states that there was no soap, shampoo, or condito
          iner in the room. The front desk said that they were out. The key did n
          ot work. The gst had to have it reprogrammed. The remote did not work.
          The shower leaked. There was 2 advil tablets on the floor. The gst did
          not think that the room was vacumed. There was a sticky substance on th
          e dresser. SMT FAX

```
GSF000-R            Customer Services Case Maintenance Screen        09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1223064 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 07-AUG-02 | NFOUGHT | Property 07963 |
| Source F | Original 22-JUL-02 | NFOUGHT | Ref Prop |
| Case Status 0 | | Last Fax 30-JUL-02 | |
| First Fax 22-JUL-02 | | | |

Guest Information: Ms.              Deb               Johnston

| Frequent Guest | Hotel Room | |
|---|---|---|

Contact Coachjohnston@Hotmail.Com        Iata                    Telephone
Address 937 Country Club Dr                              8159321082    Home
                                                                       Work
City/State/Zip Kankakee                IL   60901                      Fax
    Country USA United States                  Province

| Hotel Contact | |
|---|---|

Inquiry      136 Poor Housekeeping
Codes:       129 Poor Room Maintenance
             516 Received Through Internet

Arrival:12-JUL-02    Departure:13-JUL-02    Confirmation # UNKNOWN    Cancellation #

Amount Paid                  Processing Fee  $10.00              Penalty Fee

Letter 1: Code  990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type              Amount              Date

         Check Number                          Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL Gst emailed Customer Service on 7/20/02 stating there w
          as no toilet paper. The bed did not have a top sheet and she was told t
          here were none available. The carpet had not been vacuumed. The shower
          curtain was dirty. The bathroom floor had dirt clumps. The toilet bowl
          was dirty. The shower didn't work properly. The sink area had not been
          cleaned. The mirror was splattered with something. Gst's friend paid fo
          r the room. NMF FAX
          7/30/02 Gst emailed Customer Service on 7/29/02 restating her case. Re-
          advised gst of the fourteen business days. NMF FAX
          8/7/02 Gst emailed Customer Service on 8/6/02 stating she has not heard
           from the htl. Sent 310 email. NMF NO FAX

GSF000-R                Customer Services Case Maintenance Screen            09/10/03

| Case Nbr 1225970 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 26-JUL-02 | PHOOKS | Property 07963 |
| Source P | Original 26-JUL-02 | PHOOKS | Ref Prop |
| Case Status 0 | Last Fax 26-JUL-02 | | |
| First Fax 26-JUL-02 | | | |

Guest Information: Mr.                    Ronald G.          O'brien

|  |  |  |  |
|---|---|---|---|
| Frequent Guest | | Hotel Room | |
| Contact Nancy O'Brien | Iata | Telephone | |
| Address 214 Wheeler Ave. | | 8157299484 | Home |
| | | | Work |
| City/State/Zip Joliet | IL 60436 | | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry     136 Poor Housekeeping
Codes:      26 Other - Front Desk

| Arrival:12-JUL-02 | Departure:13-JUL-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid | Processing Fee $10.00 | | Penalty Fee |
| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |

| Compensation: Type | Amount | Date |
|---|---|---|
| Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Sprngfield, IL  The gst states that the room was dirty. The bathroom fl
oor was sticky. The gst went to the front desk and the desk clerk didn'
t know what to do.  The chairs were dirty. The television didn't work.
The remote control batteries were dead.  The gst will back with the amo
unt she was charged. PAH FAX

GSF000-R            Customer Services Case Maintenance Screen          09/10/03

| Case Nbr 1228967 | Date | Agent | | Chain Code RAM |
|---|---|---|---|---|
| Ref. Case Nbr | Last Chg 15-AUG-02 | RENGRAF | | Property 07963 |
| Source P | Original 30-JUL-02 | RENGRAF | | Ref Prop |
| Case Status 0 | Last Fax 30-JUL-02 | | | |
| First Fax 30-JUL-02 | | | | |

Guest Information: Mr.              Allen              Stebbins

| | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact | | Iata | | Telephone |
| Address 508 Dean St. | | | | 8153387135    Home |
| | | | | Work |
| City/State/Zip WoodStock | | IL  60098 | | Fax |
| Country USA United States | | Province | | |

| | Hotel Contact | | | |
|---|---|---|---|---|

Inquiry      501 Comment/Suggestion
Codes:

| Arrival: 08-AUG-02 | Departure: 10-AUG-02 | Confirmation # DIRECT | Cancellation # |
|---|---|---|---|
| Amount Paid  $130.00 | | Processing Fee | Penalty Fee |

| Letter 1: Code 990 | Date | ACKNOWLEDGEMENT LETTER | |
|---|---|---|---|
| Letter 2: Code | Date | | |

| Compensation: Type | | Amount | Date |
|---|---|---|---|
| | Check Number | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield,IL  Gst called in and was unable to contact the htl.  Gst h
          as reservations for August 8th but cannot get a hold of the htl.  Gst w
          as told that it is going out of business.  I tried to contact htl and w
          as unsuccessful.  Felix shows that the htl is in status 8.  Gst would l
          ike the rooms cxld.  Gst held the rooms on MC 5230011010280905 or his V
          I4264293146693506.  DJS FAX
          8-15 HOTEL IS CLOSED. HOTEL SHOULD NOT CHARGE GUEST. IF GUEST CALLS BAC
          K IN WITH CHARGE, REFER HIM TO ROBIN . ROBIN ABDN SUP NO FAX

**Job, Mary**

| | |
|---|---|
| **From:** | Mueller, Liza |
| **Sent:** | Wednesday, September 10, 2003 10:58 AM |
| **To:** | Job, Mary |
| **Subject:** | RE: Public Feedback Form - www.cendant.com |

Case #1359810. Yes, he did request the corporate officers (I was out during this time so Geneva forwarded to Robin on 8/12 who forwarded to Tara Retzer on 8/12 and she did not handle - no notes in case).

-----Original Message-----
From: Job, Mary
Sent: Wednesday, September 10, 2003 10:45 AM
To: Mueller, Liza
Subject: RE: Public Feedback Form - www.cendant.com


Thanks for following up with me.

What is the case number?

Did you show an e-mail that was requesting names and addresses that we had not responded to?

-----Original Message-----
From: Mueller, Liza
Sent: Wednesday, September 10, 2003 8:10 AM
To: Job, Mary
Subject: RE: Public Feedback Form - www.cendant.com


Mr. Wadsworth called me back today and we resolved this. I sent him a check for half the first night stay. Thanks.

-----Original Message-----
From: Job, Mary
Sent: Friday, September 05, 2003 8:41 AM
To: Mueller, Liza
Subject: FW: Public Feedback Form - www.cendant.com


Please look at this concern.

Can it be resolved today?

Also, do we have an e-mail that we not responded to from this guest?

-----Original Message-----
From: Roberts, Richard
Sent: Friday, September 05, 2003 8:31 AM
To: Job, Mary
Subject: FW: Public Feedback Form - www.cendant.com


Hi, Mary-
  Forwarding this message received by our NYC office.
--Rich R
-----Original Message-----
From: wads33@comcast.net [mailto:wads33@comcast.net]
Sent: Friday, September 05, 2003 12:17 AM
To: Corporate Web
Subject: Public Feedback Form - www.cendant.com

1