# EXHIBIT 8

PART 6

```
GSF000-R                    Customer Services Case Maintenance Screen              09/10/03
```

| | | |
|---|---|---|
| Case Nbr 1240238 | Date           Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 28-AUG-02   RENGRAF | Property   07963 |
| Source P | Original 15-AUG-02   RENGRAF | Ref Prop |
| Case Status 0 | Last Fax  28-AUG-02 | |
| First Fax 15-AUG-02 | | |

Guest Information: Mr.        Dan                    Krueger

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 307 Judith Dr. | | 3098889073 | Home |
| | | | Work |
| City/State/Zip Normal | IL   61761 | | Fax |
| Country USA United States | Province | | |
| Hotel Contact | | | |

Inquiry     26 Other - Front Desk
Codes:

Arrival:15-AUG-02    Departure:16-AUG-02    Confirmation # 70754276    Cancellation #
Amount Paid  $55.00         Processing Fee  $10.00              Penalty Fee   $25.00
Letter 1: Code  314    Date 28-AUG-02    General Apology NC
Letter 2: Code         Date
Compensation: Type  CK            Amount  $55.00              Date 03-SEP-02
              Check Number 540696                     Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that the htl closed down without informing
any of the gsts. The htl did not put a sign on the door stating that th
ey were moving their gsts to a different location. SRS FAX
8-16 HOTEL IS CLOSED. IF GUEST CALLS BACK REFER TO ROBIN .ROBIN ABDN SU
P NO FAX
8/27/02  Gst called back.  Transferred to Robin's voice mail.   CML NO F
AX
8-28 GUEST CALLED:  GUEST SAID THIS WAS DURING STATE FAIR. THEY HAD MAD
E RES ABOUT 3 WEEKS. THEY ENDED UP GOING HOME. GUEST RES WAS FOR 1 NIGH
T SHE WAS QUOTED ABOUT $55.00. OFFERED GUEST A CHECK FOR $55. SHE WAS V
ERY HAPPY WITH THIS. ROBIN ABDN SUP FAX

```
GSF000-R          Customer Services Case Maintenance Screen          09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1240368 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 16-AUG-02 | SSPITZE | Property 07963 |
| Source P | Original 15-AUG-02 | RENGRAF | Ref Prop 04572 |
| Case Status 0 | Last Fax 16-AUG-02 | | |
| First Fax 15-AUG-02 | | | |

Guest Information: Ms.          Romona               Erspamer

| | | |
|---|---|---|
| Frequent Guest | Hotel Room | |
| Contact | Iata | Telephone |
| Address 1046 St.Mathew | | 6362724017   Home |
| | | Work |
| City/State/Zip O'Fallon           MO   63366 | | Fax |
| Country USA United States             Province | | |

| Hotel Contact | |
|---|---|

Inquiry      50 Hotel Would Not Honor Reserv.
Codes:

---

Arrival:10-AUG-02    Departure:11-AUG-02    Confirmation # DIRECT    Cancellation #

Amount Paid  $72.00           Processing Fee                        Penalty Fee

Letter 1: Code  990    Date         ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date

Compensation: Type              Amount                        Date

              Check Number                          Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Sprinfeild, IL Gst states that the htl is closed. Gst was very upset th
         at they had to find another location. KMD FAX
         08/16/02 MIKE CALLED FROM 04572 STATING THIS IS NOT FOR THEIR LOCATION.
          THE RAMADA THAT IS SHUT DOWN IS SITE 07963. CHANGING THE INCORRECT SIT
         E NUMBER OF 04572 TO THE CORRECT SITE NUMBER OF 07963. EMAILING DWIGHT
         TO ADD AN ALLOTMENT. SVS NO FAX
         8-16 HOTEL 07963 IS CLOSED. IF GUEST CALLS BACK PLEASE REFER GUEST TO R
         OBIN .ROBIN ABDN SUP NO FAX
         08/16/02 PER DWIGHT, AN ALLOTMENT WAS ADDED TO 04572. SVS NO FAX

| GSF000-R | Customer Services Case Maintenance Screen | 09/10/03 |
|---|---|---|

| Case Nbr 1240891 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 27-AUG-02 | JSAYLOR | Property 07963 |
| Source P | Original 16-AUG-02 | GDARLIN | Ref Prop. |
| Case Status 0 | Last Fax 27-AUG-02 | | |
| First Fax 16-AUG-02 | | | |

Guest Information: Mr.   Jennifer   Krueger

| Frequent Guest | | Hotel Room | |
| Contact | Iata | Telephone | |
| Address 307 Judith Dr. | | 3098889073 | Home |
| | | | Work |
| | | | Fax |
| City/State/Zip Normal | IL   61761 | | |
| Country USA United States | Province | | |
| Hotel Contact | | | |

Inquiry Codes:   50 Hotel Would Not Honor Reserv.

Arrival: 15-AUG-02   Departure: 16-AUG-02   Confirmation # 70754276   Cancellation #

Amount Paid $58.30   Processing Fee $10.00   Penalty Fee

