**E-FILED**
Friday, 11 November, 2005  11:31:05 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 9

**RAMADA®** | RAMADA FRANCHISE SYSTEMS, INC.
1 SYLVAN WAY, PARSIPPANY, NJ 07054-0278
PHONE (973) 428-9700 • FAX (973) 496-5345

4/6/01
8:46 pm
left at door

FRANCHISE ADMINISTRATION
HOTEL DIVISION

April 5, 2001                                   **Via Airborne Express**

Mr. Raj Jhala
745 Craig Road
Suite 200
St. Louis, MO 63141

Re:   **Notice of Monetary Default/Failure to Report** – License Agreement between Shri Ohm
      Corporation ("Licensee") and Ramada Franchise Systems, Inc. ("RFS") for the operation
      of Ramada System Unit #7963-89888 located in Springfield-South, Illinois (the
      "Facility").

Dear Mr. Jhala:

We have been advised by David Gutt, Financial Services Manager, that this Facility has not filed
its monthly revenue reporting forms for October through December 2000 and January through
February 2001, and owes RFS the estimated sum of $52,113.15 in unpaid fees. If you have paid
this amount or believe that our records do not reflect all payments and proper adjustments to your
account, please contact the account representative whose name appears below as soon as possible.
This is a material default under your License Agreement that must be cured within ten (10) days.

Please be advised that if payment and revenue reporting forms are not received within ten (10)
days, RFS may pursue its remedies for default, which may include termination of your license to
operate the Facility under the Ramada System as provided in the License Agreement at anytime
thereafter. Be advised that your Additional Termination Right will automatically terminate
without notice or opportunity to cure, if you fail to cure this default in the next ten (10) days.

We urge you to resolve this default immediately. Enclosed is a copy of an itemized statement
which outlines the outstanding balance due as the date of this letter. If you dispute this debt, or
wish to discuss a payment schedule, please call David Gutt at (973) 496-7077.

Sincerely,

Regina Zemzicki
Director
Franchise Administration

Enclosure

cc:   Steve Belmonte
      C. Wayne Miller
      David Gutt

2001 (10/98) W   SENDER'S COPY

59122576 170
Ship. #59122576-170   Svc$DSMOK
Desc.
Bill Ref.06-5E-05000

04/05/01      W1-L      1 Pc      Zip/Postal Code 9141
              Dims                              Chg 4.48
              Bill To



Childreach and Ramada
Hospitality with a Heart

**RAMADA® LIMITEDS • RAMADA® INNS • RAMADA® PLAZA HOTELS**

ITEMIZED STATEMENT
FOR RAMADA #7963-89888 - Springfield-South, IL
AS OF 2001-04-03

