# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RAMADA FRANCHISE SYSTEMS, INC.**
    Plaintiff,

vs.                                                                 Case Number:    **04-3248**

**SHRI OHM CORPORATION, JAY VIDYALANKAR, SHARAD DESAI, PAUL FEMMER, RAJEN JHALA,**
    Defendant.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to opinions entered by Judge Jeanne E. Scott that:

The Court enters judgment in favor of Plaintiff as follows: Defendants Desai and Femmer, jointly and severally, are ordered to pay $140,901.82 in past due recurring fees and interest and $128,884.14 in liquidated damages and interest. Plaintiff is also awarded its attorneys' fees and costs. All of these amounts are to be paid jointly and severally with the amounts that the Court has ordered to be paid by defaulted Defendants Jhala, Shri Ohm, and Vidyalankar. Vidyalankar and Jhala, jointly and severally, are ordered to pay $130,140.95 in recurring fees and interest, $83,691.00 in liquidated damages, plus interest, and $6,755.08 in attorneys' fees, costs and expenses. Shri Ohm is ordered to pay $62,242.01 in recurring fees and interest, $83,691.00 in liquidated damages, plus interest, and $6,755.08 in attorneys' fees, costs and expenses for a total award against Shri Ohm of $152,688.09,

which is to be paid jointly and severally with Vidyalankar and Jhala. Furthermore, the amounts ordered for Vidyalankar, Jhala, and Shri Ohm are to be paid jointly and severally with the amounts that the Court has ordered to be paid by non-defaulted Defendants Desai and Femmer in this case.

ENTER this 24th day of January, 2006

JOHN M. WATERS, CLERK

s/Marleen Cooke
BY: DEPUTY CLERK