**E-FILED**
Thursday, 09 February, 2006  12:25:43 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **RAMADA FRANCHISE SYSTEMS, INC.,**<br>**a Delaware corporation,** | ) )<br> ) | |
| **Plaintiff,** | ) )<br> ) | |
| v. | )<br> ) | **Case No. 3:04-cv-3248** |
| **SHRI OHM CORPORATION.,**<br>**d/b/a SHREE OHM, INC., an Illinois**<br>**corporation, JAY VIDYALANKAR,**<br>**SHARAD DESAI, PAUL FEMMER, and**<br>**RAJEN JHALA, individuals,** | )<br> )<br> )<br> )<br> ) | **Hon. Jeanne E. Scott**<br><br>**Mag. Byron G. Cudmore** |

## MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("RWI") respectfully submits this motion and incorporated memorandum for an award of a portion of the attorneys' fees and costs that it has incurred in prosecuting its claims against the defendants Sharad Desai ("Desai") and Paul Femmer ("Femmer") in this matter. Desai and Femmer evaded performance of their contractual obligations and their obligations in this litigation, and therefore caused RWI to incur legal expenses to obtain a judgment against them.

In the course of obtaining summary judgment against Desai and Femmer, RWI prepared, filed and served its complaint, engaged in discovery, and briefed its successful motion for summary judgment and supporting materials against Desai and Femmer, among other work performed on the matter. Accordingly, RWI respectfully seeks an award of a portion of its fees incurred in its prosecution of its claims against Desai and Femmer, in the amount of $28,931.72. This amount consists of $27,537.50 in attorneys' fees and $1,394.22 in costs, pursuant to section 17.4 of the License Agreement and Guaranty, F.R.C.P. 54(d), Local Rule 54.1 and this Court's January 10, 2006 Order.

I.    **RWI IS ENTITLED TO RECOVER ATTORNEYS' FEES AND COSTS**

Pursuant to Section 17.4 of the License Agreement and the Assignment and Assumption Agreement RWI is entitled to recovery of its reasonable attorneys' fees and its costs. The January 12, 1996 Guaranty signed by Desai and Femmer expressly acknowledges that section 17 of the License Agreement applies to the January 12, 1996 Guaranty. Desai and Femmer agreed to "pay all costs and expenses, including reasonable attorneys' fees, incurred by [RWI] to enforce this Agreement or collect amounts owed under this Agreement." (License Agreement and Assignment and Assumption Agreement, Exhibit A to RWI's Complaint, at § 17.4; January 12, 1996 Guaranty, Exhibit B to RWI's Complaint).

RWI prevailed in its enforcement efforts against Desai and Femmer. In an Order dated January 10, 2006, this Court ruled that Desai and Femmer were liable for the full $269,785.96 sought by RWI, consisting of $140,901.82 unpaid Recurring Fees plus interest due under the License Agreement, $128,884.14 in liquidated damages, plus interest, which were established by a contractual formula to which the parties had agreed for the premature termination of the License Agreement and the resulting loss of this franchise location.

II.    **THE STANDARD FOR DETERMINING REASONABLE ATTORNEYS' FEES**

In the Seventh Circuit, reasonable attorneys' fees are determined by multiplying the hours reasonably expended on litigation by a reasonable hourly rate to arrive at a base figure commonly called a "lodestar." Strange v. Monogram Credit Card Bank of Georgia, 129 F.3d 943, 945-46 (7th Cir. 1997). This Court may then increase or decrease the lodestar figure according to twelve factors set forth in Hensley v. Eckerhart, 461 U.S. 424, 103 S. Ct. 1933 (1983). The twelve factors are: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal services properly; (4) the preclusion of

2

other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Id. The Seventh Circuit has held that "only time spent on claims for relief that are unsuccessful and unrelated to the ultimate result achieved are not compensable." Rosario v. Livaditis, 963 F.2d 1013, 1020 (7th Cir. 1992), (quoting Jackson v. Illinois Prisoner Review Bd., 856 F.2d 890, 894 (7th Cir. 1988)).

As set forth below, RWI has calculated a reasonable lodestar. Although the base amount reasonably could be greater, and could be adjusted upward in full accordance with the License Agreement, Assignment and Assumption Agreement and January 12, 1996 Guaranty between the parties, RWI has elected to seek only a portion of its fees in this Motion. RWI is not seeking compensation for all amounts which it has incurred, including those amounts which solely relate to its claims against the Defaulted Defendants.

## III.    RWI HAS REQUESTED REASONABLE ATTORNEYS' FEES

### A.    This Fee Motion Sets Forth the Reasonable Number of Hours Expended in this Litigation for which RWI Seeks Reimbursement.

As set forth in the accompanying Affidavit of Paula J. Morency (attached hereto as Exhibit A), the time and services for which RWI seeks reimbursement accurately describe the legal services rendered and time expended in the prosecution of RWI's claims by Schiff Hardin LLP. The fees and costs sought by RWI in this Motion are customary and reasonable for the prosecution of a case of this type, and are consistent with the rates approved in other awards that have been made in this District.

3

**B.    RWI Staffed This Matter Appropriately, and Requests a Reasonable Hourly Rate.**

RWI's attorneys have charged market rates for their services, which are the presumptively reasonable method for calculating attorneys' fees in this Circuit. See Eddleman v. Switchcraft, Inc., 965 F.2d 422, 424 (7th Cir. 1992) ("The reasonable hourly rate to be used in computing the lodestar figure should be based on the appropriate market rate for the attorney's work"); Balcor Real Estate Holdings, Inc. v. Walentas-Phoenix Corp., 73 F.3d 150, 153 (7th Cir. 1996) ("the best evidence of the market value of legal services is what people pay for it"); People Who Care v. Rockford Bd. of Educ., 90 F.3d 1307, 1310 (7th Cir. 1996) ("the attorney's actual billing rate for comparable work is presumptively appropriate to use as the market rate"). As set forth in the accompanying affidavit, the rates, fees, and costs requested in this Motion are well within the customary hourly rates charged by attorneys for litigation services of this type. The requested fees thus represent the market value of the work performed in this litigation.

On November 12, 2004, this case was filed by Schiff Hardin LLP on behalf of RWI. From the date of its inception through the present this matter has been handled primarily by one Schiff Hardin LLP partner (Robin M. Spencer), and one Schiff Hardin LLP associate (Fiona A. Burke). (Morency Aff., ¶¶ 7-8). RWI seeks $27,537.50 in attorneys' fees for legal work performed by Schiff Hardin LLP in connection with RWI's claims through January 2006, which includes the research and preparation of the complaint, service of process, discovery, negotiations with defendants Femmer and Desai, and briefing its successful motion for summary judgment on its claims, as well as the default judgments against parties for whom Desai and Femmer stand as guarantors. The Schiff Hardin LLP attorneys' fees for which RWI seeks reimbursement are reflected in the billing detail attached to the affidavit of Paula J. Morency.

4

RWI is not seeking reimbursement for entries which have been redacted or amounts through which lines have been drawn, and has discounted the amount of fees it seeks by $10,968.00.

### C.    Additional Circumstances Justify The Requested Fees.

#### 1.    RWI Acted Appropriately to Protect the Interests at Stake in This Litigation.

RWI acted appropriately to protect its trademarks, the traveling public and the system interests at stake in this litigation. It is of critical importance to maintain uniform quality of the lodging facilities throughout RWI's franchise system, in order to protect RWI's guests and its trademarks. Given the breadth of the RWI system, it is also important for RWI to enforce the terms of its franchise agreements against breaching franchisees. In this case, Desai and Femmer breached both the quality assurance requirements and the payment obligations that they were required to meet under the License Agreement, Assignment and Assumption Agreement and Guaranty agreement, before ceasing to operate as a Ramada® and losing possession of the Facility to their lender. The resulting termination has caused RWI to lose the benefit of its agreement that this franchisee would operate a facility in Springfield, Illinois until 2011, and that the facility would comply with the standards RWI has set to protect the traveling public and the RWI marks. RWI's enforcement of its License Agreement was both appropriate and important, both in the message it sent to the system as a whole as well as in the recovery RWI obtained for its past and future efforts in this region. (Morency Aff., ¶ 18.)

#### 2.    RWI Has Been Awarded The Relief Sought In Its Complaint.

RWI respectfully submits that the results obtained against Desai and Femmer in this case fully justify the fee award requested. As the Seventh Circuit has noted, "where a plaintiff has obtained excellent results, her attorney should presumptively recover a fully compensatory fee, encompassing all hours reasonably expended on the litigation." Smith v. Great Am. Rests., Inc.,

969 F.2d 430, 440 (7th Cir. 1992). RWI seeks only a portion of its reasonable fees in this Motion.

While the Seventh Circuit has explicitly rejected arguments that attorneys' fees must be proportional to damage awards, Alexander v. Gerhardt Enters., Inc., 40 F.3d 187 (7th Cir. 1994); Estate of Borst, 979 F.2d 511 (7th Cir. 1992), the fees RWI seeks here, are in fact proportional to the harm posed to RWI by Desai and Femmer's disregard of their contractual obligations, as described above.

## IV.   RWI REQUESTS REIMBURSEMENT FOR A PORTION OF ITS COSTS

### A.   RWI Is Entitled To a Portion of Its Costs Incurred In This Litigation.

Section 17.4 of the License Agreement provides for recovery by RWI of its costs and expenses, in addition to reasonable attorneys' fees.[1] RWI is seeking recovery only of those costs incurred for filing and serving the complaint and for duplicating necessary to prosecuting its claims, and respectfully asks this Court for an award of $1,394.22 for those costs. (See Morency Aff., ¶ 19; see also Form AO 133, Bill of Costs Summary, attached thereto as Exhibit B). RWI has included costs for copying documents necessary to prosecuting its claims in this litigation, at a rate of $.10 per page. Those charges are reasonable and customary among law firms in the area. RWI is not seeking reimbursement for redacted entries through which lines have been drawn, and has discounted the amount of the costs it seeks by $525.00. (Morency Aff., ¶ 18; Exhibits A & B thereto.)

---

[1] An award of costs to RWI, as the prevailing party, also is appropriate pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

## **CONCLUSION**

WHEREFORE, RWI respectfully requests that the Court award the attorneys' fees and costs set forth in this Motion for Award of Attorneys' Fees and Costs Against Sharad Desai and Paul Femmer, for a total award of $28,931.72.

Dated:  February 9, 2006                          RAMADA FRANCHISE SYSTEMS, INC.

