AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Monday, 05 June, 2006  02:21:35 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**RAMADA FRANCHISE SYSTEMS, INC.**
   **Plaintiff,**

   vs.             Case Number: **04-3248**

**SHRI OHM CORPORATION, JAY
VIDYALANKAR, SHARAD DESAI,
PAUL FEMMER, RAJEN JHALA,**
   **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX  DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** pursuant to Opinion entered by Judge Jeanne E. Scott on June 1, 2006 that:

1. Vidyalankar and Jhala, jointly and severally, are ordered to pay $130,140.95 in recurring fees and interest and $83,691.00 in liquidated damages, plus interest. This amount is to be paid jointly and severally with amounts ordered paid by Defendants Desai and Femmer. Additionally, $62,242.01 of the recurring fees amount and the entire $83,691.00 in liquidated damages, plus interest, is ordered to be paid jointly and severally with Shri Ohm.
2. Vidylankar and Jhala, jointly and severally, are ordered to pay $6,755.08 in attorneys' fees, costs and expenses. This amount is to be paid jointly and severally with Shri Ohm. Additionally, $3,731.58 of this amount is ordered paid jointly and severally with Desai and Femmer.
3. Shri Ohm is ordered to pay $62,242.01 in recurring fees and

interest and $83,691.00 in liquidated damages, plus interest, which is to be paid jointly and severally with Vidyalankar, Jhala, Desai, and Femmer.

4. Shri Ohm is ordered to pay $6,755.08 in attorneys' fees, costs and expenses, jointly and severally with Vidyalankar and Jhala. Of this amount, $3,731.58 is ordered to be paid jointly and severally with Desai and Femmer.

5. Defendants Desai and Femmer, jointly and severally, are ordered to pay $140,901.82 in past due recurring fees and interest and $128,884.14 in liquidated damages and interest. Of this amount, $62,242.01 of the recurring fees and interest is ordered to be paid jointly and severally with Shri Ohm, and $130,140.95 of the recurring fees and interest is ordered to be paid jointly and severally with Vidyalankar and Jhala. Additionally, $83,691.00 of the liquidated damages, plus interest, is ordered to be paid jointly and severally with Shri Ohm, Vidyalankar, and Jhala.

6. Defendants Desai and Femmer, jointly and severally, are ordered to pay $25,908.22 in attorneys' fees, costs and expenses. Of this amount,$3,731.58 is ordered payable jointly and severally with amounts ordered to be paid by Defendants Jhala, Vidyalankar and Shri Ohm.

ENTER this 5th day of June, 2006.

JOHN M. WATERS, CLERK

s/Marleen Cooke
BY: DEPUTY CLERK