Letter 1: Code 990   Date   ACKNOWLEDGEMENT LETTER
Letter 2: Code   Date

Compensation: Type   Amount   Date
Check Number   Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL Gst states she showed up at the htl and the htl was closed down. Gst states because of this she had no where to stay. GED FAX
8/20/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
8/23/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
8/26/02 REFAXING HTL AND OWNER. FAX IS DOWN. IMP
8/27 REFAXING TO THE HTL. FAX MACHINE IS DOWN. BLJ
08/27/02 Gst called back requesting a supervisor. Gst will call back. J
JS FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| Case Nbr 1241660<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 18-AUG-02 | Date              Agent<br>Last Chg 27-AUG-02   IPIES<br>Original 18-AUG-02    MLOPES<br>Last Fax  27-AUG-02 | Chain Code RAM<br>Property  07963<br>Ref Prop |
|---|---|---|

Guest Information: Ms.            Sara                Richey

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 4222 Cold Spring Rd. | | 3174326655 | Home |
| | | 3173880998 | Work |
| City/State/Zip Indianapolis | IN  46228 | 3173881408 | Fax |
| Country USA United States | Province | | |

| Hotel Contact | |
|---|---|

Inquiry Codes:  26 Other - Front Desk
                136 Poor Housekeeping

Arrival: 26-JUN-02    Departure: 27-JUN-02    Confirmation # WALKIN    Cancellation #
Amount Paid $53.00                Processing Fee $10.00                Penalty Fee
Letter 1: Code 990    Date          ACKNOWLEDGEMENT LETTER
Letter 2: Code        Date
Compensation: Type              Amount                      Date
              Check Number                             Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield,IL  Gst states that she had to wait for 20 minutes for some
         one to come to the main desk to check her in.  There was pubic hair on
         heater.  The gst has been trying to contact the htl and there is no ans
         wer.  Gst needs a copy of her receipt for your business.  Gst really ne
         eds this. Gst would like a copy of her receipt faxed to her as sonn as
         possible.  Her fax number is 1-317-388-1408.   MLL FAX
         8/21/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
         8/25 REFAXING TO THE HTL. FAX MACHINE IS DOWN AND THE HTL IS RESTRICTED
         . BLJ
         8/27/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP

GSF000-R                CUSTOMER SERVICES Case Maintenance Screen                09/10/03

| | | | |
|---|---|---|---|
| Case Nbr 1242112<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 19-AUG-02 | Date          Agent<br>Last Chg 20-AUG-02   LMUELLE<br>Original 19-AUG-02   AHAWLEY<br>            Last Fax  19-AUG-02 | | Chain Code RAM<br>Property   07963<br>Ref Prop |

Guest Information: Mr.          Ron               Maltese

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact<br>Address 2923 Oak Park Ave.<br><br>City/State/Zip Chicago                  IL   60634<br>       Country USA United States            Province | | Iata | Telephone<br>7736220488   Home<br>             Work<br>             Fax |

| Hotel Contact | |
|---|---|

Inquiry Codes:    50 Hotel Would Not Honor Reserv.

Arrival: 11-AUG-02     Departure: 11-AUG-02     Confirmation # P39003     Cancellation #
Amount Paid $300.00                Processing Fee  $10.00                 Penalty Fee
Letter 1: Code  990     Date             ACKNOWLEDGEMENT LETTER
Letter 2: Code          Date
Compensation: Type             Amount                      Date
              Check Number                                 Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

    Notes:   Springfield, IL Gst states that when he arrived at the htl for his res
             rvation there was a note stating the htl was closed.  The gst went to t
             he htl that was listed and found that the rates were higher then he wan
             ted to pay.  The gst was able to find alternate accommodations for 3 of
              his 4 nights at a rate of $95.00 plus tax.  The gst was reserved at a
             rate of $69.95 plus tax.  The gst will be faxing a copy of his receipts
              to customer service.  AMH FAX
             8/20/02 HOTEL IS CLOSED. WHEN RECEIPTS COME IN FORWARD THOSE TO ROBIN A
             SAP. LIZA ABDN SUP NO FAX