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|-------|--------------|-----------|------|-----------:|
| 8 | IN0385618-01 | 1999-08-23 | G/S Cynthia Stevenso | 46.64 |
| | IN0385618-02 | 1999-08-23 | TRANS CHG Cynthia St | 25.00 |
| | TA2610834-01 | 1999-08-28 | T/A COMMISSIONS | 597.12 |
| | TP2610834-01 | 1999-08-28 | AIRLINE RESV FEE | 158.25 |
| | IN0388298-01 | 1999-08-30 | PROCS CHG Kim Jansse | 10.00 |
| | IN0388298-02 | 1999-08-30 | G/S Richard Schultz | 25.00 |
| | IN0388298-03 | 1999-08-30 | TRANS CHG Richard Sc | 25.00 |
| | IN0388298-04 | 1999-08-30 | PROCS CHG Ron Lounsb | 10.00 |
| | IN0388298-05 | 1999-08-30 | PROCS CHG Barbara Ca | 10.00 |
| | IN0388476-01 | 1999-08-30 | AUG-MSI MAINTENANCE | 258.34 |
| | MV0441937-01 | 1999-08-31 | ROYALTY FEE | 3,319.00 |
| | MV0441937-01 | 2000-07-24 | ROYALTY FEE | -2,690.34 |
| | | | | ----------------- |
| | | | | 1,794.01 |
| 9 | IN0391013-01 | 1999-09-07 | G/S Mary Fenstermake | 20.00 |
| | IN0391013-02 | 1999-09-07 | TRANS CHG Mary Fenst | 25.00 |
| | IN0391013-03 | 1999-09-07 | G/S Brian Otto | 15.00 |
| | IN0391013-04 | 1999-09-07 | G/S James Kochbeck | 25.00 |
| | IN0391013-05 | 1999-09-07 | TRANS CHG James Koch | 25.00 |
| | IN0391013-06 | 1999-09-07 | PROCS CHG Beth Stuck | 10.00 |
| | IN0392874-01 | 1999-09-13 | PROCS CHG Wendy Metz | 10.00 |
| | IN0395419-01 | 1999-09-20 | G/S Dana Connon | 25.00 |
| | IN0395419-02 | 1999-09-20 | TRANS CHG Dana Conno | 25.00 |
| | IN0395419-03 | 1999-09-20 | G/S Marlene Scott | 20.00 |
| | IN0395419-04 | 1999-09-20 | PROCS CHG David Becc | 10.00 |
| | IN0397562-01 | 1999-09-27 | G/S John Sondgeroth | 25.00 |
| | IN0397562-02 | 1999-09-27 | TRANS CHG John Sondg | 25.00 |
| | IN0397562-03 | 1999-09-27 | G/S Debrorah Mcclint | 25.00 |
| | IN0397562-04 | 1999-09-27 | TRANS CHG Debrorah M | 25.00 |
| | IN0398600-01 | 1999-09-29 | SEP-MSI MAINTENANCE | 258.34 |
| | IN0400671-01 | 1999-09-30 | G/S Marlene Scott | 15.00 |
| | IN0400671-02 | 1999-09-30 | G/S John Russell | 25.00 |
| | IN0400671-03 | 1999-09-30 | TRANS CHG John Russe | 25.00 |
| | IN0400671-04 | 1999-09-30 | PROCS CHG Robert Dal | 10.00 |
| | MV0449386-01 | 1999-09-30 | ROYALTY FEE | 2,607.36 |
| | MV0449386-02 | 1999-09-30 | RINA FEE | 2,933.28 |
| | TA2618061-01 | 1999-09-30 | T/A COMMISSIONS | 158.55 |
| | TP2618061-01 | 1999-09-30 | AIRLINE RESV FEE | 18.75 |
| | | | | ----------------- |
| | | | | 6,361.28 |
| 10 | IN0402779-01 | 1999-10-11 | G/S Anthony Jackson | 25.00 |
| | IN0402779-02 | 1999-10-11 | TRANS CHG Anthony Ja | 25.00 |
| | IN0402779-03 | 1999-10-11 | PROCS CHG Harry Will | 10.00 |
| | IN0406932-01 | 1999-10-18 | G/S Carol Hill | 25.00 |
| | IN0406932-02 | 1999-10-18 | TRANS CHG Carol Hill | 25.00 |
| | IN0406932-03 | 1999-10-18 | PROCS CHG Dion Wilso | 10.00 |
| | IN0409286-01 | 1999-10-25 | G/S Wendy Metzger | 15.00 |
| | IN0409286-02 | 1999-10-25 | G/S Robert Daly | 25.00 |

PAGE 2

ITEMIZED STATEMENT
FOR RAMADA #7963-89888 - Springfield-South, IL
AS OF 2001-04-03