By:___s/Fiona A. Burke_____
          Counsel for Plaintiff
          Fiona A. Burke Bar Number: 6273779

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 phone
(312) 258-5700 fax

## CERTIFICATE OF SERVICE

I, Fiona A. Burke, an attorney, hereby certify that on February 9, 2006, I electronically filed the foregoing PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on February 9, 2006, I have mailed by United States Postal Service the documents, including the notice of electronic filing, to the following non CM/ECF participants:

By U.S. Mail:

Sharad Desai
8 Dunbridge Ct
Glen Carbon, Illinois 62304

Paul Femmer
1616 Wildhorse Pkwy
Chesterfield, Missouri 63005

s/Fiona A. Burke
Fiona A. Burke Bar Number: 6273779
One of the Attorneys for Plaintiff
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
fburke@schiffhardin.com

CHI\ 4440658.1

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

RAMADA FRANCHISE SYSTEMS, INC., )
a Delaware corporation, )
)
    Plaintiff, )
)
    v. )    **Case No. 3:04-cv-3248**
)
SHRI OHM CORPORATION., )    **Hon. Jeanne E. Scott**
d/b/a SHREE OHM, INC., an Illinois )
corporation, JAY VIDYALANKAR, )    **Mag. Byron G. Cudmore**
SHARAD DESAI, PAUL FEMMER, and )
RAJEN JHALA, individuals, )

## AFFIDAVIT OF PAULA J. MORENCY

I, Paula J. Morency, being duly sworn on oath, state as follows:

1.    I have personal knowledge of the following facts, and am prepared to testify to them if called as a witness. I respectfully submit this affidavit in support of Plaintiff's Petition for Award of Attorney's Fees and Costs against defendants Sharad Desai ("Desai") and Paul Femmer ("Femmer"), for the work performed for Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("RWI"), in this matter.

### Background and Counsel

2.    I am an attorney licensed to practice law in the State of Illinois. I am a partner at the law firm of Schiff Hardin LLP and have held that position since November 1994. Before that date, I was a partner in the law firm of Mayer, Brown & Platt from 1987-1994, and worked as an associate with that firm commencing with my departure from law school in 1980. I am a 1980 graduate of the University of Virginia School of Law, and received my undergraduate degree from Princeton University *magna cum laude* in 1977. I was admitted to practice in Illinois in 1980, and have also been admitted to the bars of the United States District Courts for

the Northern District of Illinois (1980), the Federal Trial Bar of the Northern District of Illinois (1982), the Central District of Illinois (1999), the Eastern District of Wisconsin (2000), and the Northern District of Indiana (2004), as well as the United States Supreme Court (2000) and the United States Courts of Appeals for the Seventh Circuit (1981) and the Fifth Circuit (1990). I have served as Regional Counsel for RWI, in the states of Wisconsin, Illinois and Indiana from 1999 to the present, and as counsel for RWI in this matter from March 2004 through the present.

3.    I am past member of the Governing Committee of the ABA Forum on Franchising and have litigated franchise and distributor matters for more than twenty-two years. In the course of my practice, I have handled or worked actively on what I believe to be hundreds of contested commercial matters both in state and federal court, including more than sixty distribution and franchise suits. I have tried cases to verdict in the district courts for the Northern District of Illinois, the Western District of Washington, the Southern District of New York and the Southern District of Florida, as well as in the Illinois, California and Texas state courts, and have presented multiple disputes to arbitration panels.

### The Work For Which Fees Are Sought

4.    RWI requests reimbursement from this Court on its present Motion for Award of Attorney's Fees and Costs for a portion of its fees and its expenses, reasonably and necessarily expended on the investigation, preparation of the pleading, service of process, preparation of the motions and briefing for judgment on the pleadings and preparation of this fee petition, and associated work in this case. The fees and expenses incurred in prosecuting its claims against defendants Desai and Femmer, including electronic and telephonic communications with RWI client personnel (Marcus Banks, Stefani Williams and Kimberly Jeff). In support of its motion, RWI submits billing detail of the law firm of Schiff Hardin LLP (attached as Exhibit A). RWI does not seek reimbursement for the redacted entries and amounts through which lines have been

drawn, and notes that the term "CLIP communications" refers to the communications of questions and updates between Schiff Hardin LLP and client personnel.

5.      I personally reviewed the billing detail which is attached, as well as the underlying court records and other documents prepared for this litigation.

### Staffing of This Matter

6.      The law firm of Schiff Hardin LLP serves as Regional Counsel for RWI for Illinois and other Midwestern states, and has performed all of the work for RWI on this matter, from its inception through the present.

7.      The principal work performed on this matter was done by my partner, Robin M. Spencer, who is currently on maternity leave, and one associate, Fiona A. Burke. As set forth on the billing statements, RWI was charged an hourly rate of $330.00 for Ms. Spencer's time through December 31, 2003, a 2004 hourly rate of $360.00, and an hourly rate of $395.00 for Ms. Spencer's time beginning on January 1, 2005. My hourly billing rate is $480.00 beginning on January 1, 2006.

8.      Ms. Spencer is an attorney licensed to practice law in the States of Illinois and Minnesota, and also has been admitted to the bars of the United States District Courts for the Northern, Central and Southern Districts of Illinois and the Northern District of Indiana. Ms. Spencer is a partner at the law firm of Schiff Hardin and a 1994 graduate of the University of Virginia School of Law. Ms. Spencer has served with me as Regional Counsel for RWI and its affiliates in the states of Wisconsin, Illinois and Indiana from 1999 to the present, and as counsel for RWI in this matter from its inception. Ms. Spencer has litigated franchise and distributor matters for more than ten years, including hundreds of contested commercial matters both in state and federal court, with a primary focus on distribution and franchise suits.

3

9.      Ms. Burke, a Schiff Hardin LLP associate and a 2001 *magna cum laude* graduate of Loyola University Chicago School of Law assisted on this matter by evaluating this matter, preparing the pleadings, and drafting of the motion for summary and supporting memorandum, and supporting affidavits and attachments, and associated work on the matter. RWI was charged a 2003 hourly rate of $200.00 for Ms. Burke's time, a 2004 hourly rate of $230.00, a 2005 hourly rate of $270.00, and an hourly rate of $305.00 beginning on January 1, 2006 for Ms. Burke's time.

<b>Attorneys' Fees For Which RWI Seeks Reimbursement</b>

**A.      Fees and Discounts Reflected In Schiff Hardin's Time Entries**

10.     The attached billing detail reflects the normal and customary billing rates charged to clients by Schiff Hardin LLP, after adjustment downward to reflect discounts provided to this client in the ordinary course of business, as well as reductions for the circumstances of this particular case. Those discounts have, of course, been reflected in this fee petition.

11.     RWI seeks an award of $26,142.50 for incurred charges for Schiff Hardin LLP's services to date. (See Exhibit A). RWI is not seeking reimbursement for entries that have been redacted or amounts through which lines have been drawn, and has discounted the amount of fees it seeks by $10,968.00.

12.     In addition RWI seeks $1,395.00 for the time spent in completing its Motion for Award of Attorneys' Fees and Costs and supporting materials, consisting of an additional 3 hours in associate time, billed at $305.00 per hour totaling $915.00, and an additional 1 hour of partner time billed at $480.00 per hour totaling $480.00. That time is not yet reflected in the billing sheets.

**B.      Total Attorneys Fees Amount Sought by RWI in its Petition**

13.     The total fees sought by RWI in its petition are $27,537.50.

4

14.     Based upon my experience and judgment, the rates, fees and costs requested by this fee petition are fair, reasonable, and well within those that normally would be charged for the services provided on a matter of this nature, where a claim was investigated, a complaint was prepared, where the parties had conducted discovery, and a motion for summary judgment was prepared and presented to the Court, and other associated work was performed.

### C.     Appropriateness of Fees Sought by RWI in its Petition

15.     I am familiar with market rates charged by attorneys who represent parties in franchise litigation and who practice in the Chicago area and other areas of the upper Midwest, by my experience with fee petitions, preparation of client billings and receipt of client payments for my firms, and information disclosed by publications, clients and other counsel in the legal community, including those who act as regional counsel for franchisors.

16.     The rates at which RWI seeks compensation for the services rendered to it by counsel in this matter are well within the prevailing rates for lawyers practicing in the Chicago area and other urban Midwestern legal communities, and are within the appropriate rates charged for litigating a franchise matter such as this case as regional counsel for a franchisor.

### Special Factors: RWI Had Significant Interests at Stake in this Litigation

17.     RWI acted appropriately to protect its trademarks, the traveling public and the system interests at stake in this litigation. It is of critical importance to maintain uniform quality of the lodging facilities throughout RWI's franchise system, in order to protect RWI's guests and its trademarks. Given the breadth of the RWI system, it is also important for RWI to enforce the terms of its franchise agreements against breaching franchisees. In this case, Desai and Femmer breached both the quality assurance requirements and the payment obligations that they were required to meet under the License Agreement, Assignment and Assumption Agreement and Guaranty agreements, before ceasing to operate as a Ramada® and losing possession of the

5

Facility to their lender. The resulting termination has caused RWI to lose the benefit of its agreement that this franchisee would operate a facility in Springfield, Illinois until 2011, and that the facility would comply with the standards RWI has set to protect the traveling public and the RWI marks. RWI's enforcement of its License Agreement, the Assignment and Assumption Agreement and the Guaranty agreement is both appropriate and important, both in the message it sends to the system as a whole and in the recovery RWI seeks against Desai and Femmer for its past and future efforts in this region.

### Costs For Which RWI Seeks Reimbursement in its Petition

18.    In addition to legal fees, RWI asks this Court to award $1394.22 for costs that RWI incurred in the prosecution of this matter to date, for copying expenses, facsimile charges, as well as service, filing and other delivery expenses. RWI is not seeking reimbursement for entries that have been redacted, and has discounted the amount of the costs it seeks by $525.00. (See also, Form A0 133, Bill of Costs, attached as Exhibit B.)

6

FURTHER AFFIANT SAYETH NOT.