```
GSF000-R                   Customer Services Case Maintenance Screen              09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1242370 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 27-AUG-02 | IPIES | Property 07963 |
| Source P | Original 19-AUG-02 | BULRICH | Ref Prop |
| Case Status 0 | Last Fax 27-AUG-02 | | |
| First Fax 19-AUG-02 | | | |

Guest Information: Mr.           James           McCoy

| Frequent Guest | Hotel Room | |
|---|---|---|
| Contact Cheryl | Iata | Telephone |
| Address 1N199 Timber Ct. | | 6302600811   Home |
| | | Work |
| City/State/Zip Winfiled        IL  60190 | | Fax |
| Country USA United States              Province | | |

| Hotel Contact | |
|---|---|

Inquiry Codes:   32  Billing Error
                129 Poor Room Maintenance

Arrival: 21-JUN-02    Departure: 23-JUN-02    Confirmation # 68527273    Cancellation #

Amount Paid  $131.44            Processing Fee                    Penalty Fee   $25.00

Letter 1: Code  314    Date 21-AUG-02    General Apology NC
Letter 2: Code         Date

Compensation: Type  CK              Amount  $27.56              Date 26-AUG-02

              Check Number 537776                         Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Gst states that she was overcharged for her stay.  The
         gst was charged $131.44 to AX 373195523702006 with a transaction date
         of 06/23/02.  Pulled TISS and found that the res was booked by the htl
         on 06/09/02 at 2:46 pm.  The res was booked for a NDD1 room for 06/21/0
         2 for 2 nights at the rate of $49.00 plus tax per night.  The res was c
         hanged by the htl on 06/21/02 at 4:00 pm to the rate of $62.00 plus tax
         per night.  The air conditioner did not work in the first room the gst
         was given.  The gst does not remember the room number she was moved to
         .  BJU FAX
         8/20/02 HOTEL IS CLOSED. THE RATE WITH TAX FOR BOTH NIGHTS THAT THE GUE
         ST SHOULD HAVE BEEN CHARGED IS $103.88. THE RATE DIFFERENCE IS $27.56.
         SENDING THE GUEST A CHECK IN THIS AMOUNT. Liza Mueller FAX
         8/22/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
         8/23/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
         8/26/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
         8/27/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP

GSF000-R                     Customer Services Case Maintenance Screen              09/10/03

| Case Nbr 1243600<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 21-AUG-02 | Date           Agent<br>Last Chg 04-SEP-02   RENGRAF<br>Original 21-AUG-02   RENGRAF<br>Last Fax  21-AUG-02 | Chain Code RAM<br>Property 07963<br>Ref Prop |
|---|---|---|

Guest Information: Ms.           Mary                 Bloomberg

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 1468 Berwick Rd. | | 3094623205 | Home |
| | | 3093449440 | Work |
| City/State/Zip Berwick     IL   61417 | | | Fax |
| Country USA United States        Province | | | |

| Hotel Contact | |
|---|---|

Inquiry Codes:    26 Other - Front Desk

Arrival: 06-AUG-02      Departure: 08-AUG-02      Confirmation # DIRECT      Cancellation #