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE |
|---|---|---|---|---|
| 10 | IN0409286-03 | 1999-10-25 | TRANS CHG Robert Dal | 25.00 |
|  | IN0410464-01 | 1999-10-29 | OCT-MSI MAINTENANCE | 258.34 |
|  | TA2625089-01 | 1999-10-30 | T/A COMMISSIONS | 213.60 |
|  | MV0453458-01 | 1999-10-31 | ROYALTY FEE | 1,997.00 |
|  | MV0453458-02 | 1999-10-31 | RINA FEE | 2,246.00 |
|  |  |  |  | 4,899.94 |
| 11 | MV0460916-02 | 1999-11-30 | RINA FEE | 2,248.00 |
|  | MV0460916-02 | 2000-09-08 | RINA FEE | -120.43 |
|  |  |  |  | 2,127.57 |
| 6 | IN0485383-01 | 2000-06-19 | JUN-MSI MAINT.-MARCH | 258.33 |
|  | IN0489252-01 | 2000-06-29 | JUN-MSI MAINT. | 258.33 |
|  | IN0489372-01 | 2000-06-30 | GM ORIENTATION | 750.00 |
|  | TA2674372-01 | 2000-06-30 | T/A COMM SERVICE CHG | 8.40 |
|  | TA2674372-01 | 2000-06-30 | T/A COMMISSIONS | 272.60 |
|  | TP3674372-01 | 2000-06-30 | AIRLINE RESV FEE | 62.50 |
|  |  |  |  | 1,610.16 |
| 7 | IN0501530-01 | 2000-07-31 | JLY-MSI MAINT. | 258.33 |
|  | TA2680317-01 | 2000-07-31 | T/A COMM SERVICE CHG | 13.65 |
|  | TA2680317-01 | 2000-07-31 | T/A COMMISSIONS | 377.40 |
|  | TP3680317-01 | 2000-07-31 | AIRLINE RESV FEE | 145.75 |
|  |  |  |  | 795.13 |
| 8 | IN0512287-01 | 2000-08-29 | AUG-MSI MAINT. | 258.33 |
|  | TA2684604-01 | 2000-08-31 | T/A COMM SERVICE CHG | 18.90 |
|  | TA2684604-01 | 2000-08-31 | T/A COMMISSIONS | 401.85 |
|  | TP3684604-01 | 2000-08-31 | AIRLINE RESV FEE | 217.00 |
|  |  |  |  | 896.08 |
| 9 | IN0518194-01 | 2000-09-11 | G/S Caroline Wolski | 112.36 |
|  | IN0518194-02 | 2000-09-11 | TRANS CHG Caroline W | 25.00 |
|  | IN0521167-01 | 2000-09-18 | G/S Donald Duma | 40.00 |
|  | IN0521167-02 | 2000-09-18 | TRANS CHG Donald Dum | 25.00 |
|  | IN0523529-01 | 2000-09-25 | G/S Lorie Enright | 25.00 |
|  | IN0523529-02 | 2000-09-25 | TRANS CHG Lorie Enri | 25.00 |
|  | IN0526235-01 | 2000-09-29 | SEP-MSI MAINT. | 258.33 |
|  | TA2692427-01 | 2000-09-29 | T/A COMM SERVICE CHG | 9.80 |
|  | TA2692427-01 | 2000-09-29 | T/A COMMISSIONS | 179.10 |
|  | TP3692427-01 | 2000-09-29 | AIRLINE RESV FEE | 101.25 |
|  | FC0159715-01 | 2000-09-30 | FINANCE CHARGE | 260.25 |
|  | MV0532135-01 | 2000-09-30 | ROYALTY FEE | 2,422.00 |
|  | MV0532135-02 | 2000-09-30 | RINA FEE | 2,724.00 |

PAGE 3

ITEMIZED STATEMENT
FOR RAMADA #7963-89888 - Springfield-South, IL
AS OF 2001-04-03