Paula J. Morency

Subscribed and sworn before me
this ___8th___ day of February, 2006

Notary Public

JOEL M ELFMAN
NOTARY PUBLIC, State of New York
No. 01EL6107815
Qualified in New York County
Commission Expires March 22, 2008

7

# EXHIBIT A

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:    772159
Cendant Corporation                     OCTOBER 31, 2003
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834
                DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 09/01/03 to 09/30/03


| Name | Date | Hours | Description of Services | Task | Act | Amount |
|------|------|-------|-------------------------|------|-----|--------|
| PJM | 09/10/03 | .30 | Review of client notes and brief conf. w/RMS regarding new Springfield matter. | L120 | A104 | 118.50 |
| RMS | 09/10/03 | .20 | Email from M. Banks (client) re notes; communications with PJM, FM re same. | L190 | A106 | 66.00 |
| FAB | 09/26/03 | .20 | Communications with R. Spencer and P. Morency re new file. | L210 | A105 | 40.00 |
| FAB | 09/29/03 | 5.50 | Review green file and FIS notes, draft summary of issues and complaint. | L210 | A104 | 1100.00 |
| KG | 09/29/03 | .30 | TIME SUBTRACTED FROM FEE REQUEST. | L110 | A102 | ~~33.00~~ |

Scott McLester, Esq.                          Oct 31, 2003    PAGE    2
FILE NUMBER: 26384-0089


RMS     09/30/03    .10    TIME SUBTRACTED FROM FEE      L210 A105      ~~33.00~~
                          REQUEST.

FAB     09/30/03   2.10    Review customer complaints,    L190 A104      420.00
                          HEAT notes; revise summary to
                          include same; draft initial
                          disclosures.

TOTALS             8.70                                              1810.50
                                                                  — 66.00
                                                                  $1,744.50


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                              Oct 31, 2003    PAGE   3
FILE NUMBER: 26384-0089


    CLIENT DISBURSEMENTS/CHARGES
              SEPTEMBER 1, 2003o  SEPTEMBER 30, 2003
              Ramada Franchise Systems, Inc. 7963 Springfield


DATE     DESCRIPTION                                        AMOUNT


09/02/03 Duplicating  Butts Ke USER DEFINED 1:  Butts Ke     5.00
         50 pages
09/02/03 Duplicating  Morency USER DEFINED 1: Morency 7      0.70
         pages
09/17/03 Courier Services                                   26.00
         Air Bill: 619750228143
         Sender: MAILROOM
         Recipient: STEPHANIE WILLIAMS
         Address: LEGAL DEPARTMENT
         City: PARSIPPANY
         State: NJ
         Zip code: 07054


              FINAL TOTAL                                    31.70



    *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
    *----DISBURSEMENTS/CHARGES CODE-----*   AMOUNT
    E101   Copying                           5.70
    E107   Delivery services/messeng        26.00



THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   776909
Cendant Corporation                     DECEMBER 15, 2003
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

### DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 10/01/03 to 10/31/03

| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 10/03/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A105 | ~~33.00~~ |
| FAB | 10/03/03 | .30 | Communications with R. Spencer re assignor's secondary liability issue; communications with R. Spencer and P. Morency. | L210 A105 | 60.00 |
| FAB | 10/03/03 | .10 | Communications with S. Williams and M. Banks re infringement issues. | L210 A106 | 20.00 |
| FAB | 10/20/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST. | L110 A104 | ~~20.00~~ |

| | | | | | |
|------|------|-------|-------------------------|----------|--------|
| TOTALS | | 0.60 | | | 133.00 |

— 53.00
$80.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                      Dec 15, 2003    PAGE    2
FILE NUMBER: 26384-0089

          CLIENT DISBURSEMENTS/CHARGES
        OCTOBER 1, 2003 to  OCTOBER 31, 2003
        Ramada Franchise Systems, Inc. 7963 Springfield


DATE       DESCRIPTION                                    AMOUNT


10/21/03 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    0.20
         2 pages
10/25/03 Service Bureau Fees - ASSET SEARCH ON RAJEN     175.00
         JHALA - INV.# 03-1089 - FAB - VENDOR:CMA
         BUSINESS CREDIT SERVICES


               FINAL TOTAL                                175.20
                                                       — 175.00
                                                          .20


  *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
  *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
  E101    Copying                            .20
  E123    Professional Services           175.00


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   789903
Cendant Corporation                     DECEMBER 23, 2003
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 11/01/03 to 11/30/03


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| FAB | 11/05/03 | .10 | Communications with R. Spencer re draft pleadings. | L210 A105 | 20.00 |
| FAB | 11/06/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A105 | ~~20.00~~ |
| FAB | 11/06/03 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L210 A106 | ~~40.00~~ |
| RMS | 11/07/03 | .30 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~99.00~~ |
| RMS | 11/07/03 | .90 | Review and analyze factual records and documents in connection with reviewing FAB's draft and responding to her questions. | L190 A104 | 297.00 |

Scott McLester, Esq.                                    Dec 23, 2003    PAGE    2
FILE NUMBER: 26384-0089


| | | | | | | |
|---|---|---|---|---|---|---|
| FAB | 11/07/03 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L110 A106 | | ~~40.00~~ |
| FAB | 11/07/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L110 A105 | | ~~20.00~~ |
| PJM | 11/10/03 | .20 | Conference with RMS regarding pleading issues and status of guarantors. | L210 A104 | | 79.00 |
| RMS | 11/10/03 | .20 | Conference with PJM re basis for adding original guarantors as defendants. | L210 A105 | | 66.00 |
| RMS | 11/10/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A105 | | ~~33.00~~ |
| RMS | 11/10/03 | 1.00 | Review and revise FAB's draft complaint, in consultation with fact/legal issues summary from FAB. | L210 A103 | | 330.00 |
| FAB | 11/10/03 | .10 | Communications with R. Spencer re draft Complaint. | L210 A105 | | 20.00 |
| FAB | 11/10/03 | .10 | Communications with S. Williams re Shree Ohm/Shri Ohm issues. | L210 A106 | | 20.00 |
| FAB | 11/10/03 | 2.10 | Revise draft complaint to incorporate R. Spencer's comments; additional review of client documents. | L210 A103 | | 420.00 |
| FAB | 11/10/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST. | L110 A105 | | ~~20.00~~ |

Scott McLester, Esq.                                    Dec 23, 2003    PAGE    3
FILE NUMBER: 26384-0089

| | | | | | | |
|---|---|---|---|---|---|---|
| RMS | 11/11/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A106 | 33.00 |
| EH | 11/11/03 | 1.40 | TIME SUBTRACTED FROM FEE REQUEST | L110 A102 | 203.00 |
| FAB | 11/12/03 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L110 A104 | 80.00 |
| RMS | 11/17/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A106 | 33.00 |

TOTALS                    7.80                                              1873.00
                                                                         —  621.00
                                                                         #1,252.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Dec 23, 2003    PAGE    4
FILE NUMBER: 26384-0089


                CLIENT DISBURSEMENTS/CHARGES
            NOVEMBER 1, 2003to  NOVEMBER 30, 2003
            Ramada Franchise Systems, Inc. 7963 Springfield


DATE      DESCRIPTION                                      AMOUNT


11/19/03 Outside Duplicating - INV.# 44810 - PJM -         180.88
         VENDOR:ADVANTAGE DOCUMENT SERVICES, INC.


                FINAL TOTAL                                180.88


   *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
   *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
   E102    Outside Printing                 180.88

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   795467
Cendant Corporation                     JANUARY 26, 2004
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 12/01/03 to 12/31/03


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 12/01/03 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~66.00~~ |
| RMS | 12/09/03 | .20 | Review FAB note to S. Williams regarding additional information for pleading; email communication to FAB re same. | L190 A105 | 66.00 |
| FAB | 12/09/03 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A106 | ~~20.00~~ |
| RMS | 12/22/03 | .10 | Note from M. Banks (client) re further information needed for pleading. | L190 A106 | 33.00 |

| TOTALS | | 0.60 | | | 185.00 |

86.00

499.00


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Jan 26, 2004    PAGE   2
FILE NUMBER: 26384-0089


CLIENT DISBURSEMENTS/CHARGES
DECEMBER 1, 2003to  DECEMBER 31, 2003
Ramada Franchise Systems, Inc. 7963 Springfield


DATE       DESCRIPTION                              AMOUNT


FINAL TOTAL                       0.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   807712
Cendant Corporation                     FEBRUARY 11, 2004
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                  DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 01/01/04 to 01/31/04


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 01/05/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L190 A106 | 36.00 |
| RMS | 01/06/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L220 A105 | 36.00 |
| FAB | 01/06/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A105 | 20.00 |

TOTALS            0.30                                    92.00
                                                        - 92.00
                                                            Ø


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Feb 11, 2004    PAGE   2
FILE NUMBER: 26384-0089

CLIENT DISBURSEMENTS/CHARGES
JANUARY 1, 2004 to  JANUARY 31, 2004
Ramada Franchise Systems, Inc. 7963 Springfield

DATE       DESCRIPTION                              AMOUNT


           FINAL TOTAL                              0.00


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   823005
Cendant Corporation                     APRIL 27, 2004
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 03/01/04 to 03/31/04


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 03/11/04 | .10 | TIME SUBSTRACTED FROM FEE REQUEST | L190 A105 | 36.00 |
| FAB | 03/11/04 | .10 | TIME SUBSTRACTED FROM FEE REQUEST | L110 A106 | 20.00 |
| FAB | 03/23/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L110 A106 | 20.00 |

TOTALS                 0.30                                76.00
                                                          76.00
                                                            Ø




THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Apr 27, 2004    PAGE    2
FILE NUMBER: 26384-0089


                    CLIENT DISBURSEMENTS/CHARGES
                MARCH 1, 2004    to  MARCH 31, 2004
                Ramada Franchise Systems, Inc. 7963 Springfield


DATE      DESCRIPTION                                    AMOUNT


03/24/04 Duplicating  Burke Fi USER DEFINED 1:  Burke Fi    47.70
03/24/04 Duplicating Morency USER DEFINED 1:   Morency       0.10
03/24/04 Courier Services                                   17.90
         Air Bill: 652115267748
         Sender: MAILROOM
         Recipient: STEFANI WILLIAMS
         Address: 1 SYLVAN WAY
         City: PARSIPPANY
         State: NJ
         Zip code: 07054


            FINAL TOTAL                            65.70



    *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
    *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
    E101    Copying                           47.80
    E107    Delivery services/messeng         17.90


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   833216
Cendant Corporation                     MAY 24, 2004
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 04/01/04 to 04/30/04


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| FAB | 04/12/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A105 | ~~20.00~~ |
| FAB | 04/12/04 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L110 A103 | ~~40.00~~ |
| FAB | 04/12/04 | .30 | TIME SUBTRACTED FROM FEE REQUEST | L110 A104 | ~~60.00~~ |