Amount Paid                     Processing Fee                     Penalty Fee

Letter 1: Code 990   Date           ACKNOWLEDGEMENT LETTER
Letter 2: Code       Date

Compensation: Type              Amount                              Date

                 Check Number                               Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL     Gst states after checking in she left.  Gst states
         upon returning the htl was closed down due to a bill not being paid.
         Gst states she was not able to get her stuff until the next day with th
         e police help.  Gst states she went to a Travel Lodge for one night and
         paid $70.00.  Gst never got a refund.  Gst used her credit card, but t
         he information is not avalible at this time.  Gst states she was quoted
         $69.00 per night plus tax.  Gst had two rooms, 131 and 133.  Gst state
         s she already stayed for two days before this happened.  Gst states the
         mgr was rude.  DMW FAX
         8-21 HOTEL IS CLOSED. NEED TO HAVE GUEST SEND IN CREDIT CARD INFORMATIO
         N TO VERIFY WHAT SHE WAS BILLED & WHEN THAT INFORMATION IS IN FORWARD T
         O ROBIN ASAP!. ROBIN ABDN SUP NO FAX
         9-3 CLOSING PENDING GUEST CONTACT. ROBIN ABDN SUP NO FAX

GSF000-R                CUSTOMER Services Case Maintenance Screen            09/10/03

| | | |
|---|---|---|
| Case Nbr 1244005<br>Ref. Case Nbr<br>Source F<br>Case Status 0<br>First Fax 21-AUG-02 | Date          Agent<br>Last Chg 12-SEP-02   NFOUGHT<br>Original 21-AUG-02   RENGRAF<br>Last Fax 28-AUG-02 | Chain Code RAM<br>Property 07963<br>Ref Prop |

Guest Information: Mr.            Mike              Groark
           Frequent Guest                                    Hotel Room

Contact  Grumpymtg@Aol.Com        Iata                Telephone
Address  3348 W 85th                                  7739144400   Home
                                                                   Work
City/State/Zip  Chicago             IL   60652                     Fax
Country  USA United States                Province

           Hotel Contact

Inquiry      50 Hotel Would Not Honor Reserv.
Codes:      516 Received Through Internet

Arrival: 09-AUG-02     Departure: 10-AUG-02    Confirmation # 68311146    Cancellation #
Amount Paid                   Processing Fee  $10.00                 Penalty Fee   $25.00
Letter 1: Code  314    Date 28-AUG-02    General Apology NC
Letter 2: Code         Date
Compensation: Type  CK           Amount  $20.00                  Date 03-SEP-02
            Check Number 540711                         Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:  Springfield, IL Gst emailed Customer Service on 8/19/02 stating when he
        arrived the htl was closed. He stayed at a hotel two miles away and pa
        id $20.00 more. Gst states he made his res through Travelocity. NMF FAX
        8-22 TAKING CARE OF GUEST PER LEGAL AND SENDING $20.00. ROBIN ABDN SUP
        FAX
        8/26/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IMP
        8/28/02 REFAXING HTL AND OWNER. FAX IS DOWN. IMP
        9/12/02 Gst emailed Customer Service on 9/9/02 stating he has not heard
        from us. Sent 314 email. NMF NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen          09/10/03
```

| | | | |
|---|---|---|---|
| Case Nbr 1244452 | Date | Agent | Chain Code RAM |
| Ref. Case Nbr | Last Chg 22-AUG-02 | RENGRAF | Property 07963 |
| Source P | Original 22-AUG-02 | RENGRAF | Ref Prop |
| Case Status 0 | Last Fax 22-AUG-02 | | |
| First Fax 22-AUG-02 | | | |

Guest Information: Mr.          Warren          Lawson

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 179 E 2100 St. | | 2176563150 | Home |
| | | | Work |
| | | | Fax |
| City/State/Zip Plainville | IL   62365 | | |
| Country USA United States | Province | | |

Hotel Contact

Inquiry     50 Hotel Would Not Honor Reserv.
Codes:

Arrival: 14-AUG-02      Departure: 19-AUG-02     Confirmation # DIRECT     Cancellation #

Amount Paid $52.70                 Processing Fee                  Penalty Fee   $25.00

Letter 1: Code 314     Date 28-AUG-02      General Apology NC
Letter 2: Code         Date

Compensation: Type CK          Amount  $90.20                    Date 03-SEP-02

              Check Number 540731                         Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL  Guest states that they arrived at the hotel and the ho
         tel was closed.  Guest was not able to stay.  Guest stayed at a Super 8
         and is charged $58.58 for two nights and $72 for last two night for fir
         st room and $54 for two nights and $67.50 for two nights for second roo
         m.  Pulled reservations and guest did have guaranted reservation at the
         rate of $56 for one per night for all four nights and $47.60 for other
         room for all four nights.  Reservation was booked by the hotel on Marc
         h 4.    BDD FAX
         8-22 HOTEL IS CLOSED. TAKING CARE OF GUEST PER LEGAL. GUEST IS DUE $90.
         20. SENDING CHECK. ROBIN ABDN SUP FAX