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|-------|-------------|-----------|------|-----------:|---|
| | | | | 6,207.09 | |
| 10 | TA2698346-01 | 2000-10-27 | T/A COMM SERVICE CHG | 4.20 | |
| | TA2698346-01 | 2000-10-27 | T/A COMMISSIONS | 67.18 | |
| | TP3698346-01 | 2000-10-27 | AIRLINE RESV FEE | 48.75 | |
| | IN0538687-01 | 2000-10-30 | OCT-MSI MAINT. | 258.33 | |
| | 79630010A-01 | 2000-10-31 | ROYALTY ACCRUAL | 2,000.00 | ACR |
| | 79630010A-10 | 2000-10-31 | RINA FEE ACCRUAL | 2,200.00 | ACR |
| | FC0162147-01 | 2000-10-31 | FINANCE CHARGE | 282.56 | |
| | | | | 4,861.02 | |
| 11 | IN0550836-01 | 2000-11-29 | NOV-MSI MAINT. | 258.33 | |
| | 79630011A-01 | 2000-11-30 | ROYALTY ACCRUAL | 2,000.00 | ACR |
| | 79630011A-10 | 2000-11-30 | RINA FEE ACCRUAL | 2,200.00 | ACR |
| | FC0164673-01 | 2000-11-30 | FINANCE CHARGE | 344.76 | |
| | TA2704267-01 | 2000-11-30 | T/A COMM SERVICE CHG | 5.60 | |
| | TA2704267-01 | 2000-11-30 | T/A COMMISSIONS | 101.50 | |
| | TP3704267-01 | 2000-11-30 | AIRLINE RESV FEE | 70.00 | |
| | | | | 4,980.19 | |
| 12 | IN0561269-01 | 2000-12-27 | G/S Dave Emerson | 25.00 | |
| | IN0561269-02 | 2000-12-27 | TRANS CHG Dave Emers | 25.00 | |
| | IN0562333-01 | 2000-12-29 | DEC-MSI MAINT. | 258.33 | |
| | TA2709951-01 | 2000-12-29 | T/A COMM SERVICE CHG | 1.05 | |
| | TA2709951-01 | 2000-12-29 | T/A COMMISSIONS | 16.20 | |
| | TP3709951-01 | 2000-12-29 | AIRLINE RESV FEE | 25.75 | |
| | 79630012A-01 | 2000-12-31 | ROYALTY ACCRUAL | 1,300.00 | ACR |
| | 79630012A-10 | 2000-12-31 | RINA FEE ACCRUAL | 1,500.00 | ACR |
| | FC0167370-01 | 2000-12-31 | FINANCE CHARGE | 379.27 | |
| | | | | 3,530.60 | |
| 1 | TA2715634-01 | 2001-01-27 | T/A COMM SERVICE CHG | 2.80 | |
| | TA2715634-01 | 2001-01-27 | T/A COMMISSIONS | 45.10 | |
| | TP3715634-01 | 2001-01-27 | AIRLINE RESV FEE | 43.75 | |
| | IN0573150-01 | 2001-01-29 | JAN-MSI MAINT. | 258.33 | |
| | 79630101A-01 | 2001-01-31 | ROYALTY ACCRUAL | 1,500.00 | ACR |
| | 79630101A-10 | 2001-01-31 | RINA FEE ACCRUAL | 1,700.00 | ACR |
| | FC0170071-01 | 2001-01-31 | FINANCE CHARGE | 385.93 | |
| | | | | 3,935.91 | |
| 2 | IN0580263-01 | 2001-02-12 | G/S Barbara Awalt | 40.00 | |
| | IN0580263-02 | 2001-02-12 | TRANS CHG Barbara Aw | 25.00 | |
| | TA2721034-01 | 2001-02-24 | T/A COMM SERVICE CHG | 2.45 | |
| | TA2721034-01 | 2001-02-24 | T/A COMMISSIONS | 52.62 | |
| | TP3721034-01 | 2001-02-24 | AIRLINE RESV FEE | 28.75 | |
| | 79630102A-01 | 2001-02-28 | ROYALTY ACCRUAL | 1,300.00 | ACR |