TOTALS                  0.60                              120.00

120.00

0


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                    May 24, 2004    PAGE    2
FILE NUMBER: 26384-0089

            CLIENT DISBURSEMENTS/CHARGES
        APRIL 1, 2004    to  APRIL 30, 2004
        Ramada Franchise Systems, Inc. 7963 Springfield

DATE        DESCRIPTION                         AMOUNT


            FINAL TOTAL                    0.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   889117
Cendant Corporation                     DECEMBER 17, 2004
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 08/01/04 to 11/30/04


| Name | Date | Hours | Description of Services | Task | Act | Amount |
|------|------|-------|-------------------------|------|-----|--------|
| RMS | 08/09/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 | A105 | ~~36.00~~ |
| FAB | 08/09/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 | A105 | ~~23.00~~ |
| RMS | 08/10/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 | A105 | ~~36.00~~ |
| FAB | 08/10/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 | A105 | ~~23.00~~ |
| RMS | 08/17/04 | .10 | Communications with FAB re pleadings. | L210 | A105 | 36.00 |
| FAB | 08/17/04 | .10 | Communications with R. Spencer re draft complaint. | L210 | A105 | 23.00 |
| RMS | 09/02/04 | .20 | Conference with FAB re guarantors and guaranty agreements and Shree Ohm/Shrii Ohm. | L210 | A105 | 72.00 |
| FAB | 09/02/04 | .10 | Communications with R. Spencer re complaint issues. | L210 | A105 | 23.00 |

Scott McLester, Esq.                     Dec 17, 2004      PAGE   2
FILE NUMBER: 26384-0089

| | | | | | | |
|---|---|---|---|---|---|---|
| RMS | 09/13/04 | .40 | Review and revise FAB's draft complaint. | L210 | A103 | 144.00 |
| RMS | 09/13/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST. | L210 | A105 | ~~36.00~~ |
| RMS | 09/16/04 | .50 | Series of email communications and direction to FAB re revisions to pleadings. | L210 | A105 | 180.00 |
| FAB | 09/16/04 | .20 | Revise complaint. | L210 | A103 | 46.00 |
| FAB | 09/16/04 | .50 | Review Agreements and Default Notices/Termination letters for reference in complaint. | L210 | A104 | 115.00 |
| FAB | 09/16/04 | .30 | Communications with R. Spencer re complaint and demand letters. | L210 | A105 | 69.00 |
| FAB | 09/16/04 | .10 | Communications with client personnel, M. Banks and S. Williams re complaint and demand letters. | L210 | A106 | 23.00 |
| FAB | 09/27/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST. | L210 | A106 | ~~23.00~~ |
| FAB | 10/11/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST. | L210 | A106 | ~~23.00~~ |
| RMS | 10/14/04 | .30 | Review client comments on draft complaint and email from FAB re same; email direction to FAB re points to cover with M. Banks re diversity pleading and notice to guarantors. | L210 | A104 | 108.00 |

Scott McLester, Esq.                          Dec 17, 2004     PAGE   3
FILE NUMBER: 26384-0089


| FAB | 10/14/04 | .10 | Communications with R. Spencer re draft complaint. | L210 A105 | 23.00 |
|-----|----------|-----|---|---|---|
| FAB | 10/14/04 | .20 | CLIP comment and telephone conversation with M. Banks re draft complaint/demand letter. | L210 A106 | 46.00 |
| FAB | 10/14/04 | .40 | Revise complaint per client comments. | L210 A103 | 92.00 |
| FAB | 10/14/04 | .80 | Draft demand letter directed to guarantors. | L110 A103 | 184.00 |
| FAB | 10/14/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~23.00~~ |
| FAB | 10/19/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~23.00~~ |
| FAB | 10/19/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L210 A106 | ~~23.00~~ |
| RMS | 10/20/04 | .20 | Review and provide revisions on FAB's draft demand letter to guarantors; communications with FAB re same. | L210 A103 | 72.00 |
| FAB | 10/20/04 | .20 | Revise demand letter to guarantors per R. Spencer's comments. | L110 A103 | 46.00 |
| FAB | 10/20/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L110 A105 | ~~23.00~~ |
| FAB | 10/20/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L110 A106 | ~~23.00~~ |
| FAB | 10/21/04 | .10 | Review email from M. Banks re demand letter. | L190 A106 | 23.00 |
| FAB | 10/27/04 | .10 | Communications with M. Banks and S. Williams re demand letter. | L210 A108 | 23.00 |
| FAB | 10/27/04 | .10 | Correspondence to guarantors – demand letter. | L210 A108 | 23.00 |

Scott McLester, Esq.                          Dec 17, 2004    PAGE   4
FILE NUMBER: 26384-0089


| | | | | | |
|---|---|---|---|---|---|
| FAB | 10/27/04 | .10 | Directions re preparing complaint, summons, etc. for filing. | L210 A105 | 23.00 |
| FAB | 11/05/04 | .10 | Communications with F. McCormick re preparing complaint for filing. | L210 A105 | 23.00 |
| RMS | 11/10/04 | .30 | Communications with FAB, FM re pleadings. | L210 A105 | 108.00 |
| FAB | 11/10/04 | .80 | Draft Certificate of Interest; review/revise complaint and exhibits, civil cover sheet, appearances, summonses. | L210 A103 | 184.00 |
| RMS | 11/11/04 | .40 | Review notes from FAB re pleadings; direct final changes to summonses, initial case documents. | L210 A104 | 144.00 |
| RMS | 11/16/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L190 A106 | ~~36.00~~ |

TOTALS                     8.00                                         2204.00
                                                                         351.00
                                                                     $1,853.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Dec 17, 2004    PAGE   5
FILE NUMBER: 26384-0089


                    CLIENT DISBURSEMENTS/CHARGES
                AUGUST 1, 2004  to  NOVEMBER 30, 2004
                Ramada Franchise Systems, Inc. 7963 Springfield


DATE      DESCRIPTION                                      AMOUNT


11/08/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi     3.70
11/08/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi     5.90
11/11/04 Duplicating Spencer USER DEFINED 1: Spencer       47.00
11/15/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    21.90
11/15/04 Duplicating Burke Fi USER DEFINED 1:  Burke Fi     0.30
10/27/04 Courier Services                                  11.00
         Air Bill: 652115349958
         Sender: MAILROOM
         Recipient: RAJEN JHALA
         Address: 16347 CHAMPION DRIVE
         City: CHESTERFIELD
         State: MO
         Zip code: 63005
10/27/04 Courier Services                                  11.00
         Air Bill: 652115349969
         Sender: MAILROOM
         Recipient: PAUL FREMMER
         Address: 1616 WILDHORSE PKWY
         City: CHESTERFIELD
         State: MO
         Zip code: 63005
10/27/04 Courier Services                                  11.00
         Air Bill: 652115349970
         Sender: MAILROOM
         Recipient: JAY VIDYALANDAR
         Address: 4139 E. BUSCH BOULEVARD
         City: TAMPA
         State: FL
         Zip code: 33617
10/27/04 Courier Services                                  11.00
         Air Bill: 652115350160
         Sender: MAILROOM
         Recipient: SHARAD DESAI
         Address: 8 DUNBRIDGE COURT
         City: GLEN CARBON
         State: IL
         Zip code: 62034


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                              Dec 17, 2004    PAGE   6
FILE NUMBER: 26384-0089


```
11/11/04 Courier Services                               16.10
         Air Bill: 652115355839
         Sender: MAILROOM
         Recipient: U.S. DISTRICT  CLERK
         Address: 600 E. MONROE STREET
         City: SPRINGFIELD
         State: IL
         Zip code: 62701
11/12/04 Courier Services                               14.60
         Air Bill: 846751633973
         Sender: FRANCINE MCCORMICK
         Recipient: FRANCINE MCCORMICK
         Address: 6600 SEARS TOWER
         City: CHICAGO
         State: IL
         Zip code: 60606
11/10/04 Filing Fees - VENDOR:CLERK OF THE U.S. DISTRICT  150.00
         CT- FEE FOR FILING COMPAINT IN THE CENTRAL
         DISTRICT OF ILLINOIS- F. BURKE
11/15/04 Service of Process -PROCESS SERVER'S FEE - FAB   130.00
         -  VENDOR:MARKELL & ASSOCIATES, INC.
11/17/04 Service of Process - PROCESS SERVER FEE - FAB -   49.00
         VENDOR:EX-CEL INVESTIGATIONS


              FINAL TOTAL                           482.50



    *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
    *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
    E101   Copying                           78.80
    E107   Delivery services/messeng         74.70
    E112   Court fees                        150.00
    E113   Subpoena Fees                     179.00
```


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                    INVOICE #:   907010
Cendant Corporation                     FEBRUARY 23, 2005
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 12/01/04 to 01/31/05

| Name | Date | Hours | Description of Services | Task Act | | Amount |
|------|------|-------|-------------------------|----------|--|--------|
| FAB | 12/06/04 | .20 | Memo to client confirming complaint and service of summons information. | L210 | A106 | 46.00 |
| FAB | 12/06/04 | .20 | Review returns of service for Raj Jhala, individually and as registered agent, Paul Femmer, Sharad Desai and Jay Vidyalankar. | L210 | A104 | 46.00 |
| FAB | 12/06/04 | .20 | Prepare notice of e-filing and certificate of service for returns of service. | L210 | A103 | 46.00 |
| FAB | 12/06/04 | .70 | TIME SUBTRACTED FROM FEE REQUEST | L210 | A104 | ~~161.00~~ |
| FAB | 12/06/04 | .10 | Communications with S. Williams re defendants' continuing defaults. | L210 | A106 | 23.00 |
| RMS | 12/07/04 | .30 | Series of telephone and email communications with FAB re motion to be filed with Central District; direction to FAB re same. | L250 | A105 | 108.00 |