```
GSF000-R              Customer Services Case Maintenance Screen         09/10/03
```

|  | Date | Agent |  |
|---|---|---|---|
| Case Nbr 1244718 | Last Chg 22-AUG-02 | ASWENSO | Chain Code RAM |
| Ref. Case Nbr 1237564 | Original 12-AUG-02 | SSWENSO | Property  07963 |
| Source P | Last Fax  22-AUG-02 |  | Ref Prop |
| Case Status 0 |  |  |  |
| First Fax 22-AUG-02 |  |  |  |

Guest Information: Mrs.      Stacy          Boouccelli

Frequent Guest                              Hotel Room

Contact                         Iata              Telephone
Address 232 Norman C Dr.                          6308342953   Home
                                                               Work
City/State/Zip Addison          IL   60101                     Fax
Country USA United States            Province

Hotel Contact

Inquiry    32 Billing Error
Codes:

Arrival: 11-AUG-02    Departure: 12-AUG-02    Confirmation # UNKNOWN    Cancellation #
Amount Paid  $216.00              Processing Fee              Penalty Fee
Letter 1: Code  314    Date 28-AUG-02    General Apology NC
Letter 2: Code         Date
Compensation: Type  CK           Amount $108.00            Date 03-SEP-02
              Check Number 540723                          Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states that she made res for the htl and when she
          got there it was closed due to an electrical problem. The gst had to st
          ay at the Hilton and pay $108.00 extra for the two nights. Gst is very
          upset about this and wants the rate difference paid back to her. SRS FA
          X
          8/14/02 REFAXING HTL AND OWNER. FAX IS DOWN. HTL IS RESTRICTED. IP
          8-15 HOTEL IS CLOSED-PER LEGAL TAKING CARE OF GUEST, SENDING CHECK FOR
          $108.00. ROBIN ABDN SUP NO FAX
          8/21/02  Gst called back.  Informed the gst of the $108.00 check. The g
          st said that it was $108.00 extra per night per room so the gst would b
          e due another $108.00.  Submitting a payout form for the amount of $108
          .00.  NMB NO FAX
          8/21/02  Reviewing case.  Forwarding Robin for review.  DJB NO FAX
          08-22-02  PER ROBIN ENGRAF AND LEGAL, SENDING THE GUEST ADDITIONAL $1
          08.00.  AS FAX