PAGE 4

```
ITEMIZED STATEMENT
FOR RAMADA #7963-89888 - Springfield-South, IL
AS OF 2001-04-03
```

| MONTH | RELATION NBR | ITEM DATE | DESC | AMOUNT DUE | |
|---|---|---|---|---|---|
| ----- | ------------ | ---------- | -------------------- | ----------------- | ---- |
| 2 | 79630102A-10 | 2001-02-28 | RINA FEE ACCRUAL | 1,500.00 | ACR |
| | FC0172683-01 | 2001-02-28 | FINANCE CHARGE | 353.69 | |
| | IN0588609-01 | 2001-02-28 | FEB-MSI MAINT. | 258.33 | |
| | IN0589908-01 | 2001-02-28 | 2001 CONFERENCE | 795.00 | |
| | | | | ----------------- | |
| | | | | 4,355.84 | |
| 3 | 79630103A-01 | 2001-03-31 | ROYALTY ACCRUAL | 2,600.00 | ACR |
| | 79630103A-10 | 2001-03-31 | RINA FEE ACCRUAL | 2,900.00 | ACR |
| | IN0603598-01 | 2001-03-31 | MAR-MSI MAINT. | 258.33 | |
| | | | | ----------------- | |
| | | | | 5,758.33 | |

```
                                        ==================
                                            52,113.15
```

# EXHIBIT 10



# RAMADA°

RAMADA FRANCHISE SYSTEMS, INC.
1 SYLVAN WAY, PARSIPPANY, NJ 07054-0278
PHONE (973) 428-9700 • FAX (973) 496-5345

FRANCHISE ADMINISTRATION
HOTEL DIVISION

October 16, 2002

**BY AIRBORNE EXPRESS**

Shri Ohm Corporation
745 Craig Road
Suite 200
St. Louis, MO 63141
Attn: Raj Jhala

RE:    **ACKNOWLEDGEMENT OF TERMINATION** of the License for Ramada® System
Unit #7963-89888-2 located in Springfield, Illinois (the "Facility")

Dear Mr. Jhala:

Ramada Franchise Systems, Inc. ("we" or "us") has received been advised that on or about October 1, 2002 (the "Termination Date"), Shri Ohm Corporation ("you") stopped operating the Unit as a Ramada.   Accordingly, we acknowledge that the License Agreement, dated January 12, 1996, assigned on February 9, 2000, (the "Agreement"), has terminated.

The Agreement requires you to perform certain post termination obligations.  In addition to other obligations specified in the Agreement, by no later than ten days after the Termination Date, you must (a) remove all signage and other items bearing the Marks; (b) perform all post-termination obligations specified in the Systems Standards Manual; (c) change all signs, billboards, and listings in telephone directories, travel guides, hotel indexes and similar materials in which the Facility is identified as a Ramada; and (d) remove the Marks from any advertising or promotional activities on, around or directed towards the Facility, including any web sites, web pages or search engines.  You must cooperate fully with us regarding any post-termination inspections by us to verify that the Facility has been properly de-identified.  You must immediately return to us all training documents, operating manuals and other proprietary material.

Because you terminated the Agreement prematurely, you must pay us Liquidated Damages of $120,000.00, as specified in Section 18.4 of the Agreement. You must also pay any outstanding Recurring Fees and any other fees and charges through the date you complete the de-identification of the Facility. We estimate that, as of the date of this letter, you owe us $100,878.98 in such fees and charges.  Please pay us this amount within ten days.  Please consider this letter to be a notice and demand for payment under any Guaranty of the Agreement, directed to all of our guarantors.

79862770 072

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Shp. # | 79862770-072 Svcs. | EXP | | 10/15/02 WL. | 1-L | 1 Pc | Zip/Postal Code 65141 |
| Desc. | | | | Dims | | | Chg. $5.37 |
| Bill Ref. | 06-52-05000 | | | Bill To | | | |

2001 (6/01) S     SENDER'S COPY    nding Corporate Sponso

childreach
Plan     BE A PART OF IT
Childreach and Ramada
Hospitality with a Heart

Mr. Raj Jhala
October 16, 2002
Page 2

If you have any questions or need any assistance with the de-identification of the Facility, please contact me at (973) 496-5222.