Scott McLester, Esq.                          Feb 23, 2005    PAGE    2
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| FAB | 12/07/04 | .30 | E-file returns of service on all 5 defendants. | L210 A110 | 69.00 |
| FAB | 12/08/04 | .20 | Review/respond to client response re status of complaint/service of process. | L210 A106 | 46.00 |
| RMS | 12/09/04 | .20 | Review pro se answer in Springfield matter. | L210 A104 | 72.00 |
| RMS | 12/09/04 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~72.00~~ |
| FAB | 12/09/04 | .10 | Communications with R. Spencer re Sharad Desai's answer. | L210 A105 | 23.00 |
| FAB | 12/09/04 | .10 | Check PACER and update client with judge/magistrate judge information. | L210 A106 | 23.00 |
| FAB | 12/09/04 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L110 A105 | ~~23.00~~ |
| RMS | 12/10/04 | .20 | Check docket; email to FAB re defaults. | L210 A104 | 72.00 |
| FAB | 12/13/04 | .50 | Draft motion for default against Raj Jhala and Shri Ohm. | L240 A103 | 115.00 |
| FAB | 12/13/04 | .10 | Communications with R. Spencer re motion for default against Raj Jhala and Shri Ohm. | L240 A105 | 23.00 |
| FAB | 12/13/04 | .20 | Emails to/from R. Spencer re defendants' attorney/appearance/default. | L240 A105 | 46.00 |
| RMS | 12/15/04 | .20 | Review pleadings e-filed by clerk's office. | L210 A104 | 72.00 |

Scott McLester, Esq.                          Feb 23, 2005    PAGE   3
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| RMS | 12/21/04 | .20 | Communications with FAB re defendants' general denials in their responsive pleadings; review text provided by FAB re same. | L210 A105 | 72.00 |
| FAB | 12/21/04 | .30 | Communications with R. Spencer re defendants' one sentence answer to complaint. | L210 A105 | 69.00 |
| FAB | 12/21/04 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L210 A102 | ~~92.00~~ |
| RMS | 12/23/04 | 4.00 | TIME SUBTRACTED FROM FEE REQUEST | L110 A104 | ~~1440.00~~ |
| RMS | 12/30/04 | .20 | Email memo/direction to FAB re case schedule and 26(a) disclosures. | L120 A105 | 72.00 |
| RMS | 12/30/04 | .50 | Email communications with FAB; review and revise FAB's motion for default; email to FAB re same. | L250 A103 | 180.00 |
| RMS | 12/30/04 | .40 | Email from FAB re 26(a) disclosures; review and revise FAB's draft 26(a) disclosures, with questions/direction to FAB for follow-up re same. | L390 A103 | 144.00 |
| FAB | 12/30/04 | .60 | Revise Motion for Default to include Vidyalankar; revise per R. Spencer's comments. | L240 A103 | 138.00 |
| FAB | 12/30/04 | .40 | Draft Rule 26(a) Disclosures. | L310 A103 | 92.00 |
| FAB | 12/30/04 | .10 | Communications with R. Spencer re motion for default. | L240 A105 | 23.00 |
| FAB | 12/30/04 | .10 | Communications with R. Spencer re Rule 26 requirements. | L310 A105 | 23.00 |

Scott McLester, Esq.                          Feb 23, 2005    PAGE   4
FILE NUMBER: 26384-0089


FAB    01/03/05    .10   Communications with R.         L240 A105        27.00
                         Spencer re motion for default.

RMS    01/04/05    .10   Communication to FAB re 26(a)  L390 A105        39.50
                         disclosures.

RMS    01/04/05    .20   Communications with FAB re     L240 A105        79.00
                         default motion; direction to
                         FAB, SH re filing/serving
                         same.

RMS    01/04/05    .10   Review ECF notification from   L240 A104        39.50
                         Court and motion for default
                         against three defendants as
                         filed by FAB.

RMS    01/04/05    .10   Email communication and        L310 A105        39.50
                         direction to FAB re preparing
                         requests to admit on Femmer
                         and Desai.

FAB    01/04/05    .30   Efile Motion for Entry of      L240 A110        81.00
                         Default against Jhala,
                         Vidyalankar and Shri Ohm and
                         Exhibits.

FAB    01/04/05    .10   Revise Rule 26(a) Disclosures  L310 A103        27.00
                         per R. Spencer's comments.

FAB    01/04/05    .20   Communications with M. Banks   L310 A106        54.00
                         and K. Jeff re draft 26(a)
                         disclosures and motion for
                         entry of default.

FAB    01/04/05    .10   TIME SUBTRACTED FROM FEE       L240 A105        27.00
                         REQUEST

RMS    01/05/05    .20   TIME SUBTRACTED FROM FEE       L240 A105        79.00
                         REQUEST

FAB    01/05/05    .20   TIME SUBTRACTED FROM FEE       L250 A105        54.00
                         REQUEST

|       |          |      | Betenia re obtaining billing sheets. |          |              |
|-------|----------|------|--------------------------------------|----------|--------------|
| FAB   | 01/05/05 | 1.00 | Drafting Motion for Default Judgment. | L240 A103 |       270.00 |
| FAB   | 01/05/05 | .10  | CLIP comment re entry of default and preparing motion for default judgment. | L240 A106 |        27.00 |
| RMS   | 01/06/05 | .10  | Email from M. Banks re default judgment draft affidavit. | L240 A106 |        39.50 |
| RMS   | 01/10/05 | .10  | Communication to FAB re status of default judgment motion. | L240 A105 |        39.50 |
| RMS   | 01/11/05 | .50  | Communications with FAB re fee reimbursement component of default judgment motion; review billing sheets and time entries for matter forwarded by FAB and make selections for inclusion/exclusion; communications with accounting dept, FAB re clean copies of billing entries. | L240 A104 |       197.50 |
| RMS   | 01/11/05 | .20  | Email communications with FAB re default judgment papers. | L240 A105 |        79.00 |
| FAB   | 01/11/05 | 3.50 | Draft Motion for Default Judgment against Jhala, Vidyalankar and Shri Ohm, affidavit of Kathy Cox and affidavit of R. Spencer. | L240 A103 |       945.00 |
| FAB   | 01/11/05 | .10  | TIME SUBTRACTED FROM FEE REQUEST | L240 A105 |      ~~27.00~~ |
| FAB   | 01/11/05 | .10  | TIME SUBTRACTED FROM FEE REQUEST | L240 A104 |      ~~27.00~~ |

| RMS | 01/12/05 | .40 | Review and revise FAB's draft affidavit in Springfield matter. | L240 A103 | 158.00 |
|-----|----------|-----|--------------------------------------------------------------|-----------|--------|
| FAB | 01/12/05 | .10 | Communications with M. Banks and K. Jeff re Kathy Cox affidavit and motion for default judgment. | L240 A106 | 27.00 |
| FAB | 01/12/05 | .10 | Communications with R. Spencer re Kathy Cox affidavit and motion for default judgment. | L240 A105 | 27.00 |
| FAB | 01/12/05 | .30 | Revise Kathy Cox affidavit per R. Spencer's comments. | L240 A103 | 81.00 |
| RMS | 01/17/05 | .20 | Review email communication from M. Banks and client comments on draft motion. | L240 A106 | 79.00 |
| RMS | 01/17/05 | .30 | Revise draft Kathy Cox affidavit to reflect RFS name change and other minor changes; email to M. Banks, K. Jeff with explanatory note re affidavit, motion. | L240 A106 | 118.50 |
| FAB | 01/17/05 | .30 | Review emails to/from M. Banks re revisions to motion for default judgment and supporting affidavit; communications with K. Jeff re updated AR statement. | L240 A106 | 81.00 |
| RMS | 01/18/05 | .30 | Review A/R statement received from client; review particular paragraphs of motion; email communication/direction to FAB re Recurring Fees damages for particular defendants. | L240 A104 | 118.50 |
| RMS | 01/18/05 | .10 | Conference/direction to JR re preparing requests to admit to serve on remaining defendants. | L310 A105 | 39.50 |

Scott McLester, Esq.                        Feb 23, 2005     PAGE    7
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| FAB | 01/18/05 | .20 | Communications with R. Spencer re motion for default judgment and AR statement. | L240 A105 | 54.00 |
| FAB | 01/18/05 | .30 | Communications with K. Jeff and Bob Kolatec re AR statement and Cox affidavit. | L240 A106 | 81.00 |
| FAB | 01/18/05 | .30 | Review Agreements and underlying default judgment re damages. | L240 A104 | 81.00 |
| RMS | 01/19/05 | .20 | Communications with FAB re information for K. Cox affidavit re A/Rs; review and revise new paragraphs of Cox affidavit and forward comments to FAB re same. | L240 A103 | 79.00 |
| FAB | 01/19/05 | .40 | Communications with M. Banks and K. Jeff re revised Cox affidavit. | L240 A106 | 108.00 |
| FAB | 01/19/05 | .20 | Communications with R. Spencer re revised motion and supporting affidavits; directions to F. McCormick re preparing/filing same. | L240 A105 | 54.00 |
| FAB | 01/19/05 | 2.00 | Revise Cox affidavit and motion for default judgment; prepare proposed default judgment order; review exhibits to same. | L240 A103 | 540.00 |
| FAB | 01/19/05 | .50 | E-file motion for default judgment and attachments. | L240 A110 | 135.00 |
| RMS | 01/20/05 | .20 | Review docket on ECF system; review Judge Scott's standing order and Magistrate Cudmore's scheduling order form. | L190 A104 | 79.00 |

Scott McLester, Esq.                          Feb 23, 2005     PAGE   8
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| RMS | 01/20/05 | .20 | Email exchanges with FAB re status of her communications with pro se defendants and upcoming planning report. | L230 A105 | 79.00 |
| RMS | 01/20/05 | .10 | Email to S. Williams re finance department witness for purposes of initial disclosures. | L190 A106 | 39.50 |
| RMS | 01/20/05 | 1.20 | Email from FAB re letter to pro se defendants; review and revise letter; three telephone conferences with pro se defendant S. Desai re planning report and case schedule; call/message to pro se defendant P. Femmer re same; notes re communications with Defendants; revise letter to defendants. | L230 A108 | 474.00 |
| RMS | 01/20/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L390 A103 | ~~79.00~~ |
| FAB | 01/20/05 | .20 | TIME SUBTACTED FROM FEE REQUEST | L230 A105 | ~~54.00~~ |
| RMS | 01/21/05 | .10 | Telephone conference with S. Desai re attempts to reach P. Femmer and scheduling next call for Monday morning, 1/24. | L230 A108 | 39.50 |
| RMS | 01/24/05 | .90 | Telephone conference with S. Desai for continuation of required planning conference; notes re same; prepare proposed scheduling order; letter to S. Desai enclosing same; letter to P. Femmer repeating request for return call and enclosing proposed schedule; telephone conference with P. Femmer re scheduling conference, case. | L230 A108 | 355.50 |