```
GSF000-R              Customer Services Case Maintenance Screen              09/10/03
```

|  | Case Nbr 1247550 | Date | Agent | Chain Code RAM |
|---|---|---|---|---|
| Ref. Case Nbr | | Last Chg 28-AUG-02 | RENGRAF | Property 07963 |
| | Source P | Original 27-AUG-02 | RENGRAF | Ref Prop |
| | Case Status 0 | Last Fax 28-AUG-02 | | |
| | First Fax 27-AUG-02 | | | |

Guest Information: Mr.           Victor              Vasquez

|  | Frequent Guest | | Hotel Room | |
|---|---|---|---|---|
| Contact | | Iata | Telephone | |
| Address 1628 N. Kedzie | | | 7733422538 | Home |
| | | | | Work |
| City/State/Zip Chicago | | IL    60647 | | Fax |
| Country USA United States | | Province | | |
| | Hotel Contact | | | |

Inquiry Codes:    32 Billing Error

Arrival: 10-AUG-02       Departure: 11-AUG-02       Confirmation # DIRECT       Cancellation #

Amount Paid  $119.90          Processing Fee  $10.00          Penalty Fee

Letter 1: Code 314    Date 28-AUG-02    General Apology NC
Letter 2: Code        Date

Compensation: Type CK          Amount $119.90          Date 03-SEP-02

Check Number 540730                                  Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:   Springfield, IL Gst states that the htl's power was out and the gst cou
         ld not stay there because the htl was closed. The gst recieved a charge
          from the htl on his VI 4128002733153063 on the transaction date of 08/
         11/02. The charge was $119.90. The gst would like his money back. EIP F
         AX.
         8-28 HOTEL IS CLOSED. REIMBURSING GUEST PER LEGAL. ROBIN ABDN SUP NO FA
         X

```
GSF000-R                Customer Services Case Maintenance Screen              09/10/03
```

|  | Date | Agent |  |
|---|---|---|---|
| Case Nbr 1247831 | Last Chg 28-AUG-02 | RENGRAF | Chain Code RAM |
| Ref. Case Nbr | Original 27-AUG-02 | RENGRAF | Property 07963 |
| Source P | Last Fax 28-AUG-02 |  | Ref Prop |
| Case Status 0 |  |  |  |
| First Fax 27-AUG-02 |  |  |  |

Guest Information: Ms.          Teresa                Scovel

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact Tony Scovel | Iata | Telephone | |
| Address 2546 Hawthorn Ave. | | 6416938331 | Home |
| | | | Work |
| | | | Fax |

City/State/Zip Fairfield              IA   52556
Country USA United States              Province

| Hotel Contact | |
|---|---|

Inquiry Codes:    50 Hotel Would Not Honor Reserv.

Arrival:27-AUG-02    Departure:27-AUG-02    Confirmation # DIRECT    Cancellation #7986446
Amount Paid                          Processing Fee  $10.00         Penalty Fee
Letter 1: Code  314    Date 28-AUG-02    General Apology NC
Letter 2: Code         Date
Compensation: Type  CK            Amount  $92.95              Date 03-SEP-02
               Check Number 540727                    Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:    Springfield, IL Gst states that since this htl did not notify them of t
          heir htl closing, it has been a huge inconvience. The gst has spent thr
          ee hours trying to find a htl in Springfield. There is no availability
          there. The gst did find a Comfort Inn in Jacksonville. The gst feels th
          at since the htl could not even help them out or else phone them to tel
          l them that the did not have a res anymore, that the gst should be comp
          ensated. The gst will be paying $92.95 plus tax. The gst wants full com
          pensation for this. The gst will be faxing in the reciept of her total
          stay at the Comfort Inn after she arrives there. EIP FAX.
          8-28 HOTEL IS CLOSED. PER LEGAL TAKING CARE OF GUEST, SENDING $92.95 CH
          ECK. ROBIN ABDN SUP NO FAX