Sincerely,

James D. Darby
Vice President
Franchise Administration

cc:    Paul Hanley

# EXHIBIT 11



SCHIFF HARDIN LLP

A Limited Liability Partnership Including Professional Corporations

6600 SEARS TOWER
CHICAGO, ILLINOIS  60606
*t* 312.258.5500
*f* 312.258.5600
www.schiffhardin.com

Fiona A. Burke
(312) 258-5752
Email: fburke@schiffhardin.com

October 27, 2004

**VIA FEDERAL EXPRESS AND U.S. MAIL**

Jay Vidyalankar
4139 E. Busch Boulevard, Unit #400
Tampa, Florida 33617

Sharad Desai ("Desai")
8 Dunbridge Ct.
Glen Carbon, Illinois 62304

Paul Femmer
1616 Wildhorse Pkwy.
Chesterfield, Missouri 63005

Rajen Jhala (individually and as registered agent for
Shri Ohm Corporation d/b/a Shree Ohm, Inc.)
16347 Champion Dr.
Chesterfield, Missouri 63005

Re:    **Former Ramada Site 7963, Springfield, IL**

Dear Sirs:

We are counsel for Ramada Franchise Systems, Inc. ("RFS").

As you are aware, the License Agreement and Assignment and Assumption Agreement between Shri Ohm Corporation d/b/a/ Shree Ohm, Inc. ("Shree Ohm") and RFS dated January 12, 1996 and February 9, 2000 respectively (collectively referred to herein as the "License Agreement") terminated effective October 1, 2002 when Shree Ohm, after failing to cure persistent quality assurance, monetary and reporting defaults, unilaterally ceased operating the facility as a Ramada and lost possession of the facility to its lender. Shree Ohm owes RFS $126,896.70 in outstanding royalties and other fees and $120,000.00 in liquidated damages in accordance with the License Agreement. Each of you is personally responsible for the payment of these amounts because you guaranteed Shree Ohm's obligations under the License Agreement.

CHICAGO  |  WASHINGTON  |  NEW YORK  |  LAKE FOREST  |  ATLANTA  |  DUBLIN



October 27, 2004
Page 2

To date, RFS has not received payment for the outstanding royalties and fees, and liquidated damages owed under the License Agreement.

I write on behalf of RFS to give you an opportunity to resolve these outstanding issues before litigation commences. If you wish to avoid the expense and hardship associated with litigation, you must pay all amounts owed under the License Agreement by no later than November 5, 2004.

Please contact me, or have your attorney contact me, at (312) 258-5752 if you have any questions concerning the foregoing.

Very truly yours,

Fiona A. Burke

FAB/flm
cc:    Robin M. Spencer, Esq.

# EXHIBIT 12

OMB No. 1545-0130

**Form 1120S**

**U.S. Income Tax Return for an S Corporation**

► Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.
► See separate instructions.

COPY 1996

Department of the Treasury
Internal Revenue Service

For calendar year 1996, or tax year beginning **Jan 10**, 1996, ending **Dec 31**, 19 **96**

| | | | | |
|---|---|---|---|---|
| **A** Date of Election as an S Corporation **01/25/96** | Use IRS label. Otherwise please print or type. | Name **SHRI OHM CORPORATION** | | **C** Employer Identification Number **37-1349202** |
| | | Number, Street, and Room or Suite No. (If a P.O. box, see instructions) **8 DUNBRIDGE CT** | | **D** Date Incorporated **12/31/95** |
| **B** Business Code No. (see Specific Instructions) **7000** | | City or Town **GLEN CARBON**    State **IL**    ZIP Code **62034** | | **E** Total Assets (see Specific Instructions) $ **2,291,691.** |

**F** Check applicable boxes: **(1)** [X] Initial return **(2)** ☐ Final return **(3)** ☐ Change in address **(4)** ☐ Amended return