Scott McLester, Esq.                          Feb 23, 2005    PAGE    9
FILE NUMBER: 26384-0089


| RMS | 01/24/05 | .10 | Subsequent call/message to P. Femmer. | L230 A108 | 39.50 |
| RMS | 01/25/05 | .10 | Check PACER docket to determine status of motion for default judgment. | L190 A104 | 39.50 |
| JR | 01/27/05 | .50 | TIME SUBTRACTED FROM FEE REQUEST | L120 A103 | ~~97.50~~ |
| JR | 01/31/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L120 A103 | ~~78.00~~ |

TOTALS              29.10

8944.50
2,256.50
# 6,688.00


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Feb 23, 2005    PAGE  10
FILE NUMBER: 26384-0089


                    CLIENT DISBURSEMENTS/CHARGES
                 DECEMBER 1, 2004to  JANUARY 31, 2005
                 Ramada Franchise Systems, Inc. 7963 Springfield


DATE      DESCRIPTION                                    AMOUNT


01/04/05 Duplicating Spencer USER DEFINED 1: Spencer       2.10
01/19/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi   11.00
01/19/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi   11.00
01/20/05 Duplicating Spencer USER DEFINED 1:   Spencer     0.10
01/20/05 Duplicating Spencer USER DEFINED 1:   Spencer     0.40
01/21/05 Duplicating Spencer USER DEFINED 1:   Spencer     0.10
01/24/05 Duplicating Spencer USER DEFINED 1:   Spencer     0.10
01/24/05 Duplicating Spencer USER DEFINED 1:   Spencer     0.10
01/20/05 Courier Services                                 11.40
         Air Bill: 652115381160
         Sender: MAILROOM
         Recipient: MR. SHARD DESAL
         Address: 8 DUNBRIDGE COURT
         City: GLEN CARBON
         State: IL
         Zip code: 62034
01/20/05 Courier Services                                 11.40
         Air Bill: 652115381170
         Sender: MAILROOM
         Recipient: MR. PAUL FEMMER
         Address: 1616 WILOHORSE PARKWAY
         City: CHESTERFIELD
         State: MO
         Zip code: 63005
01/24/05 Courier Services                                 11.40
         Air Bill: 652115382497
         Sender: MAILROOM
         Recipient: MR SHARAD DESAI
         Address: 8 DUNBRIDGE COURT
         City: GLEN CARBON
         State: IL
         Zip code: 62034


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                              Feb 23, 2005     PAGE  11
FILE NUMBER: 26384-0089


01/24/05 Courier Services                                   11.40
         Air Bill: 652115382431
         Sender: MAILROOM
         Recipient: PAUL FEMMMER
         Address: 1616 WILDHORSE PARKWAY
         City: CHESTERFIELD
         State: MO
         Zip code: 63005
01/06/05 Service of Process -SHARAD DESAI-SUMMONS &        100.00
         COMPLAINTS-JL- VENDOR:IT'S YOUR SERVE


              FINAL TOTAL                                  170.50



  *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
  *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
  E101    Copying                          24.90
  E107    Delivery services/messeng        45.60
  E113    Subpoena Fees                   100.00


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

```
Scott McLester, Esq.                    INVOICE #:   955623
Cendant Corporation                     SEPTEMBER 8, 2005
1 Sylvan Way
Parsippany, New Jersey 07054
```

RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 01/01/00 to 07/31/05

| Name | Date | Hours | Description of Services | Task | Act | Amount |
|------|------|-------|-------------------------|------|-----|--------|
| RMS | 02/01/05 | .10 | Telephone conference with pro se defendant S. Desai re proposed schedule and dates. | L230 | A108 | 39.50 |
| RMS | 02/01/05 | .20 | Follow up call/message to pro se defendant P. Femmer re proposed schedule; notes re same. | L230 | A108 | 79.00 |
| RMS | 02/01/05 | .10 | Check case docket on ECF system to determine status of pending default judgment motion against three defendants. | L190 | A104 | 39.50 |
| JR | 02/01/05 | 1.00 | Review complaint and draft Request to Admit. | L120 | A103 | 195.00 |
| RMS | 02/02/05 | .20 | Email exchanges with PJM re status of matter. | L190 | A105 | 79.00 |
| RMS | 02/04/05 | .90 | Telephone conference with pro se defendant P. Femmer re planning report/proposed schedule; revise report to reflect final changes, continued discussions with Femmer and authorization to | L230 | A108 | 355.50 |

|     |          |      |                                                                                                                                                                                            |            |        |
|-----|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|--------|
|     |          |      | sign on behalf of Femmer and Desai; e-file planning report and proposed schedule with the Court; direct service of the same on Femmer and Desai.                                            |            |        |
| JR  | 02/04/05 | .50  | TIME SUBTRACTED FROM FEE REQUEST                                                                                                                                                            | L120 A103  | ~~97.50~~ |
| JR  | 02/06/05 | .50  | TIME SUBTRACTED FROM FEE REQUEST                                                                                                                                                            | L120 A103  | ~~97.50~~ |
| JR  | 02/07/05 | 1.50 | Review client file and draft request for admission.                                                                                                                                         | L120 A103  | 292.50 |
| RMS | 02/11/05 | .40  | Review ECF notice from Court; communications/direction to FAB re same.                                                                                                                       | L250 A105  | 158.00 |
| FAB | 02/14/05 | .20  | Prepare notice of electronic filing and certificate of service on defaulted defendants.                                                                                                      | L240 A103  | 54.00  |
| FAB | 02/14/05 | .20  | E-file notice of electronic filing and certificate of service on defaulted defendants.                                                                                                       | L240 A110  | 54.00  |
| RMS | 02/15/05 | .30  | Begin to review and revise JR's draft requests to admit.                                                                                                                                     | L310 A103  | 118.50 |
| RMS | 02/18/05 | .50  | Revise draft 26(a) disclosures, in consultation with pleadings and damages numbers; update CLIP profile with current case information; communications with FAB re Recurring Fees; conference/direction to JR re same. | L390 A103  | 197.50 |
| RMS | 02/18/05 | .30  | TIME SUBTRACTED FROM FEE REQUEST                                                                                                                                                            | L190 A105  | ~~118.50~~ |
| RMS | 02/18/05 | .30  | Email exchanges with FAB and FM re asset searches against defendants.                                                                                                                         | L190 A105  | 118.50 |

Scott McLester, Esq.                          Sep 8, 2005    PAGE   3
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| FAB | 02/18/05 | .30 | TIME SUBTRACTED FROM FEE REQUEST | L110 A105 | 81.00 |
| RMS | 02/21/05 | .30 | Exchange email communications with M. Banks re 26(a) disclosures, damages; review M. Banks' comments on draft disclosures and direct changes. | L390 A106 | 118.50 |
| RMS | 02/22/05 | .40 | Continue to review and revise JR's draft requests to admit to Femmer and Desai. | L310 A103 | 158.00 |
| RMS | 02/23/05 | .60 | Prepare for and appear on telephonic hearing before Judge Cudmore; notes re same. | L190 A108 | 237.00 |
| RMS | 02/23/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L120 A105 | 79.00 |
| RMS | 02/23/05 | .30 | TIME SUBSTRACTED FROM FEE REQUEST | L190 A104 | 118.50 |
| FAB | 02/23/05 | .30 | TIME SUBTRACTED FROM FEE REQUEST | L110 A104 | 81.00 |
| FAB | 02/23/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L110 A105 | 54.00 |
| FAB | 02/23/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L110 A108 | 54.00 |
| KG | 02/23/05 | .30 | TIME SUBTRACTED FROM FEE REQUEST | L110 A102 | 34.50 |

Scott McLester, Esq.                          Sep  8, 2005    PAGE   4
FILE NUMBER: 26384-0089

| | | | | | | |
|---|---|---|---|---|---|---|
| RMS | 02/24/05 | .20 | Email exchange with K. Jeff re CLIP. | L190 | A106 | 79.00 |
| FAB | 02/24/05 | .10 | Review scheduling order entered by court. | L250 | A104 | 27.00 |
| RMS | 02/28/05 | .50 | TIME SUBTRACTED FROM FEE REQUEST | L310 | A103 | ~~197.50~~ |
| RMS | 03/03/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L120 | A106 | ~~158.00~~ |
| RMS | 03/07/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L240 | A106 | ~~79.00~~ |
| RMS | 03/16/05 | .10 | Call/message from J. DeFranco re Sharad Desai and guaranty issue. | L190 | A107 | 39.50 |
| CAT | 03/17/05 | .30 | Conference with R. Spencer re: availability of relief against guarantor after assignment of license obligations. | L120 | A105 | 126.00 |
| RMS | 03/30/05 | .20 | Telephone conference with J. DeFranco re extension to his client (Sharad Desai) on requests to admit, potential for settlement, defendant's financial circumstances. | L160 | A107 | 79.00 |
| RMS | 04/04/05 | .40 | CLIP communication to M. Banks re discussion with J. DeFranco and asset search results from CMA; CLIP from M. Banks re same. | L190 | A106 | 158.00 |
| RMS | 04/29/05 | .50 | TIME SUBTRACTED FROM FEE REQUEST | L250 | A105 | ~~197.50~~ |

Scott McLester, Esq.                              Sep  8, 2005   PAGE   5
FILE NUMBER: 26384-0089

| | | | | | | |
|---|---|---|---|---|---|---|
| CAT | 04/29/05 | .50 | TIME SUBTRACTED FROM FEE REQUEST | L210 A104 | | ~~210.00~~ |
| CAT | 04/29/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L210 A105 | | ~~168.00~~ |
| CAT | 04/29/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L210 A106 | | ~~84.00~~ |
| RMS | 05/02/05 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L250 A105 | | ~~39.50~~ |
| CAT | 05/02/05 | 2.20 | TIME SUBTRACTED FROM FEE REQUEST | L210 A103 | | ~~924.00~~ |
| CAT | 05/03/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L210 A103 | | ~~168.00~~ |
| CAT | 05/04/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L210 A104 | | ~~84.00~~ |
| CAT | 05/04/05 | 1.00 | TIME SUBTRACTED FROM FEE REQUEST | L210 A103 | | ~~420.00~~ |
| CAT | 05/31/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L240 A104 | | ~~84.00~~ |

Scott McLester, Esq.                          Sep  8, 2005    PAGE    6
FILE NUMBER: 26384-0089