```
GSF000-R              Customer Services Case Maintenance Screen           09/10/03
```

| Case Nbr 1250016 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 03-SEP-02 | RENGRAF | Property 07963 |
| Source P | Original 31-AUG-02 | PONUFRA | Ref Prop |
| Case Status 0 | Last Fax 03-SEP-02 | | |
| First Fax 31-AUG-02 | | | |

Guest Information: Ms.          Linda              O'Neal

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 613 Montrose Dr. | | 8153720399 | Home |
| | | | Work |
| City/State/Zip Romeoville         IL    60446 | | | Fax |
| Country USA United States       Province | | | |

| Hotel Contact | |
|---|---|

Inquiry      50 Hotel Would Not Honor Reserv.
 Codes:

Arrival: 30-AUG-02     Departure: 02-SEP-02     Confirmation # 69173184     Cancellation #

| Amount Paid | Processing Fee  $10.00 | Penalty Fee   $25.00 |
|---|---|---|
| Letter 1: Code  314   Date 04-SEP-02     General Apology NC | | |
| Letter 2: Code         Date | | |
| Compensation: Type  GC        Amount  $100.00 | | Date 09-SEP-02 |
| Check Number 543502 | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

    Notes:     Springfield, IL Gst arrived at the htl to find out they were closed.
               I found information on this location that states it is closed. I have
               not further information for this property. The gst returned home and i
               s very upset no one from the htl called her to inform her they would be
                closed. There was a special event in the area the gst could not find
               another location in the area. The gst would like the htl to give her t
               wo free nights at any Ramada location for this. PKO FAX
               9-3 HOTEL IS CLOSED. PER LEGAL TAKING CARE OF GUEST-SENDING GUEST $100
               GIFT CERT. ROBIN ABDN SUP FAX

```
GSF000-R                Customer Services Case Maintenance Screen              09/10/03
```

|  |  |  |
|---|---|---|
| Case Nbr 1251172<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 03-SEP-02 | Date          Agent<br>Last Chg 03-SEP-02   RENGRAF<br>Original 03-SEP-02   RENGRAF<br>Last Fax  03-SEP-02 | Chain Code RAM<br>Property  07963<br>Ref Prop |

Guest Information: Mrs.        Dulene              Cipriano

|  |  |  |
|---|---|---|
| Frequent Guest | | Hotel Room |
| Contact<br>Address 18080 Bariger Place | Iata | Telephone<br>5742770358   Home<br>              Work<br>              Fax |
| City/State/Zip South Bend       IN    46637<br>Country USA United States         Province | | |

Hotel Contact

Inquiry       50 Hotel Would Not Honor Reserv.
Codes:        32 Billing Error

Arrival: 04-JUL-02     Departure: 07-JUL-02     Confirmation # P3571500     Cancellation #
Amount Paid  $47.70           Processing Fee  $10.00              Penalty Fee
Letter 1: Code 990     Date              ACKNOWLEDGEMENT LETTER
Letter 2: Code         Date
Compensation: Type                  Amount                      Date
              Check Number                                      Intl Sales Agent

Hotel Response Code 1:
Hotel Response Code 2:

Notes:   Springfield, IL   Gst states that when the mtl was not able to find th
         eir reservation. The gst then stayed with friends in another room at t
         he mtl. The gst has now been charged $47.70 on 07/05/02 on
         MC number 5398400727899974. I could not find the gsts reservation in t
         iss or the live system. The gst is disputing the charge with their cred
         it card company. KMJ FAX
         9-3 HOTEL IS NOW CLOSED. IF GUEST CALLS IN REFER HER TO ROBIN. ROBIN AB
         DN SUP NO FAX

```
GSF000-R                 Customer Services Case Maintenance Screen         09/10/03
```

| Case Nbr 1257886 | Date | Agent | Chain Code RAM |
|---|---|---|---|
| Ref. Case Nbr | Last Chg 23-SEP-02 | IPIES | Property  07963 |
| Source P | Original 16-SEP-02 | GDARLIN | Ref Prop |
| Case Status 0 | Last Fax  23-SEP-02 | | |
| First Fax 16-SEP-02 | | | |

Guest Information: Ms.        Loraine                Cundiff

| Frequent Guest | | Hotel Room | |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 1120 Crabtree Ave | | 2706853275 | Home |
| | | | Work |
| City/State/Zip Owensboro         KY   42301 | | | Fax |
| Country USA United States        Province | | | |

| Hotel Contact | |
|---|---|

Inquiry    32 Billing Error
Codes:

| Arrival:06-JUL-02 | Departure:06-JUL-02 | Confirmation # | Cancellation # |
|---|---|---|---|
| Amount Paid  $363.58 | Processing Fee  $10.00 | | Penalty Fee |
| Letter 1: Code  990 | Date | ACKNOWLEDGEMENT LETTER | |
| Letter 2: Code | Date | | |
| Compensation: Type | Amount | | Date |
| Check Number | | | Intl Sales Agent |

Hotel Response Code 1:

Hotel Response Code 2:

```
Notes:   Springfield, IL Gst states that she found that she had paid for a room
         that someone else had paid cash for. Gst states that the htl said they
         would send the gst a check for the amount that was paid. Htl sent a pap
         er stating this. Gst states she did not hear anything and stopped by th
         e location and it had been shut down. Advised gst to fax this informati
         on to us. GED FAX
         9/17/02 REFAXING TO THE HOTEL. FAX MACHINE IS DOWN AND THE HOTEL IS RES
         TRICTED. IMP
         9/18/02 REFAXING TO THE HOTEL. FAX MACHINE IS DOWN AND THE HOTEL IS RES
         TRICTED. IMP
         9/19/02 REFAXING TO THE HOTEL. FAX MACHINE IS DOWN AND THE HOTEL IS RES
         TRICTED. IMP
         9/20/02 REFAXING TO THE HOTEL. FAX MACHINE IS DOWN AND THE HOTEL IS RES
         TRICTED. IMP
         9/23/02 REFAXING TO THE HOTEL. FAX MACHINE IS DOWN AND THE HOTEL IS RES
         TRICTED. IMP
```

GSF000-R                    Customer Services Case Maintenance Screen                09/10/03

|  |  |  |  |
|---|---|---|---|
| Case Nbr 1260239<br>Ref. Case Nbr<br>Source P<br>Case Status 0<br>First Fax 20-SEP-02 | Date<br>Last Chg 17-OCT-02<br>Original 20-SEP-02<br>Last Fax 17-OCT-02 | Agent<br>RBRETSC<br>KLOUT | Chain Code RAM<br>Property 07963<br>Ref Prop |

Guest Information: Mr.        Eric                    Murray

| Frequent Guest |  | Hotel Room |  |
|---|---|---|---|
| Contact | Iata | Telephone | |
| Address 1301 N. Macarthur Blvd. |  |  | Home |
|  |  | 2177613606 | Work |
| City/State/Zip Springfield     IL  62702 |  |  | Fax |
| Country USA United States     Province |  |  |  |
| Hotel Contact |  |  |  |

Inquiry      32 Billing Error
Codes:

Arrival: 08-AUG-02       Departure: 09-AUG-02       Confirmation # UNKNOWN       Cancellation #
Amount Paid  $195.00            Processing Fee   $10.00              Penalty Fee   $25.00
Letter 1: Code  314    Date 09-OCT-02    General Apology NC
Letter 2: Code         Date
Compensation: Type  CK           Amount  $195.00              Date 14-OCT-02
            Check Number 556803                               Intl Sales Agent

Hotel Response Code 1:

Hotel Response Code 2:

Notes:    Springfield, IL  Gst states he had a res for 3 rooms/1 night arriving on 08/09.  He called the htl about 1 week prior to arrival and cancelled the rooms.  Gst was charged $65.00 three times to his VI 4486120017499592, transaction date 08/11.  Gst did not receive a no show letter.  Pulled TISS and could not find a res.  KJL FAX
9/23/02 REFAXING TO THE HOTEL. FAX MACHINE IS DOWN AND THE HOTEL IS RESTRICTED.  IMP
10/02/02  Gst called back and heard nothing.  Advised gst to fax in credit card statement.  CAO NO FAX
10/4/02   Gst faxed in copy of credit card statement showing three charges from Ramada Springfield for the amount of $65.00 each.  Submitting for payout.  KAD FAX
10/4   Reviewing the case, pulled TISS and found no record of the reservations.  The gst was charged a total of $195.  Called the gst and they gave the cxl number of R14CC3.  The gst was advised that the htl closed on 8/6.  If the htl was not open, the charge should not have gone through.  Taking care of the gst with a check for $195.  JMP FAX
10/16/02    Gst called back, and has received the 314 letter.  Advised gst that a check has been mailed.  RTB FAX