**G** Check this box if this S corporation is subject to the consolidated audit procedures of sections 6241 through 6245 (see instructions before checking this box) .......... ► ☐

**H** Enter number of shareholders in the corporation at end of the tax year .......................................... ► **4**

**Caution:** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales **1,803,241.** **b** Less returns and allowances **1,678.** **c** Bal ► | **1c** | **1,801,563.** |
| | **2** Cost of goods sold (Schedule A, line 8) .................................... | **2** | **261,468.** |
| | **3** Gross profit. Subtract line 2 from line 1c ............................... | **3** | **1,540,095.** |
| | **4** Net gain (loss) from Form 4797, Part II, line 20 (attach Form 4797) ... | **4** | |
| | **5** Other income (loss) (attach schedule) ............ COMMISSIONS & DISCOUNTS | **5** | **4,801.** |
| | **6** **Total income (loss).** Combine lines 3 through 5 .......................... ► | **6** | **1,544,896.** |
| **D E D U C T I O N S** | **7** Compensation of officers ........................................... | **7** | |
| | **8** Salaries and wages (less employment credits) ........................ | **8** | **612,783.** |
| | **9** Repairs and maintenance ........................................... | **9** | **183,182.** |
| | **10** Bad debts ........................................................ | **10** | **4,876.** |
| | **11** Rents ............................................................ | **11** | |
| | **12** Taxes and licenses ................................................ | **12** | **115,539.** |
| | **13** Interest .......................................................... | **13** | **141,045.** |
| | **14a** Depreciation (if required, attach Form 4562) .... **14a** **145,737.** | | |
| | **b** Depreciation claimed on Schedule A and elsewhere on return .... **14b** | | |
| | **c** Subtract line 14b from line 14a .................................... | **14c** | **145,737.** |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** ................... | **15** | |
| | **16** Advertising ...................................................... | **16** | **25,209.** |
| | **17** Pension, profit-sharing, etc, plans .................................. | **17** | |
| | **18** Employee benefit programs ......................................... | **18** | **23,325.** |
| | **19** Other deductions (attach schedule) ..... See Other Deductions ....... | **19** | **466,356.** |
| | **20** **Total deductions.** Add the amounts shown in the far right column for lines 7 through 19. ► | **20** | **1,718,052.** |
| | **21** Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 . | **21** | **-173,156.** |
| **T A X A N D P A Y M E N T S** | **22** Tax: **a** Excess net passive income tax (att schedule) ........ **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) .................. **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) .......... | **22c** | |
| | **23** Payments: **a** 1996 estimated tax payments and amount applied from 1995 return .. **23a** | | |
| | **b** Tax deposited with Form 7004 ....................... **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . **23c** | | |
| | **d** Add lines 23a through 23c ........................................... | **23d** | |
| | **24** Estimated tax penalty. Check if Form 2220 is attached ............ ► ☐ | **24** | |
| | **25** Tax due. If the total of lines 22c & 24 is larger than line 23d, enter amount owed. See instrs for depository method of payment ► | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ... ► | **26** | |
| | **27** Enter amount of line 26 you want: Credited to 1997 estimated tax ........ **Refunded** ► | **27** | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  _____    ► **PRESIDENT**
Signature of Officer        Date       Title

| Preparer's Signature | Date **03/21/97** | Check if self-employed [X] | Preparer's Social Security Number **436 84 9989** |

AUG-13-97 12:44 FROM-S133 B&J VORA CPA

522 P02    AUG 13 '97 09:49

| Form **2553** | **Election by a Small Business Corporation** | OMB No. 1545-0146 |
|---|---|---|
| (Rev. September 1993) | (Under section 1362 of the Internal Revenue Code) | Expires 8-31-96 |
| Department of the Treasury Internal Revenue Service | ▶ For Paperwork Reduction Act Notice, see page 1 of instructions. ▶ See separate instructions. | |

**Notes:** 1. This election, to be an "S corporation," can be accepted only if all the tests are met under Who May Elect on page 1 of the instructions; all signatures in Parts I and III are originals (no photocopies); and the exact name and address of the corporation and other required form information are provided.