CAT     05/31/05    .30   TIME SUBTRACTED FROM FEE      L240 A105        ~~126.00~~
                          REQUEST

TOTALS              18.70                                              6557.50
                                                                    — 3755.00
                                                                    $2,802.50


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                              Sep 8, 2005    PAGE    7
FILE NUMBER: 26384-0089

                    CLIENT DISBURSEMENTS/CHARGES
              JANUARY 1, 1900 to  JULY 31, 2005
              Ramada Franchise Systems, Inc. 7963 Springfield


DATE      DESCRIPTION                                      AMOUNT


02/03/05 Duplicating Spencer USER DEFINED 1:   Spencer      0.10
02/04/05 Duplicating Spencer USER DEFINED 1:   Spencer      1.50
02/07/05 Duplicating Spencer USER DEFINED 1:   Spencer      0.10
02/14/05 Duplicating Morency USER DEFINED 1:   Morency     16.70
02/14/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi     0.60
02/24/05 Duplicating Spencer USER DEFINED 1:   Spencer      2.50
03/03/05 Duplicating Spencer USER DEFINED 1:   Spencer      0.10
04/25/05 Duplicating Spencer USER DEFINED 1:   Spencer      0.60
05/03/05 Duplicating Spencer USER DEFINED 1:   Spencer      2.70
05/04/05 Duplicating Tillack USER DEFINED 1:   Tillack      1.80
05/04/05 Duplicating Tillack USER DEFINED 1:   Tillack      6.40
03/01/05 Courier Services                                  15.50
         Air Bill: 652115395133
         Sender: MAILROOM
         Recipient: MR. PAUL FEMMER
         Address: 1616 wildhorse parkway
         City: CHESTERFIELD
         State: MO
         Zip code: 63005
03/01/05 Courier Services                                  15.50
         Air Bill: 652115395486
         Sender: MAILROOM
         Recipient: MR. SHARAD DESAI
         Address: 8 DUNBRIDGE COURT
         City: GLEN CARBON
         State: IL
         Zip code: 62034
~~03/21/05 ASSET SEARCH - RMS - VENDOR:CMA BUSINESS~~       ~~350.00~~
         ~~CREDIT SERVICES~~


                   FINAL TOTAL                             414.10
                                                         - 350.00
                                                          $64.10

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                    Sep 8, 2005    PAGE 8
FILE NUMBER: 26384-0089

```
    *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
    *----DISBURSEMENTS/CHARGES CODE-----*     AMOUNT
    E101    Copying                             33.10
    E107    Delivery services/messeng           31.00
    E124    Other                              350.00
```

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   966231
Cendant Corporation                     SEPTEMBER 30, 2005
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 06/01/05 to 07/31/05


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 06/07/05 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L240 A106 | ~~39.50~~ |
| RMS | 06/07/05 | .30 | TIME SUBTRACTED FROM FEE REQUEST | L240 A106 | ~~118.50~~ |
| RMS | 06/09/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L240 A103 | ~~158.00~~ |
| RMS | 06/09/05 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L240 A106 | ~~39.50~~ |
| CAT | 06/09/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~84.00~~ |

Scott McLester, Esq.                          Sep 30, 2005    PAGE   2
FILE NUMBER: 26384-0089


| RMS | 06/10/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L240 A105 | ~~158.00~~ |
| RMS | 06/10/05 | .50 | TIME SUBTRACTED FROM FEE REQUEST | L240 A103 | ~~197.50~~ |
| CAT | 06/10/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~168.00~~ |
| RMS | 06/12/05 | .10 | TIME SUBTRCTED FROM FEE REQUEST | L240 A106 | ~~39.50~~ |
| RMS | 06/13/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L250 A106 | ~~79.00~~ |
| RMS | 06/15/05 | .10 | TIME SUBTRACTED FROM FEE REQUEST | L240 A106 | ~~39.50~~ |
| RMS | 06/17/05 | .50 | TIME SUBTRACTED FROM FEE REQUEST | L240 A103 | ~~197.50~~ |
| RMS | 07/12/05 | .10 | Receive and begin to review order from court granting default judgment in entirety. | L240 A104 | 39.50 |
| RMS | 07/22/05 | .60 | Telephone conference with K. Jeff re current status on matter; note to M. Banks and K. Jeff providing status report; email copy of default judgment order to M. Banks and K. Jeff; update client regarding default judgment information; review note from | L190 A106 | 237.00 |

Scott McLester, Esq.                              Sep 30, 2005     PAGE   3
FILE NUMBER: 26384-0089


                          M. Banks; communication with
                          and direction to JR re
                          calculating interest on LDs.

RMS     07/25/05    .10   TIME SUBTRACTED FROM FEE          L470 A106     ~~39.50~~
                          REQUEST


TOTALS                    4.10                                         1634.50
                                                                    — 1358.00
                                                                      $276.50

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                    Sep 30, 2005    PAGE   4
FILE NUMBER: 26384-0089


             CLIENT DISBURSEMENTS/CHARGES
          JUNE 1, 2005    to   JULY 31, 2005
          Ramada Franchise Systems, Inc. 7963 Springfield


DATE      DESCRIPTION                              AMOUNT


06/06/05 Duplicating Spencer USER DEFINED 1:  Spencer      3.00
06/06/05 Duplicating Spencer USER DEFINED 1:  Spencer      3.60
06/14/05 Duplicating Spencer USER DEFINED 1:  Spencer      0.10
06/17/05 Duplicating Spencer USER DEFINED 1:  Spencer     11.20
07/25/05 Duplicating Spencer USER DEFINED 1:  Spencer      3.20


              FINAL TOTAL                       21.10


   *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
   *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
   E101    Copying                         21.10


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   975171
Cendant Corporation                     NOVEMBER 4, 2005
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                 DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 06/01/05 to 09/30/05


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 06/07/05 | .90 | Review and analyze operating statistics, client calculations and license agreement; re-calculate liquidated damages under 24 month formula, segregating interest and other charges for purposes of analysis; additional analysis of damages for various defendants for various time periods. | L250 A104 | 355.50 |
| RMS | 07/25/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L470 A106 | ~~79.00~~ |
| RMS | 08/11/05 | .20 | TIME SUBTRACTED FROM FEE REQUEST | L190 A105 | ~~79.00~~ |
| RMS | 08/16/05 | .10 | Conference with EC about assignment to draft summary judgment motion and supporting papers. | L250 A105 | 39.50 |

Scott McLester, Esq.                          Nov  4, 2005    PAGE    2
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| ELC | 08/17/05 | .10 | Discussion with Robin Spencer regarding summary judgment motion for Ramada Springfield. | L240 A101 | 19.50 |
| RMS | 09/01/05 | .10 | CLIP from J. Marino re additional documents that RWI is sending. | L190 A106 | 39.50 |
| RMS | 09/09/05 | .50 | Conference with EC re drafting summary judgment motion, brief and affidavit. | L240 A105 | 197.50 |
| ELC | 09/09/05 | .50 | Discussion with Robin Spencer re: Ramada Springfield SJ motion. | L210 A105 | 97.50 |
| ELC | 09/25/05 | 1.50 | Review and analysis of case materials. | L240 A101 | 292.50 |
| ELC | 09/27/05 | 2.00 | Reviewed client documents, and began drafting Summary Judgment motion. | L240 A101 | 390.00 |
| ELC | 09/28/05 | .50 | Spoke with Robin Spencer regarding the counts in the summary judgment motion. Continued to work on drafting of the motion (undisputed material facts). | L240 A101 | 97.50 |
| ELC | 09/29/05 | .50 | Drafting Motion for Summary Judgment (preliminary motion and introduction) | L240 A101 | 97.50 |

TOTALS                    7.10                                    1,784.50
                                                                 - 158.00
                                                                 $1,626.50

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                          Nov 4, 2005    PAGE   3
FILE NUMBER: 26384-0089

                    CLIENT DISBURSEMENTS/CHARGES
                JUNE 1, 2005    to   SEPTEMBER 30, 2005
                Ramada Franchise Systems, Inc. 7963 Springfield


DATE        DESCRIPTION                              AMOUNT


08/10/05 Duplicating Spencer USER DEFINED 1: Spencer      0.90
08/10/05 Duplicating Spencer USER DEFINED 1: Spencer      0.60
09/07/05 Duplicating Spencer USER DEFINED 1:  Spencer     1.60


                    FINAL TOTAL                           3.10


      *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
      *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
      E101    Copying                            3.10

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.


Scott McLester, Esq.                    INVOICE #:   989828
Cendant Corporation                     NOVEMBER 30, 2005
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 10/01/05 to 10/31/05


| Name | Date | Hours | Description of Services | Task | Act | Amount |
|------|------|-------|-------------------------|------|-----|--------|
| RMS | 10/04/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L240 | A106 | ~~158.00~~ |
| FAB | 10/04/05 | .40 | TIME SUBTRACTED FROM FEE REQUEST | L240 | A105 | ~~108.00~~ |
| ELC | 10/04/05 | .20 | Conferences with Robin Spencer and Fiona Burke regarding summary judgment filings. | L240 | A101 | 39.00 |
| FAB | 10/06/05 | 2.00 | TIME SUBTRACTED FROM FEE REQUEST | L240 | A103 | ~~540.00~~ |
| FAB | 10/10/05 | 3.00 | Draft statement of facts for motion for summary judgment. | L240 | A103 | 810.00 |

Scott McLester, Esq.                          Nov 30, 2005   PAGE   2
FILE NUMBER: 26384-0089

| FAB | 10/11/05 | 3.80 | Continue drafting motion for summary judgment, fact statement and supporting memorandum. | L240 A103 | 1026.00 |
| RMS | 10/12/05 | .20 | Communications with FAB re summary judgment issue. | L240 A105 | 79.00 |
| FAB | 10/12/05 | .20 | Communications with R. Spencer re draft motion for summary judgment. | L240 A105 | 54.00 |
| FAB | 10/12/05 | 1.20 | Continue drafting memorandum in support of motion for summary judgment. | L240 A103 | 324.00 |
| FAB | 10/28/05 | .20 | Communications with R. Spencer re MSJ affidavit. | L240 A105 | 54.00 |
| FAB | 10/31/05 | 2.00 | Draft Cox affidavit in support of MSJ. | L240 A103 | 540.00 |
| FAB | 10/31/05 | .10 | Communications with R. Spencer re Cox affidavit is support of MSJ. | L240 A105 | 27.00 |