2. Do not file Form 1120S, U.S. Income Tax Return for an S Corporation, until you are notified that your election is accepted.

## Part I  Election Information

| | Name of corporation (see instructions) | A Employer identification number (EIN) |
|---|---|---|
| **Please Type or Print** | SHRI OHM CORPORATION | 37 1349202 |
| | Number, street, and room or suite no. (If a P.O. box, see instructions.) | B Date incorporated |
| | # 8 DUNBRIDGE CT | 12-31-95 |
| | City or town, state, and ZIP code | C State of incorporation |
| | GLEN CARBON, IL 62034 | ILLINOIS |

D Election is to be effective for tax year beginning (month, day, year) ▶

E Name and title of officer or legal representative who the IRS may call for more information ▶ SHARAD DESAI

F Telephone number of officer or legal representative ( 618 ) 874-2448

G If the corporation changed its name or address after applying for the EIN shown in A, check this box . . . . . . ▶ ☐

H If this election takes effect for the first tax year the corporation exists, enter month, day, and year of the earliest of the following: (1) date the corporation first had shareholders, (2) date the corporation first had assets, or (3) date the corporation began doing business ▶ 01, 02, 96

I Selected tax year: Annual return will be filed for tax year ending (month and day) ▶ 12-31-96

If the tax year ends on any date other than December 31, except for an automatic 52-53-week tax year ending with reference to the month of December, you must complete Part II on the back. If the date you enter is the ending date of an automatic 52-53-week tax year, write "52-53-week year" to the right of the date. See Temporary Regulations section 1.441-2T(e)(3).

| J Name and address of each shareholder; shareholder's spouse having a community property interest in the corporation's stock; and each tenant in common, joint tenant, and tenant by the entirety. (A husband and wife (and their estates) are counted as one shareholder in determining the number of shareholders without regard to the manner in which the stock is owned.) | K Shareholders' Consent Statement. Under penalties of perjury, we declare that we consent to the election of the above-named corporation to be an "S corporation" under section 1362(a) and that we have examined this consent statement, including accompanying schedules and statements, and to the best of our knowledge and belief, it is true, correct, and complete. (Shareholders sign and date below.) | | | L | M Social security number or employer identification number (see instructions) | N Share- holder's tax year ends (month and day) |
|---|---|---|---|---|---|---|
| | Signature | Date | Number of shares | Dates acquired | | |
| SHARAD DESAI # 8 DUNBRIDGE CT GLEN CARBON, IL 62034 | X _(signature)_ | 1/7/96 | 25 | 01/7/96 | REDACTED | 12-31- |
| PAUL D FENNER 1616 WILDHORSE PKWY CHESTERFIELD, MO 63005 | X _(signature)_ | 1/7/96 | 25 | 01/7/96 | | 12-31- |
| RAJEN JHALA 745 CRAIG RD STE 200 ST LOUIS MO 63141 | X _Rajen Jhala_ | 1/7/96 | 25 | 1/7/96 | | 12-31- |
| JAY VIDYALANKAR 2333 Sterling Pointe Chesterfield Valley MO 63005 | X _Jay Vidyalankar_ | 1/7/96 | 25 | 1/7/96 | | 12-31- |

*For this election to be valid, the consent of each shareholder, shareholder's spouse having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety, must either appear above or be attached to this form. (See instructions for Column K if a continuation sheet or a separate consent statement is needed.)

Under penalties of perjury, I declare that I have examined this election, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of officer ▶ X _(signature)_  Title ▶ TREASURER  Date ▶ 01/07/96

See Parts II and III on back.    Cat. No. 18629R    Form **2553** (Rev. 9-93)
133