TOTALS                    13.70

3759.00
- 806.00
$2,953.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                        Nov 30, 2005    PAGE   3
FILE NUMBER: 26384-0089

                    CLIENT DISBURSEMENTS/CHARGES
                OCTOBER 1, 2005 to   OCTOBER 31, 2005
                Ramada Franchise Systems, Inc. 7963 Springfield

DATE      DESCRIPTION                              AMOUNT


                    FINAL TOTAL                     0.00

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                    INVOICE #:    ******
Cendant Corporation                     FEBRUARY 7, 2006
1 Sylvan Way
Parsippany, New Jersey 07054


RE: Ramada Franchise Systems, Inc. 7963 Springfield
    IL Re  Shri Ohm Corporation, et al
Matter Number: 26384-0089
CLIENT MATTER/CLAIM #: HFL00000834

                    DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 10/28/05 to 01/11/06


| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| RMS | 10/28/05 | .20 | Communications with FAB re affidavit in support of summary judgment. | L240 A105 | 79.00 |
| RMS | 10/31/05 | .10 | Communications with FAB re Cox affidavit in support of summary judgment papers. | L240 A105 | 39.50 |
| RMS | 11/07/05 | 1.50 | Communications with K. Jeff re summary judgment; review and provide comments to FAB on her draft summary judgment motion and memorandum; communications with FAB re same. | L240 A103 | 592.50 |
| FAB | 11/07/05 | 4.40 | Revise Motion and Memorandum and Affidavit in Support of Motion for Summary Judgment per R. Spencer's comments. | L240 A103 | 1188.00 |
| FAB | 11/07/05 | .50 | Communications with R. Spencer re revisions to MSJ; communications with E. Csicilia re research regarding contractual liability on guaranty. | L240 A105 | 135.00 |

Scott McLester, Esq.                          Feb 7, 2006    PAGE   2
FILE NUMBER: 26384-0089

| FAB | 11/07/05 | .20 | Communications with K. Jeff re draft MSJ. | L240 A106 | 54.00 |
| ELC | 11/07/05 | 4.80 | TIME SUBTRACTED FROM FEE REQUEST | L240 A101 | ~~936.00~~ |
| RMS | 11/08/05 | .50 | Series of communications with FAB, EC re summary judgment issues and additional drafting/research; review her proposed language; communications to FAB re same. | L240 A105 | 197.50 |
| FAB | 11/08/05 | 1.50 | Research re assignment of guaranty. | L240 A102 | 405.00 |
| FAB | 11/08/05 | .60 | Communications with R. Spencer re revisions to MSJ; communications with E. Csicilia re guarantor research. | L240 A105 | 162.00 |
| FAB | 11/08/05 | 4.00 | Continue revising MSJ; draft legal argument section regarding assignment/guaranty. | L240 A103 | 1080.00 |
| ELC | 11/08/05 | 2.00 | Conducted additional research into guarantor arguments for summary judgment brief.  Read and reviewed resulting cases, report to Fiona Burke. | L240 A101 | 390.00 |
| FAB | 11/09/05 | .30 | Communications with E. Csicilia re shepardizing cases; directions to F. McCormick re preparing/filing exhibits and preparing table of authorities. | L240 A105 | 81.00 |

Scott McLester, Esq.                              Feb  7, 2006    PAGE   3
FILE NUMBER: 26384-0089


| | | | | | |
|---|---|---|---|---|---|
| FAB | 11/09/05 | 2.30 | Final revisions to Motion for Summary Judgment, Memorandum and Affidavit; review all exhibits; prepare certificate of service. | L240 A103 | 621.00 |
| FAB | 11/09/05 | .20 | Communications with Kimberly Jeff re MSJ. | L240 A106 | 54.00 |
| ELC | 11/09/05 | .10 | Checked/shepardized cases given to Fiona Burke yesterday for citing in brief. | L240 A101 | 19.50 |
| FAB | 11/10/05 | 2.00 | Review client revisions to motion for summary judgment, memorandum and affidavit; mark-up cases and statutes for table of authorities; review and revise table of authorities and table of contents. | L240 A103 | 540.00 |
| FAB | 11/10/05 | .10 | Communications with Kimberly Jeff re final affidavit for review and signature. | L240 A106 | 27.00 |
| FAB | 11/10/05 | .20 | Revise draft letter to Judge Scott enclosing courtesy copies of MSJ. | L240 A108 | 54.00 |
| RMS | 11/11/05 | .30 | Series of communications with FAB re filing of summary judgment motion, brief and affidavit; review electronic notices from court re filing of same. | L240 A105 | 118.50 |
| FAB | 11/11/05 | .10 | Communications with Kimberly Jeff re executed affidavit and filed MSJ. | L240 A106 | 27.00 |
| FAB | 11/11/05 | .20 | Revisions to Affidavit per Kathy Cox's comments. | L240 A103 | 54.00 |
| FAB | 11/11/05 | .10 | Communications with R. Spencer re MSJ. | L240 A105 | 27.00 |

Scott McLester, Esq.                    Feb  7, 2006    PAGE   4
FILE NUMBER: 26384-0089

| | | | | | |
|---|---|---|---|---|---|
| FAB | 11/11/05 | .80 | E-file motion for summary judgment, memorandum and exhibits; review efiled documents. | L240 A110 | 216.00 |
| RMS | 11/15/05 | .20 | Communications with FAB re Desai call, settlement offer, communication to client. | L160 A105 | 79.00 |
| FAB | 11/15/05 | .20 | Telephone call from Sharad Desai re MSJ and settlement issues. | L240 A108 | 54.00 |
| FAB | 11/15/05 | .10 | Communications with R. Spencer re settlement issues. | L160 A105 | 27.00 |
| FAB | 11/15/05 | .10 | Communications with Marcus Banks re settlement issues. | L160 A106 | 27.00 |
| ELC | 11/15/05 | .10 | TIME SUBSTRACTED FROM FEE REQUEST | L240 A101 | ~~19.50~~ |
| RMS | 11/17/05 | .10 | Review notice from court. | L190 A104 | 39.50 |
| FAB | 11/17/05 | .10 | Review court issued Rule 56 notices to defendants regarding MSJ. | L240 A104 | 27.00 |
| RMS | 11/18/05 | .10 | Review documents from client re termination and bank's inquiry during foreclosure process. | L190 A104 | 39.50 |
| RMS | 11/22/05 | .20 | TIME SUBSTRACTED FROM FEE REQUEST | L470 A105 | ~~79.00~~ |
| FAB | 11/22/05 | .10 | TIME SUBSTRACTED FROM FEE REQUEST | L470 A105 | ~~27.00~~ |
| FAB | 11/29/05 | .30 | Telephone call from Sharad Desai re offer of settlement. | L240 A108 | 81.00 |

Scott McLester, Esq.                              Feb  7, 2006    PAGE   5
FILE NUMBER: 26384-0089

FAB    12/01/05    .20  Communications with F.         L470 A105        54.00
                        McCormick re obtaining
                        certified judgments;
                        communications with K.
                        Nystedt re determining
                        ownership of properties
                        linked to Raj Jhala.

FAB    12/01/05    .30  TIME SUBTRACTED FROM FEE       L470 A104        ~~81.00~~
                        REQUEST

RMS    12/13/05    .10  Review order from court re     L240 A104        39.50
                        defendants' failure to
                        respond to summary judgment
                        motion and extended time for
                        doing so.

FAB    12/13/05    .10  Review court's order granting  L240 A104        27.00
                        defendants' additional time
                        to respond to MSJ.

FAB    12/14/05    .30  Communications with Kimberly   L240 A106        81.00
                        Jeff re upcoming trial date;
                        CLIP comment re order
                        granting additional time to
                        respond to MSJ.

FAB    12/15/05    .10  TIME SUBTRACTED FROM FEE       L470 A105        ~~27.00~~
                        REQUEST.

FAB    01/03/06    .10  Communications with client re  L240 A106        30.50
                        status of summary judgment
                        briefing.

TOTALS                  29.80                                        7937.00
                                                                     1169.50
                                                                    $6767.50

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

Scott McLester, Esq.                         Feb  7, 2006    PAGE   6
FILE NUMBER: 26384-0089


CLIENT DISBURSEMENTS/CHARGES
         OCTOBER 28, 2005to  JANUARY 11, 2006
         Ramada Franchise Systems, Inc. 7963 Springfield


DATE     DESCRIPTION                                    AMOUNT


11/08/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    8.70
11/08/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    1.50
11/08/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    1.20
11/08/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    0.40
11/08/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi   19.80
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    2.30
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    2.40
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    0.40
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi   37.50
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    0.30
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi   10.00
11/11/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi  139.70
11/15/05 Duplicating Spencer USER DEFINED 1:   Spencer     0.30
11/18/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    1.00
12/01/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    0.20
12/14/05 Duplicating Burke Fi USER DEFINED 1:  Burke Fi    0.20
11/07/05 Telephone tolls Number: 819734965371 Time:       0.34
         00:05 Caller: 5752
11/11/05 Courier Services Air Bill: 652115485834 Sender:  18.20
         MAILROOM Recipient: THE HONORABLE JEANNE E.
         SCOTT Address: 600 E,. MONROE STREET City:
         SPRINGFIELD State: IL Zip code: 62701
12/05/05 Service of Process - SERVICE OF PROCESS 2 ND    130.00
         ATTEMPT - F BURKE VENDOR:MARKELL & ASSOCIATES,
         INC.


                 FINAL TOTAL                      374.44


    *----DISBURSEMENTS/CHARGES CODE SUMMARY---------*
    *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
    E101    Copying                          225.90
    E105    Telephone Long-Distance C           .34
    E107    Delivery services/messeng         18.20
    E113    Subpoena Fees                    130.00


THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

# EXHIBIT B

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

RAMADA FRANCHISE SYSTEMS, INC.,

## BILL OF COSTS

V.

SHRI OHM CORPORATION, d/b/a SHREE OHM, INC., and Illinois corporation, et al.

Case Number: 3:04-CV-3248

Judgment having been entered in the above entitled action on **Jan. 10, 2006** against **Defendants**,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 409.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 621.48 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 213.74 |
| messenger and telephone fees.                                    TOTAL    $ | 1,394.22 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney:  s/Fiona A. Burke

Name of Attorney:  Fiona A. Burke

For:  RAMADA WORLDWIDE INC. f/k/a Ramada Franchise Systems, Inc.    Date:  Feb. 9, 2006

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court _____    Deputy Clerk _____    Date _____

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | 0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."